# Exhibit A

| No. | Book Title | Author | Registration Number | Date of Registration |
|---|---|---|---|---|
| 1 | Retail in Detail (derivative of Retail in Detail: How to Start and Manage a Small Retail Business) | Ronald L. Bond | TX 6-417-729 | 28-Jul-06 |
| 2 | Entrepreneur Magazine's Ultimate Small Business Marketing Guide: 1500 Great Marketing Tricks That Will Drive Your Business Through the Roof | James Stephenson | TX 6-425-960 | 24-Oct-06 |
| 3 | Entrepreneur Magazine's Start-ups: Consulting Business | John Riddle | TX 6-522-750 | 8-Jan-07 |
| 4 | Entrepreneur Magazine's Startup: Start Your Own Event Planning Business | Entrepreneur Media, Inc. dba Entrepreneur Press; Krista Turner | TX 6-556-594 | 8-Jan-07 |
| 5 | Entrepreneur Magazine's Startup: Start Your Own Executive Recruiting Service | Mandy Erickson | TX 6-521-507 | 8-Jan-07 |
| 6 | Entrepreneur Magazine's Startup: Start Your Own Cleaning Service | Jacquelyn Lynn | TX 6-493-339 | 8-Jan-07 |
| 7 | Entrepreneur Magazine's Startup: Start Your Own Day Spa and More | Entrepreneur Media, Inc. dba Entrepreneur Press; Preethi Burkholder | TX 6-819-781 | 16-Aug-07 |
| 8 | Entrepreneur Magazine's Startup: Start Your Own Construction and Contracting Business - Your Step-by-Step Guide to Success | Entrepreneur Media, Inc. dba Entrepreneur Press; Gregg Kuehn | TX 6-907-624 | 19-Nov-07 |

| 9 | Entrepreneur Magazine's Startup: Start Your Own Freelance Writing Business and More | Entrepreneur Media, Inc. dba Entrepreneur Press; George Sheldon | TXu 1-616-122 | 7-Mar-08 |
|---|---|---|---|---|
| 10 | Entrepreneur Magazine's Startup: Start Your Own Graphic Design Business - Your Step-By-Step Guide to Success | Entrepreneur Media, Inc. dba Entrepreneur Press; George Sheldon | TX 6-936-086 | 10-Apr-08 |
| 11 | Entrepreneur Magazine's Startup: Start Your Own Gift Basket Business and more (2nd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Cheryl Kimball | TXu 1-624-283 | 6-Jun-08 |
| 12 | Entrepreneur Magazine's Startup: Start Your Own Coaching Business - Motivational Life - Business | Entrepreneur Media, Inc. dba Entrepreneur Press; Monroe Mann | TX 7-311-875 | 16-Jul-08 |
| 13 | Entrepreneur Magazine's 55 Surefire Internet Businesses You Can Start for Under $5000 | Entrepreneur Media, Inc. dba Entrepreneur Press; Melissa Campaneli | TXu 1-641-983 | 27-Mar-09 |
| 14 | Entrepreneur Magazine's ClickStarts: Design and Launch an Online Social Networking Business in a Week | Entrepreneur Media, Inc. dba Entrepreneur Press; Julien Sharp | TX 7-093-073 | 26-Jun-09 |
| 15 | Entrepreneur Magazine's ClickStarts: Design and Launch an Online Gift Business in a Week | Entrepreneur Media, Inc. dba Entrepreneur Press; Cheryl Kimball | TX 6-980-167 | 21-Jul-09 |
| 16 | Entrepreneur Magazine's Startup: Start Your Own Bar and Club - Sports Bars-Nightclubs-Neighborhood Bars-Wine Bars and More - 3rd Edition | Entrepreneur Media, Inc. dba Entrepreneur Press; Liane Cassavoy | TX 7-001-499 | 25-Aug-09 |

| 17 | No B.S. Wealth Attraction in the New Economy | Dan S. Kennedy | TX 7-174-114 | 5-May-10 |
| 18 | Entrepreneur Magazine's Start Your Own Import/Export Business: Your Step-by-Step Guide to Success, 3rd Edition | Entrepreneur Media, Inc. dba Entrepreneur Press; Krista Turner | TX 7-227-661 | 26-Jul-10 |
| 19 | Entrepreneur Magazine's Ultimate Guide to Search Engine Optimization - 2nd Ed. | Jon Rognerud | TX 7-306-601 | 14-Dec-10 |
| 20 | Entrepreneur Magazine's Startup: Start Your Own Food Truck Business | Entrepreneur Media, Inc. dba Entrepreneur Press; Rich Mintzer | TX 7-371-775 | 27-Apr-11 |
| 21 | No B.S. Grassroots Marketing: The Ultimate No Holds Barred Take No Prisoner Guide to Growing Sales and Profits of Local Small Businesses | Dan S. Kennedy; Jeff Slutsky | TX 7-495-804 | 18-Jan-12 |
| 22 | Entrepreneur Magazine's Startup: Start Your Own Coaching Business: Your Step-by-Step Guide to Success, 2nd Edition | Entrepreneur Media, Inc. dba Entrepreneur Press; Rich Mintzer | TX 7-588-879 | 7-Sep-12 |
| 23 | Startup Start Your Own Information Marketing Business, 2nd Edition | Entrepreneur Press; Robert Skrob | TX 7-729-464 | 5-Apr-13 |
| 24 | Entrepreneur Magazine's Ultimate Guide to Pinterest for Business | Karen Leland | TX 7-711-696 | 6-May-13 |
| 25 | YouTube for Business | Jason R. Rich | TX 7-768-054 | 30-Aug-13 |
| 26 | Entrepreneur Magazine's Startup: Start Your Own Bar and Club - 4th Edition | Entrepreneur Media, Inc. dba Entrepreneur Press; Liane Cassavoy | TX 7-818-662 | 2-Jan-14 |

| | | | |
|---|---|---|---|
| 27 | Entrepreneur Magazine's Ultimate Guide to Optimizing Your Website: 3rd Edition | Jon Rognerud | TX 7-846-669 | 18-Feb-14 |
| 28 | Entrepreneur Magazine's Ultimate Guide to Pay-Per-Click Advertising: Second Edition | Richard Stokes | TX 7-849-871 | 6-Mar-14 |
| 29 | No B.S. Guide to Brand-Building by Direct Response: The Ultimate No Holds Barred Plan to Creating and Profiting from a Powerful Brand Without Buying It | Dan S. Kennedy; Forrest Walden; Jim Cavale | TX 7-849-853 | 6-Mar-14 |
| 30 | Entrepreneur Magazine's Startup: Start Your Own Nonprofit Organization | Entrepreneur Media, Inc. dba Entrepreneur Press; Cheryl Kimball | TX 7-857-065 | 4-Apr-14 |
| 31 | Entrepreneur Magazine's Startup: Start Your Own e-Business: 3rd Edition | Entrepreneur Media, Inc. dba Entrepreneur Press; Rich Mintzer | TX 7-910-839 | 4-Jun-14 |
| 32 | Market Like You Mean It: Engage Customers, Create Brand Believers, and Gain Fans for Everything You Sell | Al Lautenslager | TX 7-932-927 | 1-Jul-14 |
| 33 | Start Your Own Business, 6th Edition | Entrepreneur Media, Inc. dba Entrepreneur Press | TX 8-040-350 | 12-Jan-15 |
| 34 | Entrepreneur Magazine's Startup: Start Your Own Food Truck Business - 2nd Edition | Entrepreneur Media, Inc. dba Entrepreneur Press; Rich Mintzer | TX 8-077-331 | 7-May-15 |
| 35 | Entrepreneur Magazine's Startup: Start Your Own Child Care Service: 4th Edition | Entrepreneur Media, Inc. dba Entrepreneur Press; Jacquelyn Lynn | TX 8-123-846 | 7-Jul-15 |

| 36 | Entrepreneur Magazine's Startup: Start Your Own Construction and Contracting Business 2nd Ed. | Entrepreneur Media, Inc. dba Entrepreneur Press; Gregg Kuehn | TX 8-139-812 | 19-Oct-15 |
| 37 | Entrepreneur Magazine's Startup: Start Your Own eLearning or Training Business | Entrepreneur Media, Inc. dba Entrepreneur Press; Ciree Linsenmann, Cheryl Kimball | TX 8-139-825 | 19-Oct-15 |
| 38 | Real Leaders Don't Follow: Being Extraordinary in the Age of the Entrepreneur | Steve Tobak | TX 8-139-800 | 19-Oct-15 |
| 39 | Main Street Entrepreneur: Build Your Dream Company Doing What You Love Where You Live | Michael Glauser | TX 8-293-686 | 20-May-16 |
| 40 | The Brand Mapping Strategy | Karen Tiber Leland | TX 8-308-946 | 17-Jun-16 |
| 41 | The Advertising Solution | Craig Simpson | TX 8-333-085 | 27-Sep-16 |
| 42 | Entrepeneur Magazine's Ultimate Guide to Platform Building | Wendy Keller | TX 8-339-276 | 9-Nov-16 |
| 43 | The Innovation Mentality -- six strategies to disrupt the status quo and reinvent the way we work | Glenn Llopis | TX 8-378-646 | 15-Feb-17 |
| 44 | Dynamic Communication -- 27 Strategies to Grow, Lead & Manage Your Business | Jill Schiefelbein | TX 8-385-502 | 21-Mar-17 |
| 45 | 80/20 Sales and Marketing -- The Definitive Guide to Working Less and Making More | Perry Marshall | TX 8-382-363 | 31-Mar-17 |
| 46 | Entrepreneur Magazine's Ultimate Guide to Instagram for Business | Kim Walsh Phillips | TX 8-422-886 | 24-May-17 |

| | | | |
|---|---|---|---|
| 47 | Million Dollar Habits: Proven Power Practices to Double & Triple Your Income (Second Edition) | Brian Tracy | TX 8-483-743 | 18-Sep-17 |
| 48 | Networking Like a Pro -- Turning Contacts into Connections (2nd Edition) | Ivan Misner | TX 8-534-683 | 27-Nov-17 |
| 49 | Entrepreneur Magazine's Ultimate Guide to YouTube for Business (Second Edition) | Jason R. Rich | TX 8-575-731 | 5-Apr-18 |
| 50 | Entrepreneur's Ultimate Guide to Email Marketing for Business | Susan Gunelius | TX 8-629-051 | 1-Jun-18 |
| 51 | Breakthrough -- How to Harness the AHA! Moments that Spark Success | Scott Duffy | TX0008621086 | 30-Jul-18 |
| 52 | Driven - The Never-Give-Up Roadmap to Massive Success | Manny Khoshbin | TX 8-670-137 | 3-Oct-18 |
| 53 | Unstoppable: A 90-Day Plan to Biohack Your Mind and Body for Success | Ben Angel | TX 8-683-257 | 5-Nov-18 |
| 54 | The Franchise Handbook - Everything You Need to Know about Buying a Franchise | Mark Siebert | TX 8-739-738 | 25-Jan-19 |
| 55 | Entrepreneur Magazine's Ultimate Guide to Amazon Advertising | Timothy P. Seward | TX 8-764-240 | 24-May-19 |
| 56 | Stress-less Leadership: How to Lead in Business and in Life | Dr. Nadine Greiner | TX 8-793-679 | 26-Aug-19 |
| 57 | Elephants Before Unicorns: Emotionally Intelligent HR Strategies to Save Your Company | Caroline Stokes | TX 8-810-693 | 2-Oct-19 |

| | | | | |
|---|---|---|---|---|
| 58 | Entrepreneur Magazine's Ultimate Guide to Link Building (Second Edition) | Garrett French; Eric Ward | TX 8-891-169 | 21-Jan-20 |
| 59 | Start a Business at Any Age - Ageless Startup | Rick Terrien | TX 8-991-265 | 24-Apr-20 |

| | Magazine Issue | Author | Registration Number | Date of Registration |
|---|---|---|---|---|
| 60 | Entrepreneur vol. 38 No. 1 | Entrepreneur Media, Inc. | TX 7-137-854 | 21-Jan-10 |
| 61 | Entrepreneur vol. 38 No. 2 | Entrepreneur Media, Inc. | TX 7-119-087 | 16-Feb-10 |
| 62 | Entrepreneur vol. 38 No. 3 | Entrepreneur Media, Inc. | TX 7-154-558 | 18-Mar-10 |
| 63 | Entrepreneur vol. 38 No. 4 | Entrepreneur Media, Inc. | TX 7-192-406 | 23-Apr-10 |
| 64 | Entrepreneur vol. 38 No. 5 | Entrepreneur Media, Inc. | TX 7-192-947 | 23-Apr-10 |
| 65 | Entrepreneur vol. 38 No. 6 | Entrepreneur Media, Inc. | TX 7-193-807 | 7-Jun-10 |
| 66 | Entrepreneur vol. 38 No. 7 | Entrepreneur Media, Inc. | TX 7-196-886 | 6-Jul-10 |
| 67 | Entrepreneur vol. 38 No. 8 | Entrepreneur Media, Inc. | TX 7-200-280 | 2-Aug-10 |
| 68 | Entrepreneur vol. 38 No. 9 | Entrepreneur Media, Inc. | TX 7-219-729 | 13-Sep-10 |
| 69 | Entrepreneur vol. 38 No. 10 | Entrepreneur Media, Inc. | TX 7-237-537 | 8-Oct-10 |
| 70 | Entrepreneur vol. 38 No. 11 | Entrepreneur Media, Inc. | TX 7-238-951 | 22-Oct-10 |
| 71 | Entrepreneur vol. 38 No. 12 | Entrepreneur Media, Inc. | TX 7-327-267 | 11-Mar-10 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work

**TX 6-493-344**

#TX06493344#

| TX | | TXU |

**EFFECTIVE DATE OF REGISTRATION**

Month **Jan** Day **8** Year **2001**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
Entrepreneur Magazine's Start-ups: Child-Care Service

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**a**

**NAME OF AUTHOR ▼**
Jacquelyn Lynn

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2000
◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ **January** Day ▶ **1** Year ▶ **2001**
**USA** ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Entrepreneur Media, Inc.
2445 McCabe Way, Suite 400
Irvine, CA 92614

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Author transferred copyright ownership of the Work to Claimant by written agreement.

See instructions before completing this space.

**APPLICATION RECEIVED**
JAN 0 8 2007
ONE DEPOSIT RECEIVED

**TWO DEPOSITS RECEIVED**
JAN 0 8 2007

**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | | FORM TX |
| CHECKED BY | | |

| CORRESPONDENCE | FOR |
| ☐ Yes | COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▶          **Year of Registration** ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

**a**

**b**

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                    Account Number ▼

Entrepreneur Media, Inc.                  DA 037184

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Entrepreneur Media, Inc. - Attn: Legal Dept.
2445 McCabe Way, Suite 400
Irvine, CA 92614

Area code and daytime telephone number ▶ (949) 622-5279        Fax number ▶ (949) 261-7729

Email ▶  ryoung@entrepreneur.com

**a**

**b**

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Entrepreneur Media, Inc.

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Ronald L. Young                                    Date ▶ 12/29/06

Handwritten signature (X) ▼

X _Ronald L. Young_

**8**

| Certificate will be mailed in window envelope to this address: | Name ▼ Entrepreneur Media, Inc. - Attn: Legal Dept. |
| | Number/Street/Apt ▼ 2445 McCabe Way, Suite 400 |
| | City/State/ZIP ▼ Irvine, CA 92614 |

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—xxx  Web Rev: July 2003  ⊕ Printed on recycled paper                U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**TX 8-123-846**

**Effective Date of Registration:**
July 07, 2015

---

## Title

**Title of Work:** Entrepreneur Magazine's Startup:  Start Your Own Child Care Service: 4th Edition

---

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** July 01, 2015
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781599185675

## Author

• **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press
**Author Created:** text
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

• **Author:** Jacquelyn Lynn
**Author Created:** text
**Work made for hire:** No
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Previous registration and year:** TX 6-498-282, 2007
TX 7-307-034, 2010

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** July 02, 2015

Registration Number

**TX 8-683-257**

**Effective Date of Registration:**
November 05, 2018

## Title

Title of Work:  Unstoppable:  A 90-Day Plan to Biohack Your Mind and Body for Success

## Completion/Publication

Year of Completion:  2018
Date of 1st Publication:  October 30, 2018
Nation of 1st Publication:  United States
International Standard Number:  ISBN 978-1-59918-631-3

## Author

- Author:  Ben Angel
  Author Created:  text, photograph(s), artwork
  Work made for hire:  No
  Citizen of:  Australia

## Copyright Claimant

Copyright Claimant:  Entrepreneur Media, Inc.
18061 FITCH, IRVINE, CA, 92614, United States
Transfer statement:  By written agreement

## Rights and Permissions

Organization Name:  Entrepreneur Media, Inc.
Address:  18061 FITCH
IRVINE, CA 92614 United States

## Certification

Name:  Ronald L. Young
Date:  November 02, 2018

**Registration Number**

# TX 8-483-743

**Effective Date of Registration:**
September 18, 2017

## Title

| | |
|---|---|
| **Title of Work:** | Million Dollar Habits: Proven Power Practices to Double & Triple Your Income (Second Edition) |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | September 12, 2017 |
| **Nation of 1st Publication:** | United States |
| **International Standard Number:** | ISBN 978-1-59918-614-6 |

## Author

| | |
|---|---|
| • **Author:** | Brian Tracy |
| **Author Created:** | text |
| **Work made for hire:** | No |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Brian Tracy<br>320 Loma Larga Drive, Solana Beach, CA, 92075, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | text, photograph(s), artwork |
| **Previous registration and year:** | TX-6-415-663, 2006 |
| **New material included in claim:** | text, photograph(s), artwork |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Entrepreneur Media, Inc. |
| **Address:** | 18061 Fitch<br>Irvine, CA 92614 United States |

# Certification

**Name:** Ronald L. Young
**Date:** September 12, 2017

**Copyright Office notes:** Regarding new material included: Deposit contains text only.

Registration Number

# TX 7-174-114

**Effective date of
registration:**

May 5, 2010

## Title

**Title of Work:** No B.S. Wealth Attraction in the New Economy

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** May 1, 2010          **Nation of 1st Publication:** United States

## Author

■       **Author:** Dan S. Kennedy

**Author Created:** text

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com          **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614  United States

## Certification

**Name:** Ronald L. Young

**Date:** May 4, 2010

Registration Number

# TX 8-382-363

Effective Date of Registration:
March 31, 2017

## Title

| | |
|---|---|
| Title of Work: | 80/20 Sales and Marketing--The Definitive Guide to Working Less and Making More |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2013 |
| Date of 1st Publication: | August 13, 2013 |
| Nation of 1st Publication: | United States |
| International Standard Number: | ISBN 978-1-59918-505-7 |

## Author

| | |
|---|---|
| • Author: | Perry Marshall |
| Author Created: | text |
| Work made for hire: | No |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Entrepreneur Media, Inc. dba Entrepreneur Media Corporation 18061 Fitch Avenue, Irvine, CA, 92614, United States |
| Transfer statement: | By written agreement |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Entrepreneur Media, Inc. |
| Name: | Ronald L. Young |
| Email: | ryoung@entrepreneur.com |
| Telephone: | (949)622-5279 |
| Address: | 18061 Fitch Avenue Irvine, CA 92614 United States |

## Certification

| | |
|---|---|
| Name: | Ronald L. Young |

**Date**:    March 27, 2017

Registration Number

# TX 8-385-502

**Effective Date of Registration:**
March 21, 2017

## Title

| | |
|---|---|
| **Title of Work:** | Dynamic Communication-- 27 Strategies to Grow, Lead & Manage Your Business |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | March 14, 2017 |
| **Nation of 1st Publication:** | United States |
| **International Standard Number:** | ISBN 978-1-59918-608-5 |

## Author

| | |
|---|---|
| • **Author:** | Jill Schiefelbein |
| **Author Created:** | text |
| **Work made for hire:** | No |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Entrepreneur Media, Inc. dba Entrepreneur Press 18061 Fitrch Avenue, Irvine, CA, 92614, United States |
| **Transfer statement:** | By written agreement |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Entrepreneur Media, Inc. |
| **Name:** | Ronald L. Young |
| **Email:** | ryoung@entrepreneur.com |
| **Telephone:** | (949)622-5279 |
| **Address:** | 18061 Fitch Avenue Irvine, CA 92614 United States |

## Certification

| | |
|---|---|
| **Name:** | Ronald L. Young |

**Date**:    March 15, 2017

Registration Number

# TX 8-534-683

**Effective Date of Registration:**
November 27, 2017

## Title

|  |  |
|---|---|
| **Title of Work:** | Networking Like a Pro--Turning Contacts into Connections (2nd Edition) |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | November 20, 2017 |
| **Nation of 1st Publication:** | United States |
| **International Standard Number:** | ISBN 978-159918-604-7 |

## Author

|  |  |
|---|---|
| • **Author:** | Ivan Misner |
| **Author Created:** | text, photograph(s), artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United States |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Ivan Misner |
|  | 7301 Ranch Road 620 North, Suite #155-359, Austin, TX, 78726-4537, United States |

## Limitation of copyright claim

|  |  |
|---|---|
| **Material excluded from this claim:** | text, photograph(s), artwork |
| **Previous registration and year:** | TX0007130029, 2009 |
| **New material included in claim:** | text, photograph(s), artwork |

## Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | Entrepreneur Media, Inc. |
| **Address:** | 18061 Fitch |
|  | Irvine, CA 92614 United States |

## Certification

**Name:** Ronald L. Young
**Date:** November 21, 2017

Registration Number

## TX 7-495-804

**Effective date of registration:**

January 18, 2012

## Title

**Title of Work:** No B.S. Grassroots Marketing: The Ultimate No Holds Barred Take No Prisoners Guide to Growing Sales and Profits of Local Small Businesses

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** January 1, 2012       **Nation of 1st Publication:** United States

## Author

■       **Author:** Dan S. Kennedy

**Author Created:** text

**Citizen of:** United States       **Domiciled in:** United States

■       **Author:** Jeff Slutsky

**Author Created:** text

**Citizen of:** United States       **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com       **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:**   Ronald L. Young

**Date:**   January 13, 2012

Registration Number

# TX 8-139-800

**Effective Date of Registration:**
October 19, 2015

## Title

**Title of Work:**  Real Leaders Don't Follow: Being Extraordinary in the Age of the Entrepreneur

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** October 01, 2015
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781599185750

## Author

- **Author:** Steve Tobak
  **Author Created:** text
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** October 12, 2015

**Correspondence:**   Yes

**Registration Number**

# TX 8-333-085

**Effective Date of Registration:**
September 27, 2016

## Title

| | |
|---|---|
| **Title of Work:** | The Advertising Solution |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | September 01, 2016 |
| **Nation of 1st Publication:** | United States |
| **International Standard Number:** | ISBN 978-1-59918-596-5 |

## Author

| | |
|---|---|
| • **Author:** | Craig Simpson |
| **Author Created:** | text |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Entrepreneur Media, Inc. dba Entrepreneur Press |
| | 2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States |
| **Transfer statement:** | By written agreement |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Entrepreneur Media, Inc. |
| **Name:** | Ronald L. Young |
| **Email:** | ryoung@entrepreneur.com |
| **Telephone:** | (949)622-5279 |
| **Address:** | 18061 Fitch |
| | Irvine, CA 92614 United States |

## Certification

| | |
|---|---|
| **Name:** | Ronald L. Young |

Page 1 of 2

**Date**:    September 20, 2016

Registration Number
# TX 8-308-946
Effective Date of Registration:
June 17, 2016

## Title

|  |  |
|---|---|
| **Title of Work:** | The Brand Mapping Strategy |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | June 01, 2016 |
| **Nation of 1st Publication:** | United States |
| **International Standard Number:** | ISBN 1-59918-589-7 |

## Author

| | |
|---|---|
| • **Author:** | Karen Tiber Leland |
| **Author Created:** | text |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Entrepreneur Media, Inc. dba Entrepreneur Press |
| | 2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States |
| **Transfer statement:** | By written agreement |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Entrepreneur Media, Inc. |
| **Name:** | Ronald L. Young |
| **Email:** | ryoung@entrepreneur.com |
| **Telephone:** | (949)622-5279 |
| **Address:** | 18061 Fitch |
| | Irvine, CA 92614 United States |

## Certification

| | |
|---|---|
| **Name:** | Ronald L. Young |
| **Date:** | June 14, 2016 |

Registration Number

# TX 7-849-871

Effective date of
registration:

March 6, 2014

## Title

Title of Work: Entrepreneur Magazine's Ultimate Guide to Pay-Per-Click Advertising: Second Edition

## Completion/Publication

Year of Completion: 2014

Date of 1st Publication: February 24, 2014     Nation of 1st Publication: United States

International Standard Number: ISBN      1-59918-534-2

## Author

■    Author: Richard Stokes

Author Created: text

Work made for hire: No

Citizen of: United States      Domiciled in: United States

## Copyright claimant

Copyright Claimant: Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

Transfer Statement: By written agreement

## Limitation of copyright claim

Previous registration and year: TX 7-237-256      2010

## Rights and Permissions

Organization Name: Entrepreneur Media, Inc.

Name: Ronald L. Young

Email: ryoung@entrepreneur.com      Telephone:   949-622-5279

Address: 2445 McCabe Way

Suite 400

Irvine, CA 92614  United States

## Certification

**Name:**   Ronald L. Young

**Date:**   March 4, 2014

**Registration Number**

# TXu 1-616-122

**Effective date of**
**registration:**

March 7, 2008

## Title ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Freelance Writing Business and More

## Completion/Publication ━━━━━━━━━━━━━━━

**Year of Completion:** 2007

**Date of 1st Publication:** March 1, 2008          **Nation of 1st Publication:** United States

## Author ━━━━━━━━━━━━━━━━━━━━━━━━━━━

■          **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press

**Author Created:** Entire text

**Work made for hire:** Yes

**Domiciled in:** United States

**Anonymous:** No                          **Pseudonymous:** No

■          **Author:** George  Sheldon

**Author Created:** Entire text

**Work made for hire:** No

**Domiciled in:** United States

**Anonymous:** No                          **Pseudonymous:** No

## Copyright claimant ━━━━━━━━━━━━━━━━━━

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614

**Transfer Statement:** Author in Space 2b transferred copyright ownership of the Work to Claimant
by written agreement.

## Limitation of copyright claim ━━━━━━━━━

**Previously registered:** No

## Certification ━━━━━━━━━━━━━━━━━━━━━

**Name:** Ronald L. Young

**Date:** February 28, 2008

**Correspondence:** Yes

Registration Number

# TX 8-339-276

**Effective Date of Registration:**
November 09, 2016

## Title

| | |
|---|---|
| **Title of Work:** | Entrepreneur Magazine's Ultimate Guide to Platform Building |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | November 01, 2016 |
| **Nation of 1st Publication:** | United States |
| **International Standard Number:** | ISBN 978-159918-598-9 |

## Author

| | |
|---|---|
| • **Author:** | Wendy Keller |
| **Author Created:** | text |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Entrepreneur Media, Inc. |
| | 18061 Fitch Avenue, Irvine, CA, 92614, United States |
| **Transfer statement:** | By written agreement |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Entrepreneur Media, Inc. |
| **Address:** | 18061 Fitch Avenue |
| | Irvine, CA 92614 United States |

## Certification

| | |
|---|---|
| **Name:** | Ronald L. Young |
| **Date:** | November 04, 2016 |

Page 1 of 1

Registration Number

# TX 8-293-686

**Effective Date of Registration:**
May 20, 2016

## Title

| | |
|---|---|
| **Title of Work:** | Main Street Entrepreneur: Build Your Dream Company Doing What You Love Where You Live |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | May 01, 2016 |
| **Nation of 1st Publication:** | United States |
| **International Standard Number:** | ISBN 9781599185903 |

## Author

| | |
|---|---|
| • **Author:** | Michael Glauser |
| **Author Created:** | text |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Entrepreneur Media, Inc., dba Entrepreneur Press |
| | 2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States |
| **Transfer statement:** | By written agreement |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Entrepreneur Media, Inc. |
| **Name:** | Ronald L. Young |
| **Email:** | ryoung@entrepreneur.com |
| **Telephone:** | (949)622-5279 |
| **Address:** | 18061 Fitch |
| | Irvine, CA 92614 United States |

## Certification

| | |
|---|---|
| **Name:** | Ronald L. Young |

**Date**:    May 18, 2016

**Registration Number**

# TX 7-932-927

**Effective date of
registration:**

July 1, 2014

## Title

**Title of Work:** Market Like You Mean It: Engage Customers, Create Brand Believers, and Gain Fans
for Everything You Sell

## Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** July 1, 2014          **Nation of 1st Publication:** United States

**International Standard Number:** ISBN          1-59918-535-0

## Author

■   **Author:** Al Lautenslager

**Author Created:** text

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com          **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way

Suite 400

Irvine, CA 92614  United States

## Certification

**Name:**    Ronald L. Young

**Date:**    July 1, 2014

---

**Registration Number**

# TX 7-846-669

**Effective date of
registration:**

February 18, 2014

## Title ───────────────────────

**Title of Work:** Entrepreneur Magazine's Ultimate Guide to Optimizing Your Website: 3rd Edition

## Completion/Publication ──────────

**Year of Completion:** 2013

**Date of 1st Publication:** February 1, 2014     **Nation of 1st Publication:** United States

## Author ──────────────────────

**Author:** Jon Rognerud

**Author Created:** text

**Work made for hire:** No

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant ─────────────

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim ──────

**Previous registration and year:** TX 7-002-765     2008

TX 7-306-601     2010

## Rights and Permissions ──────────

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com     **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way

Suite 400

Irvine, CA 92614  United States

## Certification ─────────────────

Page 1 of 2

**Name:**  Ronald L. Young

**Date:**  February 4, 2014

Registration Number

## TX 7-711-696

Effective date of
registration:

May 6, 2013

## Title

|  |  |
|---|---|
| **Title of Work:** | Entrepreneur Magazine's Ultimate Guide to Pinterest For Business |

## Completion/Publication

|  |  |  |  |
|---|---|---|---|
| **Year of Completion:** | 2013 | | |
| **Date of 1st Publication:** | May 1, 2013 | **Nation of 1st Publication:** | United States |
| **International Standard Number:** | ISBN | ISBN-13: 978-1-59918-508-8 | |

## Author

|  |  |  |  |
|---|---|---|---|
| ■ **Author:** | Entrepreneur Media, Inc. dba Entrepreneur Press | | |
| **Author Created:** | text | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |
| ■ **Author:** | Karen Leland | | |
| **Author Created:** | text | | |
| **Work made for hire:** | No | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |

## Copyright claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Entrepreneur Media, Inc. dba Entrepreneur Press |
| | 2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States |
| **Transfer Statement:** | By written agreement |

## Limitation of copyright claim

|  |  |  |
|---|---|---|
| **Previous registration and year:** | TX 6-465-678 | 2006 |

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com

**Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614  United States

## Certification

**Name:** Ronald L. Young

**Date:** May 1, 2013

**Registration Number**

TX 7-729-464

**Effective date of
registration:**

April 5, 2013

## Title

| | |
|---|---|
| **Title of Work:** | Startup Start Your Own Information Marketing Business, 2nd Edition |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2013 | | |
| **Date of 1st Publication:** | April 1, 2013 | **Nation of 1st Publication:** | United States |
| **International Standard Number:** | ISBN | 978-1-59918-500-2 | |

## Author

| | | | |
|---|---|---|---|
| ■ **Author:** | Entrepreneur Press | | |
| **Author Created:** | text | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |
| ■ **Author:** | Robert Skrob | | |
| **Author Created:** | text | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Entrepreneur Media, Inc. dba Entrepreneur Press |
| | 2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States |
| **Transfer Statement:** | By written agreement |

## Rights and Permissions

| | | | |
|---|---|---|---|
| **Organization Name:** | Entrepreneur Media, Inc. | | |
| **Name:** | Ronald L. Young | | |
| **Email:** | ryoung@entrepreneur.com | **Telephone:** | 949-622-5279 |
| **Address:** | 2445 McCabe Way, Suite 400 | | |
| | Irvine, CA 92614  United States | | |

## Certification

Page 1 of 2

**Name:**   Ronald L. Young

**Date:**   April 3, 2013

Registration Number

# TX 7-849-853

Effective date of
registration:

March 6, 2014

## Title

**Title of Work:** No BS Guide to Brand-Building by Direct Response: The Ultimate No Holds Barred Plan to Creating and Profiting From a Powerful Brand Without Buying it

## Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** March 1, 2014          **Nation of 1st Publication:** United States

**International Standard Number:** ISBN          978-59918-533-0

## Author

■          **Author:** Dan S. Kennedy

**Author Created:** text

**Citizen of:** United States          **Domiciled in:** United States

■          **Author:** Forrest Walden

**Author Created:** text

**Citizen of:** United States          **Domiciled in:** United States

■          **Author:** Jim Cavale

**Author Created:** text

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com

**Telephone:** 949-622-5279

**Address:** 2445 McCabe Way

Suite 400

Irvine, CA 92614  United States

## Certification

**Name:** Ronald L. Young

**Date:** March 4, 2014

Case 5:25-cv-09579-BLF   Document 1-1   Filed 11/06/25   Page 48 of 149



# **C**opyright

Home  /  Search  /  Detailed Record View

| Keyword ▼ | scott duffy | 🔍 |
|---|---|---|

Advanced Search

## Detailed Record View
### Registration record TX0008621086
Copyright Catalog
Displaying 37 of 77 entries

◀ Previous   Next ▶

## Breakthrough--How to Harness the AHA! Moments that Spark Success.

Share ➔    Actions ⌄

**Registration Number / Date**   TX0008621086 / 2018-07-30

**Type of Work**   Text

**Certificate**   View PDF

**Title**   Breakthrough--How to Harness the AHA! Moments that Spark Success.

**Application Title**   Breakthrough--How to Harness the AHA! Moments that Spark Success.

**Date of Creation**   2018

**Date of Publication**   2018-07-24

**Copyright Claimant**   Entrepreneur Media, Inc., Transfer: By written agreement. Address: 18061

Case 5:25-cv-09579-BLF    Document 1-1    Filed 11/06/25    Page 49 of 149

FITCH, IRVINE, CA, 92614, United States.

| | |
|---|---|
| **Authorship on Application** | Scott Duffy; Citizenship: United States. Authorship: text, photograph(s) |
| **Rights and Permissions** | Ronald L. Young, Entrepreneur Media, Inc., 18061 FITCH, IRVINE, CA, 92614, United States, (949) 622-5279, ryoung@entrepreneur.com |
| **ISBN** | 978-159918-622-1 |
| **Description** | Book, 252 p. |
| **Nation of First Publication** | United States |
| **Names** | Duffy, Scott |
| | Entrepreneur Media, Inc. |

◀ Previous   Next ▶

**Menu**

Home
Recent Records
Recent Searches
Name Directory
Help

**Contact**

Contact Us
Feedback

**Resources**

Request a Copy Estimate
Request a Search Estimate
FAQs

# ℃opyright
## U.S. Copyright Office

101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000 or
1 (877) 476-0778 (toll-free)

**Disclaimer:** The Copyright Public Records System (CPRS) enables access to records maintained by the U.S. Copyright Office, including

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

# TX 8-040-350

**Effective Date of Registration:**
January 12, 2015

## Title

**Title of Work:**  Start Your Own Business: 6th Edition

## Completion/Publication

**Year of Completion:**  2014
**Date of 1st Publication:**  August 01, 2014
**Nation of 1st Publication:**  United States
**International Standard Number:**  ISBN 1-59918-556-3

## Author

- **Author:**  Entrepreneur Media, Inc. dba Entrepreneur Press
  **Author Created:**  revised and new text
  **Work made for hire:**  Yes
  **Citizen of:**  United States
  **Domiciled in:**  United States

## Copyright Claimant

**Copyright Claimant:**  Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States
**Transfer statement:**  By written agreement

## Limitation of copyright claim

**Material excluded from this claim:**  previous version
**Previous registration and year:**  TX 6-415-210, 2006
TX 7-255-000, 2010

**New material included in claim:**  revised and new text

## Rights and Permissions

**Organization Name:**  Entrepreneur Media, Inc.
**Name:**  Ronald L. Young
**Email:**  ryoung@entrepreneur.com
**Telephone:**  (949)622-5279
**Address:**  18061 Fitch

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** January 05, 2015

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**TX 6-907-624**

**Effective date of registration:**

November 19, 2007

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Construction and Contracting Business - Your Step-by-Step Guide to Success

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** October 1, 2007

## Author

■ **Author:** Gregg Kuehn

**Author Created:** Entire text

**Work made for hire:** No

**Anonymous:** No        **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc., dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614

**Transfer Statement:** Author in Space 2b transferred copyright ownership of the Work to Claimant by written agreement.

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Ronald L. Young

**Date:** November 14, 2007

IPN#:

Registration #:     TX0006907624

Service Request #:   1-30524168

Entrepreneur Media, Inc.
2445 McCabe Way, Suite 400
Irvine, CA 92614

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 8-139-812

**Effective Date of Registration:**
October 19, 2015

---

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Construction and Contracting Business (2nd Edition)

---

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** June 01, 2013
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781599185033

---

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** Gregg Kuehn
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

---

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

---

## Limitation of copyright claim

**Previous registration and year:** TX 6-937-812, 2007

---

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:**  Ronald L. Young
**Email:**  ryoung@entrepreneur.com
**Telephone:**  (949)622-5279
**Address:**  18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:**  Ronald L. Young
**Date:**  October 12, 2015

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**REGIS**   **TX 6-522-750**

*TX0065227500*

**EFFECTIVE DATE OF REGISTRATION**

JAN   8   2007
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Entrepreneur Magazine's Start-ups: Consulting Business

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**a**   **NAME OF AUTHOR ▼**
John Riddle

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire text

**b**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a**   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given
2001    ◀ Year in all cases.

**b**   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information Month▶ December Day▶ 1 Year▶ 2001
ONLY if this work has been published.    USA    ◀ Nation

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Entrepreneur Media, Inc.
2445 McCabe Way, Suite 400
Irvine, CA 92614

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Author transferred copyright ownership of the Work to Claimant by written agreement.

**APPLICATION RECEIVED**
JAN 0 8 2007
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JAN 0 8 2007
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of 2 pages

EXAMINED BY _____ /JRP

CHECKED BY _____

CORRESPONDENCE
☐ Yes

**FORM TX**

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▶                **Year of Registration** ▶

**6**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼  **a**

N/A

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼  **b**

N/A

See instructions
before completing
this space.

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                              Account Number ▼  **a**

Entrepreneur Media, Inc.                              DA 037184

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼  **b**

Entrepreneur Media, Inc. - Attn: Legal Dept.
2445 McCabe Way, Suite 400
Irvine, CA 92614

Area code and daytime telephone number ▶ (949) 622-5279          Fax number ▶ (949) 261-7729
Email ▶  ryoung@entrepreneur.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the          ☐ author
                                                    Check only one ▶    ☐ other copyright claimant
                                                                        ☐ owner of exclusive right(s)
of the work identified in this application and that the statements made    ☑ authorized agent of  Entrepreneur Media, Inc.
by me in this application are correct to the best of my knowledge.          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Ronald L. Young                                                          Date ▶ 1/2/07

Handwritten signature (X) ▼

X ___Ronald L. Young___

**9**

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS**
**IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office · TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov,
write the Copyright
Office, or call
(202) 707-3000.

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Entrepreneur Media, Inc. - Attn: Legal Dept.

Number/Street/Apt ▼
2445 McCabe Way, Suite 400

City/State/ZIP ▼
Irvine, CA 92614

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

Rev: July 2003—xxx   Web Rev: July 2003   ♻ Printed on recycled paper                                                      U.S. Government Printing Office: 2000-461-113/20,021




# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**TX 6-819-781**

**Effective date of
registration:**

August 16, 2007

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Day Spa and More

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** March 1, 2007

## Author

■ **Author:** Entrepreneur Media, Inc   dba of Entrepreneur Press

**Author Created:** Entire Text

**Work made for hire:** Yes

**Domiciled in:** United States

**Anonymous:** No                        **Pseudonymous:** No

■ **Author:** Preethi  Burkholder

**Author Created:** Entire Text

**Work made for hire:** No

**Domiciled in:** United States

**Anonymous:** No                        **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc

2445 McCabe Way, Suite 400, Irvine, CA 92614

**Transfer Statement:** Author in Space 2b transferred copyright ownership of the Work to Claimant
by written agreement

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:**   Ronald L Young

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-910-839**

**Effective date of registration:**

June 4, 2014

## Title

**Title of Work:** Entrepreneur Magazine's Startup Start Your Own e-Business: 3rd Edition

## Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** June 1, 2014          **Nation of 1st Publication:** United States

**International Standard Number:** ISBN          1-59918-530-x

## Author

■          **Author:** Entrepreneur Press

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

■          **Author:** Rich Mintzer

**Author Created:** text

**Work made for hire:** No

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Previous registration and year:** TX-6-493-343     2005

TX-7-083-351     2009

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com                    **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way

Suite 400

Irvine, CA 92614  United States

## Certification

**Name:** Ronald L. Young

**Date:** June 2, 2014



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**REC** TX 6-556-594

**EFFECTIVE DATE OF REGISTRATION**

JAN 08 2007
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
Entrepreneur Magazine's Startup:  Start Your Own Event Planning Business

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**a** **NAME OF AUTHOR ▼**
Entrepreneur Press (dba of Entrepreneur Media, Inc.)

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**
Krista Thoren Turner

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire text

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2004
◄ Year    This information must be given in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ July    Day▶ 1    Year▶ 2004
USA    ◄ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Entrepreneur Media, Inc.
2445 McCabe Way, Suite 400
Irvine, CA 92614

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Author in Space 2b transferred copyright ownership of the Work to Claimant by written agreement.

APPLICATION RECEIVED
JAN 08 2007
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JAN 08 2007
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of 2 pages

\*Amended by C.O. per phone call to Ronald L. Young
on May 15, 2007.

EXAMINED BY *RMB* *KTRY*                    **FORM TX**

CHECKED BY

☐ **CORRESPONDENCE**
  Yes

**FOR COPYRIGHT OFFICE USE ONLY**

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶          Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

**a**

**6**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

**b**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                          Account Number ▼

Entrepreneur Media, Inc.          DA 037184

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Entrepreneur Media, Inc. - Attn: Legal Dept.
2445 McCabe Way, Suite 400
Irvine, CA 92614

**b**

Area code and daytime telephone number ▶ (949) 622-5279          Fax number ▶ (949) 261-7729
Email ▶ ryoung@entrepreneur.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
                          ☐ author
                          ☐ other copyright claimant
      Check only one ▶   ☐ owner of exclusive right(s)
of the work identified in this application and that the statements made   ☑ authorized agent of  Entrepreneur Media, Inc.
by me in this application are correct to the best of my knowledge.        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Ronald L. Young                                          Date ▶ 12/29/06

Handwritten signature (X) ▼

X _Ronald L. Young_

**Certificate will be mailed in window envelope to this address:**

Name ▼
Entrepreneur Media, Inc. - Attn: Legal Dept.

Number/Street/Apt ▼
2445 McCabe Way, Suite 400

City/State/ZIP ▼
Irvine, CA 92614

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

*Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.*

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—xxx  Web Rev: July 2003  ⊕ Printed on recycled paper                    U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-521-507**

EFFECTIVE DATE OF REGISTRATION

JAN 8 2007
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
Entrepreneur Magazine's Startup: Start Your Own Executive Recruiting Service

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

## 2

**a** **NAME OF AUTHOR ▼**
Mandy Erickson

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2003 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information Month ▶ October Day ▶ 1 Year ▶ 2003
ONLY if this work has been published.
USA ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Entrepreneur Media, Inc.
2445 McCabe Way, Suite 400
Irvine, CA 92614

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Author transferred copyright ownership of the Work to Claimant by written agreement.

See instructions before completing this space

APPLICATION RECEIVED
JAN 0 8 2007
ONE DEPOSIT RECEIVED

DO NOT WRITE HERE / OFFICE USE ONLY

TWO DEPOSITS RECEIVED
JAN 0 8 2007
FUNDS RECEIVED

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY CMS /JRP | FORM TX |
|---|---|

CHECKED BY

| CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▶**          **Year of Registration ▶**

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

**a**

**6**

See instructions before completing this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

Entrepreneur Media, Inc.          DA 037184

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Entrepreneur Media, Inc. - Attn: Legal Dept.
2445 McCabe Way, Suite 400
Irvine, CA 92614

**b**

Area code and daytime telephone number ▶ (949) 622-5279          Fax number ▶ (949) 261-7729
Email ▶ ryoung@entrepreneur.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Entrepreneur Media, Inc.
  Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Ronald L. Young          Date ▶ 12/29/0 6

Handwritten signature (X) ▼
X _Ronald L. Young_

| Certificate will be mailed in window envelope to this address: | Name ▼ Entrepreneur Media, Inc. - Attn: Legal Dept. | YOU MUST: • Complete all necessary spaces • Sign your application in space 8 SEND ALL 3 ELEMENTS IN THE SAME PACKAGE: 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material MAIL TO: Library of Congress Copyright Office - TX 101 Independence Avenue, S.E. Washington, D.C. 20559-6222 |
|---|---|---|
| | Number/Street/Apt ▼ 2445 McCabe Way, Suite 400 | |
| | City/State/ZIP ▼ Irvine, CA 92614 | |

**9**

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—xxxx  Web Rev: July 2003  ⊕ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-227-661**

**Effective date of
registration:**

July 26, 2010

---

## Title

**Title of Work:** Entrepreneur Magazine's Start Your Own Import/Export Business:  Your Step-by-Step
Guide to Success, 3rd Edition

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** July 1, 2010            **Nation of 1st Publication:** United States

## Author

■            **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States            **Domiciled in:** United States

■      **Author:** Krista Turner

**Author Created:** text

**Work made for hire:** No

**Citizen of:** United States            **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

**Previous registration and year:** TX 6-593-685      2007

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com          **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614  United States

## Certification

**Name:** Ronald L. Young

**Date:** July 23, 2010



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

TX 7-311-875

**Effective date of registration:**

July 16, 2008

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Coaching Business - Motivational Life - Business

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** July 1, 2008

## Author

■ **Author:** Entrepreneur Media Inc dba Entrepreneur Press

**Author Created:** Entire text

**Work made for hire:** Yes

**Domiciled in:** United States

**Anonymous:** No                    **Pseudonymous:** No

■ **Author:** Monroe Mann

**Author Created:** Entire text

**Work made for hire:** No

**Domiciled in:** United States

**Anonymous:** No                    **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media Inc dba Entrepreneur Press

2445 McCabe Way Suite 400, Irvine, CA, 92614

**Transfer Statement:** Author in Space 2b transferred copyright ownership of the Work to Claimant by written agreement.

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Ronald L. Young

**Date:** July 10, 2008

**Registration Number**

TX 7-588-879

**Effective date of
registration:**

September 7, 2012

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Coaching Business: Your Step-by-Step Guide to Success, 2nd Edition

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** September 1, 2012        **Nation of 1st Publication:** United States

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press

  **Author Created:** text

  **Work made for hire:** Yes

  **Citizen of:** United States                **Domiciled in:** United States

- **Author:** Rich Mintzer

  **Author Created:** text

  **Work made for hire:** No

  **Citizen of:** United States                **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Previous registration and year:** TX 6-465-678    2006

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com        **Telephone:** 949-261-2325

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614  United States

## Certification

**Name:** Ronald L. Young

**Date:** September 4, 2012

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## TXu 1-624-283

**Effective date of registration:**

June 6, 2008

---

## Title

| | |
|---|---|
| **Title of Work:** | Entrepreneur Magazine's Startup: Start Your Own Gift Basket Business and more (2nd Edition) |
| **Previous or Alternative Title:** | Entrepreneur Magazine's Startup: Start Your Own Gift Basket Service |

## Completion/ Publication

**Year of Completion:** 2008

## Author

| | |
|---|---|
| ■  **Author:** | Entrepreneur Media, Inc. dba Entrepreneur Press |
| **Author Created:** | Entire text |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |
| **Anonymous:** No | **Pseudonymous:** No |
| ■  **Author:** | Cheryl Kimball |
| **Author Created:** | Entire text |
| **Work made for hire:** | No |
| **Domiciled in:** | United States |
| **Anonymous:** No | **Pseudonymous:** No |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Prior version in 2003 under title "Entrepreneur Magazine's Startup: Start Your Own Gift Basket Service" |
| **Previously registered:** | Yes |
| **Previous registration and year:** | 6-496-473      2007 |
| **New material included in claim:** | New and revised text. |

## Certification

**Name:**  Ronald L. Young

**Date:**  June 2, 2008

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGI   **TX 6-425-960**

EFFECTIVE DATE OF REGISTRATION

10    24    06
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Entrepreneur Magazine's Ultimate Small Business Marketing Guide: 1500 Great Marketing Tricks That Will Drive Your Business Through the Roof

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**a**

**NAME OF AUTHOR ▼**
James Stephenson

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?    ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire text

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given
2003    ◀ Year in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ December    Day ▶ 1    Year ▶ 2003
USA    ◀ Nation

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
James Stephenson
214 Mowat Street
New Westminster, B.C. Canada V3M 4B2

**APPLICATION RECEIVED**
AUG 16 2006
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
AUG 16 2006

**FUNDS RECEIVED**

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Author transferred copyright ownership of the Work to Claimant by written agreement.

**FUNDS RECEIVED OCT 2 4 2006**

DO NOT WRITE HERE

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶                Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                          Account Number ▼

Entrepreneur Media, Inc.                          DA 037184

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Entrepreneur Media, Inc. - Attn: Legal Dept.
2445 McCabe Way, Suite 400
Irvine, CA 92614

**b**

Area code and daytime telephone number ▶                Fax number ▶ (949) 261-7729
Email ▶  ryoung@entrepreneur.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **James Stephenson**
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Ronald L. Young                                          Date ▶ 8/10/06

Handwritten signature (X) ▼

x _Ronald L. Young_

| Certificate will be mailed in window envelope to this address: | Name ▼ Entrepreneur Media, Inc. - Attn: Legal Dept. |
|---|---|
| | Number/Street/Apt ▼ 2445 McCabe Way, Suite 400 |
| | City/State/ZIP ▼ Irvine, CA 92614 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—xxxx   Web Rev: July 2003   ☺ Printed on recycled paper                          U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## TX 7-306-601

**Effective date of
registration:**

December 14, 2010

---

## Title

**Title of Work:** Entrepreneur Magazine's Ultimate Guide to Search Engine Optimization - 2nd Edition

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** December 1, 2010     **Nation of 1st Publication:** United States

## Author

■     **Author:** Jon Rognerud

**Author Created:** text

**Work made for hire:** No

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

**Previous registration and year:** TX 7-002-765     2007

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com     **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614  United States

## Certification

**Name:** Ronald L. Young

**Date:** December 9, 2010



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay H. Tesle*

United States Register of Copyrights and Director

**Registration Number**

## TX 8-739-738

**Effective Date of Registration:**
January 25, 2019

## Title

**Title of Work:** The Franchise Handbook--Everything You Need to Know about Buying a
Franchise

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** January 22, 2019
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-639-9

## Author

- **Author:** Mark Siebert
**Author Created:** text
**Work made for hire:** No
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, 18061 FITCH, IRVINE, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 Fitch
IRVINE, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date**:   January 22, 2019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

# TX 8-422-886

**Effective Date of Registration:**
May 24, 2017

## Title

**Title of Work:** Entrepreneur Magazine's Ultimate Guide to Instagram for Business

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** May 14, 2017
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-602-3

## Author

- **Author:** Kim Walsh Phillips
  **Author Created:** text
  **Work made for hire:** No
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch Avenue, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 18061 Fitch Avenue
Irvine, AZ 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** May 16, 2017



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

# TX 8-891-169

**Effective Date of Registration:**
January 21, 2020
**Registration Decision Date:**
August 27, 2020

---

## Title

      **Title of Work:**   Entrepreneur Magazine's Ultimate Guide to Link Building (Second Edition)

## Completion/Publication

      **Year of Completion:**   2019
    **Date of 1st Publication:**   January 14, 2020
    **Nation of 1st Publication:**   United States
 **International Standard Number:**   ISBN 978-1-59918-648-1

## Author

             •       **Author:**   Garrett French
      **Author Created:**   text
   **Work made for hire:**   No
          **Citizen of:**   United States

             •       **Author:**   Eric Ward
      **Author Created:**   text
   **Work made for hire:**   No
          **Citizen of:**   United States

## Copyright Claimant

      **Copyright Claimant:**   Entrepreneur Media, Inc.
                              18061 Fitch, Irvine, CA, 92614
     **Transfer statement:**   By written agreement

## Limitation of copyright claim

 **Material excluded from this claim:**   text
 **Previous registration and year:**   TX-7-692-423, 2013

   **New material included in claim:**   text

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** January 15, 2020

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## TX 8-991-265

**Effective Date of Registration:**
April 24, 2020
**Registration Decision Date:**
August 02, 2021

---

## Title

**Title of Work:** Start a Business at Any Age--Ageless Startup

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** April 21, 2020
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-663-4

## Author

- **Author:** Rick Terrien
**Author Created:** text
**Work made for hire:** No
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date**:   April 21, 2020

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kary H. Leah*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-670-137**

**Effective Date of Registration:**
October 03, 2018

---

## Title

| | |
|---|---|
| **Title of Work:** | Driven--The Never-Give-Up Roadmap to Massive Success |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | September 18, 2018 |
| **Nation of 1st Publication:** | United States |
| **International Standard Number:** | ISBN 978-1-59918-624-5 |

## Author

| | | |
|---|---|---|
| • | **Author:** | Manny Khoshbin |
| | **Author Created:** | text, photograph(s) |
| | **Work made for hire:** | No |
| | **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Entrepreneur Media, Inc. |
| | 18061 Fitch, IRVINE, CA, 92614, United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | photograph(s) |
| **New material included in claim:** | text |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Entrepreneur Media, Inc. |
| **Address:** | 18061 Fitch |
| | IRVINE, CA 92614 United States |

## Certification



**Name:**  Ronald L. Young
**Date:**  September 28, 2018

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay. H. Tesle*

United States Register of Copyrights and Director

**Registration Number**

## TX 8-810-693

**Effective Date of Registration:**
October 02, 2019
**Registration Decision Date:**
December 04, 2019

---

## Title

**Title of Work:** Elephants before Unicorns: Emotionally Intelligent HR Strategies to Save
Your Company

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** September 24, 2019
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-658-0

## Author

● **Author:** Caroline Stokes
**Author Created:** text
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:**    September 27, 2019

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work

**TX 6-417-729**

*#TX0006417729#*

**(TX)**                          **TXU**
**EFFECTIVE DATE OF REGISTRATION**

**7**          **28**          **06**
Month        Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Retail in Detail

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.     **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

## 2

**a** **NAME OF AUTHOR ▼**
Ronald L. Bond

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in▶  U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ◀Year in all cases.
2005

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month▶ July 1     Day▶ 1     Year▶ 2005
USA ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Entrepreneur Media, Inc.
2445 McCabe Way, Suite 400
Irvine, CA 92614

**APPLICATION RECEIVED**
JUL 28 2006
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
JUL 28 2006
**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Author transferred copyright ownership of the Work to Claimant by written agreement.

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY ⟋ Mw | FORM TX |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE  Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶ TX 4-250-321        Year of Registration ▶ 1996

**5**

---

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

Retail in Detail: How to Start and Manage a Small Retail Business

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New and revised text.

**a**

**b**

**6**

See instructions before completing this space.

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                                Account Number ▼

Entrepreneur Media, Inc.                                    DA 037184

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼

Entrepreneur Media, Inc. - Attn: Legal Dept.
2445 McCabe Way, Suite 400
Irvine, CA 92614

Area code and daytime telephone number ▶                      Fax number ▶ (949) 261-7729

Email ▶  ryoung@entrepreneur.com

**a**

**b**

**7**

---

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Entrepreneur Media, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Ronald L. Young                                                     Date ▶ 7|17|0 6

Handwritten signature (X) ▼

X _Ronald L. Young_____

**8**

---

**9**

| Certificate will be mailed in window envelope to this address: | Name ▼  Entrepreneur Media, Inc. - Attn: Legal Dept. |
|---|---|
| | Number/Street/Apt ▼  2445 McCabe Way, Suite 400 |
| | City/State/ZIP ▼  Irvine, CA 92614 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

---

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—xxx   Web Rev: July 2003   ⊕ Printed on recycled paper                                      U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Cross*

United States Register of Copyrights and Director

**Registration Number**

## TX 8-793-679

**Effective Date of Registration:**
August 26, 2019
**Registration Decision Date:**
October 29, 2019

---

## Title

**Title of Work:** Stress-Less Leadership: How to Lead in Business and in Life

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** August 20, 2019
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-650-4

## Author

- **Author:** Dr. Nadine Greiner
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA. 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L Young

**Date**:    August 22, 2019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Leigh Clayott*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-378-646

**Effective Date of Registration:**
February 15, 2017

## Title

**Title of Work:** The Innovation Mentality -- six strategies to disrupt the status quo and reinvent the way we work

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** February 14, 2017
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-603-0

## Author

- **Author:** Glenn Llopis
**Author Created:** text
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc
18061 Fitch Avenue, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc
**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 18061 Fitch Avenue
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:**   February 14, 2017



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Lesle*

United States Register of Copyrights and Director

**Registration Number**

## TX 8-764-240

**Effective Date of Registration:**
May 24, 2019
**Registration Decision Date:**
August 20, 2019

---

## Title

**Title of Work:** Entrepreneur Magazine's Ultimate Guide to Amazon Advertising

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** May 20, 2019
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-633-2

## Author

● **Author:** Timothy P. Seward
**Author Created:** text, artwork
**Work made for hire:** No
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date**:  May 20, 2019

**Copyright Office notes:**  Regarding authorship information: deposit does not contain copyrightable artwork.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-629-051**

**Effective Date of Registration:**
June 01, 2018

## Title

**Title of Work:** Entrepreneur Magazine's Ultimate Guide to Email Marketing for Business

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** May 15, 2018
**Nation of 1ˢᵗ Publication:** United States
**International Standard Number:** ISBN 978-1-59918-623-8

## Author

• **Author:** Susan Gunelius
**Author Created:** text
**Work made for hire:** No
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 FITCH, IRVINE, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 18061 FITCH
IRVINE, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** May 16, 2018

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**TX 6-936-086**

**Effective date of
registration:**

April 10, 2008

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Graphic Design Business - Your Step-by-Step Guide to Success

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** May 1, 2008          **Nation of 1st Publication:** United States

## Author

■          **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press

**Author Created:** Entire text

**Work made for hire:** Yes

**Domiciled in:** United States

**Anonymous:** No                    **Pseudonymous:** No

■          **Author:** George Sheldon

**Author Created:** Entire text

**Work made for hire:** No

**Domiciled in:** United States

**Anonymous:** No                    **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614

**Transfer Statement:** Author in Space 2b transferred copyright ownership of the Work to Claimant
by written agreement.

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Ronald L. Young

**Date:** April 2, 2008

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## TXu 1-641-983

**Effective date of
registration:**

March 27, 2009

---

## Title

**Title of Work:** Entrepreneur Magazine's 55 Surefire Internet Businesses You Can Start for Under
$5,000

## Completion/Publication

**Year of Completion:** 2009

## Author

■  **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press

**Author Created:** Entire text

**Work made for hire:** Yes

**Domiciled in:** United States

**Anonymous:** No                              **Pseudonymous:** No

■  **Author:** Melissa Campanelli

**Author Created:** Entire text

**Work made for hire:** No

**Domiciled in:** United States

**Anonymous:** No                              **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA 92614

**Transfer Statement:** Author transferred copyright ownership of the Work to Claimant by written
agreement.

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Ronald L. Young

**Date:** March 23, 2009

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## TX 6-980-167

**Effective date of registration:**

July 21, 2009

## Title

**Title of Work:** Entrepreneur Magazine's ClickStarts: Design and Launch an Online Gift Business in a Week

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** July 1, 2009

## Author

- **Author:** Entrepreneur Media, Inc., dba Entrepreneur Press

  **Author Created:** Entire text

  **Work made for hire:** Yes

  **Domiciled in:** United States

  **Anonymous:** No                    **Pseudonymous:** No

- **Author:** Cheryl Kimball

  **Author Created:** Entire text

  **Work made for hire:** No

  **Domiciled in:** United States

  **Anonymous:** No                    **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc., dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614

**Transfer Statement:** Author transferred copyright ownership of the Work to Claimant by written agreement

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Ronald L. Young
**Date:** July 1, 2009

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

TX 7-093-073

**Effective date of
registration:**

June 26, 2009

## Title

**Title of Work:** Entrepreneur Magazine's ClickStarts: Design and Launch an Online Social Networking
Business in a Week

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** June 1, 2009

## Author

**Author:** Entrepreneur Media, Inc. dba Entrepreneur Press

**Author Created:** Entire text

**Work made for hire:** Yes

**Domiciled in:** United States

**Anonymous:** No                    **Pseudonymous:** No

**Author:** Julien Sharp

**Author Created:** Entire text

**Work made for hire:** No

**Domiciled in:** United States

**Anonymous:** No                    **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614

**Transfer Statement:** Author, Julien Sharp, transferred copyright ownership of the Work to
Claimant by written agreement.

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Ronald L. Young

**Date:** June 22, 2009

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

TX 7-857-065

**Effective date of registration:**

April 4, 2014

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Nonprofit Organization

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** April 1, 2014          **Nation of 1st Publication:** United States

**International Standard Number:** ISBN          1-59918-527-X

## Author

- **Author:** Entrepreneur Media, Inc., dba Entrepreneur Press

  **Author Created:** text

  **Work made for hire:** Yes

  **Citizen of:** United States          **Domiciled in:** United States

- **Author:** Cheryl Kimball

  **Author Created:** text

  **Work made for hire:** No

  **Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com          **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way

Suite 400

Irvine, CA 92614  United States

## Certification

**Name:**  Ronald L. Young

**Date:**  April 1, 2014



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

TX 7-001-499

**Effective date of
registration:**

August 25, 2009

---

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Bar and Club - Sports Bars-
Nightclubs-Neighborhood Bars-Wine Bars and More - 3rd Edition

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** August 1, 2009          **Nation of 1st Publication:** United States

## Author

■          **Author:** Liane Cassavoy

**Author Created:** text

**Work made for hire:** No

**Citizen of:** United States          **Domiciled in:** United States

■          **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

**Previous registration and year:** TX 6-465-678     2006

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com        **Telephone:**    949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614  United States

## Certification

**Name:** Ronald L. Young

**Date:** August 20, 2009

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-818-662

**Effective date of registration:**

January 2, 2014

---

## Title

**Title of Work:** Entrepreneur Magazine's Startup:  Start Your Own Bar and Club - 4th Edition

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** January 2, 2014        **Nation of 1st Publication:** United States

**International Standard Number:** ISBN            1-59918-519-9

## Author

■     **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States                        **Domiciled in:** United States

■     **Author:** Liane Cassavoy

**Author Created:** text

**Work made for hire:** No

**Citizen of:** United States                        **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Previous registration and year:** TX 6-465-678      2006

TX 7-001-499      2009

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com    **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** January 2, 2014



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-493-339**

**EFFECTIVE DATE OF REGISTRATION**

Month Jan Day 8 Year 2007

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
Entrepreneur Magazine's Startup: Start Your Own Cleaning Service

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.     **Title of Collective Work ▼**

If published in a periodical or serial give:  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**a**

**NAME OF AUTHOR ▼**
Jacquelyn Lynn

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire text

### NOTE

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2002

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ January   Day ▶ 1   Year ▶ 2003
USA                                    ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Entrepreneur Media, Inc.
2445 McCabe Way, Suite 400
Irvine, CA 92614

**APPLICATION RECEIVED**
JAN 08 2007
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
JAN 08 2007

**FUNDS RECEIVED**

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Author transferred copyright ownership of the Work to Claimant by written agreement.

DO NOT WRITE HERE  OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

| EXAMINED BY | | FORM TX |
| --- | --- | --- |
| CHECKED BY | | |
| | CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶          Year of Registration ▶

**6**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼          **a**

- N/A

See instructions before completing this space.

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼          **b**

N/A

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.          **a**

Name ▼                                              Account Number ▼

Entrepreneur Media, Inc.                          DA 037184

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼          **b**

Entrepreneur Media, Inc. - Attn: Legal Dept.
2445 McCabe Way, Suite 400
Irvine, CA 92614

Area code and daytime telephone number ▶ (949) 622-5279          Fax number ▶ (949) 261-7729

Email ▶ ryoung@entrepreneur.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Entrepreneur Media, Inc.

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Ronald L. Young                                    Date ▶ 12/29/06

Handwritten signature (X) ▼

x  Ronald L. Young

**9**

| Certificate will be mailed in window envelope to this address: | Name ▼  Entrepreneur Media, Inc. - Attn: Legal Dept. |
| --- | --- |
| | Number/Street/Apt ▼  2445 McCabe Way, Suite 400 |
| | City/State/ZIP ▼  Irvine, CA 92614 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**MAIL TO:**
Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—xxx  Web Rev: July 2003  ⊕ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 8-139-825

**Effective Date of Registration:**
October 19, 2015

---

## Title

**Title of Work:** Entrepreneur Magazine's Startup:  Start Your Own eLearning or Training Business

---

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** October 01, 2015
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781599185736

## Author

• **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press
**Author Created:** text
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

• **Author:** Cheryl Kimball
**Author Created:** text
**Work made for hire:** No
**Citizen of:** United States
**Domiciled in:** United States

• **Author:** Ciree Linsenman
**Author Created:** text
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** October 15, 2015

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-371-775

**Effective date of
registration:**

April 27, 2011

---

## Title
**Title of Work:** Entrepreneur Magazine's Startup:  Start Your Own Food Truck Business

## Completion/Publication
**Year of Completion:** 2011

**Date of 1st Publication:** April 1, 2011          **Nation of 1st Publication:** United States

## Author
■          **Author:** Entrepreneur Press dba Entrepreneur Media, Inc.

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

■          **Author:** Rich Mintzer

**Author Created:** text

**Work made for hire:** No

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Rights and Permissions
**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com          **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way

Suite 400

Irvine, CA 92614  United States

## Certification

**Name:** Ronald L. Young

**Date:** April 25, 2011

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 8-077-331**

**Effective Date of Registration:**
May 07, 2015

## Title

**Title of Work:** Entrepreneur Magazine's Startup:  Start Your OwnFood Truck Business - 2nd Edition

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** April 01, 2015
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press
**Author Created:** text
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

- **Author:** Rich Mintzer
**Author Created:** text
**Work made for hire:** No
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Previous registration and year:** TX 6-465-678, 2006

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald L. Young

Page 1 of 2

**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** May 04, 2015



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-768-054

**Effective date of
registration:**

August 30, 2013

## Title

**Title of Work:** YouTube for Business

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** July 1, 2013      **Nation of 1st Publication:** United States

**International Standard Number:** ISBN      978-1-59918-510-1

## Author

■ **Author:** Jason R. Rich

**Author Created:** text

**Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com      **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614  United States

## Certification

**Name:** Ronald L. Young

**Date:** August 26, 2013

**Registration #:**  TX0007768054
**Service Request #:**  1-984838062



Entrepreneur Media, Inc.
Ronald L. Young
2445 McCabe Way, Suite 400
Irvine, CA 92614  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn A. Temple* [signature]

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-575-731

**Effective Date of Registration:**
April 05, 2018

## Title

| | |
|---|---|
| **Title of Work:** | Entrepreneur Magazine's Ultimate Guide to YouTube for Business (Second Edition) |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | March 27, 2018 |
| **Nation of 1st Publication:** | United States |
| **International Standard Number:** | ISBN 1-59918-619-5 |

## Author

| | |
|---|---|
| •     **Author:** | Jason R. Rich |
| **Author Created:** | text |
| **Work made for hire:** | No |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Entrepreneur Media, Inc. |
| | 18061 FITCH, IRVINE, CA, 92614, United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | text |
| **Previous registration and year:** | TX 7-768-054, 2013 |
| **New material included in claim:** | text |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Entrepreneur Media, Inc. |
| **Address:** | 18061 FITCH |
| | IRVINE, CA 92614 United States |

## Certification

**Name:** RONALD L YOUNG
**Date:** March 28, 2018

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-137-854

**Effective date of
registration:**

January 21, 2010

## Title

**Title of Work:** Entrepreneur

**Volume** 38          **Number** 1          **Date on Copies** January 2010

**Frequency of publication**          Monthly

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** December 22, 2009          **Nation of 1st Publication:** United States

**International Standard Number:** ISSN          0163-3341

## Author

**■ Author:** Entrepreneur Media, Inc.

**Author Created:** collective work which may include text, editing, compilation, and contribution(s) in
which copyright has been transferred to the claimant

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ymadrid@entrepreneur.com          **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way

Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Yvette Madrid

**Date:** January 18, 2010

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-119-087

**Effective date of
registration:**

February 16, 2010

---

## Title

**Title of Work:** Entrepreneur

**Volume** 38          **Number** 2          **Date on Copies** February 2010

**Frequency of publication**          Monthly

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** January 26, 2010          **Nation of 1st Publication:** United States

**International Standard Number:** ISSN          0163-3341

## Author

■          **Author:** Entrepreneur Media, Inc,

**Author Created:** collective work which may include text, editing, compilation, and contribution(s) in
which copyright has been transferred to the claimant

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ymadrid@entrepreneur.com          **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way

Suite 400

Irvine, CA 92614  United States

## Certification

**Name:** Yvette Madrid

**Date:** February 3, 2010

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-154-558

**Effective date of
registration:**

March 18, 2010

---

## Title

**Title of Work:** Entrepreneur

**Volume** 38     **Number** 3     **Date on Copies** March 2010

**Frequency of publication**    Monthly

## Completion/ Publication

**Year of Completion:** 2010

**Date of 1st Publication:** February 23, 2010     **Nation of 1st Publication:** United States

**International Standard Number:** ISSN     0163-3341

## Author

■ **Author:** Entrepreneur Media, Inc,

**Author Created:** collective work which may include text, editing, compilation, and contribution(s) in
which copyright has been transferred to the claimant

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ymadrid@entrepreneur.com     **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way

Suite 400

Irvine, CA 92614 United States

## Certification

**Name:**  Yvette Madrid
**Date:**  March 16, 2010

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-192-406

**Effective date of
registration:**

April 23, 2010

---

## Title

**Title of Work:** Entrepreneur

| | | |
|---|---|---|
| **Volume** 38 | **Number** 4 | **Date on Copies** April 2010 |
| **Frequency of publication** | Monthly | |

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** March 23, 2010      **Nation of 1st Publication:** United States

**International Standard Number:** ISSN        0163-3341

## Author

■      **Author:** Entrepreneur Media, Inc,

**Author Created:** collective work which may include text, editing, compilation, and contribution(s) in
which copyright has been transferred to the claimant

**Work made for hire:** Yes

**Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ymadrid@entrepreneur.com        **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way

Suite 400

Irvine, CA 92614  United States

## Certification

**Name:**   Yvette Madrid

**Date:**   April 20, 2010



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-192-947

**Effective date of registration:**

April 23, 2010

---

## Title

**Title of Work:** Entrepreneur

**Volume** 38      **Number 5**      **Date on Copies** May 2010

**Frequency of publication**     Monthly

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** April 20, 2010     **Nation of 1st Publication:** United States

**International Standard Number:** ISSN     0163-3341

## Author

■    **Author:** Entrepreneur Media, Inc,

**Author Created:** collective work which may include text, editing, compilation, and contribution(s) in which copyright has been transferred to the claimant

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ymadrid@entrepreneur.com     **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way

Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Yvette Madrid

**Date:** April 20, 2010



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-193-807

**Effective date of
registration:**

June 7, 2010

---

## Title

| | |
|---|---|
| **Title of Work:** | Entrepreneur |

| | | | | | |
|---|---|---|---|---|---|
| **Volume** 38 | | **Number** 6 | | **Date on Copies** June 2010 | |
| **Frequency of publication** | | Monthly | | | |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2010 |
| **Date of 1st Publication:** | May 25, 2010    **Nation of 1st Publication:** United States |
| **International Standard Number:** | ISSN    0163-3341 |

## Author

| | |
|---|---|
| ■    **Author:** | Entrepreneur Media, Inc, |
| **Author Created:** | collective work which may include text, editing, compilation, and contribution(s) in which copyright has been transferred to the claimant |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States    **Domiciled in:** United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Entrepreneur Media, Inc. |
| | 2445 McCabe Way, Suite 400, Irvine, CA 92614, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Entrepreneur Media, Inc. |
| **Name:** | Ron Young |
| **Email:** | ymadrid@entrepreneur.com    **Telephone:** 949-622-5244 |
| **Address:** | 2445 McCabe Way |
| | Suite 400 |
| | Irvine, CA 92614  United States |

## Certification

**Name:** Yvette Madrid

**Date:** June 3, 2010



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-196-886

**Effective date of
registration:**

July 6, 2010

---

## Title

**Title of Work:** Entrepreneur

**Volume** 38          **Number** 7          **Date on Copies** July 2010

**Frequency of publication**          Monthly

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** June 22, 2010          **Nation of 1st Publication:** United States

**International Standard Number:** ISSN          0163-3341

## Author

■          **Author:** Entrepreneur Media, Inc,

**Author Created:** collective work which may include text, editing, compilation, and contribution(s) in
which copyright has been transferred to the claimant

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ymadrid@entrepreneur.com          **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way

Suite 400

Irvine, CA 92614  United States

## Certification

**Name:**    Yvette Madrid

**Date:**    July 1, 2010



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-200-280

**Effective date of
registration:**

August 2, 2010

---

## Title

**Title of Work:** Entrepreneur

**Volume** 38          **Number** 8          **Date on Copies** August 2010

**Frequency of publication**          Monthly

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** July 20, 2010          **Nation of 1st Publication:** United States

**International Standard Number:** ISSN          0163-3341

## Author

**Author:** Entrepreneur Media, Inc,

**Author Created:** collective work which may include text, editing, compilation, and contribution(s) in
which copyright has been transferred to the claimant

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ymadrid@entrepreneur.com          **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way

Suite 400

Irvine, CA 92614  United States

## Certification

Name:    Yvette Madrid

Date:    July 29, 2010

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-219-729

**Effective date of registration:**

September 13, 2010

## Title

**Title of Work:** Entrepreneur

**Volume** 38          **Number** 9          **Date on Copies** September 2010

**Frequency of publication**          Monthly

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** August 24, 2010          **Nation of 1st Publication:** United States

**International Standard Number:** ISSN          0163-3341

## Author

■          **Author:** Entrepreneur Media, Inc,

**Author Created:** collective work which may include text, editing, compilation, and contribution(s) in which copyright has been transferred to the claimant

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ymadrid@entrepreneur.com          **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way

Suite 400

Irvine, CA 92614  United States

## Certification

**Name:**   Yvette Madrid

**Date:**   September 10, 2010



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-237-537

**Effective date of registration:**

October 8, 2010

## Title

**Title of Work:** Entrepreneur

**Volume** 38     **Number** 10     **Date on Copies** October 2010

**Frequency of publication**     Monthly

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** September 21, 2010     **Nation of 1st Publication:** United States

**International Standard Number:** ISSN     0163-3341

## Author

■     **Author:** Entrepreneur Media, Inc,

**Author Created:** collective work which may include text, editing, compilation, and contribution(s) in which copyright has been transferred to the claimant

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ymadrid@entrepreneur.com     **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way

Suite 400

Irvine, CA 92614 United States

## Certification

**Name:**   Yvette Madrid

**Date:**   September 29, 2010

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-238-951

**Effective date of registration:**

October 22, 2010

## Title

| | |
|---|---|
| **Title of Work:** | Entrepreneur |

| | | | |
|---|---|---|---|
| **Volume** 38 | **Number** 11 | **Date on Copies** November 2010 |
| **Frequency of publication** | Monthly | |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2010 |
| **Date of 1st Publication:** | October 19, 2010   **Nation of 1st Publication:** United States |
| **International Standard Number:** | ISSN   0163-3341 |

## Author

| | |
|---|---|
| ■   **Author:** | Entrepreneur Media, Inc, |
| **Author Created:** | collective work which may include text, editing, compilation, and contribution(s) in which copyright has been transferred to the claimant |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States   **Domiciled in:** United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Entrepreneur Media, Inc. |
| | 2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Entrepreneur Media, Inc. |
| **Name:** | Ron Young |
| **Email:** | ymadrid@entrepreneur.com   **Telephone:** 949-622-5244 |
| **Address:** | 2445 McCabe Way |
| | Suite 400 |
| | Irvine, CA 92614  United States |

## Certification

**Name:**  Yvette Madrid

**Date:**  October 20, 2010



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**TX 7-327-267**

**Effective date of registration:**

March 11, 2011

## Title

**Title of Work:** Entrepreneur

**Volume** 38     **Number** 12     **Date on Copies** December 2010

**Frequency of publication**     Monthly

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** November 23, 2010     **Nation of 1st Publication:** United States

**International Standard Number:** ISSN     0163-3341

## Author

■   **Author:** Entrepreneur Media, Inc.

**Author Created:** collective work which may include text, editing, compilation, and contribution(s) in which copyright has been transferred to the claimant

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ymadrid@entrepreneur.com     **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way

Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Yvette Madrid

**Date:** January 5, 2011

