UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTREPRENEUR MEDIA, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>META PLATFORMS, INC.,<br><br>　　　　　Defendant. | Case No. 25-cv-09579-VC   (TSH)<br><br>**NOTICE OF REFERRAL FOR DISCOVERY** |

This case has been referred to the undersigned magistrate judge for all discovery. For any pending matters at the time of referral, the Court will issue a separate order. For all future discovery-related matters, the parties must comply with the undersigned's Discovery Standing Order, available on the Court's website at https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/.

Please direct any questions to the undersigned's Courtroom Deputy at tshcrd@cand.uscourts.gov or (415) 522-4067.

**IT IS SO ORDERED.**

Dated: November 25, 2025

　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge