1  [counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ENTREPRENEUR MEDIA, LLC, | Case No. 3:25-cv-09579-VC-TSH |
|---|---|
| Plaintiff, | |
| v. | **JOINT CASE MANAGEMENT STATEMENT** |
| META PLATFORMS, INC., | Trial Date: None |
| Defendant. | Date Action Filed: November 6, 2025 |

Pursuant to the Court's December 22, 2025, Order following the Initial Case Management Conference, Entrepreneur Media, LLC ("Entrepreneur") and Meta Platforms, Inc. ("Meta") (collectively the "Parties"), hereby submit the following Joint Case Management Statement.

The Parties met and conferred regarding the case schedule on January 6, 2026. The Parties hereby propose the following case deadlines:

| Case Management Event | Joint Proposed Deadline |
|---|---|
| Deadline to File ADR Certification. (See ADR L.R. 3)[1] | 1/8/2026 |
| Meta's Deadline to File Motion to Dismiss | 1/12/2026 |
| Meta's Deadline for Substantial Completion of Production of Pertinent[2, 3] Discovery from *Kadrey* | 1/26/2026, subject to entry of PO / ESI order |
| Deadline to Make Initial Disclosures. | 1/27/2026 |
| Entrepreneur's Deadline to File Motion to Dismiss Opposition | 2/2/2026 |
| Meta's Deadline to File Motion to Dismiss Reply | 2/16/2026 |
| Motion to Dismiss Hearing / Case Management Conference | 3/19/2026 |
| Last Day to Amend Complaint without Leave of Court | 30 days following MTD ruling |
| Meta's Deadline to File Answer | 30 days following MTD ruling, subject to change if amended complaint filed |
| Case Management Conference | 8/7/2026 |
| Fact Discovery Cutoff | 9/4/2026 |
| Deadline for Opening Expert Reports | 9/18/2026 |

---

[1] The parties conferred and are not at this time seeking from the Court any referrals or deadlines related to alternative dispute resolution.

[2] Meta intends to produce the materials it produced in the *Kadrey* action except for material specific to the named plaintiffs in that action. Meta also informed Entrepreneur that a relatively small portion of the documents it produced in *Kadrey* are subject to third-party notice and/or consent.

[3] Entrepreneur does not know which documents Meta deems to be "pertinent" or how it is making that decision. Entrepreneur maintains that it should receive the full discovery record from the *Kadrey* action as its document requests seek.

| Case Management Event | Joint Proposed Deadline |
|---|---|
| Deadline for Rebuttal Expert Reports | 10/16/2026 |
| Deadline for Reply Expert Reports | 10/30/2026 |
| Close of Expert Discovery | 11/20/2026 |
| Deadline for Summary Judgment Brief 1 (Plaintiff's Opening Brief) | 12/11/2026 |
| Deadline for Summary Judgment Brief 2 (Defendant's Opening Brief & Opposition) | 1/11/2027 |
| Deadline for Summary Judgment Brief 3 (Plaintiff's Opposition & Reply) | 1/29/2027 |
| Deadline for Summary Judgment Brief 4 (Defendant's Reply) | 2/12/2027 |
| Last Day to Hear Dispositive Motions | 2/25/2027 |
| Final Pretrial Conference | 5/11/2027 |
| Trial Date | 5/24/2027 |

Dated: January 8, 2028

By *s/ Karen L. Dunn*

**COOLEY LLP**
Kathleen R. Hartnett
Judd D. Lauter
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2071
Facsimile: (415) 693-2222
Email: khartnett@cooley.com

Bobby A. Ghajar
Colette Ani Ghazarian
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400

By [signature]

**HUESTON HENNIGAN LLP**

Moez M. Kaba
Michael M. Purpura
Lee Linderman
Brittnee Bui

NEWMEYER & DILLION LLP
Michael B. McClellan
Benjamin P. Pugh
Jason L. Morris
Harlye S. Carlton

*Attorneys for Plaintiff*
*ENTREPRENEUR MEDIA, LLC*

Facsimile: (310) 883-6500
Email: bghajar@cooley.com
cghazarian@cooley.com

Mark R. Weinstein
Elizabeth Lee Stameshkin
3175 Hanover Street
Palo Alto, CA 94304
Telephone: 650-843-5000
Facsimile: 650-849-7400
Email: mweinstein@cooley.com
lstameshkin@cooley.com

**DUNN ISAACSON RHEE LLP**
Karen L. Dunn
Kyle Smith
Jessica Phillips
401 9th Street NW
Washington, DC 20004
Telephone: (202) 240-2900
Email: kdunn@dirllp.com
ksmith@dirllp.com
jphilllips@dirllp.com

**FILER'S ATTESTATION**

I, Brittnee Bui, am the CM/ECF user whose ID and password are being used to file this Joint Proposed Statement of the Case. Pursuant to Civil Local Rule No. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

By: _____
Brittnee Bui