| | |
|---|---|
| DUNN ISAACSON RHEE LLP<br>KAREN L. DUNN (*pro hac vice*)<br>(kdunn@dirllp.com)<br>JESSICA E. PHILLIPS (*pro hac vice*)<br>(jphillips@dirllp.com)<br>KYLE N. SMITH (*pro hac vice*)<br>(ksmith@dirllp.com)<br>401 9th Street, NW<br>Washington, DC 20004<br>Telephone: (202) 240-2900<br><br>COOLEY LLP<br>BOBBY GHAJAR (SBN 198719)<br>(bghajar@cooley.com)<br>COLETTE A. GHAZARIAN (SBN 322235)<br>(cghazarian@cooley.com)<br>1333 2nd Street, Suite 400<br>Santa Monica, CA 90401<br>Telephone: (310) 883-6400<br>Facsimile: (310) 883-6500<br><br>Attorneys for Defendant<br>*Meta Platforms, Inc.* | KATHLEEN R. HARTNETT (SBN 314267)<br>(khartnett@cooley.com)<br>JUDD D. LAUTER (SBN 290945)<br>(jlauter@cooley.com)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-4004<br>Telephone: (415) 693-2071<br>Facsimile: (415) 693-2222<br><br>MARK R. WEINSTEIN (SBN 193043)<br>(mweinstein@cooley.com)<br>ELIZABETH L. STAMESHKIN (SBN 260865)<br>(lstameshkin@cooley.com)<br>3175 Hanover Street<br>Palo Alto, CA 94304<br>Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400 |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ENTREPRENEUR MEDIA, LLC,<br><br>    Plaintiff,<br>v.<br>META PLATFORMS, INC.,<br><br>    Defendant. | Case No. 3:25-cv-09579-VC<br><br>**DECLARATION OF JUDD LAUTER IN SUPPORT OF DEFENDANT META PLATFORMS, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

I, Judd Lauter, declare as follows:

1. I am a Special Counsel at the law firm of Cooley LLP and am counsel to Defendant Meta Platforms, Inc. ("Meta") in this matter. I submit this declaration in support of Defendant Meta Platforms, Inc.'s Motion to Dismiss Plaintiff's Complaint. I have personal knowledge of the facts contained in this Declaration and, if called upon as a witness, could competently testify to them under oath.

2. On December 14, 2025, I purchased a digital copy of the book titled "*Elephants Before Unicorns: Emotionally Intelligent HR Strategies to Save Your Company*" ("*Elephants Before Unicorns*"). *Elephants Before Unicorns* is identified on page 7 of Exhibit A to the complaint filed by Entrepreneur Media, Inc. ("Entrepreneur" or "Plaintiff") in this action. Caroline Stokes is identified in Exhibit A and in *Elephants Before Unicorns* as the author of the book, which is 208 pages.

3. I understand that Plaintiff alleges that Meta removed "front matter" copyright notices from digital copies of certain works allegedly owned by Entrepreneur, including *Elephants Before Unicorns*. When Plaintiff refers to "front-matter" copyright notices in the Complaint, I understand it to be referring to the edition notice that appears at the beginning of the book.

4. Using an e-reader, I conducted a review of references to "Entrepreneur Press" contained within *Elephants Before Unicorns*. Two of the references are included in edition notice at the beginning of the book. A true and correct screenshot of this notice is attached hereto as **Exhibit A**.

5. However, there are three other references to "Entrepreneur Press" that I was able to identify. One occurs on a title page just preceding the edition notice, and a second and third are displayed on a separate title page and an edition notice appearing at the end of the book corresponding to an excerpt from another book, "*Disrupters – Success Strategies From Women Who Break the Mold*" ("*Disrupters*") by Dr. Patti Fletcher. True and correct screenshots of these references are attached hereto as, respectively, **Exhibit B** and **Exhibit C**.

6. I also conducted a review of references to "Entrepreneur Media, Inc." That term appears at least seven times throughout *Elephants Before Unicorns*, three times in the edition notice

for *Elephants Before Unicorns*, twice in the edition notice for the excerpt of *Disrupters*, and twice in a separate notice on the very last page of the book. A true and correct screenshot of the last page of *Elephants Before Unicorns* is attached hereto as **Exhibit D**.

7. In addition, I conducted a review of references to the author's name, "Caroline Stokes." That name appears at least eight times in *Elephants Before Unicorns*, including on the book cover. None of the references to "Caroline Stokes" are in an edition notice, "front matter" or otherwise. True and correct screenshots of these references, excluding the book cover and the reference in Exhibit B, are attached hereto as **Exhibit E**.

8. Finally, I also observed that the title, *Elephants Before Unicorns*, appears on each page of the book at the very top. There are additional references to the book title in Exhibit B, Exhibit E, and twice in an acknowledgements page near the end of the book.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 12th day of January 2026 at San Francisco, California

*/s/ Judd Lauter*
Judd Lauter