# EXHIBIT A

ELEPHANTS BEFORE UNICORNS

Entrepreneur Press, Publisher

Cover Design: Andrew Welyczko

Production and Composition: Eliot House Productions

© 2019 by Entrepreneur Media, Inc.

All rights reserved.

Reproduction or translation of any part of this work beyond that permitted by Section 107 or 108 of the 1976 United States Copyright Act without permission of the copyright owner is unlawful. Requests for permission or further information should be addressed Entrepreneur Media Inc. Attn: Legal Department, 18061 Fitch, Irvine, CA 92614.

This publication is designed to provide accurate and authoritative information in regard to the subject matter covered. It is sold with the understanding that the publisher is not engaged in rendering legal, accounting, or other professional services. If legal advice or other expert assistance is required, the services of a competent professional person should be sought.

Entrepreneur Press® is a registered trademark of Entrepreneur Media, Inc.

ebook ISBN: 978-1-61308-415-1