# **EXHIBIT C**



# disrupters

## SUCCESS STRATEGIES FROM WOMEN WHO BREAK THE MOLD

DR. PATTI FLETCHER



Entrepreneur PRESS

Entrepreneur Press, Publisher

Cover Design: Andrew Welyczko

Production and Composition: Eliot House Productions

© 2018 by Entrepreneur Media, Inc.

All rights reserved.

Reproduction or translation of any part of this work beyond that permitted by Section 107 or 108 of the 1976 United States Copyright Act without permission of the copyright owner is unlawful. Requests for permission or further information should be addressed to the Business Products Division, Entrepreneur Media Inc.

This publication is designed to provide accurate and authoritative information in regard to the subject matter covered. It is sold with the understanding that the publisher is not engaged in rendering legal, accounting or other professional services. If legal advice or other expert assistance is required, the services of a competent professional person should be sought.

ebook ISBN: 978-1-61308-380-2