# EXHIBIT D

ELEPHANTS BEFORE UNICORNS

This is an excerpt from Disrupters by Dr. Patti Fletcher, Disrupters, ©2018, Entrepreneur Media, Inc. All rights reserved. Reproduced with permission of Entrepreneur Media, Inc.