# EXHIBIT E

## Praise for *Elephants Before Unicorns*

More money goes into bureaucratizing the workforce than inspiring the millions of people who turn up to work hoping to be able to do a good job each day. If more organizations paid attention to the lessons of this book, they would find both their work and their lives transformed.
—MARGARET HEFFERNAN, CEO AND AUTHOR OF WILLFUL BLINDNESS

In *Elephants Before Unicorns*, Caroline Stokes does an enlightening job of bringing emotional intelligence to the hiring, onboarding, engaging, developing, and leading aspects of people in organizations. Starting from her own frustration in big brand organizations, she followed her heart to discover the magic of what makes great organizations so special. There's a lot you can use here to help transform your organization for the better. And it might save you some of the frustrations Caroline went through to get there.
—STEVEN J. STEIN, FOUNDER AND EXECUTIVE CHAIRMAN OF MULTI-HEALTH SYSTEMS, CO-AUTHOR OF
THE EQ EDGE: EMOTIONAL INTELLIGENCE AND YOUR SUCCESS AND THE EQ LEADER

In the advent of AI and robotics, fears abound about the future of work. Drawing on her vast experience as a business coach, Caroline cuts through the doom and gloom and offers an uplifting view of the next industrial revolution. In this informed, practical guide she demonstrates how tackling "elephants" or oft-invisible obstacles, while developing emotional intelligence is critical to success in an AI future. I recommend her book to people leaders who want to lean into their power and shape a future-forward workforce.
—CHRISTOPHER YOUNG, VP OF ENTERTAINMENT CREATION PRODUCTS AUTODESK

Want to get ahead in the talent wars? In *Elephants Before Unicorns*, Caroline Stokes has created a wise, practical success manual for modern leaders. If you seek to build talented teams— and ensure your organization thrives in the age of AI—pick up this book now.
—DORIE CLARK, AUTHOR OF ENTREPRENEURIAL YOU AND STAND OUT, AND ADJUNCT
PROFESSOR DUKE UNIVERSITY FUQUA SCHOOL OF BUSINESS

Caroline Stokes' *Elephants Before Unicorns* is a must-read for business leaders. What worked for companies in the past will not work for forward-thinking organizations hoping to attract and retain the superstars of tomorrow. With humor and heart, Caroline brings her experience to bear in sharing how companies can win the war for talent and thrive in the AI age.
—MARSHALL GOLDSMITH, NEW YORK TIMES BESTSELLING AUTHOR OF TRIGGERS, MOJO, AND WHAT GOT YOU HERE WON'T GET YOU THERE

With *Elephants Before Unicorns*, Caroline Stokes brings her years of experience, emotional intelligence and must-learn lessons for business giants. In a time where hiring the right players for your team



# Foreword by Darrell M. West

Author of *The Future of Work: Robots, AI, and Automation*

This is a time of tremendous change worldwide. New digital technologies such as artificial intelligence and robots are transforming major business sectors, from health care and transportation to education and retail. With the aid of emerging technologies, businesses are less likely to rely on traditional employees working in isolation in an office cubicle. Instead, they are automating routine tasks, offering flexible work arrangements, and encouraging teamwork and collaboration.

Yet many workplaces still recruit the old-fashioned way, make decisions in a hierarchical manner, don't understand the kind of talent they need, and are confused about their overall mission. As a result, they make mistakes that drive away key talent and prevent their organization from achieving its full potential. Too often, firms look more to the past than the future for answers.

In this book, Caroline Stokes tackles the crucial topics of how to lead during transformative times and the importance of emotional intelligence in handling current challenges. A noted thinker with a background in corporate communications, strategic management, and executive recruitment, she offers keen insights into today's vexing questions:

- How do you build effective teams?



# About the Author

Caroline Stokes is a human capital entrepreneur helping everyone move forward in the fourth industrial revolution. She founded FORWARD, an executive headhunting and executive coaching company designed for global innovation leaders, and hosts the *Emotionally Intelligent Recruiter* podcast and learning platform to help recruiters evolve in the AI age. She currently resides in Vancouver.