1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

#### SAN FRANCISCO DIVISION

| | |
|---|---|
| ENTREPRENEUR MEDIA, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>META PLATFORMS, INC.,<br><br>　　　　　Defendant. | Case No. 3:25-cv-09579-VC-TSH<br><br>[~~PROPOSED~~] ORDER SETTING CASE SCHEDULE |

The Court, having reviewed the Joint Case Management Report submitted by Entrepreneur Media, LLC ("Entrepreneur") and Meta Platforms, Inc. ("Meta"), hereby sets the following case deadlines:

| Case Management Event | Deadline |
| --- | --- |
| Deadline to File ADR Certification. (See ADR L.R. 3) | 1/8/2026 |
| Meta's Deadline to File Motion to Dismiss | 1/12/2026 |
| Meta's Deadline for Substantial Completion of Production of Pertinent Discovery from *Kadrey* | 1/26/2026, subject to entry of PO / ESI order |
| Deadline to Make Initial Disclosures. | 1/27/2026 |
| Entrepreneur's Deadline to File Motion to Dismiss Opposition | 2/2/2026 |
| Meta's Deadline to File Motion to Dismiss Reply | 2/16/2026 |
| Motion to Dismiss Hearing / Case Management Conference | 3/19/2026 |
| Last Day to Amend Complaint without Leave of Court | 30 days following MTD ruling |
| Meta's Deadline to File Answer | 30 days following MTD ruling, subject to change if amended complaint filed |
| Case Management Conference | 8/7/2026 |
| Fact Discovery Cutoff | 9/4/2026 |
| Deadline for Opening Expert Reports | 9/18/2026 |
| Deadline for Rebuttal Expert Reports | 10/16/2026 |
| Deadline for Reply Expert Reports | 10/30/2026 |
| Close of Expert Discovery | 11/20/2026 |
| Deadline for Summary Judgment Brief 1 (Plaintiff's Opening Brief) | 12/11/2026 |
| Deadline for Summary Judgment Brief 2 | 1/11/2027 |

| Case Management Event | Deadline |
|---|---|
| (Defendant's Opening Brief & Opposition) | |
| Deadline for Summary Judgment Brief 3 (Plaintiff's Opposition & Reply) | 1/29/2027 |
| Deadline for Summary Judgment Brief 4 (Defendant's Reply) | 2/12/2027 |
| Last Day to Hear Dispositive Motions | 2/25/2027 |
| Final Pretrial Conference | 5/11/2027 |
| Trial Date | 5/24/2027 |

**IT IS SO ORDERED.**

DATE: January 13, 2026

_____
**U.S. District Judge Vince Chhabria**