United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ENTREPRENEUR MEDIA, LLC,

　　　　　Plaintiff,

　　v.

META PLATFORMS, INC.,

　　　　　Defendant.

Case No.  25-cv-09579-VC   (TSH)

**DISCOVERY ORDER**

Re: Dkt. No. 47

The parties report that they have reached agreement on nearly all provisions of the proposed Protective Order, including the overall framework governing inadvertent production under Federal Rule of Evidence 502.  A single dispute remains concerning Section 13.1.

Plaintiff proposes the following:

> Pursuant to Federal Rule of Evidence 502(d), the production of privileged or work product protected documents, electronically stored information or information (collectively "Protected Documents"), whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding.  Notwithstanding the foregoing, nothing in this Order relieves a Producing Party of its obligation to take reasonable steps to prevent disclosure of Protected Documents, and the Court retains discretion to consider the adequacy of a Producing Party's privilege review procedures in resolving any disputes under this section.

Meta proposes as follows:

> Pursuant to Federal Rule of Evidence 502(d), the production of privileged or work product protected documents, electronically stored information or information (collectively "Protected Documents"), whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding.  This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).  The provisions of Rule 502(b) do not apply.

The Court thinks Meta's proposal is better.  It is similar to the district's model ESI order.

It also provides the litigants with greater certainty.  Plaintiff's proposal would mean that neither side would know in real time as it is producing documents whether an inadvertent production of privileged material amounts to a waiver of the privilege because that would depend on the Court's after-the-fact assessment of the adequacy of the producing party's privilege review procedures. That largely saps the 502(d) order of any value because this knowledge is the very thing the 502(d) order is designed to provide.

Accordingly, the Court **ORDERS** the parties to file a proposed stipulated protective order using Meta's proposed language for Section 13.1.

**IT IS SO ORDERED.**

Dated: March 17, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California

2