HUESTON HENNIGAN LLP
Moez M. Kaba (#257456)
mkaba@hueston.com
Michael M. Purpura (#338216)
mpurpura@hueston.com
Lee Linderman (#280743)
llinderman@hueston.com
Stephanie Xiao (#340141)
sxiao@hueston.com
Tai Chien (pro hac vice)
tchien@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
Facsimile: (888) 866-4825

NEWMEYER & DILLION LLP
Michael B. McClellan (#241570)
Michael.McClellan@ndlf.com
Benjamin P. Pugh (#202025)
Benjamin.Pugh@ndlf.com
Jason L. Morris (#295271)
Jason.Morris@ndlf.com
Harlye S. Carlton (#261641)
Harlye.Carlton@ndlf.com
Manoosh Shakib, (#228609)
Manoosh.Shakib@ndlf.com
895 Dove Street, Second Floor
Newport Beach, California 92660
(949) 854-7000; (949) 854-7099 (Fax)

Attorneys for Plaintiff
Entrepreneur Media, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Entrepreneur Media, LLC,

Plaintiff,

v.

Meta Platforms, Inc.,

Defendant.

Case No. 3:25-cv-09579-VC

**ENTREPRENEUR MEDIA, LLC'S STATUS REPORT CONCERNING SLACK MESSAGES**

Judge: Hon. Vince Chhabria
Magistrate Judge Thomas S. Hixson

Plaintiff ENTREPRENEUR MEDIA, LLC ("Entrepreneur Media"), provides this status report pursuant to Magistrate Judge Thomas S. Hixson's order of August 19, 2026. As of August 24, 2026, Entrepreneur Media has obtained the Slack messages ("Slacks") in which the ten custodians participated. The Slacks have been ingested into DISCO and are currently undergoing attorney review. Entrepreneur Media is on track to comply with the Court's August 19, 2026 production orders.

/ / /

/ / /

Dated: August 24, 2026

NEWMEYER & DILLION LLP

By: [signature]

Michael B. McClellan
Benjamin P. Pugh
Jason L. Morris
Harlye S. Carlton
Manoosh Shakib
Attorneys for Plaintiff
Entrepreneur Media, LLC

# PROOF OF SERVICE

*Entrepreneur Media, LLC v. Meta Platforms, Inc.*
Northern District Court San Francisco Division Case No. 3:25-cv-09579-VC

STATE OF CALIFORNIA, COUNTY OF CONTRA COSTA

I, Nakia Shortz, declare:

I am a citizen of the United States and employed in Contra Costa County, . I am over the age of eighteen years and not a party to the within-entitled action. My business address is 2033 N. Main Street, Suite 500, Walnut Creek, CA 94596. My business email address is Nakia.Shortz@ndlf.com. On August 24, 2026, I served true copies of the within document(s):

**ENTREPRENEUR MEDIA, LLC'S STATUS REPORT CONCERNING SLACK MESSAGES**

**BY E-MAIL:** I electronically transmitted the above document(s) to the person(s) at the e-mail address(es) listed in the Service List below.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be electronically served by the CM/ECF system.

***Please see attached service list.***

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 24, 2026, at Walnut Creek, California.

Nakia Shortz

**SERVICE LIST**
***Entrepreneur Media, LLC v. Meta Platforms, Inc.***
**Northern District Court San Francisco Division Case No. 3:25-cv-09579-VC**

Moez M. Kaba
Michael M. Purpura
Lee Linderman
Stephanie Xiao
Hueston Hennigan LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014

Tel: (213) 788-4340
Fax: (888) 866-4825
**ATTORNEYS FOR PLAINTIFF ENTREPRENEUR MEDIA, LLC**
mkaba@hueston.com
mpurpura@hueston.com
llinderman@hueston.com
sxiao@hueston.com
mmendoza@hueston.com
docketing@hueston.com

Karen L. Dunn (pro hac vice)
Jessica E. Phillips (pro hac vice)
Kyle N. Smith (pro hac vice)
Christine Ray
Meryl Governski (pro hac vice)
Annelise Corriveau (pro hac vice)
Dunn Isaacson Rhee LLP
401 9th Street, NW
Washington, DC 20004

Tel: (202) 240-2900
**ATTORNEYS FOR DEFENDANT META PLATFORMS, INC.**
kdunn@dirllp.com
jphillips@dirllp.com
ksmith@dirllp.com
cray@dirllp.com
mgovernski@dirllp.com
acorriveau@dirllp.com
jparedes@dirllp.com

Angela L. Dunning
Cleary Gottlieb Steen & Hamilton LLP
151 University Avenue
Palo Alto, CA 94301

Tel: (650) 815-4100
Fax: (650) 815-4199
**ATTORNEYS FOR DEFENDANT META PLATFORMS, INC.**
adunning@cgsh.com

Kathleen R. Hartnett
Judd D. Lauter
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111

Tel.: (415) 693-2071
Fax: (415) 693-2222
**ATTORNEYS FOR DEFENDANT META PLATFORMS, INC.**
khartnett@cooley.com
jlauter@cooley.com

Mark R. Weinstein
Elizabeth L. Stameshkin
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304-1130

Tel: (650) 843-5000
Fax: (650) 849-7400
**ATTORNEYS FOR DEFENDANT META PLATFORMS, INC.**
mweinstein@cooley.com
lstameshkin@cooley.com
mnarvaez@cooley.com

Bobby A. Ghajar
Colette A. Ghazarian
Cooley LLP
1333 2nd Street, Suite 400
Santa Monica, CA 90401

Tel: (310) 883-6400
**ATTORNEYS FOR DEFENDANT META PLATFORMS, INC.**
bghajar@cooley.com
cghazarian@cooley.com

Phillip E. Morton (pro hac vice)
Cole A. Poppell
Isha Agarwal (pro hac vice)
Cooley LLP
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004

Tel: (202) 842-7800
**ATTORNEYS FOR DEFENDANT META PLATFORMS, INC.**
pmorton@cooley.com
cpoppell@cooley.com
iagarwal@cooley.com
llozano@cooley.com

France Svistovski (pro hac vice)
Dunn Isaacson Rhee LLP
11 Park Place
New York, NY 10007

Tel: (212) 389-5601
**ATTORNEYS FOR DEFENDANT META PLATFORMS, INC.**
fsvistovski@dirllp.com

Taiyee Chien (pro hac vice)
Hueston Hennigan LLP
1 little W 12th Street
New York, NY 10014

Tel: (646) 583-7919
**ATTORNEYS FOR PLAINTIFF ENTREPRENEUR MEDIA, LLC**
tchien@hueston.com