United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ENTREPRENEUR MEDIA, LLC,
Plaintiff,
v.
META PLATFORMS, INC.,
Defendant.

Case No. 25-cv-09579-VC (TSH)

**ORDER RE MOTION TO SEAL**

Re: Dkt. No. 108

On August 4, 2026, Plaintiff filed a motion to consider whether portions of Meta's responses to interrogatories 19 and 20 should be filed under seal. ECF No. 108. Pursuant to Civil Local Rule 79-5(f), Meta had seven days to file a statement or declaration in support of sealing. Meta did not do so. Accordingly, the Court **DENIES** the motion and **ORDERS** Plaintiff to file Exhibit 1 in the public record without redaction no sooner than five days from today and no later than 10 days from today.

**IT IS SO ORDERED.**

Dated: September 8, 2026

THOMAS S. HIXSON
United States Magistrate Judge