[counsel on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ENTREPRENEUR MEDIA, LLC,<br>Plaintiff,<br>v.<br>META PLATFORMS, INC.,<br>Defendant. | Case No. 3:25-cv-09579-VC<br>**JOINT CASE MANAGEMENT STATEMENT**<br>Trial Date: May 24, 2027<br>Date Action Filed: November 6, 2025 |

Pursuant to the Clerk's Notice Scheduling Further Case Management Conference and Requiring Advance Registration of Counsel, dated August 25, 2026 (Dkt. No. 138), Plaintiff Entrepreneur Media, LLC ("Entrepreneur" or "EM") and Defendant Meta Platforms, Inc. ("Meta") submit this Joint Case Management Statement in advance of the Further Case Management Conference set for September 9, 2026.

The Parties are seeking no relief from the Court at this Case Management Conference. Fact discovery closed on September 4, 2026. Since then, the Parties have continued to meet and confer regarding certain issues. The report below highlights certain outstanding discovery issues merely as background for the Court.[1] To the extent these issues cannot be resolved without the need for court intervention, the Parties will raise them with Judge Hixson by the September 11, 2026 deadline under Civil Local Rule 37-3.

Entrepreneur's Position: EM will continue conferring with Meta, and to the extent necessary, intends to seek relief from Judge Hixson concerning Meta's responses to certain interrogatories and requests for admission.

In the meantime, EM alerts the Court briefly to two issues. *First*, Meta's supplemental responses to Interrogatory Nos. 22 through 24 identify five individuals for the first time. Specifically, Meta responded that Luke Zettlemoyer and Tim Dettmers were involved in early efforts concerning Books3 for Llama 1 and 2; that in-house lawyers Luc Dahlin and Ahuva Goldstand were included in an "internal legal review process" concerning the "manner of acquisition of data" from Anna's Archive; and that Alexandr Wang was involved in approving the acquisition and scanning of books for Project Vellum. Even though EM served these interrogatories on July 24, 2026, Meta did not provide these names until the final day of fact discovery on September 4, 2026. EM will confer with Meta regarding these newly identified witnesses but may seek limited relief from the Court if that conferral is unproductive.

*Second*, Meta has not identified any content from EM's magazines that appears in datasets involving Meta's proprietary crawler known as SpiderMate. EM produced digital copies of *Entrepreneur*

[1] Other issues are currently before Judge Hixson, including Meta's September 1, 2026 letter brief concerning Entrepreneur's responses to Meta's Requests for Admission. (Dkt. No. 140.)

magazine issues spanning 2009 through 2026. Meta's supplemental responses to Interrogatory No. 19 identify only nine of those issues as present in its training data. But Meta searched only the shadow-library and Common Crawl datasets, and not those relating to SpiderMate, even though SpiderMate may have crawled magazine content published on EM's websites. On September 4, 2026, Meta disclosed, in its supplemental response to Interrogatory No. 20, that it has preserved the processed text of the contents SpiderMate crawled. At the Parties' September 8, 2026 conferral, EM asked Meta to apply the same text-matching process it used for Interrogatory No. 19 to the text preserved from SpiderMate crawls and the magazine files EM has provided.

Meta's Position: As Entrepreneur notes in its statements above, the parties have not completed conferral efforts on either potential issue and will raise any remaining disputes with Judge Hixson.

Dated: September 8, 2026

By: *s/ Phillip E. Morton*
**DUNN ISAACSON RHEE LLP**
Karen L. Dunn (*pro hac vice*)
Kyle Smith (*pro hac vice*)
Jessica Phillips (*pro hac vice*)
Meryl Governski (*pro hac vice*)
401 9th Street NW
Washington, DC 20004
Telephone: (202) 240-2900
Email: kdunn@dirllp.com
ksmith@dirllp.com
jphillips@dirllp.com

**COOLEY LLP**
Kathleen R. Hartnett (314267)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2071
Facsimile: (415) 693-2222
Email: khartnett@cooley.com

Bobby A. Ghajar (198719)
Colette Ani Ghazarian (322235)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400

By: ______________________
**HUESTON HENNIGAN LLP**
Moez M. Kaba (457456)
Michael M. Purpura (338216)
Lee Linderman (280743)
Stephanie Xiao (340141)
Taiyee Chien (*pro hac vice*)

**NEWMEYER & DILLION LLP**
Michael B. McClellan (241570)
Benjamin P. Pugh (202025)
Jason L. Morris (295271)
Harlye S. Carlton (261641)

*Attorneys for Plaintiff*
*ENTREPRENEUR MEDIA, LLC*

Facsimile: (310) 883-6500
Email: bghajar@cooley.com

Mark R. Weinstein (193043)
Elizabeth Lee Stameshkin (260865)
3175 Hanover Street
Palo Alto, CA 94304
Telephone: 650-843-5000
Facsimile: 650-849-7400
Email: mweinstein@cooley.com
lstameshkin@cooley.com

Phillip E. Morton (*pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 728-7055
pmorton@cooley.com

*Attorneys for Defendant*
*META PLATFORMS, INC.*

**FILER'S ATTESTATION**

I, Lee Linderman, am the CM/ECF user whose ID and password are being used to file this Joint Case Management Statement. Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

By: ______________________
Lee Linderman