UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTREPRENEUR MEDIA, LLC,<br>Plaintiff,<br>v.<br>META PLATFORMS, INC.,<br>Defendant. | **DISCOVERY ORDER**<br>Case No. 25-cv-09579-VC (TSH)<br><br>Re: Dkt. Nos. 142, 143 |
| CHICKEN SOUP FOR THE SOUL, LLC,<br>Plaintiff,<br>v.<br>META PLATFORMS INC.,<br>Defendant. | Case No. 26-cv-02333-VC (TSH)<br><br>Re: Dkt. Nos. 124, 127 |
| CAMBRONNE INC., et al.,<br>Plaintiffs,<br>v.<br>META PLATFORMS, INC.,<br>Defendant. | Case No. 26-cv-03725-VC (TSH)<br><br>Re: Dkt. Nos. 250, 255 |
| COGNELLA, INC.,<br>Plaintiff,<br>v.<br>META PLATFORMS, INC.,<br>Defendant. | Case No. 26-cv-04053-VC (TSH)<br><br>Re: Dkt. Nos. 100, 103 |

Tomorrow's a big day. It's the seventh day after the close of fact discovery, and therefore

United States District Court
Northern District of California

United States District Court
Northern District of California

the last day to file any motions related to fact discovery. Civ. L.R. 37-3. The purpose of this order is to address some issues raised by the parties in their discovery status reports.

Meta wants an extension of time to September 18, 2026 to move to compel against Cognella. However, because the deadline to move to compel is a function of the case schedule, and Judge Chhabria sets the case schedule, only Judge Chhabria can grant that extension of time.

Entrepreneur Media expresses concern that Meta won't submit its portion of the joint discovery letter brief in time for a September 11, 2026 filing. So, here is the deal, and it applies to all of the parties: September 11 is the deadline to file motions related to fact discovery. If your opponent is not being cooperative about submitting their section of the joint discovery letter brief, then you should go ahead and unilaterally file your half on September 11.

With respect to the 3C's efforts to serve Stephen Roller, what they wrote in their status report doesn't have any citations to legal authorities or contain any legal argument. If they want the Court to rule that they may serve him through his counsel at Quinn Emanuel, they need to file something explaining how such a ruling is proper.

**IT IS SO ORDERED.**

Dated: September 10, 2026

THOMAS S. HIXSON
United States Magistrate Judge