# EXHIBIT A

HUESTON HENNIGAN LLP
Moez M. Kaba (#257456)
mkaba@hueston.com
Michael M. Purpura (#338216)
mpurpura@hueston.com
Lee Linderman (#280743)
llinderman@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340

Attorneys for Plaintiff
Entrepreneur Media, LLC

NEWMEYER & DILLION LLP
Michael B. McClellan (#241570)
Michael.McClellan@ndlf.com
Benjamin P. Pugh (#202025)
benjamin.pugh@ndlf.com
Jason L. Morris (#295271)
Jason.Morris@ndlf.com
Harlye S. Carlton (#261641)
Harlye.Carlton@ndlf.com
895 Dove Street, Second Floor
Newport Beach, California 92660
(949) 854-7000; (949) 854-7099 (Fax)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

Entrepreneur Media, LLC,

Plaintiff,

v.

Meta Platforms, Inc.,

Defendant.

Case No.: 3:25-cv-09579-VC

**PLAINTIFF'S FIFTH SET OF INTERROGATORIES TO META PLATFORMS, INC.**

PROPOUNDING PARTY: ENTREPRENEUR MEDIA, LLC

RESPONDING PARTY: META PLATFORMS, INC.

SET NO.: FIVE (5)

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiff ENTREPRENEUR MEDIA, LLC, by its undersigned counsel, hereby requests that Defendant META PLATFORMS, INC. answer under oath to each of the following interrogatories within thirty (30) days of service of these interrogatories.

///

///

///

///

## DEFINITIONS AND INSTRUCTIONS

The Definitions set forth in Plaintiff's Interrogatories, Sets One through Four, are incorporated by reference as though set forth fully herein, except as supplemented below.

1. "IDENTIFY," as to a natural person, means to state: (a) full name; (b) title, role, and organizational unit at the time of the conduct; (c) whether a current or former Meta employee and, if former, last-known contact information; (d) the approximate dates of involvement; and (e) whether the person made or contributed to the decision and/or authorized, ratified, directed, permitted, or approved it.

2. "Shadow Library Dataset" means any files or data obtained in whole or part from LibGen, Anna's Archive, Books3, Z-Library, or Sci-Hub.

3. The identity of a natural person who made, authorized, or approved a DECISION is not privileged, and identifying such a person does not require disclosure of the content of any attorney-client communication. Meta must respond fully regardless of whether counsel participated in, advised on, or was present for the DECISION. If Meta withholds any responsive identity on any privilege ground, it must state that it is doing so and provide a corresponding log entry.

4. If Meta contends no responsive DECISION was made, or that no natural person made, authorized, or approved it, it must expressly so state under oath.

## INTERROGATORIES

**INTERROGATORY NO. 22:**

IDENTIFY each natural person who made, authorized, or approved any decision to obtain or download any Shadow Library Dataset containing Plaintiff's Works.

**INTERROGATORY NO. 23:**

IDENTIFY each natural person who made, authorized, or approved any decision to obtain, download, upload, or distribute any Shadow Library Dataset, or any works contained therein, by means of the BitTorrent or other peer-to-peer protocol.

**INTERROGATORY NO. 24:**

IDENTIFY each natural person who made, authorized, or approved any decision to undertake, fund, or approve the acquisition or scanning of physical books in connection with Project Vellum, including any decision to allocate funding therefor.

Dated: July 24, 2026

HUESTON HENNIGAN LLP

By: ______________________
Lee Linderman

Moez M. Kaba
Michael M. Purpura
Lee Linderman

NEWMEYER & DILLION LLP
Michael B. McClellan
Benjamin P. Pugh
Jason L. Morris
Harlye S. Carlton

*Attorneys for Plaintiff*
*ENTREPRENEUR MEDIA, LLC*

## CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 523 West 6th Street, Suite 400, Los Angeles, California 90014.

On July 24, 2026, I served the foregoing document described as: **PLAINTIFF'S FIFTH SET OF INTERROGATORIES TO META PLATFORMS, INC.** on the interested parties in this action as stated below:

**ATTORNEYS FOR META PLATFORM, INC.**

Jessica E Phillips, Esq.
Karen Leah Dunn, Esq.
Kyle N. Smith, Esq.
John Paredes, Esq.
Dunn Isaacson Rhee LLP
401 Ninth Street, N.W.
Washington, DC 20004
Telephone: (202) 240-2900
E-mail: jphillips@dirllp.com
kdunn@dirllp.com
ksmith@dirllp.com
jparedes@dirllp.com

Anna Stapleton, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101
E-mail: astapleton@paulweiss.com

Angela Dunning, Esq.
Cleary Gottlieb
151 University Ave
Palo Alto, CA 94301
Telephone: (650) 815-4131
E-mail: adunning@cgsh.com

Kathleen R. Hartnett, Esq.
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2071
Facsimile: (415) 693-2222
E-mail: khartnett@cooley.com

Bobby A. Ghajar, Esq.
Cooley LLP
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500
E-mail: bghajar@cooley.com

Phillip Morton, Esq.
Cooley LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
E-mail: pmorton@cooley.com

Mark R. Weinstein, Esq.
Elizabeth Lee Stameshkin, Esq.
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400
E-mail: mweinstein@cooley.com
lstameshkin@cooley.com

[X] BY E-MAIL OR ELECTRONIC TRANSMISSION: I served the persons at the e-mail addresses listed above from email address mmendoza@hueston.com.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct. Executed on July 24, 2026, at Los Angeles, California.

Mercedes E. Mendoza