# EXHIBIT D

Array

In the Matter Of:

KADREY

vs

META PLATFORMS, INC.

XIAOLAN WANG - ATTORNEYS' EYES ONLY

August 10, 2026

CERTIFIED COPY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

KADREY,

PLAINTIFF,

vs.

META PLATFORMS, INC.,

DEFENDANT.

No. 3:23-cv-03417-VC

CERTIFIED COPY

ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF

XIAOLAN WANG

ATTORNEYS' EYES ONLY

Monday, August 10, 2026

Reported By:
KATHLEEN A. MALTBIE, STENOGRAPHIC REPORTER
California CSR 10068, Nevada CCR 995, Texas CSR 12212, RPR-RMR-CRR-CCRR-CLR-CRC-RDR

MR. WEINSTEIN: Same objection, same instruction, and direct the witness not to answer the question as phrased. 10:29:31 10:29:32 10:29:34

So what that means is if I instruct you not to answer the question, if you're going to follow that, you would not answer the question. 10:29:37 10:29:39 10:29:41

BY MS. POUEYMIROU: 10:29:45

**Q. During your time at Meta, did you ever ask whether Anna's Archive's was legal?** 10:29:46 10:29:48

MR. WEINSTEIN: Same objection. Same instruction. As phrased -- she can't answer that question as phrased. 10:29:51 10:29:52 10:29:57

MS. POUEYMIROU: So what is the issue with the way it's phrased, Mark? 10:30:00 10:30:01

MR. WEINSTEIN: We went over this, Counsel. The provision of legal advice as well as the request for provision of legal advice is covered both directions by the privileged. 10:30:04 10:30:05 10:30:07 10:30:10

BY MS. POUEYMIROU: 10:30:11

**Q. Did you ask any non-attorneys whether Anna's Archive was legal?** 10:30:12 10:30:15

A. No. 10:30:17

**Q. So who told you to start working on Anna's Archive?** 10:30:19 10:30:22

A. My manager and my -- my TL at the time. 10:30:25

**Q. Who was your manager?** 10:30:30
A. My manager at the time name is Sean Bell 10:30:32
and my TL at the time name is Frank Zhang. 10:30:34
(Reporter clarification.) 10:30:44
THE WITNESS: TL, like team lead. 10:30:44
BY MS. POUEYMIROU: 10:30:54
**Q. Who else -- did you work with anyone else** 10:30:55
**in relation to this project with Anna's Archive?** 10:30:57
A. In -- so, basically, Frank gave me a 10:31:04
pointer to the previous Meta employee, Nikolay's, 10:31:10
logbook, and that's basically -- I follow his 10:31:13
logbook to proceed with the project. 10:31:21
**Q. What was that logbook called?** 10:31:24
A. I don't remember the name. 10:31:27
**Q. What was in that logbook?** 10:31:28
A. It includes some of the technical details 10:31:32
about LibGen, downloading and data curation. 10:31:36
**Q. So we were talking about Anna's Archive,** 10:31:43
**and now you've raised LibGen.** 10:31:45
**What is LibGen?** 10:31:48
A. My understanding is it's also a datasets 10:31:54
that is downloaded. 10:31:56
**Q. What does it contain?** 10:31:57
A. Of books, that's my understanding. 10:32:03
**Q. What kind of books?** 10:32:05

A. Yes. 03:59:50

**Q. Did you review it?** 03:59:51

A. Some part of it. 03:59:56

**Q. Can you turn to page -89856?** 03:59:58

A. 898- ... 04:00:06

**Q. Can you read the top part of that page please, Ms. Wang?** 04:00:33 04:00:35

A. (As read): 04:00:37

Decided to go with direct file uploads without using torrents for the following reasons: Using torrents would entail seeding the file such as sharing content outside. This would be legally not okay. With direct file downloads, we can prefilter the needed format and language of the files, for example, downloading only English PDF and EPUB initially. The downloads is that this -- 04:00:38 04:00:39 04:00:42 04:00:43 04:00:45 04:00:49 04:00:52 04:00:54 04:00:57 04:00:59 04:01:03 04:01:05 04:01:08

**Q. The downside?** 04:01:10

A. (As read): 04:01:11

-- the downside is that this way is slower and needs more 04:01:11 04:01:13

engineering to bypass IP 04:01:16
throttling and download retries. 04:01:19
We can reload specific MD5 file 04:01:22
names that were corrupted or 04:01:25
missing from initial downloads. 04:01:27
Based on Lukas' observation, there 04:01:29
are 30 percent corrupted files in 04:01:33
the initial LibGen download. 04:01:35

**Q. That's great. Thank you.** 04:01:39
**So you said that before you started** 04:01:40
**working on Anna's Archive, you reviewed Bashlykov's** 04:01:41
**logbook, which is this document?** 04:01:44

A. Yes. 04:01:47

**Q. And yet you said earlier on that you** 04:01:49
**didn't know he had directly downloaded LibGen** 04:01:51
**fiction and non-fiction?** 04:01:54

A. Yes. 04:01:57

**Q. So did you not actually read this logbook?** 04:01:58

A. I don't -- didn't read every sentence of 04:02:02
it. 04:02:05

**Q. So you didn't read the part about seeding** 04:02:05
**either?** 04:02:09

A. I didn't pay attention to it. 04:02:09

**Q. Why not?** 04:02:11

MR. WEINSTEIN: Object to form. 04:02:12

CERTIFICATE OF REPORTER

I, Kathleen A. Maltbie, Certified Shorthand Reporter licensed in the State of California, License No. 10068, the State of Nevada, CCR 995, and the State of Texas, CSR 12212, hereby certify that deponent was by me first duly sworn, and the foregoing testimony was reported by me and was thereafter transcribed with computer-aided transcription; that the foregoing is a full, complete, and true record of proceedings.

I further certify that I am not of counsel or attorney for either or any of the parties in the foregoing proceeding and caption named or in any way interested in the outcome of the cause in said caption.

The dismantling, unsealing, or unbinding of the original transcript will render the reporter's certificates null and void.

In witness whereof, I have hereunto set my hand this day: August 14, 2026.

_______ Reading and Signing was requested.
_______ Reading and Signing was waived.
___x___ Reading and Signing was not requested.

____________________________

KATHLEEN A. MALTBIE
RPR-RMR-CRR-CCRR-CLR-CRC-RDR
California CSR 10068, Nevada CCR 995
Texas CSR 12212