# EXHIBIT F

In the Matter Of:

ENTREPRENEUR MEDIA, LLC

vs

META PLATFORMS, INC.

SHAUN LINDSAY, 30(B)(1) - HIGHLY CONFIDENTIAL - AEO

September 01, 2026

CERTIFIED COPY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ENTREPRENEUR MEDIA, LLC, No. 3:25-cv-09579-VC

Plaintiff,

CERTIFIED COPY

vs.

META PLATFORMS, INC.,

Defendants.
_______________________________________/

VIDEO DEPOSITION OF

SHAUN LINDSAY, 30(b)(1)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Date: September 1, 2026

Time: 9:03 a.m.

Location: Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, California 94111

Reported by: Jennifer J. Matteo, CSR, RPR, CRR
CSR No. 12139

**in it was, you know, stolen?** 05:24
MR. MORTON: Object to form. 05:24
THE WITNESS: I don't know on that one. Like 05:24
I think the -- when we talk about these sources of 05:24
torrented pieces, you know, the torrented data, the 05:24
approvals at that stage were at, like, the dataset level 05:24
as a whole. 05:24
BY MR. REGAN: 05:24
**Q. Can you explain a little bit more what you** 05:24
**mean by that?** 05:24
A. That Books3, for instance, was approved for 05:24
use, not like significant -- not like specific things 05:24
within Books3. 05:24
**Q. And who approved it for use?** 05:24
A. Oh, man. I don't remember exactly. This 05:24
one -- Books3, I don't know who approved. Most of 05:25
those -- of those classes required some director or VP 05:25
level approval to use for training. I don't remember 05:25
exactly which VPs or directors approved them, though. 05:25
**Q. Who would -- who were the ones who would have** 05:25
**been in charge at the time Llama 3 was being trained in** 05:25
**2024?** 05:25
A. I believe Ahmad was still -- was running GenAI 05:25
at that point. 05:25
**Q. You said you don't remember which one. Were** 05:25

**there any others?** 05:25

A. At the top? I mean -- or you're -- are you asking which directors, VPs could have approved this? 05:25 05:25

**Q. Yeah, you identified a category of people and said you weren't sure which one did it. And I said, well, who's in that category? You named one person. I'm wondering are there any others in that category?** 05:25 05:25 05:25 05:25

A. Let's see. I don't know all of the directors and VPs certainly but I think the ones that were in the chain that likely would have been involved in those decisions likely would have been -- probably Sergey Edunov or Manohar Paluri, I believe. I'm not sure who else would have been, like, close enough in there that would have been relevant. 05:25 05:25 05:25 05:26 05:26 05:26 05:26

**Q. Okay. But it wasn't up to you. It came down to you from them?** 05:26 05:26

A. Yeah, correct, yeah. 05:26

**Q. Would the same be true of Anna's Archive?** 05:26

A. I believe so, yeah. I think it was the same structure. 05:26 05:26

**Q. And let's see, we covered Books3 and Anna's Archive. And Lib -- LibGen, the Internet Archive, Sci-Tech, all the same?** 05:26 05:26 05:26

A. I believe those -- which ones were -- SciTech I believe is part of LibGen. I don't know if we 05:26 05:26

actually distinguish between, like, Sci-Tech, LibGen and LibGen generally. 05:26 05:26

**Q. Okay. But those approvals came down for you that they were acceptable for the corpus?** 05:26 05:26

A. Correct, yes. 05:26

**Q. Can you look at Exhibit 13, please.** 05:27

A. Uh-huh, I am. 05:27

**Q. All right. I know you discussed this with my colleague but I just want to get back into this. The very first remark there is -- is from you --** 05:27 05:27 05:27

A. Yep. 05:27

**Q. -- in this thread. And I want to make sure I understand it, what you were -- what you were saying. Okay?** 05:27 05:27 05:27

A. Uh-huh, yeah. 05:27

**Q. Your statement is, "Hold up. I thought this was talking about the upcoming model-in-the-loop RL work..."** 05:27 05:27 05:27

**What's that? What's upcoming model-in-the-loop RL work?** 05:27 05:27

A. This was referring to reinforcement learning specifically. 05:27 05:27

**Q. And what's -- what's that?** 05:27

A. Reinforcement learning? 05:28

**Q. Yeah.** 05:28

REPORTER'S CERTIFICATE

I, JENNIFER J. MATTEO, hereby certify that the witness in the foregoing deposition was by me sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said deposition was taken in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

That before completion of the deposition, review of the transcript [ X ] was [  ] was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

Dated: September 9, 2026

JENNIFER J. MATTEO, CSR, RPR, CRR
CSR License No. 12139