[Counsel on Signature Page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ENTREPRENEUR MEDIA, LLC,

Plaintiff,

v.

META PLATFORMS, INC.,

Defendant.

Case No.: 3:25-cv-09579-VC-TSH

**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO PRESENT PRIVILEGE LOG DISPUTES**

CHICKEN SOUP FOR THE SOUL, LLC,

Plaintiff,

v.

META PLATFORMS, INC.,

Defendant.

Case No. 3:26-cv-02333-VC

**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO PRESENT PRIVILEGE LOG DISPUTES**

COGNELLA, INC.,

Plaintiff,

v.

META PLATFORMS, INC.,

Defendant.

Case No. 3:26-cv-04053-VC

**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO PRESENT PRIVILEGE LOG DISPUTES**

CARREYROU ET AL.,

Plaintiffs,

v.

META PLATFORMS, INC.,

Defendant.

Case No. 3:26-cv-03725-VC

**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO PRESENT PRIVILEGE LOG DISPUTES**

Plaintiffs Entrepreneur Media, LLC ("EM"), Chicken Soup for the Soul, LLC, Cognella, Inc., and Carreyrou et al. (collectively, "Plaintiffs") and Defendant Meta Platforms, Inc. ("Meta"), by and through their respective counsel of record, hereby stipulate as follows:

**RECITALS**

**WHEREAS**, fact discovery in this action closed on September 4, 2026, and the deadline to file motions to compel under Civil Local Rule 37-3 is accordingly September 11, 2026;

**WHEREAS,** the parties are continuing to engage in review of their respective privilege logs and anticipate providing washout productions downgrading or releasing documents currently on their privilege logs;

**WHEREAS**, Section 8, paragraphs 3 and 4 of the Stipulated Order Re: Discovery of Electronically Stored Information in both the EM case (Dkt. 60) and the 3Cs cases (Dkt. 54) (the "ESI Orders") establish the procedure governing privilege log disputes, under which a receiving party identifies challenged entries in writing, the producing party responds within fourteen (14) days, the parties meet and confer, and any remaining disagreement is then presented to the Court;

**WHEREAS**, the fourteen-day response period provided by Section 8, paragraph 4 of the ESI Orders alone exceeds the seven days allowed under Civil Local Rule 37-3 following the close of fact discovery, such that the procedure the parties agreed to and the Court entered cannot be completed within the current deadline;

**WHEREAS**, the parties wish to complete the ESI Orders' privilege log dispute procedure before presenting any such dispute to the Court, and to do so without affecting any other deadline in this action;

**NOW, THEREFORE**, subject to the approval of the Court, the parties stipulate and agree as follows:

**STIPULATION**

**1. Extension of Civil Local Rule 37-3 Deadline.** The deadline under Civil Local Rule 37-3 to present a privilege log dispute to the Court—whether by motion to compel, joint discovery letter, or any other procedure prescribed by the standing order of Magistrate Judge

Hixson—is extended from September 11, 2026 to November 13, 2026.

**2.** **Scope.** The extension set forth in Paragraph 1 applies solely to disputes concerning privilege logs served on or after September 4, 2026 (and subsequent revisions to those same logs from washout productions) in these actions and documents appearing on privilege logs served on or after September 4, 2026 that were withheld or redacted on the basis of the attorney-client privilege, the work-product doctrine, or any other privilege or protection. It does not extend the Civil Local Rule 37-3 deadline as to any other discovery dispute or to any privilege log served prior to September 4, 2026 in these Actions or in the related *Kadrey* Action. For the avoidance of doubt, Paragraph 1 applies to every entry appearing on a privilege log served on or after September 4, 2026, without regard to whether the same or a substantially similar entry appeared on any privilege log served earlier in these Actions or in the *Kadrey* Action.

**3.** **Service of Written Challenges.** Written challenges under Section 8, paragraph 4 of the ESI Order shall be served on or before October 9, 2026. Challenges may be served in one or more sets.

**4.** **Responses.** The producing party shall respond to each set of challenges within fourteen (14) days of service of that set, in accordance with Section 8, paragraph 4 of the ESI Order.

**5.** **Meet and Confer.** The parties shall meet and confer within seven (7) days after service of each response.

**6.** **Reciprocity.** This Stipulation applies reciprocally to all parties and to all privilege logs served on or after September 4, 2026 in this action.

**7.** **No Other Deadlines Affected.** No other date in the Court's scheduling order is modified by this Stipulation. The deadline for opening expert reports remains September 18, 2026; rebuttal expert reports, October 16, 2026; reply expert reports, October 30, 2026; the close of expert discovery, November 20, 2026; the first summary judgment brief, December 11, 2026; the last day to hear dispositive motions, February 25, 2027; the final pretrial conference, May 11, 2027; and trial, May 24, 2027.

**8. No Waiver.** Nothing in this Stipulation constitutes a waiver of, or an admission concerning, any privilege claim, any objection to any privilege claim, the sufficiency of any privilege log, the timeliness of service of any privilege log, any challenge to any privilege log, or any party's rights or positions under the ESI Order, the Federal Rules of Civil Procedure, or the Local Rules. All such rights, objections, and positions are expressly reserved.

**IT IS SO STIPULATED.**

*[Signatures on Following Page]*

Dated: September 11, 2026

By: */s/ Lauren Martin*
**STRIS & MAHER LLP**
Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
John Stokes (SBN 310847)
jstokes@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

Christopher M. Rigali (*pro hac vice*)
crigali@stris.com
Jacqueline Sahlberg (*pro hac vice*)
jsahlberg@stris.com
1717 K St NW Ste 900
Washington, DC 20006
T: (202) 800-5749

**FREEDMAN NORMAND FRIEDLAND LLP**
Devin (Velvel) Freedman (*pro hac vice* forthcoming)
vel@fnf.law
Kyle Roche (*pro hac vice* forthcoming)
kroche@fnf.law
Alex Potter (*pro hac vice* forthcoming)
apotter@fnf.law
155 E. 44th Street, Ste 915
New York, NY 10017
T: (646) 494-2900

*Counsel for 3Cs Plaintiffs*

By: */s/ Lee Linderman*
**HUESTON HENNINGAN LLP**
Moez M. Kaba
Michael M. Purpura
Lee Linderman
Stephanie Xiao
Tai Chien

**NEWMEYER & DILLION LLP**
Michael B. McClellan
Benjamin P. Pugh
Jason L. Morris
Harlye S. Carlton

*Attorneys for Plaintiff ENTREPRENEUR MEDIA, LLC*

By: */s/ Phillip E. Morton*
**DUNN ISAACSON RHEE LLP**
Karen L. Dunn (*pro hac vice*)
Jessica E. Phillips (*pro hac vice*)
Kyle N. Smith (*pro hac vice*)
401 9th Street NW
Washington, DC 20004
Telephone: (202) 240-2900
Email: kdunn@dirllp.com
jphillips@dirllp.com
ksmith@dirllp.com

**COOLEY LLP**
Bobby A. Ghajar (SBN 198719)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500
Email: bghajar@cooley.com

Mark R. Weinstein (SBN 193043)
Elizabeth Lee Stameshkin (SBN 260865)
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400
Email: mweinstein@cooley.com
lstameshkin@cooley.com

*Counsel for Defendant Meta Platforms, Inc*

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

By: *__/s/ Elizabeth L. Stameshkin______*
Elizabeth L. Stameshkin

# ~~[PROPOSED]~~ ORDER

Having considered the parties' Stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

1. The deadline under Civil Local Rule 37-3 to present a privilege log dispute to the Court, whether by motion to compel, joint discovery letter, or any other procedure prescribed by this Court's standing order, is extended from September 11, 2026 to November 13, 2026. This extension applies solely to disputes concerning privilege logs and documents withheld or redacted on the basis of privilege or protection, and applies reciprocally to all parties.

2. Written challenges under Section 8, paragraph 4 of the ESI Order (Dkt. 60) shall be served on or before October 9, 2026, and may be served in one or more sets. The producing party shall respond to each set within fourteen (14) days of service of that set. The parties shall meet and confer within seven (7) days after service of each response.

3. No other deadline in this action is modified by this Order.

**IT IS SO ORDERED.**

Dated: September 16 , 2026

Honorable Vince Chhabria
United States District Judge