United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTREPRENEUR MEDIA, LLC,<br>Plaintiff,<br>v.<br>META PLATFORMS, INC.,<br>Defendant. | Case No. 25-cv-09579-VC (TSH)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. Nos. 154, 155 |

In ECF No. 154, EM moves to compel concerning rogs 22, 23 and 24. The parties filed this joint discovery letter brief on September 11, 2026 because they had to; that was the deadline. However, Meta's section of the letter brief states that some supplementations are coming, as well as the verifications. Accordingly, the Court **ORDERS** to parties to file one of two things by October 6, 2026: a further joint discovery letter brief concerning what remains in dispute for these rogs, or a notice that this discovery dispute has been resolved.

With respect to ECF No. 155, the Court **ORDERS** the same concerning EM's rogs 12, 19 and 20.

**IT IS SO ORDERED.**

Dated: September 29, 2026

THOMAS S. HIXSON
United States Magistrate Judge