United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ENTREPRENEUR MEDIA, LLC,
Plaintiff,
v.
META PLATFORMS, INC.,
Defendant.

Case No. 25-cv-09579-VC (TSH)

**DISCOVERY ORDER**

Re: Dkt. No. 178

The Court has reviewed the parties' status report at ECF No. 178. The Court **ORDERS** the parties to file a further joint discovery letter brief concerning any remaining disputes over interrogatories 12, 19, 22 and 23 no later than November 17, 2026, or alternatively a notice that no disputes remain.

**IT IS SO ORDERED.**

Dated: October 27, 2026

THOMAS S. HIXSON
United States Magistrate Judge