# Exhibit A

| No. | Book Title | Author | Registration Number | Date of Registration |
|---|---|---|---|---|
| 1 | Retail in Detail (Derivative of Retail in Detail: How to Start and Manage a Small Retail Business) | Ronald L. Bond | TX 6-417-729 | 28-Jul-06 |
| 2 | Entrepreneur Magazine’s Ultimate Small Business Marketing Guide: 1500 Great Marketing Tricks That Will Drive Your Business Through the Roof | James Stephenson | TX 6-425-960 | 24-Oct-06 |
| 3 | Entrepreneur Magazine’s Start-Ups: Consulting Business | John Riddle | TX 6-522-750 | 8-Jan-07 |
| 4 | Entrepreneur Magazine’s Startup: Start Your Own Event Planning Business | Entrepreneur Media, Inc. dba Entrepreneur Press; Krista Turner | TX 6-556-594 | 8-Jan-07 |
| 5 | Entrepreneur Magazine’s Startup: Start Your Own Executive Recruiting Service | Mandy Erickson | TX 6-521-507 | 8-Jan-07 |
| 6 | Entrepreneur Magazine’s Startup: Start Your Own Cleaning Service | Jacquelyn Lynn | TX 6-493-339 | 8-Jan-07 |
| 7 | Entrepreneur Magazine’s Startup: Start Your Own Day Spa and More | Entrepreneur Media, Inc. dba Entrepreneur Press; Preethi Burkholder | TX 6-819-781 | 16-Aug-07 |
| 8 | Entrepreneur Magazine’s Startup: Start Your Own Construction and Contracting Business - Your Step-by-Step Guide to Success | Gregg Kuehn | TX 6-907-624 | 19-Nov-07 |
| 9 | Entrepreneur Magazine’s Startup: Start Your Own Freelance Writing Business and More | Entrepreneur Media, Inc. dba Entrepreneur Press; George Sheldon | TXu 1-616-122 | 7-Mar-08 |
| 10 | Entrepreneur Magazine’s Startup: Start Your Own Graphic Design Business - Your Step-by-Step Guide to Success | Entrepreneur Media, Inc. dba Entrepreneur Press; George Sheldon | TX 6-936-086 | 10-Apr-08 |

| | | | | |
|---|---|---|---|---|
| 11 | Entrepreneur Magazine's Startup: Start Your Own Gift Basket Business and More (2nd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Cheryl Kimball | TXu 1-624-283 | 6-Jun-08 |
| 12 | Entrepreneur Magazine's Startup: Start Your Own Coaching Business - Motivational Life - Business | Entrepreneur Media, Inc. dba Entrepreneur Press; Monroe Mann | TX 7-311-875 | 16-Jul-08 |
| 13 | Entrepreneur Magazine's 55 Surefire Internet Businesses You Can Start for Under $5000 | Entrepreneur Media, Inc. dba Entrepreneur Press; Melissa Campanelli | TXu 1-641-983 | 27-Mar-09 |
| 14 | Entrepreneur Magazine's ClickStarts: Design and Launch an Online Social Networking Business in a Week | Entrepreneur Media, Inc. dba Entrepreneur Press; Julien Sharp | TX 7-093-073 | 26-Jun-09 |
| 15 | Entrepreneur Magazine's ClickStarts: Design and Launch an Online Gift Business in a Week | Entrepreneur Media, Inc. dba Entrepreneur Press; Cheryl Kimball | TX 6-980-167 | 21-Jul-09 |
| 16 | Entrepreneur Magazine's Startup: Start Your Own Bar and Club - Sports Bars-Nightclubs-Neighborhood Bars-Wine Bars and More (3rd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Liane Cassavoy | TX 7-001-499 | 25-Aug-09 |
| 17 | No B.S. Wealth Attraction in the New Economy | Dan S. Kennedy | TX 7-174-114 | 5-May-10 |
| 18 | Entrepreneur Magazine's Start Your Own Import/Export Business: Your Step-by-Step Guide to Success (3rd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Krista Turner | TX 7-227-661 | 26-Jul-10 |
| 19 | Entrepreneur Magazine's Ultimate Guide to Search Engine Optimization (2nd Edition) | Jon Rognerud | TX 7-306-601 | 14-Dec-10 |
| 20 | Entrepreneur Magazine's Startup: Start Your Own Food Truck Business | Entrepreneur Media, Inc. dba Entrepreneur Press; Rich Mintzer | TX 7-371-775 | 27-Apr-11 |

| | | | | |
|---|---|---|---|---|
| 21 | No B.S. Grassroots Marketing: The Ultimate No Holds Barred Take No Prisoners Guide to Growing Sales and Profits of Local Small Businesses | Dan S. Kennedy; Jeff Slutsky | TX 7-495-804 | 18-Jan-12 |
| 22 | Entrepreneur Magazine's Startup: Start Your Own Coaching Business: Your Step-by-Step Guide to Success (2nd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Rich Mintzer | TX 7-588-879 | 7-Sep-12 |
| 23 | Startup Start Your Own Information Marketing Business (2nd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Robert Skrob | TX 7-729-464 | 5-Apr-13 |
| 24 | Entrepreneur Magazine's Ultimate Guide to Pinterest for Business | Entrepreneur Media, Inc. dba Entrepreneur Press; Karen Leland | TX 7-711-696 | 6-May-13 |
| 25 | YouTube for Business | Jason R. Rich | TX 7-768-054 | 30-Aug-13 |
| 26 | Entrepreneur Magazine's Startup: Start Your Own Bar and Club (4th Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Liane Cassavoy | TX 7-818-662 | 2-Jan-14 |
| 27 | Entrepreneur Magazine's Ultimate Guide to Optimizing Your Website (3rd Edition) | Jon Rognerud | TX 7-846-669 | 18-Feb-14 |
| 28 | Entrepreneur Magazine's Ultimate Guide to Pay-Per-Click Advertising (2nd Edition) | Richard Stokes | TX 7-849-871 | 6-Mar-14 |
| 29 | No B.S. Guide to Brand-Building by Direct Response: The Ultimate No Holds Barred Plan to Creating and Profiting From a Powerful Brand Without Buying It | Dan S. Kennedy; Forrest Walden; Jim Cavale | TX 7-849-853 | 6-Mar-14 |
| 30 | Entrepreneur Magazine's Startup: Start Your Own Nonprofit Organization | Entrepreneur Media, Inc. dba Entrepreneur Press; Cheryl Kimball | TX 7-857-065 | 4-Apr-14 |

| | | | | |
|---|---|---|---|---|
| 31 | Entrepreneur Magazine’s Startup: Start Your Own E-Business (3rd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Rich Mintzer | TX 7-910-839 | 4-Jun-14 |
| 32 | Market Like You Mean It: Engage Customers, Create Brand Believers, and Gain Fans for Everything You Sell | Al Lautenslager | TX 7-932-927 | 1-Jul-14 |
| 33 | Start Your Own Business (6th Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press | TX 8-040-350 | 12-Jan-15 |
| 34 | Entrepreneur Magazine’s Startup: Start Your Own Food Truck Business (2nd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Rich Mintzer | TX 8-077-331 | 7-May-15 |
| 35 | Entrepreneur Magazine’s Startup: Start Your Own Child-Care Service (4th Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Jacquelyn Lynn | TX 8-123-846 | 7-Jul-15 |
| 36 | Entrepreneur Magazine’s Startup: Start Your Own Construction and Contracting Business (2nd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Gregg Kuehn | TX 8-139-812 | 19-Oct-15 |
| 37 | Entrepreneur Magazine’s Startup: Start Your Own eLearning or Training Business | Entrepreneur Media, Inc. dba Entrepreneur Press; Cheryl Kimball; Ciree Linsenman | TX 8-139-825 | 19-Oct-15 |
| 38 | Real Leaders Don’t Follow: Being Extraordinary in the Age of the Entrepreneur | Steve Tobak | TX 8-139-800 | 19-Oct-15 |
| 39 | Main Street Entrepreneur: Build Your Dream Company Doing What You Love Where You Live | Michael Glauser | TX 8-293-686 | 20-May-16 |
| 40 | The Brand Mapping Strategy | Karen Tiber Leland | TX 8-308-946 | 17-Jun-16 |
| 41 | The Advertising Solution | Craig Simpson | TX 8-333-085 | 27-Sep-16 |

| | | | | |
|---|---|---|---|---|
| 42 | Entrepreneur Magazine’s Ultimate Guide to Platform Building | Wendy Keller | TX 8-339-276 | 9-Nov-16 |
| 43 | The Innovation Mentality -- Six Strategies to Disrupt the Status Quo and Reinvent the Way We Work | Glenn Llopis | TX 8-378-646 | 15-Feb-17 |
| 44 | Dynamic Communication -- 27 Strategies to Grow, Lead & Manage Your Business | Jill Schiefelbein | TX 8-385-502 | 21-Mar-17 |
| 45 | 80/20 Sales and Marketing -- The Definitive Guide to Working Less and Making More | Perry Marshall | TX 8-382-363 | 31-Mar-17 |
| 46 | Entrepreneur Magazine’s Ultimate Guide to Instagram for Business | Kim Walsh Phillips | TX 8-422-886 | 24-May-17 |
| 47 | Million Dollar Habits: Proven Power Practices to Double & Triple Your Income (2nd Edition) | Brian Tracy | TX 8-483-743 | 18-Sep-17 |
| 48 | Networking Like a Pro: Turning Contacts Into Connections (2nd Edition) | Ivan Misner | TX 8-534-683 | 27-Nov-17 |
| 49 | Entrepreneur Magazine’s Ultimate Guide to YouTube for Business (2nd Edition) | Jason R. Rich | TX 8-575-731 | 5-Apr-18 |
| 50 | Entrepreneur’s Ultimate Guide to Email Marketing for Business | Susan Gunelius | TX 8-629-051 | 1-Jun-18 |
| 51 | Breakthrough -- How to Harness the AHA! Moments That Spark Success | Scott Duffy | TX 8-621-086 | 30-Jul-18 |
| 52 | Driven - The Never-Give-Up Roadmap to Massive Success | Manny Khoshbin | TX 8-670-137 | 3-Oct-18 |
| 53 | Unstoppable: A 90-Day Plan to Biohack Your Mind and Body for Success | Ben Angel | TX 8-683-257 | 5-Nov-18 |

| | | | | |
|---|---|---|---|---|
| 54 | The Franchisee Handbook - Everything You Need to Know About Buying a Franchise | Mark Siebert | TX 8-739-738 | 25-Jan-19 |
| 55 | Entrepreneur Magazine’s Ultimate Guide to Amazon Advertising | Timothy P. Seward | TX 8-764-240 | 24-May-19 |
| 56 | Stress-Less Leadership: How to Lead in Business and in Life | Dr. Nadine Greiner | TX 8-793-679 | 26-Aug-19 |
| 57 | Elephants Before Unicorns: Emotionally Intelligent HR Strategies to Save Your Company | Caroline Stokes | TX 8-810-693 | 2-Oct-19 |
| 58 | Entrepreneur Magazine’s Ultimate Guide to Link Building (2nd Edition) | Garrett French; Eric Ward | TX 8-891-169 | 21-Jan-20 |
| 59 | Start a Business at Any Age - Ageless Startup | Rick Terrien | TX 8-991-265 | 24-Apr-20 |
| 60 | 101 Ways to Turn Your Business Green - The Business Guide to Eco-Friendly Profits | Rich Mintzer | TX 7-257-887 | 17-Sep-08 |
| 61 | 202 High Paying Jobs You Can Land Without a College Degree | Jason R. Rich | TX 6-408-307 | 24-Jul-06 |
| 62 | 202 Services You Can Sell for Big Profits | James Stephenson | TX 6-410-186 | 21-Jul-06 |
| 63 | 202 Things You Can Buy and Sell for Big Profits (2nd Edition) | James Stephenson; Jason R. Rich | TX 7-037-396 | 15-Jul-08 |
| 64 | 202 Things You Can Make and Sell for Big Profits | James Stephenson | TX 6-404-975 | 27-Jun-06 |
| 65 | 202 Ways to Supplement Your Retirement Income | James Stephenson | TX 6-417-715 | 28-Jul-06 |

| | | | | |
|---|---|---|---|---|
| 66 | 3 Weeks to Startup - A High Speed Guide to Starting a Business | Tim Berry; Sabrina Parsons | TX 7-257-663 | 17-Sep-08 |
| 67 | Entrepreneur Magazine's 303 Marketing Tips: Guaranteed to Boost Your Business | Rieva Lesonsky; Leann Anderson | TX 4-914-844 | 7-Jan-99 |
| 68 | Entrepreneur Magazine's 55 Surefire Food-Related Businesses You Can Start for Under $5000 | Entrepreneur Media, Inc. dba Entrepreneur Press; Cheryl Kimball | TXu 1-641-982 | 27-Mar-09 |
| 69 | 75 Green Businesses You Can Start to Make Money and Make a Difference | Glenn Croston, Ph.D. | TX 6-954-180 | 15-Jul-08 |
| 70 | Brand Renegades: Our Fearless Path From Startup to Global Brand | Sean Dowdell; Thora Dowdell | TX 9-572-621 | 5-Nov-25 |
| 71 | Business Networking and Sex (Not What You Think) | Hazel M. Walker; Frank J. Raffele Jr.; Ivan Misner, Ph.D. | TX 7-500-477 | 21-Feb-12 |
| 72 | Business Plans Made Easy | Mark Henricks | TX 5-027-403 | 9-Aug-99 |
| 73 | Business Plans Made Easy: It's Not as Hard as You Think! (2nd Edition) | Mark Henricks; John Riddle | TX 5-659-820 | 26-Dec-02 |
| 74 | Entrepreneur Magazine's The Business Traveler Guide to Las Vegas | Jason R. Rich | TX 6-526-027 | 21-Jan-07 |
| 75 | Entrepreneur Magazine's Pocket Guides: Buy or Lease a Car Without Getting Taken for a Ride | Entrepreneur Media, Inc. dba Entrepreneur Press; Jason R. Rich | TX 6-557-166 | 20-Apr-07 |
| 76 | Entrepreneur Magazine's Legal Guide: Buying and Selling a Business - Choose the Right Transactions, Maximize the Value of Your Sale or Purchase, Strategically Negotiate and Win | Ira Nottonson | TXu 1-688-536 | 24-Mar-08 |

| | | | | |
|---|---|---|---|---|
| 77 | Content Is King: The Complete Guide to Writing Website Content That Sells | Laura Briggs | TX 9-298-917 | 7-Jun-23 |
| 78 | Customer Service From the Inside Out Made Easy | Paul Levesque | TX 6-407-735 | 8-Aug-06 |
| 79 | Entrepreneur Magazine's ClickStarts - Design and Launch an E-Commerce Business in a Week | Entrepreneur Media, Inc. dba Entrepreneur Press; Jason R. Rich | TX 6-954-160 | 15-Jul-08 |
| 80 | Entrepreneur Magazine's ClickStarts - Design and Launch an Online Travel Business in a Week | Entrepreneur Media, Inc. dba Entrepreneur Press; Charlene Davis | TX 7-080-765 | 12-Jun-09 |
| 81 | Dirty Little Secrets: What the Credit Bureaus Won't Tell You | Entrepreneur Media, Inc. dba Entrepreneur Press; Jason R. Rich | TX 6-483-619 | 5-Dec-06 |
| 82 | Disrupters - Success Strategies From Women Who Break the Mold | Dr. Patti Fletcher | TX 8-555-165 | 25-Jan-18 |
| 83 | Doing Business Beyond America's Borders: The Do's, Don't and Other Details of Conducting Business in 40 Countries | Lawrence W. Tuller | TX 7-034-294 | 26-Sep-08 |
| 84 | The Driving Force: Extraordinary Results With Ordinary People | Peter W. Schutz | TX 5-807-585 | 3-Jul-03 |
| 85 | E2 Using the Power of Ethics and Etiquette in American Business | Phyllis Davis | TX 5-807-586 | 3-Jul-03 |
| 86 | Entrepreneur Kids: All About Money | Entrepreneur Media, Inc. dba Entrepreneur Press | TX 9-093-185 | 17-May-21 |
| 87 | 55 Surefire Homebased Businesses: You Can Start for Under $5,000 | Entrepreneur Media, Inc. dba Entrepreneur Press; Cheryl Kimball | TX 7-022-459 | 18-Feb-09 |

| | | | | |
|---|---|---|---|---|
| 88 | Grow Your Business | Mark Henricks | TX 5-475-883 | 28-Dec-00 |
| 89 | Entrepreneur Magazine’s Legal Guide: Business Contracts: Turn Any Business Contract to Your Advantage | Laura Plimpton | TX 6-541-897 | 28-Mar-07 |
| 90 | Entrepreneur Magazine’s Legal Guide: Business Structures - How to Form a Corporation - LLC - Partnership - Sole Proprietorship | Michael Spadaccini | TX 6-929-777 | 12-Dec-07 |
| 91 | Entrepreneur Magazine’s Start Your Own Self-Publishing Business | Rob Adams; Terry Adams | TX 6-493-340 | 8-Jan-07 |
| 92 | Entrepreneur Magazine’s Startup: E-Business | Entrepreneur Media, Inc. dba Entrepreneur Press; Robert McGarvey; Melissa Campanelli | TX 6-493-343 | 8-Jan-07 |
| 93 | Entrepreneur Magazine’s Start-Up: Start Your Own Bed & Breakfast | Entrepreneur Media, Inc. dba Entrepreneur Press; Ron Adams; Terry Adams | TX 6-499-297 | 11-Jan-07 |
| 94 | Entrepreneur Magazine’s Startup: Start Your Own Bed & Breakfast - Your Step-by-Step Guide to Success (2nd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Cheryl Kimball | TXu 1-601-530 | 11-Dec-07 |
| 95 | Entrepreneur Magazine’s Startup: Start Your Own Freelance Writing Business —The Complete Guide to Starting and Scaling From Scratch (2nd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Laura Pennington Briggs | TX 8-773-697 | 22-Jul-19 |
| 96 | Entrepreneur Magazine’s Ultimate Guide to Incorporating in Any State | Michael Spadaccini | TX 6-419-014 | 18-Aug-06 |
| 97 | Entrepreneur Magazine’s Young Millionaires: Inspiring Stories to Ignite Your Entrepreneurial Dreams | Rieva Lesonsky; Gayle Sato Stodder | TX 5-249-051 | 25-Jul-00 |
| 98 | Winning the Net Game - Becoming Profitable Now That the Web Rules Have Changed | Caroline Howard | TX 5-546-603 | 4-Jun-02 |

| | | | | |
|---|---|---|---|---|
| 99 | Entrepreneur Magazine’s Pocket Guides: Start Your Retail Career | Entrepreneur Media, Inc. dba Entrepreneur Press; Stephanie O’Malley | TX 7-063-651 | 30-Oct-08 |
| 100 | Building, Marketing, and Scaling Your New Business | Entrepreneur Media, Inc. dba Entrepreneur Press; Stephanie Diamond | TX 9-438-443 | 16-Sep-24 |
| 101 | Creating, Planning and Funding Your New Business | Entrepreneur Media, Inc. dba Entrepreneur Press; Stephanie Diamond | TX 9-448-612 | 13-Jun-24 |
| 102 | Entrepreneur Startup: Start Your Own Pet Business - Your Step-by-Step Guide to Success (2nd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Rich Mintzer | TX 9-234-198 | 6-Feb-23 |
| 103 | Entrepreneur Voices on Careers | Entrepreneur Media, Inc. dba Entrepreneur Press | TX 8-831-401 | 25-Oct-19 |
| 104 | Entrepreneur Voices on Company Culture | Entrepreneur Media, Inc. dba Entrepreneur Press | TX 8-572-096 | 4-Apr-18 |
| 105 | Entrepreneur Voices on Effective Leadership | Entrepreneur Media, Inc. dba Entrepreneur Press | TX 8-614-314 | 24-Jan-18 |
| 106 | Entrepreneur Voices on Emotional Intelligence | Entrepreneur Media, Inc. dba Entrepreneur Press | TX 8-702-477 | 3-Dec-18 |
| 107 | Entrepreneur Voices on Strategic Management | Entrepreneur Media, Inc. dba Entrepreneur Press | TX 8-585-156 | 22-Feb-18 |
| 108 | Entrepreneur Voices on the Science of Success | Entrepreneur Media, Inc. dba Entrepreneur Press | TX 8-668-375 | 3-Oct-18 |
| 109 | Entrepreneur’s Almanac 2008-2009 - Fundamentals, Facts and Figures You Need to Run and Grow Your Business | Jacquelyn Lynn | TX 6-911-963 | 19-Nov-07 |

| | | | | |
|---|---|---|---|---|
| 110 | Franchises & Business Opportunities | Andrew A. Caffey | TX 5-476-080 | 23-Jan-02 |
| 111 | Entrepreneur Magazine’s Legal Guide: Estate Planning, Wills and Trusts | W. Rod Stern | TX 6-571-599 | 10-May-07 |
| 112 | Entrepreneur Magazine’s Expand Your Business Using eBay: How eBay Can Take an Existing Business to New Heights | J.S. McDougall | TX 6-578-142 | 21-Jun-07 |
| 113 | Extreme Entrepreneur | Mark Baven | TX 5-364-366 | 9-Apr-01 |
| 114 | Extreme Investor | Randy Rodman; Don Logay | TX 5-308-887 | 5-Oct-00 |
| 115 | Finance Your Business: Secure Funding to Start, Run, and Grow Your Business | Entrepreneur Media, Inc. dba Entrepreneur Press | TX 8-341-796 | 9-Nov-16 |
| 116 | Financial Fitness in 45 Days: The Complete Guide to Shaping Your Personal Finances | Lorayne Fiorillo | TX 5-250-237 | 24-Jul-00 |
| 117 | Finding Foreclosures | Danielle Babb; Bill Nazur | TX 6-824-834 | 11-Sep-07 |
| 118 | Entrepreneur Magazine’s Legal Guide: Forming a Partnership and Making It Work | Ira Nottonson | TX 6-541-896 | 19-Mar-07 |
| 119 | Entrepreneur Magazine’s Legal Guide: Forming an LLC in Any State | Michael Spadaccini | TX 6-594-257 | 26-Jun-07 |
| 120 | Franchise Bible: How to Buy a Franchise or Franchise Your Own Business (6th Edition) | Erwin J. Keup | TX 6-819-019 | 16-Aug-07 |
| 121 | Franchise Bible - How to Buy a Franchise or Franchise Your Own Business (8th Edition) | Rick J. Grossman | TX 8-369-339 | 26-Jan-17 |

| | | | | |
|---|---|---|---|---|
| 122 | Franchise Bible: How to Buy a Franchise or Franchise Your Own Business (9th Edition) | Rick Grossmann; Michael J. Katz | TX 9-580-774 | 24-Nov-25 |
| 123 | Franchise Your Business: The Guide to Employing the Greatest Growth Strategy Ever | Mark Siebert | TX 8-224-068 | 22-Jan-16 |
| 124 | Franchise Your Business - The Guide to Employing the Greatest Growth Strategy Ever (2nd Edition) | Mark Siebert | TX 9-422-554 | 13-Jun-24 |
| 125 | Fund Your Business - Smart Strategies to Secure Financing | Entrepreneur Media, Inc. dba Entrepreneur Press | TX 9-438-445 | 16-Sep-24 |
| 126 | Gen E: Generation Entrepreneur Is Rewriting the Rules of Business - And You Can, Too! | Brian O’Connell | TX 5-080-522 | 6-Oct-99 |
| 127 | Get Connected: The Social Networking Toolkit for Business | Starr Hall; Chadd Rosenberg | TX 7-011-912 | 17-Aug-09 |
| 128 | Entrepreneur Magazine’s Get Smart!: 365 Tips to Boost Your Entrepreneurial IQ | Rieva Lesonsky | TX 5-132-539 | 5-Nov-99 |
| 129 | Entrepreneur Magazine’s Pocket Guides: Get the Raise! | Entrepreneur Media, Inc. dba Entrepreneur Press; Jason R. Rich | TX 6-566-591 | 18-Apr-07 |
| 130 | Entrepreneur Magazine’s Great Big Book of Business Lists | Courtney Thurman; Ashley Gardner | TX 6-404-225 | 7-Jul-06 |
| 131 | Entrepreneur’s Great Big Book on Real Estate Investing: Everything You Need to Know to Create Wealth in Real Estate | Stuart Leland Rider | TX 6-392-329 | 20-Jul-06 |
| 132 | Grow Your Business: Scale Your Business for Long-Term Success | Entrepreneur Media, Inc. dba Entrepreneur Press; Eric Butow | TX 9-332-990 | 14-Sep-23 |
| 133 | Guerrilla Marketing for Nonprofits: 250 Tactics to Promote, Motivate, and Raise More Money | Jay Conrad Levinson; Frank Adkins; Chris Forbes | TX 7-212-053 | 15-Jul-10 |

| | | | | |
|---|---|---|---|---|
| 134 | Guerrilla Marketing in 30 Days (2nd Edition) | Jay Conrad Levinson; Al Lautenslager | TX 7-001-522 | 25-Aug-09 |
| 135 | Guerrilla Marketing in 30 Days (3rd Edition) | Jay Conrad Levinson; Al Lautenslager | TX 7-910-845 | 4-Jun-14 |
| 136 | Guerrilla Marketing in 30 Days Workbook | Jay Conrad Levinson; Al Lautenslager | TX 6-499-992 | 29-Dec-06 |
| 137 | Guerrilla Marketing on the Internet: The Definitive Guide From the Father of Guerrilla Marketing | Jay Conrad Levinson; Mitch Meyerson; Mary Eule Scarborough | TX 6-954-149 | 15-Jul-08 |
| 138 | Guerrilla Marketing Remix: The Best of Guerrilla Marketing | Jay Conrad Levinson; Jeannie Levinson | TX 7-433-208 | 15-Sep-11 |
| 139 | Guerrilla Social Media Marketing | Jay Conrad Levinson; Shane Gibson | TX 7-258-399 | 10-Sep-10 |
| 140 | Hot Stock Market Strategies: 5 Secret Short-Term Trading Strategies That Work in a Bull or Bear Market | Jake Bernstein | TX 6-455-521 | 21-Jul-06 |
| 141 | How to Dotcom | Robert McGarvey | TX 5-372-172 | 23-Oct-00 |
| 142 | How to Increase Your Website Traffic | Khoa Bui | TX 7-347-927 | 17-Mar-11 |
| 143 | How to Sell Clothing, Shoes, and Accessories on eBay | Entrepreneur Media, Inc. dba Entrepreneur Press; Charlene Davis | TX 6-458-645 | 21-Aug-06 |
| 144 | How to Sell Collectibles on eBay | Entrepreneur Media, Inc. dba Entrepreneur Press; Jennifer A. Ericsson | TX 6-501-013 | 21-Aug-06 |

| | | | | |
|---|---|---|---|---|
| 145 | How to Sell Computers and Accessories on eBay | J.S. McDougall | TX 6-525-245 | 22-Dec-06 |
| 146 | How to Sell Toys and Hobbies on eBay | J.S. McDougall | TX 6-456-602 | 21-Aug-06 |
| 147 | How to Start a Business in California | Entrepreneur Media, Inc. dba Entrepreneur Press | TX 6-416-008 | 21-Aug-06 |
| 148 | How to Start a Business in Florida (2nd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press | TX 6-576-204 | 30-May-07 |
| 149 | How to Start a Business in New York City | Entrepreneur Media, Inc. dba Entrepreneur Press | TX 6-418-274 | 23-Aug-06 |
| 150 | How to Start a Business in Virginia | Entrepreneur Media, Inc. dba Entrepreneur Press | TX 6-421-079 | 23-Aug-06 |
| 151 | How to Start a Business in Washington | Entrepreneur Media, Inc. dba Entrepreneur Press | TX 6-423-928 | 23-Aug-06 |
| 152 | Entrepreneur Magazine’s Legal Guide: Incorporate Your Business - In Any State | Michael Spadaccini | TX 6-914-735 | 5-Dec-07 |
| 153 | Inner Switch: 7 Timeless Principles to Transform Modern Leadership | Susan S. Freeman | TX 9-298-916 | 7-Jun-23 |
| 154 | Entrepreneur Magazine’s Legal Guide: Intellectual Property | Catherine J. Holland; Vito A. Canuso III; Diane M. Reed; Sabing H. Lee; Andrew I. Kimmel; Wendy K. Peterson | TX 6-889-091 | 31-Oct-07 |
| 155 | IRS Tax Secrets | John K. Harris | TX 7-332-773 | 18-Feb-11 |
| 156 | Kick-Ass Copywriting in 10 Easy Steps - Build the Buzz and Sell the Sizzle | Susan Gunelius | TX 7-007-104 | 9-Sep-08 |

| | | | | |
|---|---|---|---|---|
| 157 | Knock-Out Marketing | Jack Ferreri | TX 5-027-404 | 9-Aug-99 |
| 158 | MAC Migration: The Small-Business Guide to Switching to the Mac | Jason R. Rich | TX 7-257-664 | 17-Sep-08 |
| 159 | MadScam: Kick-Ass Advertising Without the Madison Avenue Price Tag | George Parker | TX 6-482-355 | 6-Dec-06 |
| 160 | Entrepreneur Magazine's Make Big Profits on eBay: Start Your Own Million $ Business | Jacquelyn Lynn; Charlene Davis | TX 6-415-606 | 20-Jul-06 |
| 161 | Making Horses Drink: How to Lead and Succeed in Business | Alexander Hiam; Ken Blanchard | TX 5-546-599 | 4-Jun-02 |
| 162 | Many Miles to Go: A Modern Parable for Business Success | Brian Tracy | TX 5-807-579 | 3-Jul-03 |
| 163 | Entrepreneur Magazine's Marketing Made Easy | Entrepreneur Media, Inc. dba Entrepreneur Press; Kevin Epstein | TX 6-421-514 | 2-Aug-06 |
| 164 | Mastering Online Marketing | Mitch Meyerson | TXu 1-601-523 | 8-Feb-08 |
| 165 | Masters of Sales - Secrets From Top Sales Professionals That Will Transform You Into a World Class Salesperson | Ivan R. Misner; Don Morgan; Brian Tracy | TX 6-814-714 | 20-Aug-07 |
| 166 | Masters of Success: Proven Techniques for Achieving Success in Business and Life | Ivan R. Misner; Don Morgan | TX 6-123-241 | 28-Jan-05 |
| 167 | Maverick Startup: 11 X-Factors to Bootstrap From Zero to Six Figures and Beyond | Yanik Silver | TX 7-645-876 | 2-Mar-12 |
| 168 | Million Dollar Habits: Proven Power Practices to Double and Triple Your Income | Brian Tracy | TX 6-415-663 | 20-Jul-06 |

| | | | | |
|---|---|---|---|---|
| 169 | Million Dollar Web Presence: Leverage the Web to Build Your Brand and Transform Your Business | Alan Weiss; Chad Barr | TX 7-508-390 | 2-Mar-12 |
| 170 | Moonlighting on the Internet | Yanik Silver; Robert Olic | TX 6-914-301 | 7-Dec-07 |
| 171 | Moonlighting on the Internet: Make an Extra $1000 per Month in Just 5-10 Hours per Week (2nd Edition) | Shelby Larson | TX 8-252-124 | 28-Mar-16 |
| 172 | Mortgages and Refinancing: Get the Best Rates | Entrepreneur Media, Inc. dba Entrepreneur Press; Jason R. Rich; Mark Giordani | TX 6-483-592 | 5-Dec-06 |
| 173 | Motivation: Powerful Motivators That Will Turbo-Charge Your Workforce | Paul Levesque | TX 6-927-391 | 17-Dec-07 |
| 174 | Entrepreneur Media's Pocket Guides: Mutual Funds: A Quick Start Guide | Entrepreneur Media, Inc. dba Entrepreneur Press; Jason R. Rich | TX 6-557-595 | 23-Mar-07 |
| 175 | Networking Like a Pro: Turning Contacts Into Connections | Ivan Misner; David Alexander; Brian Hilliard | TX 7-130-029 | 13-Oct-09 |
| 176 | Niche and Grow Rich: Practical Ways to Turn Your Business Ideas Into a Business | Jennifer Basye Sander; Peter Sander | TX 6-406-606 | 5-Jun-06 |
| 177 | No B.S. Business Success: The Ultimate No Holds Barred, Kick Butt, Take No Prisoners, Tough & Spirited Guide | Dan S. Kennedy | TX 6-411-843 | 28-Jul-06 |
| 178 | No B.S. Business Success in the New Economy | Dan S. Kennedy | TX 7-504-297 | 4-Dec-09 |
| 179 | No B.S. Direct Marketing: The Ultimate No Holds Barred Kick Butt Take No Prisoners Direct Marketing for Non-Direct Marketing Businesses (2nd Edition) | Dan S. Kennedy | TX 7-729-465 | 5-Apr-13 |

| | | | | |
|---|---|---|---|---|
| 180 | No B.S. Direct Marketing The Ultimate No Holds Barred Kick Butt Take No Prisoners Direct Marketing for Non-Direct Marketing Businesses (3rd Edition) | Dan Kennedy | TX 8-627-915 | 21-Jun-18 |
| 181 | No B.S. Direct Marketing for Non-Direct Marketing Businesses (4th Edition) | Dan Kennedy; Darcy Juarez; Marty Fort | TX 9-448-611 | 13-Jun-24 |
| 182 | No B.S. Direct Marketing: The Ultimate, No Holds Barred, Kick Butt, Take No Prisoners Direct Marketing for Non-Direct Marketing Businesses | Dan S. Kennedy | TX 6-416-294 | 22-Aug-06 |
| 183 | No B.S. Guide to Direct Response Social Media Marketing: The Ultimate No Holds Barred Guide to Producing Measurable, Monetizable Results With Social Media Marketing | Dan S. Kennedy; Kim Walsh-Phillips | TX 8-196-283 | 23-Nov-15 |
| 184 | No B.S. Guide to Direct Response Social Media Marketing (2nd Edition) | Dan S. Kennedy; Kim Walsh-Phillips | TX 9-575-309 | 5-Nov-25 |
| 185 | No B.S. Guide to Maximum Referrals and Customer Retention: The Ultimate No Holds Barred Plan to Securing New Customers and Maximum Profits | Dan S. Kennedy; Shaun Buck | TX 8-252-170 | 28-Mar-16 |
| 186 | No B.S. Guide to Powerful Presentations - The Ultimate No Holds Barred Plan to Selling Anything With Webinars, Online Media, Speeches, and Seminars | Dan S. Kennedy; Dustin Mathews | TX 8-526-223 | 5-Oct-17 |
| 187 | No B.S. Guide to Succeeding Business by Breaking All the Rules | Dan S. Kennedy | TX 9-418-770 | 1-Apr-24 |
| 188 | No B.S. Marketing to Leading-Edge Boomers & Seniors The Ultimate No Holds Barred Take No Prisoners Roadmap to the Money | Chip Kessler; Dan S. Kennedy | TX 7-692-351 | 7-Mar-13 |
| 189 | No B.S. Marketing to the Affluent | Dan S. Kennedy | TX 7-005-980 | 6-Jun-08 |
| 190 | No B.S. Marketing to the Affluent: No Holds Barred, Take No Prisoners, Guide to Getting Really Rich (4th Edition) | Dan S. Kennedy; Martin J. Fischer | TX 9-575-311 | 5-Nov-25 |
| 191 | No B.S. Marketing to the Affluent: The No Holds Barred Take No Prisoners Guide to Getting Really Rich (2nd Edition) | Dan S. Kennedy | TX 8-042-110 | 6-Mar-15 |

| | | | | |
|---|---|---|---|---|
| 192 | No B.S. Marketing to the Affluent: No Holds Barred, Take No Prisoners, Guide to Getting Really Rich (3rd Edition) | Dan S. Kennedy | TX 8-798-343 | 3-Jul-19 |
| 193 | No B.S. Price Strategy: The Ultimate No Holds Barred Kick Butt Take No Prisoners Guide to Profits, Power, and Prosperity | Dan S. Kennedy; Jason Marrs | TX 7-365-320 | 19-Apr-11 |
| 194 | No B.S. Ruthless Management of People & Profits - No Holds Barred Kick Butt Take No Prisoners Guide to Really Getting Rich | Dan Kennedy | TX 7-341-883 | 26-Mar-08 |
| 195 | No B.S. Ruthless Management of People & Profits - No Holds Barred Kick Butt Take No Prisoners Guide to Really Getting Rich (2nd Edition) | Dan S. Kennedy | TX 7-979-653 | 7-Nov-14 |
| 196 | No B.S. Sales Success: The Ultimate No Holds Barred, Kick Butt, Take No Prisoners & Make Tons of Money Guide | Dan S. Kennedy | TX 6-411-842 | 28-Jul-06 |
| 197 | No. B. S. Time Management for Entrepreneurs: The Ultimate No Holds Barred Kick Butt Take No Prisoners Guide to Time Productivity & Sanity. | Dan S. Kennedy | TX 6-417-874 | 28-Jul-06 |
| 198 | No B.S. Time Management for Entrepreneurs (3rd Edition) | Dan S. Kennedy | TX 8-528-969 | 8-Dec-17 |
| 199 | No B.S. Time Management for Entrepreneurs (4th Edition) | Dan S. Kennedy; Ben Glass | TX 9-448-164 | 16-Sep-24 |
| 200 | No B.S. Trust Based Marketing: The Ultimate Guide to Creating Trust in an Understandably Un-Trusting World | Dan S. Kennedy; Matt Zagula | TX 7-584-907 | 23-Aug-12 |
| 201 | Entrepreneur Magazine's Nonprofits Made Easy | Entrepreneur Media, Inc. dba Entrepreneur Press; David H. Bangs, Jr. | TX 6-525-590 | 21-Feb-07 |
| 202 | The Official Get Rich Guide to Information Marketing - Build a Million Dollar Business Within 12 Months | Dan S. Kennedy; Bill Glazer; Robert Skrob | TX 6-926-772 | 12-Dec-07 |
| 203 | The Official Get Rich Guide to Information Marketing (2nd Edition) | Robert Skrob | TX 7-351-416 | 31-Mar-11 |

| | | | | |
|---|---|---|---|---|
| 204 | Order Anything, Anywhere, Anytime Online Shopper's Survival Guide | Jacquelyn Lynn | TX 6-482-152 | 6-Dec-06 |
| 205 | Entrepreneur Magazine's Open an Online Business in 10 Days | Melissa Campanelli | TX 6-553-021 | 22-Mar-07 |
| 206 | Entrepreneur Magazine's Legal Guide: The Operations Manual for Corporations | Michael Spadaccini | TXu 1-608-762 | 5-Dec-07 |
| 207 | Outcome-Based Marketing: New Rules for Marketing on the Web | John D. Leavy | TX 7-358-799 | 19-Apr-11 |
| 208 | Powertools for Women in Business: 10 Ways to Succeed in Life and Work | Aliza Sherman | TX 5-454-462 | 3-Oct-01 |
| 209 | Entrepreneur Magazine's Legal Guide: Principles of Negotiation - Strategies - Tactics - Techniques to Reach Agreements | Matthew P. Guasco; Peter R. Robinson | TX 6-924-525 | 12-Dec-07 |
| 210 | The Procrastinator's Guide to Marketing (Or: How to Get Off Your Butt and Develop Your Marketing Plan!) | Mary Eule Scarborough; David A. Scarborough | TXu 1-604-753 | 4-Dec-07 |
| 211 | Entrepreneur Magazine's Project Management Made Easy | Entrepreneur Media, Inc. dba Entrepreneur Press; Sid Kemp | TX 6-357-711 | 25-May-06 |
| 212 | Retail in Detail (4th Edition) | Ronald L. Bond | TXu 1-618-937 | 7-Mar-08 |
| 213 | Retail in Detail (5th Edition) | Ronald L. Bond | TX 7-754-872 | 5-Aug-13 |
| 214 | Rich Habits (Expanded 2nd Edition) | Thomas C. Corley | TX 9-626-399 | 26-Mar-26 |
| 215 | Sales Flashpoint: Fifteen Strategies for Rapid-Fire Sales Growth | JK Harris; Richard D. Dickerson | TX 7-267-433 | 20-Sep-10 |

| | | | | |
|---|---|---|---|---|
| 216 | Secrets of Vito: Think and Sell Like a CEO | Anthony Parinello | TX 5-658-823 | 26-Dec-02 |
| 217 | Six Sigma for Small Business | Greg Brue | TX 6-415-662 | 20-Jul-06 |
| 218 | Entrepreneur Magazine’s Legal Guide: Small Claims Court Guidebook | Michael Spadaccini | TXu 1-601-527 | 11-Dec-07 |
| 219 | Smart Debt: Borrow Wisely, Live Rich | Jason R. Rich | TX 6-483-940 | 5-Dec-06 |
| 220 | Smart Negotiating | John Patrick Dolan | TX 6-357-663 | 25-May-06 |
| 221 | So You Want to Franchise Your Business | Harold Kestenbaum; Adina M. Genn | TX 7-021-775 | 19-Sep-08 |
| 222 | Entrepreneur Magazine’s Pocket Guides - Start Your Health Care Career | Entrepreneur Media, Inc. dba Entrepreneur Press; Cheryl Kimball | TX 6-906-960 | 15-Nov-07 |
| 223 | Start Your Own Airbnb Business - How to Make Money With Short-Term Rentals | Entrepreneur Media, Inc. dba Entrepreneur Press; Jason R. Rich | TX 9-381-582 | 11-Jan-24 |
| 224 | Entrepreneur Magazine’s Startup: Start Your Own Arts and Crafts Business - Retail - Carts and Kiosks Craft Shows - Street Fairs (2nd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; J.S. McDougall | TX 6-901-733 | 13-Nov-07 |
| 225 | Entrepreneur Magazine’s Startup: Start Your Own Automobile Detailing Business (2nd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Rich Mintzer | TX 6-933-349 | 10-Apr-08 |
| 226 | Start Your Own Bar and Club (2nd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Sonya Shelton | TX 6-465-678 | 8-Dec-06 |

| | | | | |
|---|---|---|---|---|
| 227 | Entrepreneur Magazine’s Start Up: Start Your Own Bar and Tavern | Sonya Shelton | TX 5-658-820 | 26-Dec-02 |
| 228 | Entrepreneur Magazine’s Startup: Start Your Own Blogging Business (2nd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Jason R. Rich | TX 7-269-898 | 7-Sep-10 |
| 229 | Entrepreneur Magazine’s Startup: Start Your Own Blogging Business (3rd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Jason R. Rich | TX 7-840-510 | 18-Feb-14 |
| 230 | Entrepreneur Magazine’s Start Your Own Business: The Only Start-Up Book You’ll Ever Need | Entrepreneur Media, Inc. dba Entrepreneur Press; Rieva Lesonsky | TX 4-852-817 | 11-Jan-99 |
| 231 | Entrepreneur Magazine’s Start Your Own Business: The Only Start-Up Book You’ll Ever Need (2nd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Rieva Lesonsky | TX 5-375-991 | 9-Apr-01 |
| 232 | Entrepreneur Magazine’s Start Your Own Business: The Only Start-Up Book You’ll Ever Need (3rd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Rieva Lesonsky | TX 6-415-210 | 24-Jul-06 |
| 233 | Entrepreneur Magazine’s Start Your Own Business (4th Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Rieva Lesonsky | TX 6-813-892 | 13-Aug-07 |
| 234 | Entrepreneur Magazine’s Start Your Own Business (5th Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press | TX 7-255-000 | 8-Sep-10 |
| 235 | Start Your Own Business (7th Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press | TX 8-647-736 | 23-Aug-18 |
| 236 | Entrepreneur Magazine’s How to Start a Business on eBay: Step-by-Step Guide to Success | Entrepreneur Media, Inc. dba Entrepreneur Press; Jacquelyn Lynn | TX 5-817-682 | 2-Sep-03 |

| | | | | |
|---|---|---|---|---|
| 237 | Entrepreneur Magazine’s Startup: Start Your Own Business on eBay: Your Step-by-Step Guide to Success (2nd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Jacquelyn Lynn | TX 6-572-048 | 4-May-07 |
| 238 | Entrepreneur Magazine’s Startup: Start Your Own Business Support Service | Jacquelyn Lynn | TX 6-500-111 | 8-Jan-07 |
| 239 | Entrepreneur Magazine’s Startup: Start Your Own Cannabis Business - Your Step-by-Step Guide to the Marijuana Industry | Entrepreneur Media, Inc. dba Entrepreneur Press; Javier Hasse | TX 8-572-398 | 24-Apr-18 |
| 240 | Entrepreneur Magazine’s Startup: Start Your Own Car Wash and More - Full-Service - In-Bay Automatic Exterior Conveyor - Self-Service (2nd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Rich Mintzer | TX 6-850-934 | 14-Sep-07 |
| 241 | Entrepreneur Magazine’s Start-Ups: Child-Care Service | Jacquelyn Lynn | TX 6-493-344 | 8-Jan-07 |
| 242 | Entrepreneur Magazine’s Startup: Start Your Own Child-Care Service (2nd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press | TX 6-498-282 | 16-Jan-07 |
| 243 | Entrepreneur Magazine’s Startup: Start Your Own Child-Care Service (3rd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Jacquelyn Lynn | TX 7-307-034 | 15-Dec-10 |
| 244 | Entrepreneur Magazine’s Startup: Start Your Own Cleaning Service (2nd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Jacquelyn Lynn | TX 6-498-283 | 16-Jan-07 |
| 245 | Entrepreneur Magazine’s Startup: Start Your Own Cleaning Business (3rd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Jacquelyn Lynn | TX 7-214-397 | 11-Jun-10 |
| 246 | Entrepreneur Magazine’s Startup: Start Your Own Cleaning Service (4th Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Jacquelyn Lynn | TX 7-857-077 | 4-Apr-14 |

| | | | | |
|---|---|---|---|---|
| 247 | Entrepreneur Magazine’s Startup: Start Your Own Clothing Store | Julie Miller | TX 6-521-506 | 8-Jan-07 |
| 248 | Entrepreneur Magazine’s Startup: Start Your Own Clothing Store and More: Children’s, Bridal, Vintage, Consignment (2nd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Charlene Davis | TX 6-593-825 | 22-Jun-07 |
| 249 | Entrepreneur Magazine’s Startup: Start Your Own Clothing Store and More (3rd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Charlene Davis | TX 7-306-593 | 14-Dec-10 |
| 250 | Entrepreneur Magazine’s Startup: Start Your Own Coin-Operated Laundry (2nd Edition) | Mandy Erickson | TX 6-515-356 | 16-Jan-07 |
| 251 | Start Your Own College Planning Consultant Business | Entrepreneur Media, Inc. dba Entrepreneur Press; Eileen Figure Sandlin | TX 7-766-581 | 5-Sep-13 |
| 252 | Entrepreneur Magazine’s Startup: Start Your Own Construction and Contracting Business (3rd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Rich Mintzer | TX 8-329-120 | 8-Jul-16 |
| 253 | Entrepreneur Magazine’s Startup: Start Your Own Consulting Business (2nd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Eileen Figure Sandlin | TX 6-581-783 | 22-Jan-07 |
| 254 | Entrepreneur Magazine’s Startup: Start Your Own Consulting Business (3rd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Eileen Figure Sandlin | TX 7-214-398 | 11-Jun-10 |
| 255 | Entrepreneur Magazine’s Startup: Start Your Own Consulting Business (4th Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Eileen Figure Sandlin | TX 7-842-767 | 12-May-14 |
| 256 | Entrepreneur Magazine’s Startup: Start Your Own Crafts Business | Jacquelyn Lynn | TX 6-493-342 | 8-Jan-07 |

| | | | | |
|---|---|---|---|---|
| 257 | Entrepreneur Magazine's Startup: Start Your Own E-Business - Your Step-by-Step Guide to Success (2nd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Lynie Arden | TX 7-083-351 | 3-Apr-09 |
| 258 | Entrepreneur Magazine's How to Start an E-Learning Business: A Step-by-Step Guide to Success | Michael Hogan | TX 5-909-091 | 6-Feb-04 |
| | | | TX 6-567-178 | 17-May-06 |
| 259 | Entrepreneur Magazine's Startup: Start Your Own Etsy Business | Jason R. Rich | TX 8-464-951 | 8-Sep-17 |
| 260 | Entrepreneur Magazine's Startup: Start Your Own Event Planning Business - Your Step-by-Step Guide to Success (2nd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Amy Jean Peters | TX 6-845-824 | 29-Oct-07 |
| 261 | Entrepreneur Magazine's Startup: Start Your Own Event Planning Business (3rd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Cheryl Kimball | TX 7-381-412 | 15-Jun-11 |
| 262 | Entrepreneur Magazine's Startup: Start Your Own Event Planning Business (4th Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Cheryl Kimball | TX 8-048-082 | 3-Apr-15 |
| 263 | Entrepreneur Magazine's Startup: Start Your Own Executive Recruiting Service: Your Step-by-Step Guide to Success (2nd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Courtney Thurman | TX 6-875-620 | 4-Oct-07 |
| 264 | Entrepreneur Magazine's Startup: Start Your Own Fashion Accessories Business - Your Step-by-Step Guide to Success | Entrepreneur Media, Inc. dba Entrepreneur Press; Eileen Figure Sandlin | TXu 1-642-461 | 27-Mar-09 |
| 265 | Start Your Own Fashion Accessories Business | Entrepreneur Media, Inc. dba Entrepreneur Press; Eileen Figure Sandlin | TX 7-766-590 | 5-Sep-13 |
| 266 | Entrepreneur Magazine Startup: Start Your Own Florist Shop and Other Floral Businesses | Cheryl Kimball | TX 6-493-899 | 29-Dec-06 |

| | | | | |
|---|---|---|---|---|
| 267 | Entrepreneur Magazine’s How to Start a Freight Brokerage Business: A Step-by-Step Guide to Success | Entrepreneur Media, Inc. dba Entrepreneur Press; Jacquelyn Lynn | TX 5-860-036 | 31-Mar-03 |
| 268 | Entrepreneur Magazine’s Startup: Start Your Own Freight Brokerage Business (2nd Edition) | Jacquelyn Lynn | TX 6-538-676 | 22-Jan-07 |
| 269 | Entrepreneur Magazine’s Startup: Start Your Own Freight Brokerage Business (3rd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Jacquelyn Lynn | TX 7-214-394 | 11-Jun-10 |
| 270 | Entrepreneur Magazine’s Startup: Start Your Own Freight Brokerage Business (4th Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Jacquelyn Lynn | TX 7-965-925 | 6-Oct-14 |
| 271 | Entrepreneur Magazine’s Startup: Start Your Own Gift Basket Service | Jacquelyn Lynn | TX 6-496-473 | 16-Jan-07 |
| 272 | Entrepreneur Magazine’s Start Your Own Grant-Writing Business: Your Step-by-Step Guide to Success | Entrepreneur Media, Inc. dba Entrepreneur Press; Preethi Burkholder | TXu 1-575-581 | 30-Jan-08 |
| 273 | Entrepreneur Magazine’s Startup: Start Your Own Green Business - Your Step-by-Step Guide to Success | Entrepreneur Media, Inc. dba Entrepreneur Press; Rich Mintzer | TXu 1-692-150 | 29-Jan-09 |
| 274 | Entrepreneur Magazine’s Startup: Start Your Own Hair Salon and Day Spa | Entrepreneur Media, Inc. dba Entrepreneur Press; Eileen Figure Sandlin | TX 6-496-471 | 16-Jan-07 |
| 275 | Entrepreneur Magazine’s Startup: Start Your Own Hair Salon and Day Spa (2nd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Eileen Figure Sandlin | TX 7-222-774 | 26-Mar-10 |
| 276 | Entrepreneur Magazine’s Startup: Start Your Own Hair Salon and Day Spa (3rd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Eileen Figure Sandlin | TX 7-958-518 | 3-Sep-14 |

| | | | | |
|---|---|---|---|---|
| 277 | Entrepreneur Magazine's Startup: Start Your Own Home Inspection Service (2nd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Cheryl Kimball | TX 6-885-400 | 22-Oct-07 |
| 278 | Entrepreneur Magazine's How to Start an Import/Export Business: A Step-by-Step Guide to Success: Guide No. 1092 | Rob Adams; Terry Adams | TX 5-812-566 | 9-May-03 |
| | | | TX 6-567-173 | 17-May-06 |
| 279 | Entrepreneur Magazine's Startup: Start Your Own Import/Export Business: Your Step-by-Step Guide to Success (2nd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Jennifer Dorsey | TX 6-593-685 | 22-Jun-07 |
| 280 | Entrepreneur Magazine's Startup: Start Your Own Import/Export Business (4th Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Krista Turner | TX 7-954-395 | 30-Jul-14 |
| 281 | Entrepreneur Magazine's Startup: Start Your Own Import/Export Business (5th Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Rich Mintzer | TX 8-398-675 | 23-Feb-17 |
| 282 | Entrepreneur Magazine's Startup: Start Your Own Information Consultant Business | Entrepreneur Media, Inc. dba Entrepreneur Press; George Walsh; Alan Breznick; Rachel Adelson | TX 6-521-509 | 22-Jan-07 |
| 283 | Entrepreneur Magazine's Startup: Start Your Own Kid-Focused Business and More | Entrepreneur Media, Inc. dba Entrepreneur Press; Krista Thoren Turner | TX 7-041-698 | 19-Sep-08 |
| 284 | Entrepreneur Magazine's Startup: Start Your Own Lawn Care and Landscaping Business (3rd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Ciree Linsenman | TX 7-340-499 | 3-Mar-11 |
| 285 | Entrepreneur Magazine's How to Start a Lawn Care Service: A Step-by-Step Guide to Success: Guide No. 1198 | Eileen Figure Sandlin | TX 5-718-901 | 19-Mar-03 |
| | | | TX 6-567-175 | 17-May-06 |

| | | | | |
|---|---|---|---|---|
| 286 | Entrepreneur Magazine's Startup: Start Your Own Lawn Care or Landscaping Business: Your Step-by-Step Guide to Success (2nd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Eileen Figure Sandlin | TX 6-580-552 | 4-Jun-07 |
| 287 | Entrepreneur Magazine's Startup: Start Your Own Lawn Care or Landscaping Business (4th Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Cheryl Kimball | TX 8-312-488 | 3-Aug-16 |
| 288 | Entrepreneur Magazine's Startup: Start Your Own Mail Order Business | Terry Adams; Rob Adams | TX 6-515-047 | 11-Jan-07 |
| 289 | Entrepreneur Magazine's Startup: Start Your Own Mail Order Business (2nd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Rich Mintzer | TX 7-264-601 | 25-Apr-08 |
| 290 | Start Your Own Medical Claims Billing Service | Rob Adams; Terry Adams | TX 6-497-919 | 8-Jan-07 |
| 291 | Entrepreneur Magazine's Startup: Start Your Own Medical Claims Billing Service (2nd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Jennifer Dorsey | TX 7-459-085 | 7-Dec-11 |
| 292 | Entrepreneur Magazine's Startup: Start Your Own Medical Claims Billing Service (3rd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Charlene Davis | TX 7-562-186 | 6-Jul-12 |
| 293 | Entrepreneur Magazine's Startup: Start Your Own Medical Claims Billing Service - Your Step-by-Step Guide to Success (4th Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Charlene Davis | TX 8-323-171 | 8-Sep-16 |
| 294 | Entrepreneur Magazine's Startup: Start Your Own Microbrewery, Distillery, or Cidery | Entrepreneur Media, Inc. dba Entrepreneur Press; Corie Brown | TX 8-116-974 | 10-Jun-15 |
| 295 | Entrepreneur Magazine's Startup: Start Your Own Net Service Business - Web Design - Search Engine Marketing-New Media-Blogging | Entrepreneur Media, Inc. dba Entrepreneur Press; Liane Cassavoy | TX 7-106-364 | 27-Mar-09 |

| | | | | |
|---|---|---|---|---|
| 296 | Entrepreneur Magazine's Startup: Start Your Own Nonprofit Organization (2nd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Corbin Collins | TX 8-523-910 | 31-Aug-17 |
| 297 | Entrepreneur Magazine's Startup: Start Your Own Office and Administrative Support Service - Your Step-by-Step Guide to Success | Entrepreneur Media, Inc. dba Entrepreneur Press; Courtney Thurman | TX 6-901-712 | 13-Nov-07 |
| 298 | Start Your Own Online Coupon or Daily Deal Business | Entrepreneur Media, Inc. dba Entrepreneur Press; Rich Mintzer | TX 7-769-612 | 9-Sep-13 |
| 299 | Entrepreneur Magazine's Startup: Start Your Own Online Education Business - Your Step-by-Step Guide to Success | Entrepreneur Media, Inc. dba Entrepreneur Press; Rich Mintzer | TX 6-895-378 | 9-Nov-07 |
| 300 | Entrepreneur Magazine's Startup: Start Your Own Personal Concierge Service | Lisa Addison | TX 6-500-947 | 8-Jan-07 |
| 301 | Entrepreneur Magazine's Startup: Start Your Own Personal Concierge Service - Your Step-by-Step Guide to Success Edition | Entrepreneur Media, Inc. dba Entrepreneur Press; Heather Heath Dismore | TX 6-826-893 | 17-Sep-07 |
| 302 | Entrepreneur Magazine's Startup: Start Your Own Personal Concierge Service (3rd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Ciree Linsenman | TX 7-418-424 | 6-Sep-11 |
| 303 | Start Your Own Personal Training Business | Entrepreneur Media, Inc. dba Entrepreneur Press; Jacquelyn Lynn | TX 6-518-621 | 11-Jan-07 |
| 304 | Entrepreneur Magazine's Startup: Start Your Own Personal Training Business - Your Step-by-Step Guide to Success (2nd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Tom Weede | TXu 1-602-540 | 3-Dec-07 |
| 305 | Entrepreneur Magazine's Startup: Start Your Own Personal Training Business (3rd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Ciree Linsenman | TX 7-547-675 | 27-Apr-12 |

| | | | | |
|---|---|---|---|---|
| 306 | Start Your Own Personal Training Business: Your Step-by-Step Guide to Success | Entrepreneur Media, Inc. dba Entrepreneur Press; Cheryl Kimball | TX 8-341-794 | 9-Nov-16 |
| 307 | Entrepreneur Magazine’s Startup: Start Your Own Pet Business and More - Pet Sitting - Dog Walking-Training-Grooming-Food/Treats-Upscale Pet Products | Entrepreneur Media, Inc. dba Entrepreneur Press; Eileen Figure Sandlin; Cheryl Kimball | TX 7-108-299 | 27-Mar-09 |
| 308 | Entrepreneur Magazine’s Startup - Start Your Own Pet-Sitting Business and More (2nd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Cheryl Kimball | TX 6-819-912 | 16-Aug-07 |
| 309 | Entrepreneur Magazine’s Startup: Start Your Own Photography Business - Studio-Freelance-Gallery-Events | Entrepreneur Media, Inc. dba Entrepreneur Press; Charlene Davis | TX 6-895-385 | 9-Nov-07 |
| 310 | Startup: Start Your Own Photography Business (2nd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Charlene Davis | TX 7-690-745 | 7-Mar-13 |
| 311 | Entrepreneur Startup: Start Your Own Photography Business (3rd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Jason R. Rich | TX 8-824-720 | 25-Oct-19 |
| 312 | Entrepreneur Magazine’s Startup: Start Your Own Public Relations Business - Your Step-by-Step Guide to Success | Entrepreneur Media, Inc. dba Entrepreneur Press; Jacquelyn Lynn | TX 7-264-613 | 3-Apr-09 |
| 313 | Entrepreneur Magazine’s How to Start a Restaurant and Five Other Food Businesses | Entrepreneur Media, Inc. dba Entrepreneur Press; Jacquelyn Lynn | TX 5-817-783 | 8-May-03 |
| 314 | Entrepreneur Magazine’s Startup: Start Your Own Restaurant and Five Other Businesses (2nd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Jacquelyn Lynn | TX 6-522-974 | 2-Feb-07 |

| | | | | |
|---|---|---|---|---|
| 315 | Entrepreneur Magazine’s Startup: Start Your Own Restaurant and More: Pizzeria-Coffeehouse-Deli-Bakery-Catering Business (3rd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Jacquelyn Lynn | TX 7-001-531 | 25-Aug-09 |
| 316 | Entrepreneur Magazine’s Startup: Start Your Own Restaurant and More: Pizzeria-Coffeehouse-Deli-Bakery-Catering Business (4th Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Jacquelyn Lynn | TX 7-554-197 | 7-Jun-12 |
| 317 | Entrepreneur Magazine’s Startup: Start Your Own Restaurant and More: Pizzeria-Coffeehouse-Deli-Bakery-Catering Business | Entrepreneur Media, Inc. dba Entrepreneur Press; Rich Mintzer | TX 8-336-626 | 5-Oct-16 |
| 318 | Entrepreneur Magazine’s Startup: Start Your Own Retail Business and More (2nd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Gwen Moran | TX 6-585-745 | 31-May-07 |
| 319 | Entrepreneur Magazine Startup: Start Your Own Retail Business and More (3rd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Ciree Linsenman | TX 7-306-596 | 14-Dec-10 |
| 320 | Entrepreneur Magazine’s Startup: Start Your Own Retail Business and More (4th Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Ciree Linsenman | TX 8-117-067 | 10-Jun-15 |
| 321 | Entrepreneur Magazine’s Startup: Start Your Own Self-Publishing Business - Your Step-by-Step Guide to Success (2nd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Jennifer Dorsey | TX 6-828-503 | 17-Sep-07 |
| 322 | Entrepreneur Magazine’s Startup: Start Your Own Self-Publishing Business (3rd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Cheryl Kimball | TX 7-551-263 | 8-Jun-12 |
| 323 | Entrepreneur Magazine’s Startup: Start Your Own Seminar Production Business | Terry Adams; Rob Adams | TX 6-581-784 | 22-Jan-07 |
| 324 | Entrepreneur Magazine Startup: Start Your Own Senior Services Business | Jacquelyn Lynn; Charlene Davis | TX 6-493-900 | 29-Dec-06 |

| | | | | |
|---|---|---|---|---|
| 325 | Entrepreneur Magazine's Startup: Start Your Own Senior Services Business (2nd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Charlene Davis | TX 7-512-061 | 8-Feb-10 |
| 326 | Entrepreneur Magazine's Startup: Start Your Own Senior Services Business (3rd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Charlene Davis | TX 7-967-728 | 4-Aug-14 |
| 327 | Entrepreneur Magazine's Startup: Start Your Own Specialty Food Business | Entrepreneur Media, Inc. dba Entrepreneur Press; Cheryl Kimball | TX 8-237-667 | 12-Feb-16 |
| 328 | Entrepreneur Magazine's Startup: Start Your Own Specialty Travel & Tour Business | Entrepreneur Media, Inc. dba Entrepreneur Press; Rob Adams; Terry Adams | TX 6-496-472 | 16-Jan-07 |
| 329 | Entrepreneur Magazine's Startup: Start Your Own Staffing Service | Entrepreneur Media, Inc. dba Entrepreneur Press; Krista Thoren Turner; Alan Breznick; Rachel Adelson | TX 6-503-882 | 22-Jan-07 |
| 330 | Entrepreneur Magazine's Startup: Start Your Own Transportation Service | Entrepreneur Media, Inc. dba Entrepreneur Press; Cheryl Kimball | TX 8-281-718 | 20-May-16 |
| 331 | Entrepreneur Magazine's Startup: Start Your Own Travel Business and More - Cruises-Adventure Travel Tours-Senior Travel | Entrepreneur Media, Inc. dba Entrepreneur Press; Rich Mintzer | TX 6-840-955 | 21-Sep-07 |
| 332 | Entrepreneur Magazine's Startup: Start Your Own Travel Business and More (2nd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Rich Mintzer | TX 7-464-903 | 21-Dec-11 |
| 333 | Entrepreneur Magazine's Startup: Start Your Own Travel Hosting Business | Entrepreneur Media, Inc. dba Entrepreneur Press; Jason R. Rich | TX 8-469-511 | 4-May-17 |

| | | | | |
|---|---|---|---|---|
| 334 | Entrepreneur Magazine's Startup: Start Your Own Tutoring and Test Prep Business | Entrepreneur Media, Inc. dba Entrepreneur Press; Rich Mintzer | TX 7-148-978 | 8-Sep-09 |
| 335 | Entrepreneur Magazine's Startup: Start Your Own Vending Business - Your Step-by-Step Guide to Success (2nd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Rich Mintzer | TX 6-856-430 | 28-Sep-07 |
| 336 | Entrepreneur Magazine's Startup: Start Your Own Vending Business (3rd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Ciree Linsenman | TX 7-550-393 | 27-Apr-12 |
| 337 | Entrepreneur Magazine's Startup: Start Your Own Wedding Consultant Business (3rd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Eileen Figure Sandlin | TX 7-543-327 | 23-Apr-12 |
| 338 | Entrepreneur Magazine's Startup: Start Your Own Wholesale Distribution Business (2nd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Bridget McCrea | TX 6-521-508 | 22-Jan-07 |
| 339 | Entrepreneur Magazine's Startup: Start Your Own Wholesale Distribution Business (3rd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Bridget McCrea | TX 7-979-658 | 7-Nov-14 |
| 340 | Start Your Restaurant Career | Entrepreneur Media, Inc. dba Entrepreneur Press; Heather Heath Dismore | TX 6-648-418 | 21-Aug-06 |
| 341 | Starting Green: From Business Plan to Profits | Glenn Croston | TX 7-148-975 | 8-Sep-09 |
| 342 | Startup Guide to Guerrilla Marketing - A Simple Battle Plan for First-Time Marketers | Jay Conrad Levinson; Jeannie Levinson | TXu 1-606-982 | 18-Dec-07 |
| 343 | Entrepreneur Magazine's How to Start a Home Inspection Service: Step-by-Step Guide to Success; Entrepreneur Magazine's Start-Up Basics | Entrepreneur Media, Inc. dba Entrepreneur Press; Claire Ginther | TX 5-719-041 | 24-Mar-03 |

| | | | | |
|---|---|---|---|---|
| 344 | Startup Start Your Own Blogging Business: Generate Income From Advertisers, Subscribers, Merchandising and More | Entrepreneur Media, Inc. dba Entrepreneur Press; J.S. McDougall | TX 6-538-222 | 23-Feb-07 |
| 345 | Stop Cold Calling Forever! True Confessions of a Reformed Serial Cold-Caller | Anthony Parinello | TX 6-406-623 | 5-Jul-06 |
| 346 | Street Smart Franchising (2nd Edition) | Joseph Mathews; Don Debolt; Deb Percival | TX 7-360-114 | 15-Apr-11 |
| 347 | Entrepreneur Magazine's Success for Less: 100 Low-Cost Businesses You Can Start Today | Rob Adams; Terry Adams | TX 5-080-523 | 27-Sep-99 |
| 348 | Success Is Easy - Shameless No-Nonsense Strategies to Win in Business | Debbie Allen | TX 8-833-454 | 21-Nov-19 |
| 349 | Success Secrets of the Social Media Marketing Superstars | Mitch Meyerson | TX 7-202-170 | 29-Jun-10 |
| 350 | Successfully Navigating the Downturn: Economic and Competitive Survival Strategies | Donald Todrin | TX 7-370-016 | 12-Apr-11 |
| 351 | Entrepreneur Magazine's Taxpertise - The Complete Book of Dirty Little Secrets and Tax Deductions for Small Business the IRS Doesn't Want You to Know | Bonnie Lee | TX 7-272-355 | 21-Jul-09 |
| 352 | The Accidental Sales Manager | Suzanne M. Paling | TX 7-276-030 | 8-Oct-10 |
| 353 | The Best of No B.S. - The Ultimate No Holds Barred Anthology | Dan S. Kennedy | TX 9-219-800 | 2-Sep-22 |
| 354 | The Business of Good | Jason Haber | TX 8-294-056 | 20-May-16 |
| 355 | The Business Owner's Guide to Financial Freedom: What Wall Street Isn't Telling You | Mark J. Kohler; Randall A. Luebke | TX 8-539-818 | 28-Nov-17 |

| | | | | |
|---|---|---|---|---|
| 356 | The Business Rules: The Seven Irrefutable Laws That Determine All Business Success | David A. Eichenbaum | TX 6-548-823 | 20-Feb-07 |
| 357 | The Content Marketing Handbook: How to Double the Results of Your Marketing Campaigns | Robert W. Bly | TX 8-890-817 | 27-Feb-20 |
| 358 | The Digital Marketing Handbook: A Step-by-Step Guide to Creating Websites That Sell | Robert W. Bly | TX 8-572-017 | 24-Apr-18 |
| 359 | The Direct Mail Revolution: How to Create Profitable Direct-Mail Campaigns in a Digital World (The Direct Mail Handbook) | Robert W. Bly | TX 8-739-272 | 27-Mar-19 |
| 360 | The Direct Mail Solution: A Business Owner’s Guide to Building a Lead-Generating Sales-Driving Money-Making Direct-Mail Campaign | Craig Simpson; Dan S. Kennedy | TX 7-846-664 | 18-Feb-14 |
| 361 | Entrepreneur Magazine’s The Entrepreneur Diet: The on the Go Plan for Fitness, Weight Loss and Healthy Living | Tom Weede | TX 6-539-619 | 20-Feb-07 |
| 362 | The Entrepreneur Next Door: Discover the Secrets to Financial Independence | Bill Wagner | TX 6-415-149 | 7-Jul-06 |
| 363 | Radicals & Visionaries: Entrepreneurs Who Revolutionized the 20th Century | Thaddeus Wawro | TX 5-276-051 | 24-Jul-00 |
| 364 | Entrepreneur’s The Essential Corporation Handbook (4th Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press | TX 6-396-602 | 28-Jul-06 |
| 365 | The Home Office From Hell Cure: Transform Your Underperforming, Time-Sucking Homebased Business Into a Runaway Success | Jeffrey A. Landers | TX 7-142-896 | 3-Mar-08 |
| 366 | The Marketing Plan Handbook | Robert W. Bly | TX 7-179-722 | 29-Jan-10 |
| 367 | The Marketing Plan Handbook: Develop Big-Picture Marketing Plans for Pennies on the Dollar (2nd Edition) | Robert Bly | TX 8-209-778 | 7-Dec-15 |

| | | | | |
|---|---|---|---|---|
| 368 | The Money-Smart Solopreneur: A Personal Finance System for Freelancers, Entrepreneurs, and Side Hustlers | Laura D. Adams | TX 9-572-665 | 5-Nov-25 |
| 369 | The Naming Book - 5 Steps to Creating Brand and Product Names That Sell | Brad Flowers | TX 8-936-231 | 25-May-20 |
| 370 | The New Employee Manual: A No-Holds Barred Look at Corporate Life | Benjamin Gilad; Mark Chussil | TX 8-754-426 | 27-Mar-19 |
| 371 | Entrepreneur Magazine’s Legal Guide: The Operations Manual for LLCs | Michael Spadaccini | TX 6-869-247 | 6-Mar-08 |
| 372 | The Plan-As-You-Go Business Plan | Tim Berry | TX 6-958-219 | 15-Jul-08 |
| 373 | The Power of Passive Income - Make Your Money Work for You | Nightingale-Conant | TX 8-739-179 | 4-Mar-19 |
| 374 | The Real Guide to Making Millions Through Real Estate: Start Your Own Portfolio With as Little as $3000 | Lisa A. Vander | TX 6-413-585 | 19-Jul-06 |
| 375 | Entrepreneur Magazine’s Legal Guide: The Small Business Legal Tool Kit | Theresa A. Pickner; Ira Nottonson | TX 6-601-930 | 31-May-07 |
| 376 | The Social Wave: Why Your Business Is Wiping Out With Social Media and How to Fix It | Starr Hall | TX 7-418-415 | 6-Sep-11 |
| 377 | The Tax & Legal Playbook | Mark J. Kohler | TX 8-046-546 | 3-Apr-15 |
| 378 | The Tax and Legal Playbook - Game-Changing Solutions for Your Small Business Questions (2nd Edition) | Mark J. Kohler | TX 8-775-857 | 5-Aug-19 |
| 379 | The Wealthy Franchisee: Game-Changing Steps to Becoming a Thriving Franchise Superstar | Scott Greenberg | TX 9-580-768 | 24-Nov-25 |

| | | | | |
|---|---|---|---|---|
| 380 | This Is Not Your Parents' Retirement | Patrick Astre | TX 6-547-694 | 19-Jul-06 |
| 381 | Tweet Naked: A Bare-All Social Media Strategy for Boosting Your Brand and Your Business | Levy Scott | TX 7-816-918 | 2-Jan-14 |
| 382 | Entrepreneur Magazine's Ultimate Book of Business and Legal Forms for Startups | Entrepreneur Media, Inc. dba Entrepreneur Press; Karen Thomas | TX 7-268-749 | 20-Sep-10 |
| 383 | Entrepreneur Magazine's Ultimate Book of Business Forms: 250+ Forms You Can Customize! | Entrepreneur Media, Inc. dba Entrepreneur Press; Karen Thomas | TX 7-229-404 | 26-Jul-10 |
| 384 | Entrepreneur Magazine's Ultimate Book of Business Letters: Customize Your Letters, Memos, E-Mails and Short Presentations With the Enclosed CD-ROM | Cheryl Kimball; Joni VanGelder | TX 6-546-622 | 16-Feb-07 |
| 385 | Entrepreneur Magazine's Ultimate Book of Franchises: From the Franchise Experts at Entrepreneur Magazine (2nd Edition) | Rieva Lesonsky; Maria Anton-Conley | TX 6-598-135 | 21-Jun-07 |
| 386 | Ultimate Book of Homebased Franchises 2005/2006 | Maria Anton-Conley; Rieva Lesonsky | TX 6-426-969 | 16-Aug-06 |
| 387 | Entrepreneur Magazine's Ultimate Book of Low-Cost Franchises, 2005/2006 | Rieva Lesonsky; Maria Anton-Conley | TX 6-417-941 | 18-Aug-06 |
| 388 | Entrepreneur Magazine's Ultimate Book of Restaurant & Food-Service Franchises, 2005/2006 | Entrepreneur Media, Inc. dba Entrepreneur Press; Andrew A. Caffey | TX 6-521-074 | 18-Aug-06 |
| 389 | Entrepreneur Magazine's Ultimate Guide to Direct Marketing: How to Deliver the Right Message to the Right Target for the Best Results | Al Lautenslager | TX 6-419-975 | 18-Aug-06 |
| 390 | Entrepreneur Magazine's Ultimate Guide to Facebook Advertising: How to Access 600 Million Customers in 10 Minutes | Perry Marshall; Thomas Meloche | TX 7-450-588 | 9-Sep-11 |

| | | | | |
|---|---|---|---|---|
| 391 | Entrepreneur Magazine’s Ultimate Guide to Facebook Advertising (2nd Edition) | Perry Marshall; Keith Krance; Thomas Meloche | TX 8-055-052 | 20-Oct-14 |
| 392 | Entrepreneur Magazine’s Ultimate Guide to Facebook Advertising (3rd Edition) | Perry Marshall; Keith Krance; Thomas Meloche | TX 8-584-032 | 28-Nov-17 |
| 393 | Entrepreneur Magazine’s Ultimate Guide to Facebook Advertising (4th Edition) | Perry Marshall; Thomas Meloche; Bob Regnerus | TX 9-580-772 | 24-Nov-25 |
| 394 | Entrepreneur Magazine’s Ultimate Guide to Forming an LLC in Any State: Everything You Need to Know | Michael Spadaccini | TX 6-380-836 | 28-Jul-06 |
| 395 | Entrepreneur Magazine’s Ultimate Guide to Google Ads (6th Edition) | Perry Marshall; Mike Rhodes; Bryan Todd | TX 9-582-395 | 5-Nov-25 |
| 396 | Entrepreneur Magazine’s Ultimate Guide to Google AdWords: How to Access 100 Million People in 10 Minutes (3rd Edition) | Perry Marshall; Bryan Todd | TX 7-573-549 | 6-Jul-12 |
| 397 | Entrepreneur Magazine’s Ultimate Guide to Google AdWords (4th Edition) | Perry Marshall; Mike Rhodes; Bryan Todd | TX 7-975-417 | 20-Oct-14 |
| 398 | Entrepreneur Magazine’s Ultimate Guide to Google AdWords (5th Edition) | Perry Marshall; Mike Rhodes; Bryan Todd | TX 8-602-600 | 24-Oct-17 |
| 399 | Entrepreneur Magazine’s Ultimate Guide to Incorporating in Any State (2nd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Michael Spadaccini | TX 7-255-001 | 10-Sep-10 |
| 400 | Entrepreneur Ultimate Guide to Instagram for Business (2nd Edition) | Kim Walsh-Phillips | TX 9-582-396 | 5-Nov-25 |
| 401 | Link Building | Eric Ward; Garrett French | TX 7-692-423 | 7-Mar-13 |
| 402 | Entrepreneur Magazine’s Ultimate Guide to LinkedIn for Business - How to Get Connected With 150 Million + Customers in 10 Minutes | Theodore Prodromou | TX 7-589-054 | 7-Sep-12 |

| | | | | |
|---|---|---|---|---|
| 403 | Entrepreneur Magazine’s Ultimate Guide to LinkedIn for Business (2nd Edition) | Theodore Prodromou | TX 8-042-114 | 6-Mar-15 |
| 404 | Entrepreneur Magazine’s Ultimate Guide to LinkedIn for Business (3rd Edition) | Theodore Prodromou | TX 8-778-747 | 29-Apr-19 |
| 405 | Entrepreneur Magazine’s Ultimate Guide to Local Business Marketing | Perry Marshall; Talor Zamir | TX 8-237-220 | 12-Feb-16 |
| 406 | Entrepreneur Magazine’s Ultimate Guide to Pay-Per-Click Advertising | Richard Stokes | TX 7-237-256 | 7-Apr-10 |
| 407 | Entrepreneur Magazine’s Ultimate Guide to Project Management for Small Business: Get it Done Right! | Entrepreneur Media, Inc. dba Entrepreneur Press; Sid Kemp | TX 6-419-015 | 18-Aug-06 |
| 408 | Entrepreneur Magazine’s Ultimate Guide to Search Engine Optimization: Drive Traffic, Boost Conversion Rates and Make Lots of Money | Jon Rognerud | TX 7-002-765 | 24-Mar-08 |
| 409 | Entrepreneur Ultimate Guide to Shopify | Jason R. Rich | TX 9-250-235 | 27-Dec-22 |
| 410 | Entrepreneur Magazine’s Ultimate Homebased Business Handbook: How to Start, Run and Grow Your Own Profitable Business | James Stephenson | TX 6-421-715 | 18-Aug-06 |
| 411 | Entrepreneur Magazine’s Ultimate Homebased Business Handbook: How to Start, Run and Grow Your Own Profitable Business (2nd Edition) | James Stephenson; Rich Mintzer | TX 7-264-675 | 5-Jun-08 |
| 412 | Entrepreneur Magazine’s Ultimate LLC Compliance Guide - Covers All 50 States | Michael Spadaccini | TX 7-588-846 | 12-Sep-12 |
| 413 | Entrepreneur Magazine’s Ultimate Small Business Advisor: All You Need to Know (4th Edition) | Andi Axman | TX 6-560-369 | 10-May-07 |
| 414 | Entrepreneur Magazine’s Ultimate Small Business Marketing Guide: 1500 Great Marketing Tricks That Will Drive Your Business Through the Roof (2nd Edition) | James Stephenson; Courtney Thurman | TX 6-522-198 | 21-Feb-07 |

| | | | | |
|---|---|---|---|---|
| 415 | Entrepreneur Magazine's Ultimate Startup Directory (2nd Edition) | James Stephenson; Rich Mintzer | TX 6-536-584 | 21-Feb-07 |
| 416 | Unfiltered: How to Be as Happy as You Look on Social Media | Jessica Abo | TX 8-643-596 | 30-Aug-18 |
| 417 | Unstoppable: A 90 Day Plan to Biohack Your Mind and Body for Success (2nd Edition) | Ben Angel | TX 9-575-310 | 5-Nov-25 |
| 418 | Weekend Entrepreneur: 101 Great Ways to Earn Extra Cash | Michelle Anton; Jennifer Basye Sander | TX 6-407-114 | 30-Jun-06 |
| 419 | What Your CPA Isn't Telling You: Life-Changing Tax Strategies | Mark J. Kohler | TX 7-334-482 | 2-Mar-11 |
| 420 | Where's the Money: Sure-Fire Financing Solutions for Your Small Business | Art Beroff; Dwayne Moyers | TX 5-010-855 | 9-Aug-99 |
| 421 | Why Rent? Own Your Dream Home! | Entrepreneur Media, Inc. dba Entrepreneur Press; Jason R. Rich | TX 6-542-712 | 11-Dec-06 |
| 422 | Write Your Business Plan: Get Your Plan in Place and Your Business Off the Ground | Entrepreneur Media, Inc. dba Entrepreneur Press | TX 8-006-106 | 12-Jan-15 |
| 423 | Entrepreneur Write Your Business Plan--Your Strategic Roadmap to Business Success (2nd Edition) | Entrepreneur Media, Inc. dba Entrepreneur Press; Eric Butow | TX 9-370-496 | 6-Oct-23 |
| 424 | Entrepreneur's Ultimate Start-Up Directory | James Stephenson | TX 5-457-186 | 5-Nov-01 |
| | **Magazine Issue** | **Author** | **Registration Number** | **Date of Registration** |
| 425 | Entrepreneur, January 2009 | Entrepreneur Media, Inc. | TX 7-044-874 | 30-Dec-08 |

| | | | | |
|---|---|---|---|---|
| 426 | Entrepreneur, February 2009 | Entrepreneur Media, Inc. | TX 7-067-693 | 30-Jan-09 |
| 427 | Entrepreneur, March 2009 | Entrepreneur Media, Inc. | TX 7-096-870 | 16-Mar-09 |
| 428 | Entrepreneur, April 2009 | Entrepreneur Media, Inc. | TX 7-083-376 | 24-Apr-09 |
| 429 | Entrepreneur, May 2009 | Entrepreneur Media, Inc. | TX 7-079-177 | 3-Jun-09 |
| 430 | Entrepreneur's Startups, Summer 2009 | Entrepreneur Media, Inc. | TX 7-096-510 | 12-Jun-09 |
| 431 | Entrepreneur, June 2009 | Entrepreneur Media, Inc. | TX 7-079-621 | 3-Jun-09 |
| 432 | Entrepreneur, July 2009 | Entrepreneur Media, Inc. | TX 7-086-971 | 26-Aug-09 |
| 433 | Entrepreneur, August 2009 | Entrepreneur Media, Inc. | TX 7-072-524 | 27-Jul-09 |
| 434 | Entrepreneur, September 2009 | Entrepreneur Media, Inc. | TX 7-011-954 | 8-Sep-09 |
| 435 | Entrepreneur, October 2009 | Entrepreneur Media, Inc. | TX 6-993-216 | 5-Oct-09 |
| 436 | Entrepreneur, December 2009 | Entrepreneur Media, Inc. | TX 7-071-763 | 9-Dec-09 |
| 437 | Entrepreneur, January 2010 | Entrepreneur Media, Inc. | TX 7-137-854 | 21-Jan-10 |
| 438 | Entrepreneur, February 2010 | Entrepreneur Media, Inc. | TX 7-119-087 | 16-Feb-10 |
| 439 | Entrepreneur, March 2010 | Entrepreneur Media, Inc. | TX 7-154-558 | 18-Mar-10 |
| 440 | Entrepreneur, April 2010 | Entrepreneur Media, Inc. | TX 7-192-406 | 23-Apr-10 |
| 441 | Entrepreneur, May 2010 | Entrepreneur Media, Inc. | TX 7-192-947 | 23-Apr-10 |
| 442 | Entrepreneur, June 2010 | Entrepreneur Media, Inc. | TX 7-193-807 | 7-Jun-10 |
| 443 | Entrepreneur, July 2010 | Entrepreneur Media, Inc. | TX 7-196-886 | 6-Jul-10 |
| 444 | Entrepreneur, August 2010 | Entrepreneur Media, Inc. | TX 7-200-280 | 2-Aug-10 |
| 445 | Entrepreneur's Startups, Fall 2010 | Entrepreneur Media, Inc. | TX 7-300-799 | 20-Oct-10 |

| | | | | |
|---|---|---|---|---|
| 446 | Entrepreneur, September 2010 | Entrepreneur Media, Inc. | TX 7-219-729 | 13-Sep-10 |
| 447 | Entrepreneur, October 2010 | Entrepreneur Media, Inc. | TX 7-237-537 | 8-Oct-10 |
| 448 | Entrepreneur, November 2010 | Entrepreneur Media, Inc. | TX 7-238-951 | 22-Oct-10 |
| 449 | Entrepreneur, December 2010 | Entrepreneur Media, Inc. | TX 7-327-267 | 11-Mar-11 |
| 450 | Entrepreneur, January 2011 | Entrepreneur Media, Inc. | TX 7-285-533 | 7-Jan-11 |
| 451 | Entrepreneur, February 2011 | Entrepreneur Media, Inc. | TX 7-302-908 | 4-Feb-11 |
| 452 | Entrepreneur's Startups, Spring 2011 | Entrepreneur Media, Inc. | TX 7-327-414 | 11-Mar-11 |
| 453 | Entrepreneur, March 2011 | Entrepreneur Media, Inc. | TX 7-327-272 | 15-Mar-11 |
| 454 | Entrepreneur, April 2011 | Entrepreneur Media, Inc. | TX 7-350-540 | 13-Apr-11 |
| 455 | Entrepreneur, May 2011 | Entrepreneur Media, Inc. | TX 7-356-106 | 4-May-11 |
| 456 | Entrepreneur's Startups, Summer 2011 | Entrepreneur Media, Inc. | TX 7-383-678 | 21-Jun-11 |
| 457 | Entrepreneur, June 2011 | Entrepreneur Media, Inc. | TX 7-372-277 | 10-Jun-11 |
| 458 | Entrepreneur, July 2011 | Entrepreneur Media, Inc. | TX 7-386-095 | 1-Jul-11 |
| 459 | Entrepreneur, August 2011 | Entrepreneur Media, Inc. | TX 7-423-807 | 9-Sep-11 |
| 460 | Entrepreneur's Startups, Fall 2011 | Entrepreneur Media, Inc. | TX 7-440-888 | 6-Oct-11 |
| 461 | Entrepreneur, September 2011 | Entrepreneur Media, Inc. | TX 7-417-999 | 29-Aug-11 |
| 462 | Entrepreneur, October 2011 | Entrepreneur Media, Inc. | TX 7-463-769 | 14-Oct-11 |
| 463 | Entrepreneur, November 2011 | Entrepreneur Media, Inc. | TX 7-452-130 | 31-Oct-11 |
| 464 | Entrepreneur, December 2011 | Entrepreneur Media, Inc. | TX 7-460-946 | 25-Nov-11 |
| 465 | Entrepreneur, January 2012 | Entrepreneur Media, Inc. | TX 7-489-531 | 27-Dec-11 |

| | | | | |
|---|---|---|---|---|
| 466 | Entrepreneur, February 2012 | Entrepreneur Media, Inc. | TX 7-504-122 | 3-Feb-12 |
| 467 | Entrepreneur’s Startups, Spring 2012 | Entrepreneur Media, Inc. | TX 7-522-815 | 10-Apr-12 |
| 468 | Entrepreneur, March 2012 | Entrepreneur Media, Inc. | TX 7-513-427 | 2-Mar-12 |
| 469 | Entrepreneur, April 2012 | Entrepreneur Media, Inc. | TX 7-522-820 | 10-Apr-12 |
| 470 | Entrepreneur, May 2012 | Entrepreneur Media, Inc. | TX 7-523-105 | 4-May-12 |
| 471 | Entrepreneur’s Startups, Summer 2012 | Entrepreneur Media, Inc. | TX 7-545-098 | 14-Jun-12 |
| 472 | Entrepreneur, June 2012 | Entrepreneur Media, Inc. | TX 7-545-152 | 15-Jun-12 |
| 473 | Entrepreneur, July 2012 | Entrepreneur Media, Inc. | TX 7-549-192 | 6-Jul-12 |
| 474 | Entrepreneur, August 2012 | Entrepreneur Media, Inc. | TX 7-581-473 | 20-Aug-12 |
| 475 | Entrepreneur, September 2012 | Entrepreneur Media, Inc. | TX 7-593-160 | 7-Sep-12 |
| 476 | Entrepreneur, October 2012 | Entrepreneur Media, Inc. | TX 7-603-184 | 5-Oct-12 |
| 477 | Entrepreneur, November 2012 | Entrepreneur Media, Inc. | TX 7-614-722 | 5-Nov-12 |
| 478 | Entrepreneur, December 2012 | Entrepreneur Media, Inc. | TX 7-622-950 | 27-Nov-12 |
| 479 | Entrepreneur, January 2013 | Entrepreneur Media, Inc. | TX 7-635-950 | 4-Jan-13 |
| 480 | Entrepreneur, February 2013 | Entrepreneur Media, Inc. | TX 7-648-187 | 5-Feb-13 |
| 481 | Entrepreneur, March 2013 | Entrepreneur Media, Inc. | TX 7-675-404 | 15-Mar-13 |
| 482 | Entrepreneur, April 2013 | Entrepreneur Media, Inc. | TX 7-676-827 | 4-Apr-13 |
| 483 | Entrepreneur, May 2013 | Entrepreneur Media, Inc. | TX 7-685-647 | 2-May-13 |
| 484 | Entrepreneur’s Startups, Summer 2013 | Entrepreneur Media, Inc. | TX 7-726-906 | 14-Jun-13 |
| 485 | Entrepreneur, June 2013 | Entrepreneur Media, Inc. | TX 7-726-955 | 14-Jun-13 |

| | | | | |
|---|---|---|---|---|
| 486 | Entrepreneur, July 2013 | Entrepreneur Media, Inc. | TX 7-722-534 | 22-Jul-13 |
| 487 | Entrepreneur, August 2013 | Entrepreneur Media, Inc. | TX 7-730-866 | 5-Aug-13 |
| 488 | Entrepreneur’s Startups, Fall 2013 | Entrepreneur Media, Inc. | TX 7-750-695 | 16-Oct-13 |
| 489 | Entrepreneur, September 2013 | Entrepreneur Media, Inc. | TX 7-749-221 | 18-Sep-13 |
| 490 | Entrepreneur, October 2013 | Entrepreneur Media, Inc. | TX 7-750-697 | 16-Oct-13 |
| 491 | Entrepreneur, November 2013 | Entrepreneur Media, Inc. | TX 7-770-249 | 4-Nov-13 |
| 492 | Entrepreneur, December 2013 | Entrepreneur Media, Inc. | TX 7-796-435 | 16-Dec-13 |
| 493 | Entrepreneur, January 2014 | Entrepreneur Media, Inc. | TX 7-797-240 | 20-Jan-14 |
| 494 | Entrepreneur, February 2014 | Entrepreneur Media, Inc. | TX 7-822-129 | 2-Apr-14 |
| 495 | Entrepreneur’s Startups, Spring 2014 | Entrepreneur Media, Inc. | TX 7-816-355 | 6-Mar-14 |
| 496 | Entrepreneur, March 2014 | Entrepreneur Media, Inc. | TX 7-816-357 | 6-Mar-14 |
| 497 | Entrepreneur, April 2014 | Entrepreneur Media, Inc. | TX 7-838-024 | 7-Apr-14 |
| 498 | Entrepreneur, May 2014 | Entrepreneur Media, Inc. | TX 7-841-155 | 25-Apr-14 |
| 499 | Entrepreneur’s Startups, Summer 2014 | Entrepreneur Media, Inc. | TX 7-889-509 | 11-Jun-14 |
| 500 | Entrepreneur, June 2014 | Entrepreneur Media, Inc. | TX 7-889-510 | 11-Jun-14 |
| 501 | Entrepreneur, July 2014 | Entrepreneur Media, Inc. | TX 7-884-374 | 7-Jul-14 |
| 502 | Entrepreneur, August 2014 | Entrepreneur Media, Inc. | TX 7-904-214 | 31-Jul-14 |
| 503 | Entrepreneur’s Startups, Fall 2014 | Entrepreneur Media, Inc. | TX 7-938-897 | 27-Oct-14 |
| 504 | Entrepreneur, September 2014 | Entrepreneur Media, Inc. | TX 7-910-348 | 15-Sep-14 |
| 505 | Entrepreneur, October 2014 | Entrepreneur Media, Inc. | TX 7-938-808 | 27-Oct-14 |

| | | | | |
|---|---|---|---|---|
| 506 | Entrepreneur, November 2014 | Entrepreneur Media, Inc. | TX 7-938-916 | 27-Oct-14 |
| 507 | Entrepreneur, December 2014 | Entrepreneur Media, Inc. | TX 7-974-579 | 2-Jan-15 |
| 508 | Entrepreneur, January 2015 | Entrepreneur Media, Inc. | TX 7-974-584 | 2-Jan-15 |
| 509 | Entrepreneur, February 2015 | Entrepreneur Media, Inc. | TX 8-010-624 | 23-Mar-15 |
| 510 | Entrepreneur’s Startups, Spring 2015 | Entrepreneur Media, Inc. | TX 8-010-621 | 23-Mar-15 |
| 511 | Entrepreneur, March 2015 | Entrepreneur Media, Inc. | TX 8-010-622 | 23-Mar-15 |
| 512 | Entrepreneur, April 2015 | Entrepreneur Media, Inc. | TX 8-023-250 | 27-Mar-15 |
| 513 | Entrepreneur, May 2015 | Entrepreneur Media, Inc. | TX 8-040-834 | 1-Jun-15 |
| 514 | Entrepreneur’s Startups, Summer 2015 | Entrepreneur Media, Inc. | TX 8-125-858 | 2-Oct-15 |
| 515 | Entrepreneur, June 2015 | Entrepreneur Media, Inc. | TX 8-040-832 | 1-Jun-15 |
| 516 | Entrepreneur, July 2015 | Entrepreneur Media, Inc. | TX 8-095-112 | 3-Aug-15 |
| 517 | Entrepreneur, August 2015 | Entrepreneur Media, Inc. | TX 8-095-114 | 3-Aug-15 |
| 518 | Entrepreneur, September 2015 | Entrepreneur Media, Inc. | TX 8-125-879 | 2-Oct-15 |
| 519 | Entrepreneur, October 2015 | Entrepreneur Media, Inc. | TX 8-125-881 | 2-Oct-15 |
| 520 | Entrepreneur, November 2015 | Entrepreneur Media, Inc. | TX 8-281-075 | 25-Jul-16 |
| 521 | Entrepreneur, December 2015 | Entrepreneur Media, Inc. | TX 8-281-077 | 25-Jul-16 |
| 522 | Entrepreneur, January 2016 | Entrepreneur Media, Inc. | TX 8-281-079 | 25-Jul-16 |
| 523 | Entrepreneur, February 2016 | Entrepreneur Media, Inc. | TX 8-281-083 | 25-Jul-16 |
| 524 | Entrepreneur, March 2016 | Entrepreneur Media, Inc. | TX 8-281-088 | 25-Jul-16 |
| 525 | Entrepreneur, April 2016 | Entrepreneur Media, Inc. | TX 8-281-095 | 25-Jul-16 |

| | | | | |
|---|---|---|---|---|
| 526 | Entrepreneur, May 2016 | Entrepreneur Media, Inc. | TX 8-281-096 | 25-Jul-16 |
| 527 | Entrepreneur, June 2016 | Entrepreneur Media, Inc. | TX 8-281-098 | 25-Jul-16 |
| 528 | Entrepreneur, July 2016 | Entrepreneur Media, Inc. | TX 8-281-103 | 25-Jul-16 |
| 529 | Entrepreneur, August 2016 | Entrepreneur Media, Inc. | TX 8-281-106 | 25-Jul-16 |
| 530 | Entrepreneur’s Startups, Fall 2016 | Entrepreneur Media, Inc. | TX 8-388-687 | 6-Feb-17 |
| 531 | Entrepreneur, October 2016 | Entrepreneur Media, Inc. | TX 8-333-777 | 4-Nov-16 |
| 532 | Entrepreneur, November 2016 | Entrepreneur Media, Inc. | TX 8-335-007 | 7-Nov-16 |
| 533 | Entrepreneur, December 2016 | Entrepreneur Media, Inc. | TX 8-388-679 | 6-Feb-17 |
| 534 | Entrepreneur, January–February 2017 | Entrepreneur Media, Inc. | TX 8-388-680 | 6-Feb-17 |
| 535 | Entrepreneur, March 2017 | Entrepreneur Media, Inc. | TX 8-450-430 | 4-May-17 |
| 536 | Entrepreneur, April 2017 | Entrepreneur Media, Inc. | TX 8-450-429 | 4-May-17 |
| 537 | Entrepreneur, May 2017 | Entrepreneur Media, Inc. | TX 8-450-427 | 4-May-17 |
| 538 | Entrepreneur, June 2017 | Entrepreneur Media, Inc. | TX 8-440-420 | 6-Jun-17 |
| 539 | Entrepreneur, July–August 2017 | Entrepreneur Media, Inc. | TX 8-459-848 | 10-Jul-17 |
| 540 | Entrepreneur, September 2017 | Entrepreneur Media, Inc. | TX 8-470-029 | 25-Aug-17 |
| 541 | Entrepreneur, October 2017 | Entrepreneur Media, Inc. | TX 8-509-067 | 28-Sep-17 |
| 542 | Entrepreneur, November 2017 | Entrepreneur Media, Inc. | TX 8-514-370 | 8-Nov-17 |
| 543 | Entrepreneur, December 2017 | Entrepreneur Media, Inc. | TX 8-523-804 | 8-Dec-17 |
| 544 | Entrepreneur, January–February 2018 | Entrepreneur Media, Inc. | TX 8-564-507 | 6-Feb-18 |
| 545 | Entrepreneur, March 2018 | Entrepreneur Media, Inc. | TX 8-573-750 | 23-Feb-18 |

| | | | | |
|---|---|---|---|---|
| 546 | Entrepreneur, April 2018 | Entrepreneur Media, Inc. | TX 8-600-888 | 11-Apr-18 |
| 547 | Entrepreneur, May 2018 | Entrepreneur Media, Inc. | TX 8-594-681 | 24-Apr-18 |
| 548 | Entrepreneur, June 2018 | Entrepreneur Media, Inc. | TX 8-640-226 | 21-Jun-18 |
| 549 | Entrepreneur, July–August 2018 | Entrepreneur Media, Inc. | TX 8-653-816 | 10-Jul-18 |
| 550 | Entrepreneur, September 2018 | Entrepreneur Media, Inc. | TX 8-650-722 | 23-Aug-18 |
| 551 | Entrepreneur, October 2018 | Entrepreneur Media, Inc. | TX 8-675-360 | 9-Nov-18 |
| 552 | Entrepreneur, November 2018 | Entrepreneur Media, Inc. | TX 8-675-355 | 9-Nov-18 |
| 553 | Entrepreneur, December 2018 | Entrepreneur Media, Inc. | TX 8-698-290 | 12-Dec-18 |
| 554 | Entrepreneur, January–February 2019 | Entrepreneur Media, Inc. | TX 8-725-281 | 24-Jan-19 |
| 555 | Entrepreneur's Startups, Spring 2019 | Entrepreneur Media, Inc. | TX 8-751-260 | 3-May-19 |
| 556 | Entrepreneur, March 2019 | Entrepreneur Media, Inc. | TX 8-733-785 | 19-Mar-19 |
| 557 | Entrepreneur, April–May 2019 | Entrepreneur Media, Inc. | TX 8-731-913 | 17-Apr-19 |
| 558 | Entrepreneur, July–August 2019 | Entrepreneur Media, Inc. | TX 8-771-030 | 12-Jul-19 |
| 559 | Entrepreneur, September 2019 | Entrepreneur Media, Inc. | TX 8-791-553 | 26-Aug-19 |
| 560 | Entrepreneur, October–November 2019 | Entrepreneur Media, Inc. | TX 8-819-495 | 9-Oct-19 |
| 561 | Entrepreneur, December 2019 | Entrepreneur Media, Inc. | TX 8-832-591 | 25-Nov-19 |
| 562 | Entrepreneur, January–February 2020 | Entrepreneur Media, Inc. | TX 8-898-618 | 21-Jan-20 |
| 563 | Entrepreneur, March 2020 | Entrepreneur Media, Inc. | TX 8-900-316 | 2-Mar-20 |
| 564 | Entrepreneur, April–May 2020 | Entrepreneur Media, Inc. | TX 8-916-225 | 20-Apr-20 |
| 565 | Entrepreneur, July–August 2020 | Entrepreneur Media, Inc. | TX 8-965-764 | 20-Oct-20 |

| | | | | |
|---|---|---|---|---|
| 566 | Entrepreneur, September 2020 | Entrepreneur Media, Inc. | TX 8-965-765 | 20-Oct-20 |
| 567 | Entrepreneur, October–November 2020 | Entrepreneur Media, Inc. | TX 8-965-767 | 20-Oct-20 |
| 568 | Entrepreneur, December 2020 | Entrepreneur Media, Inc. | TX 8-998-244 | 22-Dec-20 |
| 569 | Entrepreneur, March 2021 | Entrepreneur Media, Inc. | TX 9-092-017 | 24-Mar-21 |
| 570 | Entrepreneur, April–May 2021 | Entrepreneur Media, Inc. | TX 9-092-218 | 20-Apr-21 |
| 571 | Entrepreneur's Startups, Summer 2021 | Entrepreneur Media, Inc. | TX 9-084-226 | 21-Jun-21 |
| 572 | Entrepreneur, June 2021 | Entrepreneur Media, Inc. | TX 9-084-227 | 7-Jun-21 |
| 573 | Entrepreneur, July–August 2021 | Entrepreneur Media, Inc. | TX 9-079-174 | 14-Jul-21 |
| 574 | Entrepreneur, September 2021 | Entrepreneur Media, Inc. | TX 9-097-507 | 7-Sep-21 |
| 575 | Entrepreneur, October–November 2021 | Entrepreneur Media, Inc. | TX 9-114-252 | 4-Nov-21 |
| 576 | Entrepreneur, December 2021 | Entrepreneur Media, Inc. | TX 9-131-886 | 20-Dec-21 |
| 577 | Entrepreneur, January–February 2022 | Entrepreneur Media, Inc. | TX 9-127-243 | 18-Jan-22 |
| 578 | Entrepreneur, March 2022 | Entrepreneur Media, Inc. | TX 9-136-716 | 4-Mar-22 |
| 579 | Entrepreneur, April–May 2022 | Entrepreneur Media, Inc. | TX 9-138-795 | 20-Apr-22 |
| 580 | Entrepreneur's Startups, Summer 2022 | Entrepreneur Media, Inc. | TX 9-163-260 | 24-Jun-22 |
| 581 | Entrepreneur, June 2022 | Entrepreneur Media, Inc. | TX 9-150-562 | 17-Jun-22 |
| 582 | Entrepreneur, September 2022 | Entrepreneur Media, Inc. | TX 9-190-273 | 24-Aug-22 |
| 583 | Entrepreneur, October–November 2022 | Entrepreneur Media, Inc. | TX 9-187-552 | 6-Oct-22 |
| 584 | Entrepreneur, December 2022 | Entrepreneur Media, Inc. | TX 9-210-925 | 21-Dec-22 |
| 585 | Entrepreneur, January–February 2023 | Entrepreneur Media, Inc. | TX 9-226-778 | 2-Feb-23 |

| | | | | |
|---|---|---|---|---|
| 586 | Entrepreneur, March–April 2023 | Entrepreneur Media, Inc. | TX 9-289-848 | 26-May-23 |
| 587 | Entrepreneur, May–June 2023 | Entrepreneur Media, Inc. | TX 9-289-849 | 26-May-23 |
| 588 | Entrepreneur’s Startups, Summer 2023 | Entrepreneur Media, Inc. | TX 9-289-056 | 16-Jun-23 |
| 589 | Entrepreneur, July–August 2023 | Entrepreneur Media, Inc. | TX 9-300-112 | 2-Aug-23 |
| 590 | Entrepreneur’s Startups, Fall–Winter 2023 | Entrepreneur Media, Inc. | TX 9-315-393 | 14-Sep-23 |
| 591 | Entrepreneur, September–October 2023 | Entrepreneur Media, Inc. | TX 9-318-806 | 29-Sep-23 |
| 592 | Entrepreneur, November–December 2023 | Entrepreneur Media, Inc. | TX 9-416-042 | 11-Jan-24 |
| 593 | Entrepreneur, January–February 2024 | Entrepreneur Media, Inc. | TX 9-360-689 | 24-Jan-24 |
| 594 | Entrepreneur’s Startups, Spring 2024 | Entrepreneur Media, Inc. | TX 9-409-458 | 5-Jul-24 |
| 595 | Entrepreneur, March–April 2024 | Entrepreneur Media, Inc. | TX 9-378-543 | 5-Mar-24 |
| 596 | Entrepreneur, May–June 2024 | Entrepreneur Media, Inc. | TX 9-406-291 | 28-May-24 |
| 597 | Entrepreneur, July–August 2024 | Entrepreneur Media, Inc. | TX 9-422-182 | 22-Jul-24 |

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Form TX**

TX 6-417-729

(TX) TXU

EFFECTIVE DATE OF REGISTRATION

7 28 06
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**

Retail in Detail

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

**a** **NAME OF AUTHOR ▼**
Ronald L. Bond

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2005 ◀ Year
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ July Day ▶ 1 Year ▶ 2005
USA ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Entrepreneur Media, Inc.
2445 McCabe Way, Suite 400
Irvine, CA 92614

See instructions before completing this space.

APPLICATION RECEIVED
JUL 28 2006
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUL 28 2006
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Author transferred copyright ownership of the Work to Claimant by written agreement.

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY MW

FORM TX

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶ TX 4-250-321 Year of Registration ▶ 1996

**6**

**DERIVATIVE WORK OR COMPILATION**

**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Retail in Detail: How to Start and Manage a Small Retail Business

See instructions before completing this space.

**b** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New and revised text.

**7**

**a** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Entrepreneur Media, Inc.

Account Number ▼ DA 037184

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Entrepreneur Media, Inc. - Attn: Legal Dept.
2445 McCabe Way, Suite 400
Irvine, CA 92614

Area code and daytime telephone number ▶

Fax number ▶ (949) 261-7729

Email ▶ ryoung@entrepreneur.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
- ☐ author
- ☐ other copyright claimant
- ☐ owner of exclusive right(s)
- ☑ authorized agent of Entrepreneur Media, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Ronald L. Young Date ▶ 7/17/06

Handwritten signature (X) ▼

X [signature: Ronald L. Young]

**9**

Certificate will be mailed in window envelope to this address:

Name ▼ Entrepreneur Media, Inc. - Attn: Legal Dept.

Number/Street/Apt ▼ 2445 McCabe Way, Suite 400

City/State/ZIP ▼ Irvine, CA 92614

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REG TX 6-425-960

EFFECTIVE DATE OF REGISTRATION
10 24 06
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK ▼**
Entrepreneur Magazine's Ultimate Small Business Marketing Guide: 1500 Great Marketing Tricks That Will Drive Your Business Through the Roof

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

## 2

**a NAME OF AUTHOR ▼**
James Stephenson

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire text

**b NAME OF AUTHOR ▼**

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c NAME OF AUTHOR ▼**

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

## 3

**a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2003 ◀ Year

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ December Day ▶ 1 Year ▶ 2003
USA ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
James Stephenson
214 Mowat Street
New Westminster, B.C. Canada V3M 4B2

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Author transferred copyright ownership of the Work to Claimant by written agreement.

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED AUG 16 2006
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED AUG 16 2006
FUNDS RECEIVED
FUNDS RECEIVED OCT 24 2006

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

EXAMINED BY
CHECKED BY
☐ CORRESPONDENCE Yes

FORM TX

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶ Year of Registration ▶

**6**

**DERIVATIVE WORK OR COMPILATION**
a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions before completing this space.

**7**

a **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ Entrepreneur Media, Inc.
Account Number ▼ DA 037184

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Entrepreneur Media, Inc. - Attn: Legal Dept.
2445 McCabe Way, Suite 400
Irvine, CA 92614

Area code and daytime telephone number ▶
Fax number ▶ (949) 261-7729
Email ▶ ryoung@entrepreneur.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of James Stephenson
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Ronald L. Young Date ▶ 8/10/06

Handwritten signature (X) ▼
X Ronald L. Young

**9**

Certificate will be mailed in window envelope to this address:
Name ▼ Entrepreneur Media, Inc. - Attn: Legal Dept.
Number/Street/Apt ▼ 2445 McCabe Way, Suite 400
City/State/ZIP ▼ Irvine, CA 92614

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGIS TX 6-522-750

EFFECTIVE DATE OF REGISTRATION
JAN 8 2007
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
Entrepreneur Magazine's Start-ups: Consulting Business

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

**a** NAME OF AUTHOR ▼
John Riddle

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2001 ◀ Year
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ December Day ▶ 1 Year ▶ 2001
USA ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Entrepreneur Media, Inc.
2445 McCabe Way, Suite 400
Irvine, CA 92614

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Author transferred copyright ownership of the Work to Claimant by written agreement.

DO NOT WRITE HERE
OFFICE USE ONLY

APPLICATION RECEIVED
JAN 08 2007
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
JAN 08 2007
FUNDS RECEIVED

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY ~~DAS~~ / JRP

CHECKED BY

FORM TX

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶ Year of Registration ▶

**6** See instructions before completing this space.

**DERIVATIVE WORK OR COMPILATION**

a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

b Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

a Name ▼ Entrepreneur Media, Inc. Account Number ▼ DA 037184

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Entrepreneur Media, Inc. - Attn: Legal Dept.
2445 McCabe Way, Suite 400
Irvine, CA 92614

Area code and daytime telephone number ▶ (949) 622-5279 Fax number ▶ (949) 261-7729

Email ▶ ryoung@entrepreneur.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Entrepreneur Media, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Ronald L. Young Date ▶ 1/2/07

Handwritten signature (X) ▼

X Ronald L. Young

**9**

**Certificate will be mailed in window envelope to this address:**

Name ▼ Entrepreneur Media, Inc. - Attn: Legal Dept.

Number/Street/Apt ▼ 2445 McCabe Way, Suite 400

City/State/ZIP ▼ Irvine, CA 92614

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—xxx Web Rev: July 2003 Printed on recycled paper U.S. Government Printing Office: 2000-461-113/20,021

EM018119

# Copyright

**Registration Number / Date:**
TX0006556594 / 2007-01-08

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's startup :start your own event planning business.

**Date of Creation:**
2004

**Date of Publication:**
2004-07-01

**Copyright Claimant:**
Entrepreneur Press d.b.a. of Entrepreneur Media, Inc.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Entrepreneur Press
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20726532

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 6-521-507

EFFECTIVE DATE OF REGISTRATION

JAN 8 2007
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
Entrepreneur Magazine's Startup: Start Your Own Executive Recruiting Service

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

a NAME OF AUTHOR ▼
Mandy Erickson

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☑ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ / Domiciled in ▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

c NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2003 ◀ Year
This information must be given in all cases.

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ October Day ▶ 1 Year ▶ 2003
USA ◀ Nation

**4**

See instructions before completing this space

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Entrepreneur Media, Inc.
2445 McCabe Way, Suite 400
Irvine, CA 92614

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Author transferred copyright ownership of the Work to Claimant by written agreement.

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED JAN 08 2007
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED JAN 08 2007
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY [illegible] / JRP

FORM TX

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶ Year of Registration ▶

**6**

**DERIVATIVE WORK OR COMPILATION**
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
N/A

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
N/A

**7**

a. **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ Entrepreneur Media, Inc.
Account Number ▼ DA 037184

b. **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Entrepreneur Media, Inc. - Attn: Legal Dept.
2445 McCabe Way, Suite 400
Irvine, CA 92614

Area code and daytime telephone number ▶ (949) 622-5279
Fax number ▶ (949) 261-7729
Email ▶ ryoung@entrepreneur.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Entrepreneur Media, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Ronald L. Young
Date ▶ 12/29/06

Handwritten signature (X) ▼
X Ronald L. Young

**9**

Certificate will be mailed in window envelope to this address:
Name ▼ Entrepreneur Media, Inc. - Attn: Legal Dept.
Number/Street/Apt ▼ 2445 McCabe Way, Suite 400
City/State/ZIP ▼ Irvine, CA 92614

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—xxx Web Rev: July 2003 Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,021

Case 5:25-cv-09579-BLF Document 1-1 Filed 11/06/25 Page 114 of 149

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 6-493-339

EFFECTIVE DATE OF REGISTRATION

Month Jan Day 8 Year 2007

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
Entrepreneur Magazine's Startup: Start Your Own Cleaning Service

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

**a** NAME OF AUTHOR ▼
Jacquelyn Lynn

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2002 ◀ Year
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ January Day ▶ 1 Year ▶ 2003
USA ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Entrepreneur Media, Inc.
2445 McCabe Way, Suite 400
Irvine, CA 92614

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Author transferred copyright ownership of the Work to Claimant by written agreement.

DO NOT WRITE HERE — OFFICE USE ONLY

APPLICATION RECEIVED
JAN 08 2007
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JAN 08 2007
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 4 pages

Case 5:25-cv-09579-BLF Document 1-1 Filed 11/06/25 Page 115 of 149

EXAMINED BY

CHECKED BY

FORM TX

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶ Year of Registration ▶

**6**

**DERIVATIVE WORK OR COMPILATION**

**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

See instructions before completing this space.

**b** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

**7**

**a** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Entrepreneur Media, Inc.

Account Number ▼ DA 037184

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Entrepreneur Media, Inc. - Attn: Legal Dept.
2445 McCabe Way, Suite 400
Irvine, CA 92614

Area code and daytime telephone number ▶ (949) 622-5279 Fax number ▶ (949) 261-7729

Email ▶ ryoung@entrepreneur.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Entrepreneur Media, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Ronald L. Young Date ▶ [illegible handwriting]

Handwritten signature (X) ▼

X

**9**

Certificate will be mailed in window envelope to this address:

Name ▼ Entrepreneur Media, Inc. - Attn: Legal Dept.

Number/Street/Apt ▼ 2445 McCabe Way, Suite 400

City/State/ZIP ▼ Irvine, CA 92614

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

[illegible]

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—xxx Web Rev: July 2003 Printed on recycled paper U.S. Government Printing Office: 2000-461-113/20,021

Copyright

**Registration Number / Date:**
TX0006819781 / 2007-08-16

**Type of Work:**
Text

**Title:**
Entrepreneur Magazine's Startup: Start Your Own Day Spa and More.

**Application Title:**
Entrepreneur Magazine's Startup: Start Your Own Day Spa and More.

**Other Title:**
Start Your Own Day Spa and More

**Date of Creation:**
2007

**Date of Publication:**
March 01, 2007

**Copyright Claimant:**
Entrepreneur Media, Inc, Transfer: Author in Space 2b transferred copyright ownership of the Work to Claimant by written agreement. Address: 2445 McCabe Way, Suite 400, Irvine, CA 92614

**Authorship on Application:**
Entrepreneur Media, Inc dba of Entrepreneur Press, Domicile: United States. employer for hire; Authorship: Entire Text.
Preethi Burkholder; Domicile: United States. Authorship: Entire Text.

**Description:**
Book, 166 p.

**Names:**
Burkholder, Preethi
Entrepreneur Media, Inc.
Entrepreneur Press

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_21919550

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number:**

TX 6-907-624

**Effective date of registration:**

November 19, 2007

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Construction and Contracting Business - Your Step-by-Step Guide to Success

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** October 1, 2007

## Author

- **Author:** Gregg Kuehn

**Author Created:** Entire text

**Work made for hire:** No

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc., dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614

**Transfer Statement:** Author in Space 2b transferred copyright ownership of the Work to Claimant by written agreement.

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Ronald L. Young

**Date:** November 14, 2007

**IPN#:**

**Registration #:** TX0006907624

**Service Request #:** 1-30524168

Entrepreneur Media, Inc.
2445 McCabe Way, Suite 400
Irvine, CA 92614

**Registration Number**
TXu 1-616-122

**Effective date of registration:**
March 7, 2008

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Freelance Writing Business and More

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** March 1, 2008 **Nation of 1st Publication:** United States

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press

**Author Created:** Entire text

**Work made for hire:** Yes

**Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

- **Author:** George Sheldon

**Author Created:** Entire text

**Work made for hire:** No

**Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614

**Transfer Statement:** Author in Space 2b transferred copyright ownership of the Work to Claimant by written agreement.

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Ronald L. Young

**Date:** February 28, 2008

---

**Correspondence:** Yes

* *

**Registration Number:**

TX 6-936-086

**Effective date of registration:**

April 10, 2008

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Graphic Design Business - Your Step-by-Step Guide to Success

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** May 1, 2008 **Nation of 1st Publication:** United States

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press

  **Author Created:** Entire text

  **Work made for hire:** Yes

  **Domiciled in:** United States

  **Anonymous:** No **Pseudonymous:** No

- **Author:** George Sheldon

  **Author Created:** Entire text

  **Work made for hire:** No

  **Domiciled in:** United States

  **Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614

**Transfer Statement:** Author in Space 2b transferred copyright ownership of the Work to Claimant by written agreement.

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Ronald L. Young

**Date:** April 2, 2008

**Correspondence:** Yes

**Registration Number**

TXu 1-624-283

**Effective date of registration:**

June 6, 2008

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Gift Basket Business and more (2nd Edition)

**Previous or Alternative Title:** Entrepreneur Magazine's Startup: Start Your Own Gift Basket Service

## Completion/Publication

**Year of Completion:** 2008

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press

  **Author Created:** Entire text

  **Work made for hire:** Yes

  **Domiciled in:** United States

  **Anonymous:** No **Pseudonymous:** No

- **Author:** Cheryl Kimball

  **Author Created:** Entire text

  **Work made for hire:** No

  **Domiciled in:** United States

  **Anonymous:** No **Pseudonymous:** No

## Limitation of copyright claim

**Material excluded from this claim:** Prior version in 2003 under title "Entrepreneur Magazine's Startup: Start Your Own Gift Basket Service"

**Previously registered:** Yes

**Previous registration and year:** 6-496-473 2007

**New material included in claim:** New and revised text.

## Certification

**Name:** Ronald L. Young

**Date:** June 2, 2008

**Registration Number**
TX 7-311-875

**Effective date of registration:**
July 16, 2008

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Coaching Business - Motivational Life - Business

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** July 1, 2008

## Author

- **Author:** Entrepreneur Media Inc dba Entrepreneur Press

  **Author Created:** Entire text

  **Work made for hire:** Yes

  **Domiciled in:** United States

  **Anonymous:** No **Pseudonymous:** No

- **Author:** Monroe Mann

  **Author Created:** Entire text

  **Work made for hire:** No

  **Domiciled in:** United States

  **Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media Inc dba Entrepreneur Press

2445 McCabe Way Suite 400, Irvine, CA, 92614

**Transfer Statement:** Author in Space 2b transferred copyright ownership of the Work to Claimant by written agreement.

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Ronald L. Young

**Date:** July 10, 2008

---

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number**
TXu 1-641-983

**Effective date of registration:**
March 27, 2009

## Title

**Title of Work:** Entrepreneur Magazine's 55 Surefire Internet Businesses You Can Start for Under $5,000

## Completion/ Publication

**Year of Completion:** 2009

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press

**Author Created:** Entire text

**Work made for hire:** Yes

**Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

- **Author:** Melissa Campanelli

**Author Created:** Entire text

**Work made for hire:** No

**Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA 92614

**Transfer Statement:** Author transferred copyright ownership of the Work to Claimant by written agreement.

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Ronald L. Young

**Date:** March 23, 2009

---

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number**
TX 7-093-073

**Effective date of registration:**
June 26, 2009

## Title

**Title of Work:** Entrepreneur Magazine's ClickStarts: Design and Launch an Online Social Networking Business in a Week

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** June 1, 2009

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press

**Author Created:** Entire text

**Work made for hire:** Yes

**Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

- **Author:** Julien Sharp

**Author Created:** Entire text

**Work made for hire:** No

**Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614

**Transfer Statement:** Author, Julien Sharp, transferred copyright ownership of the Work to Claimant by written agreement.

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Ronald L. Young

**Date:** June 22, 2009

---

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number**
TX 6-980-167

**Effective date of registration:**
July 21, 2009

## Title

**Title of Work:** Entrepreneur Magazine's ClickStarts: Design and Launch an Online Gift Business in a Week

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** July 1, 2009

## Author

- **Author:** Entrepreneur Media, Inc., dba Entrepreneur Press

  **Author Created:** Entire text

  **Work made for hire:** Yes

  **Domiciled in:** United States

  **Anonymous:** No **Pseudonymous:** No

- **Author:** Cheryl Kimball

  **Author Created:** Entire text

  **Work made for hire:** No

  **Domiciled in:** United States

  **Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc., dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614

**Transfer Statement:** Author transferred copyright ownership of the Work to Claimant by written agreement

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Ronald L. Young

**Date:** July 1, 2009

---

**Registration Number**

TX 7-001-499

**Effective date of registration:**

August 25, 2009

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Bar and Club - Sports Bars-Nightclubs-Neighborhood Bars-Wine Bars and More - 3rd Edition

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** August 1, 2009 **Nation of 1st Publication:** United States

## Author

- **Author:** Liane Cassavoy

**Author Created:** text

**Work made for hire:** No

**Citizen of:** United States **Domiciled in:** United States

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

**Previous registration and year:** TX 6-465-678 2006

## Rights and Permissions



EM15252721

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** August 20, 2009

Registration Number
TX 7-174-114
Effective date of registration:
May 5, 2010

## Title

Title of Work: No B.S. Wealth Attraction in the New Economy

## Completion/Publication

Year of Completion: 2010

Date of 1st Publication: May 1, 2010 Nation of 1st Publication: United States

## Author

- Author: Dan S. Kennedy

Author Created: text

Citizen of: United States Domiciled in: United States

## Copyright claimant

Copyright Claimant: Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

Transfer Statement: By written agreement

## Rights and Permissions

Organization Name: Entrepreneur Media, Inc.

Name: Ronald L. Young

Email: ryoung@entrepreneur.com Telephone: 949-622-5279

Address: 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

Name: Ronald L. Young

Date: May 4, 2010

**Registration Number**
TX 7-227-661

**Effective date of registration:**
July 26, 2010

## Title

**Title of Work:** Entrepreneur Magazine's Start Your Own Import/Export Business: Your Step-by-Step Guide to Success, 3rd Edition

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** July 1, 2010 **Nation of 1st Publication:** United States

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press

  **Author Created:** text

  **Work made for hire:** Yes

  **Citizen of:** United States **Domiciled in:** United States

- **Author:** Krista Turner

  **Author Created:** text

  **Work made for hire:** No

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

**Previous registration and year:** TX 6-593-685 2007

## Rights and Permissions


**EM15252724**

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** July 23, 2010

**Registration Number**

TX 7-306-601

**Effective date of registration:**

December 14, 2010

## Title

**Title of Work:** Entrepreneur Magazine's Ultimate Guide to Search Engine Optimization - 2nd Edition

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** December 1, 2010 **Nation of 1st Publication:** United States

## Author

- **Author:** Jon Rognerud

**Author Created:** text

**Work made for hire:** No

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

**Previous registration and year:** TX 7-002-765 2007

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** December 9, 2010

**Registration Number**
TX 7-371-775

**Effective date of registration:**
April 27, 2011

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Food Truck Business

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** April 1, 2011 **Nation of 1st Publication:** United States

## Author

- **Author:** Entrepreneur Press dba Entrepreneur Media, Inc.

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

- **Author:** Rich Mintzer

**Author Created:** text

**Work made for hire:** No

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way

Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** April 25, 2011

Registration Number
TX 7-495-804
Effective date of registration:
January 18, 2012

## Title

Title of Work: No B.S. Grassroots Marketing: The Ultimate No Holds Barred Take No Prisoners Guide to Growing Sales and Profits of Local Small Businesses

## Completion/Publication

Year of Completion: 2011
Date of 1st Publication: January 1, 2012 Nation of 1st Publication: United States

## Author

- Author: Dan S. Kennedy
  Author Created: text
  Citizen of: United States Domiciled in: United States
- Author: Jeff Slutsky
  Author Created: text
  Citizen of: United States Domiciled in: United States

## Copyright claimant

Copyright Claimant: Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States
Transfer Statement: By written agreement

## Rights and Permissions

Organization Name: Entrepreneur Media, Inc.
Name: Ronald L. Young
Email: ryoung@entrepreneur.com Telephone: 949-622-5279
Address: 2445 McCabe Way, Suite 400
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** January 13, 2012

**Registration Number**
TX 7-588-879

**Effective date of registration:**
September 7, 2012

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Coaching Business: Your Step-by-Step Guide to Success, 2nd Edition

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** September 1, 2012 **Nation of 1st Publication:** United States

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press

  **Author Created:** text

  **Work made for hire:** Yes

  **Citizen of:** United States **Domiciled in:** United States

- **Author:** Rich Mintzer

  **Author Created:** text

  **Work made for hire:** No

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Previous registration and year:** TX 6-465-678 2006

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-261-2325

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** September 4, 2012

**Registration Number**
TX 7-729-464
**Effective date of registration:**
April 5, 2013

## Title

**Title of Work:** Startup Start Your Own Information Marketing Business, 2nd Edition

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** April 1, 2013 **Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-500-2

## Author

- **Author:** Entrepreneur Press
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States **Domiciled in:** United States
- **Author:** Robert Skrob
  **Author Created:** text
  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States
**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279
**Address:** 2445 McCabe Way, Suite 400
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** April 3, 2013

**Registration Number**
TX 7-711-696

**Effective date of registration:**
May 6, 2013

## Title

**Title of Work:** Entrepreneur Magazine's Ultimate Guide to Pinterest For Business

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** May 1, 2013 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN ISBN-13: 978-1-59918-508-8

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press

  **Author Created:** text

  **Work made for hire:** Yes

  **Citizen of:** United States **Domiciled in:** United States

- **Author:** Karen Leland

  **Author Created:** text

  **Work made for hire:** No

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Previous registration and year:** TX 6-465-678 2006

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** May 1, 2013

**Registration Number**
TX 7-711-696

**Effective date of registration:**
May 6, 2013

## Title

**Title of Work:** Entrepreneur Magazine's Ultimate Guide to Pinterest For Business

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** May 1, 2013 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN ISBN-13: 978-1-59918-508-8

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press

  **Author Created:** text

  **Work made for hire:** Yes

  **Citizen of:** United States **Domiciled in:** United States

- **Author:** Karen Leland

  **Author Created:** text

  **Work made for hire:** No

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Previous registration and year:** TX 6-465-678 2006

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** May 1, 2013

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
TX 7-768-054

**Effective date of registration:**
August 30, 2013

## Title

**Title of Work:** YouTube for Business

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** July 1, 2013 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN 978-1-59918-510-1

## Author

▪ **Author:** Jason R. Rich

**Author Created:** text

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** August 26, 2013

**Registration #:** TX0007768054
**Service Request #:** 1-984838062

*0001TX0007768054010l*

Entrepreneur Media, Inc.
Ronald L. Young
2445 McCabe Way, Suite 400
Irvine, CA 92614 United States

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
TX 7-818-662

**Effective date of registration:**
January 2, 2014

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Bar and Club - 4th Edition

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** January 2, 2014 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN 1-59918-519-9

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States **Domiciled in:** United States
- **Author:** Liane Cassavoy
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Previous registration and year:** TX 6-465-678 2006
TX 7-001-499 2009

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** January 2, 2014

*0000TX0007818662201*

**Registration Number**
TX 7-846-669

**Effective date of registration:**
February 18, 2014

## Title

**Title of Work:** Entrepreneur Magazine's Ultimate Guide to Optimizing Your Website: 3rd Edition

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** February 1, 2014 **Nation of 1st Publication:** United States

## Author

- **Author:** Jon Rognerud

**Author Created:** text

**Work made for hire:** No

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Previous registration and year:** TX 7-002-765 2008

TX 7-306-601 2010

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way

Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** February 4, 2014

**Registration Number**
TX 7-849-871

**Effective date of registration:**
March 6, 2014

## Title

**Title of Work:** Entrepreneur Magazine's Ultimate Guide to Pay-Per-Click Advertising: Second Edition

## Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** February 24, 2014 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN 1-59918-534-2

## Author

- **Author:** Richard Stokes

**Author Created:** text

**Work made for hire:** No

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Previous registration and year:** TX 7-237-256 2010

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way

Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** March 4, 2014

---

Registration Number
TX 7-849-853

Effective date of registration:
March 6, 2014

## Title

Title of Work: No BS Guide to Brand-Building by Direct Response: The Ultimate No Holds Barred Plan to Creating and Profiting From a Powerful Brand Without Buying it

## Completion/Publication

Year of Completion: 2014

Date of 1st Publication: March 1, 2014 Nation of 1st Publication: United States

International Standard Number: ISBN 978-59918-533-0

## Author

- Author: Dan S. Kennedy
  Author Created: text
  Citizen of: United States Domiciled in: United States
- Author: Forrest Walden
  Author Created: text
  Citizen of: United States Domiciled in: United States
- Author: Jim Cavale
  Author Created: text
  Citizen of: United States Domiciled in: United States

## Copyright claimant

Copyright Claimant: Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

Transfer Statement: By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279
**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** March 4, 2014

**Registration Number**
TX 7-857-065

**Effective date of registration:**
April 4, 2014

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Nonprofit Organization

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** April 1, 2014 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN 1-59918-527-X

## Author

- **Author:** Entrepreneur Media, Inc., dba Entrepreneur Press

  **Author Created:** text

  **Work made for hire:** Yes

  **Citizen of:** United States **Domiciled in:** United States

- **Author:** Cheryl Kimball

  **Author Created:** text

  **Work made for hire:** No

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** April 1, 2014

**Registration Number**
TX 7-910-839

**Effective date of registration:**
June 4, 2014

## Title

**Title of Work:** Entrepreneur Magazine's Startup Start Your Own e-Business: 3rd Edition

## Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** June 1, 2014 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN 1-59918-530-x

## Author

- **Author:** Entrepreneur Press

  **Author Created:** text

  **Work made for hire:** Yes

  **Citizen of:** United States **Domiciled in:** United States

- **Author:** Rich Mintzer

  **Author Created:** text

  **Work made for hire:** No

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Previous registration and year:** TX-6-493-343 2005

TX-7-083-351 2009

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** June 2, 2014

Registration Number
TX 7-932-927
Effective date of registration:
July 1, 2014

## Title

Title of Work: Market Like You Mean It: Engage Customers, Create Brand Believers, and Gain Fans for Everything You Sell

## Completion/Publication

Year of Completion: 2014

Date of 1st Publication: July 1, 2014 Nation of 1st Publication: United States

International Standard Number: ISBN 1-59918-535-0

## Author

- Author: Al Lautenslager

Author Created: text

Citizen of: United States Domiciled in: United States

## Copyright claimant

Copyright Claimant: Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

Transfer Statement: By written agreement

## Rights and Permissions

Organization Name: Entrepreneur Media, Inc.

Name: Ronald L. Young

Email: ryoung@entrepreneur.com Telephone: 949-622-5279

Address: 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** July 1, 2014

**Registration Number**
# TX 8-040-350
**Effective Date of Registration:**
January 12, 2015

## Title

**Title of Work:** Start Your Own Business: 6th Edition

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** August 01, 2014
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 1-59918-556-3

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press
**Author Created:** revised and new text
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** previous version
**Previous registration and year:** TX 6-415-210, 2006
TX 7-255-000, 2010

**New material included in claim:** revised and new text

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 18061 Fitch



**EM15252751**

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** January 05, 2015

**Correspondence:** Yes

**Registration Number**

# TX 8-077-331

**Effective Date of Registration:**
May 07, 2015

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your OwnFood Truck Business - 2nd Edition

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** April 01, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** Rich Mintzer
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Previous registration and year:** TX 6-465-678, 2006

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald L. Young



**EM15252753**

**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** May 04, 2015

**Registration Number**
# TX 8-123-846
**Effective Date of Registration:**
July 07, 2015

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Child Care Service: 4th Edition

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** July 01, 2015
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781599185675

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** Jacquelyn Lynn
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Previous registration and year:** TX 6-498-282, 2007
TX 7-307-034, 2010

## Rights and Permissions



EM15252755

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** July 02, 2015

**Registration Number**
# TX 8-139-812
**Effective Date of Registration:**
October 19, 2015

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Construction and Contracting Business (2nd Edition)

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** June 01, 2013
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781599185033

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** Gregg Kuehn
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Previous registration and year:** TX 6-937-812, 2007

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.



**EM15252757**

**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** October 12, 2015

**Registration Number**

# TX 8-139-825

**Effective Date of Registration:**
October 19, 2015

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own eLearning or Training Business

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** October 01, 2015
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781599185736

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** Cheryl Kimball
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** Ciree Linsenman
  **Author Created:** text
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement



**EM15252759**

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** October 15, 2015

**Correspondence:** Yes

**Registration Number**
# TX 8-139-800
**Effective Date of Registration:**
October 19, 2015

## Title

**Title of Work:** Real Leaders Don't Follow: Being Extraordinary in the Age of the Entrepreneur

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** October 01, 2015
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781599185750

## Author

- **Author:** Steve Tobak
**Author Created:** text
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** October 12, 2015



**EM15252761**

**Correspondence:** Yes

Registration Number
**TX 8-293-686**
**Effective Date of Registration:**
May 20, 2016

## Title

**Title of Work:** Main Street Entrepreneur: Build Your Dream Company Doing What You Love Where You Live

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** May 01, 2016
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781599185903

## Author

- **Author:** Michael Glauser
  **Author Created:** text
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc., dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** May 18, 2016

---

**Registration Number**

**TX 8-308-946**

**Effective Date of Registration:**
June 17, 2016

## Title

**Title of Work:** The Brand Mapping Strategy

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** June 01, 2016
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 1-59918-589-7

## Author

- **Author:** Karen Tiber Leland
  **Author Created:** text
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** June 14, 2016



**EM15252763**

**Registration Number**
# TX 8-333-085
**Effective Date of Registration:**
September 27, 2016

## Title

**Title of Work:** The Advertising Solution

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** September 01, 2016
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-596-5

## Author

- **Author:** Craig Simpson
**Author Created:** text
**Work made for hire:** No
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young



**EM15252765**

**Date**: September 20, 2016

---

Registration Number
**TX 8-339-276**
Effective Date of Registration:
November 09, 2016

## Title

**Title of Work:** Entrepreneur Magazine's Ultimate Guide to Platform Building

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** November 01, 2016
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-159918-598-9

## Author

- **Author:** Wendy Keller
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch Avenue, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 Fitch Avenue
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** November 04, 2016

**Registration Number**
# TX 8-378-646
**Effective Date of Registration:**
February 15, 2017

## Title

**Title of Work:** The Innovation Mentality -- six strategies to disrupt the status quo and reinvent the way we work

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** February 14, 2017
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-603-0

## Author

- **Author:** Glenn Llopis
  **Author Created:** text
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc
18061 Fitch Avenue, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc
**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 18061 Fitch Avenue
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young



**EM15252767**

**Date:** February 14, 2017

**Registration Number**
**TX 8-385-502**
**Effective Date of Registration:**
March 21, 2017

## Title

**Title of Work:** Dynamic Communication-- 27 Strategies to Grow, Lead & Manage Your Business

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** March 14, 2017
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-608-5

## Author

- **Author:** Jill Schiefelbein
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
18061 Fitrch Avenue, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 18061 Fitch Avenue
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** March 15, 2017

---

Registration Number
**TX 8-382-363**
**Effective Date of Registration:**
March 31, 2017

## Title

**Title of Work:** 80/20 Sales and Marketing--The Definitive Guide to Working Less and Making More

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** August 13, 2013
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-505-7

## Author

- **Author:** Perry Marshall
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Media Corporation
18061 Fitch Avenue, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 18061 Fitch Avenue
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** March 27, 2017

**Registration Number**
# TX 8-422-886
**Effective Date of Registration:**
May 24, 2017

## Title

**Title of Work:** Entrepreneur Magazine's Ultimate Guide to Instagram for Business

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** May 14, 2017
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-602-3

## Author

- **Author:** Kim Walsh Phillips
  **Author Created:** text
  **Work made for hire:** No
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch Avenue, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 18061 Fitch Avenue
Irvine, AZ 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** May 16, 2017



**EM15252769**

Registration Number
**TX 8-483-743**
Effective Date of Registration:
September 18, 2017

## Title

Title of Work: Million Dollar Habits: Proven Power Practices to Double & Triple Your Income (Second Edition)

## Completion/Publication

Year of Completion: 2017
Date of 1st Publication: September 12, 2017
Nation of 1st Publication: United States
International Standard Number: ISBN 978-1-59918-614-6

## Author

- Author: Brian Tracy
  Author Created: text
  Work made for hire: No
  Citizen of: United States

## Copyright Claimant

Copyright Claimant: Brian Tracy
320 Loma Larga Drive, Solana Beach, CA, 92075, United States

## Limitation of copyright claim

Material excluded from this claim: text, photograph(s), artwork
Previous registration and year: TX-6-415-663, 2006

New material included in claim: text, photograph(s), artwork

## Rights and Permissions

Organization Name: Entrepreneur Media, Inc.
Address: 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** September 12, 2017

**Copyright Office notes:** Regarding new material included: Deposit contains text only.

**Registration Number**
# TX 8-534-683
**Effective Date of Registration:**
November 27, 2017

## Title

**Title of Work:** Networking Like a Pro--Turning Contacts into Connections (2nd Edition)

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** November 20, 2017
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-159918-604-7

## Author

- **Author:** Ivan Misner
  **Author Created:** text, photograph(s), artwork
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Ivan Misner
7301 Ranch Road 620 North, Suite #155-359, Austin, TX, 78726-4537, United States

## Limitation of copyright claim

**Material excluded from this claim:** text, photograph(s), artwork
**Previous registration and year:** TX0007130029, 2009

**New material included in claim:** text, photograph(s), artwork

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** November 21, 2017

Case 5:25-cv-09579-BLF Document 1 Filed 11/06/25 Page 124 of 149

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

Registration Number
**TX 8-575-731**
**Effective Date of Registration:**
April 05, 2018

## Title

**Title of Work:** Entrepreneur Magazine's Ultimate Guide to YouTube for Business (Second Edition)

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** March 27, 2018
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 1-59918-619-5

## Author

- **Author:** Jason R. Rich
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 FITCH, IRVINE, CA, 92614, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** text
**Previous registration and year:** TX 7-768-054, 2013

**New material included in claim:** text

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 FITCH
IRVINE, CA 92614 United States

## Certification

**Name:** RONALD L YOUNG
**Date:** March 28, 2018

**Correspondence:** Yes

*0006TX6008575731D202*

**Registration Number**

# TX 8-629-051

**Effective Date of Registration:**
June 01, 2018

## Title

**Title of Work:** Entrepreneur Magazine's Ultimate Guide to Email Marketing for Business

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** May 15, 2018
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-623-8

## Author

- **Author:** Susan Gunelius
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 FITCH, IRVINE, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 18061 FITCH
IRVINE, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** May 16, 2018

---

**Correspondence:** Yes

Copyright

Home / Search / Detailed Record View

Keyword scott duffy

Advanced Search

# Detailed Record View

## Registration record TX0008621086

Copyright Catalog
Displaying 37 of 77 entries

Previous Next

## Breakthrough--How to Harness the AHA! Moments that Spark Success.

Share Actions

| | |
|---|---|
| **Registration Number / Date** | TX0008621086 / 2018-07-30 |
| **Type of Work** | Text |
| **Certificate** | View PDF |
| **Title** | Breakthrough--How to Harness the AHA! Moments that Spark Success. |
| **Application Title** | Breakthrough--How to Harness the AHA! Moments that Spark Success. |
| **Date of Creation** | 2018 |
| **Date of Publication** | 2018-07-24 |
| **Copyright Claimant** | Entrepreneur Media, Inc., Transfer: By written agreement. Address: 18061 |

FITCH, IRVINE, CA, 92614, United States.

| | |
|---|---|
| **Authorship on Application** | Scott Duffy; Citizenship: United States. Authorship: text, photograph(s) |
| **Rights and Permissions** | Ronald L. Young, Entrepreneur Media, Inc., 18061 FITCH, IRVINE, CA, 92614, United States, (949) 622-5279, ryoung@entrepreneur.com |
| **ISBN** | 978-159918-622-1 |
| **Description** | Book, 252 p. |
| **Nation of First Publication** | United States |
| **Names** | Duffy, Scott<br>Entrepreneur Media, Inc. |

◂ Previous   Next ▸

Menu

Home
Recent Records
Recent Searches
Name Directory
Help

Contact

Contact Us
Feedback

Resources

Request a Copy Estimate
Request a Search Estimate
FAQs

Copyright
U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000 or
1(877) 476-0778 (toll-free)

Disclaimer: The Copyright Public Records System (CPRS) enables access to records maintained by the U.S. Copyright Office including

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-670-137**
**Effective Date of Registration:**
October 03, 2018

## Title

**Title of Work:** Driven--The Never-Give-Up Roadmap to Massive Success

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** September 18, 2018
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-624-5

## Author

- **Author:** Manny Khoshbin
  **Author Created:** text, photograph(s)
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, IRVINE, CA, 92614, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** photograph(s)

**New material included in claim:** text

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 Fitch
IRVINE, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** September 28, 2018

---

**Registration Number**
# TX 8-683-257
**Effective Date of Registration:**
November 05, 2018

## Title

**Title of Work:** Unstoppable: A 90-Day Plan to Biohack Your Mind and Body for Success

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** October 30, 2018
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-631-3

## Author

- **Author:** Ben Angel
**Author Created:** text, photograph(s), artwork
**Work made for hire:** No
**Citizen of:** Australia

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 FITCH, IRVINE, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 FITCH
IRVINE, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** November 02, 2018



**EM15253409**

**EM15253410**

**Registration Number**
# TX 8-739-738
**Effective Date of Registration:**
January 25, 2019

## Title

**Title of Work:** The Franchise Handbook--Everything You Need to Know about Buying a Franchise

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** January 22, 2019
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-639-9

## Author

- **Author:** Mark Siebert
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, 18061 FITCH, IRVINE, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 Fitch
IRVINE, CA 92614 United States

## Certification

**Name:** Ronald L. Young



**EM15252773**

**Date**: January 22, 2019

**Registration Number**
# TX 8-764-240
**Effective Date of Registration:**
May 24, 2019
**Registration Decision Date:**
August 20, 2019

## Title

**Title of Work:** Entrepreneur Magazine's Ultimate Guide to Amazon Advertising

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** May 20, 2019
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-633-2

## Author

- **Author:** Timothy P. Seward
  **Author Created:** text, artwork
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young



**EM15252775**

**Date:** May 20, 2019

---

**Copyright Office notes:** Regarding authorship information: deposit does not contain copyrightable artwork.

**Registration Number**
# TX 8-793-679
**Effective Date of Registration:**
August 26, 2019
**Registration Decision Date:**
October 29, 2019

## Title

**Title of Work:** Stress-Less Leadership: How to Lead in Business and in Life

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** August 20, 2019
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-650-4

## Author

- **Author:** Dr. Nadine Greiner
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L Young



**EM15252777**

**Date**: August 22, 2019

---

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**TX 8-810-693**
**Effective Date of Registration:**
October 02, 2019
**Registration Decision Date:**
December 04, 2019

## Title

**Title of Work:** Elephants before Unicorns: Emotionally Intelligent HR Strategies to Save Your Company

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** September 24, 2019
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-658-0

## Author

• **Author:** Caroline Stokes
**Author Created:** text
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** September 27, 2019

---

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-891-169**
**Effective Date of Registration:**
January 21, 2020
**Registration Decision Date:**
August 27, 2020

## Title

**Title of Work:** Entrepreneur Magazine's Ultimate Guide to Link Building (Second Edition)

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** January 14, 2020
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-648-1

## Author

- **Author:** Garrett French
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

- **Author:** Eric Ward
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** text
**Previous registration and year:** TX-7-692-423, 2013

**New material included in claim:** text

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** January 15, 2020

**Correspondence:** Yes

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**TX 8-991-265**
**Effective Date of Registration:**
April 24, 2020
**Registration Decision Date:**
August 02, 2021

## Title

**Title of Work:** Start a Business at Any Age--Ageless Startup

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** April 21, 2020
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-663-4

## Author

- **Author:** Rick Terrien
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** April 21, 2020

---

Registration Number
TX 7-257-887

Effective date of registration:
September 17, 2008

## Title

**Title of Work:** 101 Ways to Turn Your Business Green - The Business Guide to Eco-Friendly Profits

## Completion / Publication

**Year of Completion:** 2008

**Date of 1st Publication:** September 1, 2008

## Author

- **Author:** Rich Mintzer

**Author Created:** Entire text

**Work made for hire:** No

**Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614

**Transfer Statement:** Author transferred copyright ownership of the Work to Claimant by written agreement

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Ronald L. Young

**Date:** September 3, 2008



EM15242333

# Copyright

**Registration Number / Date:**
TX0006408307 / 2006-07-24

**Type of Work:**
Text

**Title:**
202 high paying jobs you can land without a college degree.

**Other Title:**
High paying jobs you can land without a college degree

**Date of Creation:**
2006

**Date of Publication:**
2006-06-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
text: Jason R. Rich.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Rich, Jason R.
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16509655

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
TX0006410186 / 2006-07-21

**Type of Work:**
Text

**Title:**
202 services you can sell for big profits.

**Date of Creation:**
2005

**Date of Publication:**
2005-08-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
text: James Stephenson.

**Copyright Note:**
Cataloged from appl.

**Names:**
Stephenson, James
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16511040

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Registration Number
TX 7-037-396

Effective date of registration:
July 15, 2008

## Title

**Title of Work:** 202 Things You Can Buy and Sell for Big Profits (2nd Edition)

**Previous or Alternative Title:** 202 Things You Can Buy and Sell For Big Profits

## Completion / Publication

**Year of Completion:** 2007

**Date of 1st Publication:** July 1, 2008

## Author

- **Author:** James Stephenson

**Author Created:** Entire text

**Work made for hire:** No

**Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

- **Author:** Jason R. Rich

**Author Created:** Entire text

**Work made for hire:** No

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614

**Transfer Statement:** Authors transferred copyright ownership of the Work to Claimant by written agreement.

## Limitation of copyright claim

**Material excluded from this claim:** Prior version in 2004 under title "202 Things You Can Buy and Sell For Big Profits"

**Previously registered:** Yes



EM15242337

**Previous registration and year:** TX 6-418-126 2006

**New material included in claim:** New and revised text.

## Certification

**Name:** Ronald L. Young

**Date:** July 11, 2008



EM15242338

Copyright

---

**Registration Number / Date:**
TX0006404975 / 2006-06-27

**Type of Work:**
Text

**Title:**
202 things you can make and sell for big profits.

**Other Title:**
Things you can make and sell for big profits

**Date of Creation:**
2005

**Date of Publication:**
2005-10-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
entire text: James Stephenson.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Stephenson, James
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16506593

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

---

**Registration Number / Date:**
TX0006417715 / 2006-07-28

**Type of Work:**
Text

**Title:**
202 ways to supplement your retirement income.

**Other Title:**
Ways to supplement your retirement income

**Date of Creation:**
2005

**Date of Publication:**
2005-10-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
text: James Stephenson.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Stephenson, James
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16515156

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Registration Number
TX 7-257-663

Effective date of registration:
September 17, 2008

## Title

**Title of Work:** 3 Weeks to Startup - A High-Speed Guide to Starting a Business

## Completion / Publication

**Year of Completion:** 2008

**Date of 1st Publication:** September 1, 2008

## Author

- **Author:** Tim Berry

**Author Created:** Entire text

**Work made for hire:** No

**Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

- **Author:** Sabrina Parsons

**Author Created:** Entire text

**Work made for hire:** No

**Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc., dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614

**Transfer Statement:** Authors transferred copyright ownership of the Work to Claimant by written agreement.

## Limitation of copyright claim

**Previously registered:** No

## Certification



EM15242341

**Name:** Ronald L. Young

**Date:** September 3, 2008

---

Copyright

**Registration Number / Date:**
TX0004914844 / 1999-01-07

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's 303 marketing tips :guaranteed to boost your business /by Rieva Lesonsky and Leann Anderson.

**Variant Title:**
Entrepreneur magazine's 303 marketing tips : guaranteed to boost your business

**Other Title:**
303 marketing tips : guaranteed to boost your business

**Date of Creation:**
1998

**Date of Publication:**
1999-01-01

**Copyright Claimant:**
Entrepreneur Media, Inc. (employer for hire)

**Description:**
303 p.

**Imprint:**
[S.l.] : Entrepreneur Media, c1999.

**Names:**
Lesonsky, Rieva
Anderson, Leann
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_15578174

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact

the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Registration Number
**TXu 1-641-982**

**Effective date of registration:**
March 27, 2009

## Title

**Title of Work:** Entrepreneur Magazine's 55 Surefire Food-Related Businesses You Can Start for Under $5,000

## Completion / Publication

**Year of Completion:** 2009

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press
  **Author Created:** Entire text
  **Work made for hire:** Yes
  **Domiciled in:** United States
  **Anonymous:** No **Pseudonymous:** No
- **Author:** Cheryl Kimball
  **Author Created:** Entire text
  **Work made for hire:** No
  **Domiciled in:** United States
  **Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA 92614

**Transfer Statement:** Author Cheryl Kimball transferred copyright ownership of the Work to Claimant by written agreement.

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Ronald L. Young

**Date:** March 23, 2009

**Registration Number:**
TX 6-954-180

**Effective date of registration:**
July 15, 2008

## Title

**Title of Work:** 75 Green Buisnesses You Can Start to Make Money and Make a Difference

## Completion / Publication

**Year of Completion:** 2008

**Date of 1st Publication:** July 1, 2008

## Author

- **Author:** Glenn Croston, Ph.D.

  **Author Created:** Entire text

  **Work made for hire:** No

  **Domiciled in:** United States

  **Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614

**Transfer Statement:** Author transferred copyright ownership of the Work to Claimant by written agreement.

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Ronald L. Young

**Date:** July 10, 2008



**EM15242352**

Registration Number
**TX 9-572-621**
**Effective Date of Registration:**
November 05, 2025
**Registration Decision Date:**
March 09, 2026

## Title

**Title of Work:** Brand Renegades: Our Fearless Path from Startup to Global Brand

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** May 25, 2021
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781642011227

## Author

- **Author:** Sean Dowdell
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

- **Author:** Thora Dowdell
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
1651 East 4th Street, #125, Santa Ana, CA, 92701, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, LLC
**Address:** 1651 East 4th Street, #125

Santa Ana, CA 92701 United States

## Certification

**Name:** Ronald L.. Young
**Date:** October 27, 2025

**Registration Number**
TX 7-500-477
**Effective date of registration:**
February 21, 2012

## Title

**Title of Work:** Business Networking and Sex (not what you think)

## Completion / Publication

**Year of Completion:** 2011
**Date of 1st Publication:** January 1, 2012 **Nation of 1st Publication:** United States

## Author

- **Author:** Hazel M. Walker
  **Author Created:** text
  **Citizen of:** United States **Domiciled in:** United States
- **Author:** Frank J. Raffele Jr.
  **Author Created:** text
  **Citizen of:** United States **Domiciled in:** United States
- **Author:** Ivan Misner, Ph.D.
  **Author Created:** text
  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States
**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279
**Address:** 2445 McCabe Way, Suite 400
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** February 16, 2012

Copyright

**Registration Number / Date:**
TX0005027403 / 1999-08-09

**Type of Work:**
Text

**Title:**
Business plans made easy /by Mark Henricks.

**Date of Creation:**
1999

**Date of Publication:**
1999-04-01

**Copyright Claimant:**
Entrepreneur Media, Inc. (employer for hire)

**Description:**
303 p.

**Imprint:**
Irvine, CA : Entrepreneur Media, c1999.

**Names:**
Henricks, Mark
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_15649546

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

**Registration Number / Date:**
TX0005659820 / 2002-12-26

**Type of Work:**
Text

**Title:**
Business plans made easy :it's not as hard as you think /Mark Henricks and John Riddle.

**Date of Creation:**
2002

**Date of Publication:**
2002-06-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Description:**
366 p.

**Imprint:**
[Irvine, CA] : Entrepreneur Press, c2002.

**Edition:**
2nd ed.

**Names:**
Henricks, Mark
Riddle, John
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16044050

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal

information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
TX0006526027 / 2007-01-21

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's the business traveler guide to Las Vegas.

**Other Title:**
The business traveler guide to Las Vegas

**Date of Creation:**
2007

**Date of Publication:**
2007-02-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
entire text: Jason R. Rich.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Rich, Jason R.
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20738030

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
TX0006557166 / 2007-04-20

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's pocket guides :buy or lease a car without getting taken for a ride.

**Date of Creation:**
2007

**Date of Publication:**
2007-04-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
entire work (excluding clip art): Entrepreneur Press d.b.a. Entrepreneur Media, Inc., employer for hire, & Jason R. Rich.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Rich, Jason R.
Entrepreneur Media, Inc.
Entrepreneur Press

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20726578

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Registration Number
**TXu 1-688-536**

**Effective date of registration:**
March 24, 2008

## Title

**Title of Work:** Entrepreneur Magazine's Legal Guide: Buying and Selling a Business - Choose the Right Transactions, Maximize the Value of Your Sale or Purchase, Strategically Negotiate and Win

## Completion / Publication

**Year of Completion:** 2007

## Author

- **Author:** Ira Nottonson

**Author Created:** Entire text

**Work made for hire:** No

**Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc

2445 McCabe Way, Suite 400, Irvine, CA, 92614

**Transfer Statement:** Author transferred copyright ownership of the Work to Claimant by written agreement

## Certification

**Name:** Robert L. Young

**Date:** March 17, 2008

Registration Number
**TX 9-298-917**
**Effective Date of Registration:**
June 07, 2023
**Registration Decision Date:**
August 14, 2023

## Title

**Title of Work:** Content is King: The Complete Guide to Writing Website Content that Sells

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** April 11, 2023
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781642011173

## Author

- **Author:** Laura Briggs
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
2 Executive Circle, #150, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 2 Executive Circle, #150
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

**Date:** June 01, 2023

---

# Copyright

---

**Registration Number / Date:**
TX0006407735 / 2006-08-08

**Type of Work:**
Text

**Title:**
Customer service from the inside out made easy.

**Date of Creation:**
2006

**Date of Publication:**
2006-03-01

**Copyright Claimant:**
Entrepreneur Media, Inc. (d.b.a. Entrepreneur Press)

**Authorship on Application:**
text: Paul Levesque.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Levesque, Paul
Entrepreneur Media, Inc.
Entrepreneur Press

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16509130

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number:**
TX 6-954-160

**Effective date of registration:**
July 15, 2008

## Title

**Title of Work:** Entrepreneur Magazine's ClickStarts - Design and Launch an Online E-Commerce Business in a Week

## Completion / Publication

**Year of Completion:** 2008

**Date of 1st Publication:** July 1, 2008

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press

  **Author Created:** Entire text

  **Work made for hire:** Yes

  **Domiciled in:** United States

  **Anonymous:** No **Pseudonymous:** No

- **Author:** Jason R. Rich

  **Author Created:** Entire text

  **Work made for hire:** No

  **Domiciled in:** United States

  **Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614

**Transfer Statement:** Author in Space 2b transferred copyright ownership of the Work to Claimant by written agreement.

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Ronald L. Young

**Date:** July 10, 2008

Registration Number
TX 7-080-765

Effective date of registration:
June 12, 2009

## Title

**Title of Work:** Entrepreneur Magazine's ClickStarts: Design and Launch an Online Travel Business in a Week

## Completion / Publication

**Year of Completion:** 2009

**Date of 1st Publication:** June 1, 2009

## Author

- **Author:** Charlene Davis

**Author Created:** Entire text

**Work made for hire:** No

**Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press

**Author Created:** Entire text

**Work made for hire:** Yes

**Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA 92614

**Transfer Statement:** Author in Space 2b transferred copyright ownership of the Work to Claimant by written agreement.

## Limitation of copyright claim

**Previously registered:** No

## Certification



EM15242324

**Name:** Ronald L. Young

**Date:** June 10, 2009

# Copyright

**Registration Number / Date:**
TX0006483619 / 2006-12-05

**Previous Registration:**
Appl. states some text by others.

**Type of Work:**
Text

**Title:**
Dirty little secrets :what the credit bureaus won't tell you.

**Date of Creation:**
2006

**Date of Publication:**
2006-07-01

**Copyright Claimant:**
Entrepreneur Media, Inc. d.b.a. Entrepreneur Press

**Authorship on Application:**
text: Jason R. Rich;text: Entrepreneur Press d.b.a. of Entrepreneur Media, Inc., employer for hire.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Rich, Jason R.
Entrepreneur Media, Inc.
Entrepreneur Press

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16556604

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal

information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Registration Number
**TX 8-555-165**
**Effective Date of Registration:**
January 25, 2018

## Title

**Title of Work:** Disrupters--Success Strategies from Women Who Break the Mold

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** January 16, 2018
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-620-7

## Author

- **Author:** Dr. Patti Fletcher
**Author Created:** text
**Work made for hire:** No
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 FITCH, IRVINE, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 FITCH
IRVINE, CA 92614 United States

## Certification

**Name:** RONALD L YOUNG
**Date:** January 18, 2018

Registration Number
TX 7-034-294

Effective date of registration:
September 26, 2008

## Title

**Title of Work:** Doing Business Beyond America's Borders - The Do's, Don't and Other Details of Conducting Business in 40 Countries

## Completion / Publication

**Year of Completion:** 2008

**Date of 1st Publication:** September 1, 2008

## Author

- **Author:** Lawrence W. Tuller

**Author Created:** Entire text

**Work made for hire:** No

**Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA 92614

**Transfer Statement:** Author transferred copyright ownership of the Work to Claimant by written agreement.

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Ronald L. Young

**Date:** September 17, 2008



EM15242232

# Copyright

**Registration Number / Date:**
TX0005807585 / 2003-07-03

**Type of Work:**
Text

**Title:**
The driving force :extraordinary results with ordinary people /Peter W. Schutz.

**Date of Creation:**
2003

**Date of Publication:**
2003-02-15

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Description:**
327 p.

**Imprint:**
[S.l.] : Entrepreneur Press, c2003.

**Imprint:**
[S.l.] : Entrepreneur Press, c2003.

**Names:**
Schutz, Peter W.
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16128391

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

**Registration Number / Date:**
TX0005807586 / 2003-07-03

**Type of Work:**
Text

**Title:**
E2 using the power of ethics and etiquette in American business /Phyllis Davis.

**Date of Creation:**
2003

**Date of Publication:**
2003-04-15

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Description:**
327 p.

**Imprint:**
[S.l.] : Entrepreneur Press, c2003.

**Names:**
Davis, Phyllis 1949-
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16128392

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Registration Number
**TX 9-093-185**
**Effective Date of Registration:**
May 17, 2021
**Registration Decision Date:**
March 12, 2022

## Title

**Title of Work:** Entrepreneur Kids: All About Money

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** March 16, 2021
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-61308-452-6

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** text, photograph(s), artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** April 30, 2021

**Registration Number**
TX 7-022-459
**Effective date of registration:**
February 18, 2009

## Title

**Title of Work:** 55 Surefire Homebased Businesses: You Can Start Under $5,000

## Completion / Publication

**Year of Completion:** 2008

**Date of 1st Publication:** January 1, 2009

## Author

- **Author:** Entrepreneur Press dba Entrepreneur Media, Inc.

  **Author Created:** Entire text

  **Work made for hire:** No

  **Anonymous:** No **Pseudonymous:** No

- **Author:** Cheryl Kimball

  **Author Created:** Entire text

  **Work made for hire:** No

  **Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614

**Transfer Statement:** Author in Space 2b transferred copyright ownership of the Work to Claimant by written agreement.

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Ronald L. Young

**Date:** January 28, 2009



**EM15242349**

**Copyright Office notes:** Regarding copyright claimant: "author in space 2b" refers to the second author named above, Cheryl Kimball.



EM15242350

# Copyright

---

**Registration Number / Date:**
TX0005475883 / 2000-12-28

**Type of Work:**
Text

**Title:**
Grow your business /Mark Henricks.

**Date of Creation:**
2000

**Date of Publication:**
2001-02-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Description:**
439 p.

**Imprint:**
Irvine, CA : Entrepreneur Press, c2001.

**Copyright Note:**
C.O. correspondence.

**Names:**
Henricks, Mark
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_15928187

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

---

**Registration Number / Date:**
TX0006541897 / 2007-03-28

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's legal guide :Business contracts : turn any business contract to your advantage.

**Other Title:**
Business contracts : turn any business contract to your advantage
Legal guide

**Date of Creation:**
2007

**Date of Publication:**
2006-03-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
text: Laura Plimpton.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Plimpton, Laura
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20738505

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal

information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

* *

**Registration Number:**

TX 6-929-777

**Effective date of registration:**

December 12, 2007

## Title

**Title of Work:** Entrepreneur Magazine's Legal Guide: Business Structures - How to Form a Corporation - LLC - Partnership - Sole Proprietorship

## Completion / Publication

**Year of Completion:** 2007

**Date of 1st Publication:** November 1, 2007 **Nation of 1st Publication:** United States

## Author

- **Author:** Michael Spadaccini

**Author Created:** Entire text

**Work made for hire:** No

**Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA 92614

**Transfer Statement:** Author transferred copyright ownership of the Work to Claimant by written agreement.

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Ronald L. Young

**Date:** November 14, 2007



EM15242407

# Copyright

**Registration Number / Date:**
TX0006493340 / 2007-01-08

**Type of Work:**
Text

**Title:**
Entrepreneur Magazine's start your own self-publishing business.

**Other Title:**
Start your own self-publishing business

**Date of Creation:**
2003

**Date of Publication:**
2003-06-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
entire text: Rob Adams, Terry Adams.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Adams, Rob
Adams, Terry
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16561681

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

**Registration Number / Date:**
TX0006493343 / 2007-01-08

**Type of Work:**
Text

**Title:**
Entrepreneur Magazine's startup :e-Business.

**Other Title:**
e-Business

**Date of Creation:**
2005

**Date of Publication:**
2005-03-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
entire text: Entrepreneur Press, d.b.a. Entrepreneur Media, Inc., Robert McGarvey, Melissa Campanelli.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
McGarvey, Robert
Campanelli, Melissa
Entrepreneur Media, Inc.
Entrepreneur Press

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16561684

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal

information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
TX0006499297 / 2007-01-11

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's startup :start your own bed & breakfast.

**Date of Creation:**
2004

**Date of Publication:**
2004-05-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
entire text: Ron and Terry Adams & Entrepreneur Press d.b.a. Entrepreneur Media, Inc., employer for hire.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Adams, Rob
Adams, Terry
Entrepreneur Media, Inc.
Entrepreneur Press

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20928476

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

* *

**Registration Number:**

TXu 1-601-530

**Effective date of registration:**

December 11, 2007

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Bed & Breakfast - Your Step-by-Step Guide to Success (2nd Edition)

**Previous or Alternative Title:** Starting Your Own Bed & Breakfast

## Completion/Publication

**Year of Completion:** 2007

## Author

- **Author:** Entrepreneur Media, Inc. (dba of Entrepreneur Press)

**Author Created:** Entire text

**Work made for hire:** Yes

**Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

- **Author:** Cheryl Kimball

**Author Created:** Entire text

**Work made for hire:** No

**Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614

**Transfer Statement:** Author[Cheryl Kimball] transferred copyright ownership of the Work to claimant by written agreement

## Limitation of copyright claim

**Material excluded from this claim:** Prior version in 2004 under title: " Start Your Own Bed & Breakfast"

**Previous registration and year:** TX 6-499-297 2007

**New material included in claim:** New and revised text.

## Certification

**Name:** Ronald L. Young

**Date:** November 29, 2007

**Registration Number**
# TX 8-773-697
**Effective Date of Registration:**
July 22, 2019
**Registration Decision Date:**
September 10, 2019

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Freelance Writing Business--The Complete Guide to Starting and Scaling from Scratch (2nd Edition)

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** July 16, 2019
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-645-0

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States

- **Author:** Laura Pennington Briggs
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** text
**Previous registration and year:** TXu 1-616-122, 2008



EM15252792

**New material included in claim:** text

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** July 18, 2019

Copyright

**Registration Number / Date:**
TX0006419014 / 2006-08-18

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's ultimate guide to incorporating in any state.

**Date of Creation:**
2004

**Date of Publication:**
2004-09-01

**Copyright Claimant:**
Entrepreneur Media, Inc. d.b.a Entrepreneur Press

**Authorship on Application:**
entire text: Michael Spadaccini.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Spadaccini, Michael
Entrepreneur Media, Inc.
Entrepreneur Press

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16515971

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

**Registration Number / Date:**
TX0005249051 / 2000-07-25

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's young millionaires :inspiring stories to ignite your entrepreneurial dreams /by Rieva Lesonsky and Gayle Sato Stodder.

**Date of Creation:**
1998

**Date of Publication:**
1998-11-01

**Copyright Claimant:**
Entrepreneur Media, Inc. (employer for hire)

**Description:**
200 p.

**Imprint:**
Irvine, CA : Entrepreneur Media, c1998.

**Names:**
Lesonsky, Rieva
Stodder, Gayle Sato
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_15778002

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

**Registration Number / Date:**
TX0005546603 / 2002-06-04

**Type of Work:**
Text

**Title:**
Winning the net game :becoming profitable now that the web rules have changed /Caroline Howard.

**Date of Creation:**
2002

**Date of Publication:**
2002-06-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Description:**
298 p.

**Imprint:**
[Irvine, CA] : Entrepreneur Press, c2002.

**Names:**
Howard, Caroline
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_15973089

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
TX0007063651 / 2008-10-30

**Type of Work:**
Text

**Title:**
Entrepreneur Magazine's Pocket Guides: Start Your Retail Career.

**Application Title:**
Entrepreneur Magazine's Pocket Guides: Start Your Retail Career.

**Date of Creation:**
2007

**Date of Publication:**
2008-03-01

**Copyright Claimant:**
Entrepreneur Media, Inc., Transfer: Author in Space 2b transferred copyright ownership of the work to claimant by written agreement. Address: 2445 McCabe Way, Suite 400, Irvine, CA, 92614.

**Authorship on Application:**
Entrepreneur Media, Inc., Domicile: United States. employer for hire; Authorship: Entire text.
Stephanie O'Malley; Domicile: United States. Authorship: Entire text.

**Description:**
Book, 222 p.

**Copyright Note:**
C.O. correspondence.

**Nation of First Publication:**
United States

**Names:**
O'Malley, Stephanie
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_23319299

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Registration Number
**TX 9-438-443**
**Effective Date of Registration:**
September 16, 2024
**Registration Decision Date:**
October 24, 2024

## Title

**Title of Work:** Building, Marketing, and Scaling Your New Business

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** August 06, 2024
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781642011739

## Author

- **Author:** Stephanie Diamond
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

- **Author:** Staff of Entrepreneur Media
  **Author Created:** text, artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, LLC
1651 East 4th Street, #125, Santa Ana, California, 92701, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, LLC
**Telephone:** (949)622-5279

**Address:** 1651 East 4th Street, #125
Santa Ana, CA 92701 United States

## Certification

**Name:** Ronald L. Young
**Date:** September 11, 2024

**Copyright Office notes:** Regarding authorship information: Deposited work contains no artwork.

Registration Number
**TX 9-448-612**
**Effective Date of Registration:**
June 13, 2024
**Registration Decision Date:**
December 02, 2024

## Title

**Title of Work:** Creating, Planning and Funding Your New Business

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** April 02, 2024
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781642011722

## Author

- **Author:** Entrepreneur Media, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States

- **Author:** Stephanie Diamond
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, LLC
1651 East 4th Street, #125, Santa Ana, CA, 92701, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, LLC
**Address:** 1651 East 4th Street, #125



EM15242314

Santa Ana, CA 92701 United States

## Certification

**Name:** Ronald L. Young
**Date:** June 11, 2024

**Registration Number**
# TX 9-234-198
**Effective Date of Registration:**
February 06, 2023
**Registration Decision Date:**
March 15, 2023

## Title

**Title of Work:** Entrepreneur Startup: Start Your Own Pet Business--Your Step-by-Step Guide to Success, Second Edition

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** January 10, 2023
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781599186696

## Author

- **Author:** Entrepreneur Media, Inc., dba Entrepreneur Press
  **Author Created:** text, artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

- **Author:** Rich Mintzer
  **Author Created:** text
  **Work made for hire:** No
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
2 Executive Circle, #150, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** text, artwork
**Previous registration and year:** TX0007108299, 2009

**New material included in claim:** text, artwork



**EM15253092**

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 2 Executive Circle, #150
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** February 02, 2023

---

**Copyright Office notes:** Regarding title information: Edition statement added by Copyright Office from deposit.



**EM15253093**

Registration Number
**TX 8-831-401**
**Effective Date of Registration:**
October 25, 2019
**Registration Decision Date:**
February 03, 2020

## Title

**Title of Work:** Entrepreneur Voices on Careers

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** October 22, 2019
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-659-7

## Author

- **Author:** Entrepreneur Media, Inc.
**Author Created:** text
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** October 22, 2019

---

**Copyright Office notes:** Basis for Registration: Collective work.

Registration Number
**TX 8-572-096**
Effective Date of Registration:
April 04, 2018

## Title

**Title of Work:** Entrepreneur Voices on Company Culture

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** March 27, 2018
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-626-9

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** text, artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 FITCH, Irvine, CA, 92614, United States

## Limitation of copyright claim

**Material excluded from this claim:** Foreword Jason Feifer

**New material included in claim:** text by Entrepreneur Media, Inc

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 Fitch
IRVINE, CA 92614 United States

## Certification



EM15242241

**Name:** RONALD L YOUNG
**Date:** March 27, 2018
**Applicant's Tracking Number:** 18061 Fitch Avenue

---

**Correspondence:** Yes

Registration Number
**TX 8-614-314**
**Effective Date of Registration:**
January 24, 2018

## Title

**Title of Work:** Entrepreneur Voices on Effective Leadership

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** January 16, 2018
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-617-7

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** text of contributions, compilation of contributions
  **Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 FITCH, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 FITCH
IRVINE, CA 92614 United States

## Certification

**Name:** RONALD L YOUNG
**Date:** January 18, 2018

**Correspondence:** Yes

Registration Number
**TX 8-702-477**
**Effective Date of Registration:**
December 03, 2018

## Title

**Title of Work:** Entrepreneur Voices on Emotional Intelligence

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** October 30, 2018
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-635-1

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 FITCH
IRVINE, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** October 30, 2018

Registration Number
**TX 8-585-156**
**Effective Date of Registration:**
February 22, 2018

## Title

**Title of Work:** Entrepreneur Voices on Strategic Management

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** February 13, 2018
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-618-4

## Author

- **Author:** The Staff of Entrepreneur Media, Inc.
  **Author Created:** text, artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 FITCH, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** RONALD L. YOUNG
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 18061 FITCH
IRVINE, CA 92614 United States

## Certification

**Name:** RONALD L YOUNG
**Date:** February 14, 2018

---

**Correspondence:** Yes

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Registration Number
**TX 8-668-375**
**Effective Date of Registration:**
October 03, 2018

## Title

**Title of Work:** Entrepreneur Voices on the Science of Success

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** September 25, 2018
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-634-4

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 Fitch
IRVINE, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** September 28, 2018

* *

**Registration Number:**

TX 6-911-963

**Effective date of registration:**

November 19, 2007

## Title

**Title of Work:** The Entrepreneur's Almanac 2008-2009 - Fundamentals, Facts and Figures You Need to Run and Grow Your Business

## Completion / Publication

**Year of Completion:** 2007

**Date of 1st Publication:** November 1, 2007 **Nation of 1st Publication:** United States

## Author

- **Author:** Jacquelyn Lynn

**Work made for hire:** No

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine,, CA, 92614

**Transfer Statement:** Author transferred copyright ownership of the Work to Claimant by written agreement.

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Ronald L. Young, authorized agent of Entrepreneur Media, Inc.

**Date:** November 14, 2007



EM15242249

# Copyright

**Registration Number / Date:**
TX0005476080 / 2002-01-23

**Type of Work:**
Text

**Title:**
Franchises & business opportunities /Andrew A. Caffey.

**Date of Creation:**
2001

**Date of Publication:**
2002-01-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Description:**
208 p.

**Imprint:**
[S.l.] : Entrepreneur Press, c2002.

**Imprint:**
[S.l.] : Entrepreneur Press, c2002.

**Names:**
Caffey, Andrew A.
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_15928362

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
TX0006571599 / 2007-05-10

**Type of Work:**
Text

**Title:**
Entrepreneur magazines's legal guide :estate planning, wills and trusts.

**Date of Creation:**
2007

**Date of Publication:**
2007-05-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
W. Rod Stern.

**Copyright Note:**
Cataloged from appl.

**Names:**
Stern, W. Rod
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20752480

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
TX0006571599 / 2007-05-10

**Type of Work:**
Text

**Title:**
Entrepreneur magazines's legal guide :estate planning, wills and trusts.

**Date of Creation:**
2007

**Date of Publication:**
2007-05-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
W. Rod Stern.

**Copyright Note:**
Cataloged from appl.

**Names:**
Stern, W. Rod
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20752480

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

---

**Registration Number / Date:**
TX0006578142 / 2007-06-21

**Type of Work:**
Text

**Title:**
Entrepreneur Magazine's Expand your business using eBay :how eBay can take an existing business to new heights.

**Other Title:**
Expand your business using eBay : how eBay can take an existing business to new heights

**Date of Creation:**
2007

**Date of Publication:**
2007-06-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
entire text: J. S. McDougall.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
McDougall, J. S.
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_21037304

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal

information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

**Registration Number / Date:**
TX0005364366 / 2001-04-09

**Type of Work:**
Text

**Title:**
Extreme entrepreneur /Mark Baven.

**Date of Creation:**
2001

**Date of Publication:**
2001-04-01

**Copyright Claimant:**
Lark Productions, LLC

**Description:**
210 p.

**Imprint:**
[S.l.] : Entrepreneur Press, c2001.

**Imprint:**
[S.l.] : Entrepreneur Press, c2001.

**Names:**
Baven, Mark
Lark Productions, LLC

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_15854886

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

---

**Registration Number / Date:**
TX0005308887 / 2000-10-05

**Type of Work:**
Text

**Title:**
Extreme investor /Rand Rodman with Don Logay.

**Date of Creation:**
2000

**Date of Publication:**
2000-10-01

**Copyright Claimant:**
Lark Productions, Inc.

**Description:**
240 p.

**Imprint:**
Irvine, CA : Entrepreneur Press, c2000.

**Copyright Note:**
C.O. correspondence.

**Imprint:**
Irvine, CA : Entrepreneur Press, c2000.

**Names:**
Rodman, Rand
Logay, Don
Lark Productions, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_15819343

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright

Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Registration Number
**TX 8-341-796**
**Effective Date of Registration:**
November 09, 2016

## Title

**Title of Work:** Finance Your Business: Secure Funding to Start, Run, and Grow Your Business

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** November 01, 2016
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-597-2

## Author

- **Author:** The Staff of Entrepreneur Media, Inc.
**Author Created:** text
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch Avenue, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 18061 Fitch Avenue
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** November 04, 2016

Copyright

**Registration Number / Date:**
TX0005250237 / 2000-07-24

**Type of Work:**
Text

**Title:**
Financial fitness in 45 days :the complete guide to shaping your personal finances /Lorayne Fiorillo.

**Date of Creation:**
1999

**Date of Publication:**
2000-03-09

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
Lorayne Fiorillo, author of work made for hire.

**Description:**
367 p.

**Imprint:**
Irvine, CA : Entrepreneur Press, c2000.

**Names:**
Fiorillo, Lorayne
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_15779163

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
TX0006824834 / 2007-09-11

**Type of Work:**
Text

**Title:**
Finding Foreclosures.

**Application Title:**
Finding Foreclosures.

**Date of Creation:**
2007

**Date of Publication:**
September 01, 2007

**Copyright Claimant:**
Entrepreneur Media, Inc., Transfer: Authors transferred copyright ownership of the Work to Claimant by written agreement.. Address: 2445 McCabe Way, Suite 400, Irvine, CA, 92614

**Authorship on Application:**
Danielle Babb; Domicile: United States. Authorship: Entire text.
Bill Nazur; Domicile: United States. Authorship: Entire text.

**Description:**
Book, 168 p.

**Nation of First Publication:**
United States

**Names:**
Babb, Danielle
Nazur, Bill
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_21954488

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
TX0006541896 / 2007-03-19

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's legal guide :Forming a partnership and making it work.

**Other Title:**
Forming a partnership and making it work
Legal guide

**Date of Creation:**
2007

**Date of Publication:**
2006-03-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
text: Ira Nottonson.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Nottonson, Ira
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20738504

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal

information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
TX0006594257 / 2007-06-26

**Type of Work:**
Text

**Title:**
Entrepreneur Magazine's Legal guide :forming an LLC in any state.

**Date of Creation:**
2006

**Date of Publication:**
2007-03-15

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
on entire text: Michael Spadaccini.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Spadaccini, Michael
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_21038480

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
TX0006819019 / 2007-08-16

**Previous Registration:**
2006, TX 6-400-803.

**Type of Work:**
Text

**Title:**
Entrepreneur Magazine's Franchise Bible: How to Buy A Franchise or Franchise Your Own Business (6th Edition)

**Application Title:**
Entrepreneur Magazine's Franchise Bible - How to Buy A Franchise or Franchise Your Own Business (6th Edition)

**Alternative Title on Application:**
Franchise Bible, 5th Edition

**Date of Creation:**
2007

**Date of Publication:**
June 01, 2007

**Copyright Claimant:**
Entrepreneur Media, Inc., Transfer: Author transferred copyright ownership of the Work to Claimant by written agreement.. Address: 2445 McCabe Way, Suite 400, Irvine, CA 92614

**Authorship on Application:**
Erwin J. Keup; Domicile: United States. Authorship: Entire text.

**Basis of Claim:**
New and revised text.

**Material Excluded:**
Prior version in 2004 under title: "Franchise Bible: How to Buy a Franchise or Franchise Your Own Business, 5e".

**Description:**
Book, 331 p.

**Imprint:**

Entrepreneur Press

**Edition:**
Sixth Ed.

**Nation of First Publication:**
United States

**Names:**
Keup, Erwin J.
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_21918981

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Registration Number
**TX 8-369-339**
**Effective Date of Registration:**
January 26, 2017

## Title

**Title of Work:** Franchise Bible--How to Buy a Franchise or Franchise Your Own Business (8th edition)

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** January 10, 2017
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781599186009

## Author

- **Author:** Rick J. Grossman
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch Avenue, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** text
**Previous registration and year:** TX7-589-056, 2012
TX6-819091, 2007

**New material included in claim:** text

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 18061 Fitch Avenue

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** January 24, 2017

Registration Number
**TX 9-580-774**
**Effective Date of Registration:**
November 24, 2025
**Registration Decision Date:**
April 06, 2026

## Title

**Title of Work:** Franchise Bible: How to Buy a Franchise or Franchise Your Own Business (9th edition)

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 20, 2021
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781642011388

## Author

- **Author:** Rick Grossmann
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

- **Author:** Michael J. Katz
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
1651 East 4th Street, #125, Santa Ana, CA, 92701, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** text, artwork
**Previous registration and year:** TX 0008369339, 2017
TX0007589056, 2012

**New material included in claim:** text, artwork

## Rights and Permissions

**Organization Name:** Entrepreneur Media, LLC
**Address:** 1651 East 4th Street, #125
Santa Ana, CA 92701 United States

## Certification

**Name:** Ronald L., Young
**Date:** October 27, 2025

Registration Number
**TX 8-224-068**
**Effective Date of Registration:**
January 22, 2016

## Title

**Title of Work:** Franchise Your Business: The Guide to Employing the Greatest Growth Strategy Ever

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** January 01, 2016
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781599185811

## Author

- **Author:** Mark Siebert
  **Author Created:** text
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young



EM15242271

**Date:** January 18, 2016

Registration Number
**TX 9-422-554**
**Effective Date of Registration:**
June 13, 2024
**Registration Decision Date:**
August 29, 2024

## Title

**Title of Work:** Franchise Your Business--The Guide to Employing the Greatest Growth Strategy Ever (2nd Edition)

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** May 28, 2024
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781642011593

## Author

- **Author:** Mark Siebert
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, LLC
1651 East 4th Street, #125, Santa Ana, CA 92701, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** text, artwork
**Previous registration and year:** TX0008224068, 2016

**New material included in claim:** text

## Rights and Permissions

**Organization Name:** Entrepreneur Media, LLC
**Address:** 1651 East 4th Street, #125



EM15242273

Santa Ana, CA 92701 United States

## Certification

**Name:** Ronald L. Young
**Date:** June 11, 2024

**Correspondence:** Yes



EM15242274

Registration Number
**TX 9-438-445**
**Effective Date of Registration:**
September 16, 2024
**Registration Decision Date:**
October 24, 2024

## Title

**Title of Work:** Fund Your Business--Smart Strategies to Secure Financing

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** June 25, 2024
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781642011609

## Author

- **Author:** Staff of Entrepreneur Media
  **Author Created:** text, artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, LLC
1651 East 4th Street, #125, Santa Ana, California, 92701, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, LLC
**Name:** Ronald L.. Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 1651 East 4th Street, #125
Santa Ana, CA 92701 United States

## Certification



EM15242278

**Name:** Ronald L.. Young
**Date:** September 11, 2024

---

**Copyright Office notes:** Regarding authorship information: Deposited work contains no artwork. Registered as a literary work containing text and tables.

# Copyright

**Registration Number / Date:**
TX0005080522 / 1999-10-06

**Type of Work:**
Text

**Title:**
Gen E :Generation Entrepreneur is rewriting the rules of business--and you can, too! /Brian O'Connell.

**Variant Title:**
Gen E : Generation Entrepreneur is rewriting the rules of business--and you can, too!

**Date of Creation:**
1999

**Date of Publication:**
1999-10-01

**Copyright Claimant:**
Entrepreneur Media, Inc. (employer for hire)

**Description:**
337 p.

**Imprint:**
Irvine, CA : Entrepreneur Press, c1999.

**Imprint:**
Irvine, CA : Entrepreneur Press, c1999.

**Names:**
O'Connell, Brian
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_15675618

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on

searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Registration Number
TX 7-011-912
Effective date of registration:
August 17, 2009

## Title

**Title of Work:** Get Connected: The Social Networking Toolkit for Business

## Completion / Publication

**Year of Completion:** 2009

**Date of 1st Publication:** August 1, 2009 **Nation of 1st Publication:** United States

## Author

- **Author:** Starr Hall
  **Author Created:** text
  **Citizen of:** United States **Domiciled in:** United States
- **Author:** Chadd Rosenberg
  **Author Created:** text
  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400
Irvine, CA 92614 United States

## Certification

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

**Name:** Ronald L. Young

**Date:** August 13, 2009

---

# Copyright

**Registration Number / Date:**
TX0005132539 / 1999-11-05

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's Get smart! :365 tips to boost your entrepreneurial IQ /Rieva Lesonsky, editorial director.

**Other Title:**
Get smart!

**Date of Creation:**
1999

**Date of Publication:**
1999-11-01

**Copyright Claimant:**
Entrepreneur Media, Inc. (employer for hire)

**Description:**
379 p.

**Imprint:**
Irvine, CA : Entrepreneur Press, c1999.

**Copyright Note:**
C.O. correspondence.

**Names:**
Lesonsky, Rieva
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_15705552

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright

Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
TX0006566591 / 2007-04-18

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's pocket guides :get the raise!

**Date of Creation:**
2007

**Date of Publication:**
2007-04-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
entire text: Jason R. Rich;entire text: Entrepreneur Press d.b.a. Entrepreneur Media, Inc., employer for hire.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Rich, Jason R.
Entrepreneur Media, Inc.
Entrepreneur Press
Entrepreneur Media, Inc. Entrepreneur Press

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20865804

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

---

**Registration Number / Date:**
TX0006404225 / 2006-07-07

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's Great big book of business lists.

**Date of Creation:**
2006

**Date of Publication:**
2006-05-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
text: Courtney Thurman and Ashley Gardner.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Thurman, Courtney
Gardner, Ashley
Entrepreneur Media, Inc.
Entrepreneur magazine

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16505939

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
TX0006392329 / 2006-07-20

**Type of Work:**
Text

**Title:**
Entrepreneur's great big book on real estate investing :everything you need to know to create wealth in real estate.

**Date of Creation:**
2005

**Date of Publication:**
2005-08-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
text: Stuart Leland Rider.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Rider, Stuart Leland
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16501190

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Registration Number
**TX 9-332-990**
**Effective Date of Registration:**
September 14, 2023
**Registration Decision Date:**
November 22, 2023

## Title

**Title of Work:** Grow Your Business: Scale Your Business for Long-Term Success

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** August 08, 2023
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781642011500

## Author

- **Author:** Eric Butow
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

- **Author:** Entrepreneur Media
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
2 Executive Circle, #150, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 2 Executive Circle, #150

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** September 08, 2023

**Correspondence:** Yes



EM15242290

Registration Number
TX 7-212-053

Effective date of registration:
July 15, 2010

## Title

**Title of Work:** Guerrilla Marketing for Nonprofits: 250 Tactics to Promote, Recruit, Motivate, and Raise More Money

## Completion / Publication

**Year of Completion:** 2010

**Date of 1st Publication:** July 1, 2010 **Nation of 1st Publication:** United States

## Author

- **Author:** Jay Conrad Levinson

  **Author Created:** text

  **Work made for hire:** No

  **Citizen of:** United States **Domiciled in:** United States

- **Author:** Frank Adkins

  **Author Created:** text

  **Work made for hire:** No

  **Citizen of:** United States **Domiciled in:** United States

- **Author:** Chris Forbes

  **Author Created:** text

  **Work made for hire:** No

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** July 12, 2010

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

**Registration Number**

TX 7-001-522

**Effective date of registration:**

August 25, 2009

## Title

**Title of Work:** Guerilla Marketing in 30 Days - 2nd Edition

**Previous or Alternative Title:** Guerilla Marketing in 30 Days

## Completion / Publication

**Year of Completion:** 2009

**Date of 1st Publication:** August 1, 2009 **Nation of 1st Publication:** United States

## Author

- **Author:** Jay Conrad Levinson

**Author Created:** text

**Work made for hire:** No

**Citizen of:** United States **Domiciled in:** United States

- **Author:** Al Lautenslager

**Author Created:** text

**Work made for hire:** No

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** text

**Previous registration and year:** TX 6-401-244 2006

**New material included in claim:** text

## Rights and Permissions



EM15255010

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** August 20, 2009

Registration Number
TX 7-910-845

Effective date of registration:
June 4, 2014

## Title

**Title of Work:** Guerrilla Marketing in 30 Days: Third Edition

## Completion / Publication

**Year of Completion:** 2014

**Date of 1st Publication:** June 1, 2014 **Nation of 1st Publication:** United States

## Author

- **Author:** Jay Conrad Levinson

**Author Created:** text

**Work made for hire:** No

**Citizen of:** United States **Domiciled in:** United States

- **Author:** Al Lautenslager

**Author Created:** text

**Work made for hire:** No

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Previous registration and year:** TX 6-401-244 2005
TX 7-001-522 2009

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** June 2, 2014

# Copyright

**Registration Number / Date:**
TX0006499992 / 2006-12-29

**Type of Work:**
Text

**Title:**
Guerilla marketing in 30 days workbook.

**Date of Creation:**
2006

**Date of Publication:**
2006-12-01

**Copyright Claimant:**
Jay Conrad Levinson & Al Lautenslager

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Levinson, Jay Conrad
Lautenslager, Al

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20693704

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number:**
TX 6-954-149
**Effective date of registration:**
July 15, 2008

## Title

**Title of Work:** Guerrilla Marketing on the Internet: The Definitive Guide from the Father of Guerrilla Marketing

## Completion / Publication

**Year of Completion:** 2008

**Date of 1st Publication:** July 1, 2008

## Author

- **Author:** Jay Conrad Levinson

**Author Created:** Entire text

**Work made for hire:** No

**Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

- **Author:** Mitch Meyerson

**Author Created:** Entire text

**Work made for hire:** No

**Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

- **Author:** Mary Eule Scarborough

**Author Created:** Entire Text

**Work made for hire:** No

**Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614

**Transfer Statement:** Authors transferred copyright ownership of the Work to Claimant by written agreement.

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Ronald L. Young

**Date:** July 10, 2008

**Registration Number**
TX 7-433-208

**Effective date of registration:**
September 15, 2011

## Title

**Title of Work:** Guerrilla Marketing Remix: The Best of Guerrilla Marketing

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** September 1, 2011 **Nation of 1st Publication:** United States

## Author

- **Author:** Jay Conrad Levinson

**Author Created:** text

**Work made for hire:** No

**Citizen of:** United States **Domiciled in:** United States

- **Author:** Jeannie Levinson

**Author Created:** text

**Work made for hire:** No

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** September 13, 2011

---

**Copyright Office notes:** Regarding deposit: work deposited is a collective work.

**Registration Number**
TX 7-258-399

**Effective date of registration:**
September 10, 2010

## Title

**Title of Work:** Guerrilla Social Media Marketing

## Completion / Publication

**Year of Completion:** 2010

**Date of 1st Publication:** September 1, 2010 **Nation of 1st Publication:** United States

## Author

- **Author:** Jay Conrad Levinson

  **Author Created:** text

  **Citizen of:** United States **Domiciled in:** United States

- **Author:** Shane Gibson

  **Author Created:** text

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400
Irvine, CA 92614 United States

## Certification

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

**Name:** Ronald L. Young

**Date:** September 3, 2010

---

Copyright

**Registration Number / Date:**
TX0006455521 / 2006-07-21

**Type of Work:**
Text

**Title:**
Hot stock market strategies :5 secret short-term trading strategies that work in a bull or bear market.

**Date of Creation:**
2005

**Date of Publication:**
2005-02-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
text: Jake Bernstein.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Bernstein, Jake
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16539550

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
TX0005372172 / 2000-10-23

**Type of Work:**
Text

**Title:**
How to dotcom /Robert McGarvey.

**Application Title:**
How to dotcom: a step-by-step guide to e-commerce.

**Date of Creation:**
2000

**Date of Publication:**
2000-11-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Description:**
279 p.

**Imprint:**
Irvine, CA : Entrepreneur Press, c2000.

**Names:**
McGarvey, Robert
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_15860363

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**
TX 7-347-927

**Effective date of registration:**
March 17, 2011

## Title

**Title of Work:** How to Increase Your Website Traffic

## Completion / Publication

**Year of Completion:** 2011

**Date of 1st Publication:** March 1, 2011 **Nation of 1st Publication:** United States

## Author

- **Author:** Khoa Bui

**Author Created:** text

**Work made for hire:** No

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** March 15, 2011



EM15242362

# Copyright

**Registration Number / Date:**
TX0006458645 / 2006-08-21

**Type of Work:**
Text

**Title:**
How to sell clothing, shoes, and accessorires on eBay.

**Date of Creation:**
2006

**Date of Publication:**
2006-06-01

**Copyright Claimant:**
Entrepreneur Media, Inc. d.b.a. Entrepreneur Press

**Authorship on Application:**
text: Entrepreneur Press d.b.a. of Entrepreneur Media, Inc., employer for hire and Charlene Davis.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Davis, Charlene
Entrepreneur Media, Inc.
Entrepreneur Press

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16540870

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
TX0006501013 / 2006-08-21

**Type of Work:**
Text

**Title:**
How to sell collectibles on eBay.

**Date of Creation:**
2006

**Date of Publication:**
2006-06-01

**Copyright Claimant:**
on entire text; Entrepreneur Media, Inc., d.b.a. Entrepreneur Press (employer for hire)

**Authorship on Application:**
Entrepreneur Press (d.b.a. Entrepreneur Media, Inc.) & Jennifer A. Ericsson.

**Copyright Note:**
C.O. correspondence.
Cataloged from appl. only.

**Names:**
Ericsson, Jennifer A.
Entrepreneur Media, Inc.
Entrepreneur Press

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16563462

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal

information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
TX0006525245 / 2006-12-22

**Type of Work:**
Text

**Title:**
How to sell computers and accessories on eBay.

**Date of Creation:**
2006

**Date of Publication:**
2006-12-01

**Copyright Claimant:**
Entrepreneur Press d.b.a. Entrepreneur Media, Inc.

**Authorship on Application:**
J. S. McDougall.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
McDougall, J. S.
Entrepreneur Press
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16565824

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
TX0006456602 / 2006-08-21

**Type of Work:**
Text

**Title:**
How to sell toys and hobbies on eBay.

**Date of Creation:**
2006

**Date of Publication:**
2006-06-01

**Copyright Claimant:**
Entrepreneur Media, Inc. d.b.a. Entrepreneur Media, Inc.

**Authorship on Application:**
J. S. McDougall.

**Copyright Note:**
C.O. correspondence.
Cataloged from appl. only.

**Names:**
McDougall, J. S.
Entrepreneur Media, Inc.
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16540047

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
TX0006416008 / 2006-08-21

**Type of Work:**
Text

**Title:**
How to start a business in California.

**Date of Creation:**
2003

**Date of Publication:**
2003-12-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16514331

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
TX0006576204 / 2007-05-30

**Previous Registration:**
Prev. reg. 2006, TX 6-421-688.

**Type of Work:**
Text

**Title:**
How to start a business in Florida.

**Series:**
Entrepreneur magazine's smart start series

**Date of Creation:**
2007

**Date of Publication:**
2007-04-01

**Copyright Claimant:**
Entrepreneur Media, Inc. d.b.a. Entrepreneur Press

**Basis of Claim:**
New Matter: new and rev. text.

**Edition:**
2nd ed.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Entrepreneur Media, Inc.
Entrepreneur Press

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20866145

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on

searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
TX0006418274 / 2006-08-23

**Type of Work:**
Text

**Title:**
How to start a business in New York City.

**Date of Creation:**
2003

**Date of Publication:**
2003-09-01

**Copyright Claimant:**
Entrepreneur Media, Inc. (d.b.a. Entrepreneur Press)

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Entrepreneur Media, Inc.
Entrepreneur Press

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16515554

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
TX0006421079 / 2006-08-23

**Type of Work:**
Text

**Title:**
How to start a business in Virginia.

**Date of Creation:**
2003

**Date of Publication:**
2003-12-01

**Copyright Claimant:**
Entrepreneur Media, Inc. (d.b.a. Entrepreneur Press)

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Entrepreneur Media, Inc.
Entrepreneur Press

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16517155

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
TX0006423928 / 2006-08-23

**Type of Work:**
Text

**Title:**
How to start a business in Washington.

**Date of Creation:**
2003

**Date of Publication:**
2003-09-01

**Copyright Claimant:**
Entrepreneur Media, Inc., d.b.a. Entrepreneur Press

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Entrepreneur Media, Inc.
Entrepreneur Press

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16518449

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

* *

**Registration Number:**

TX 6-914-735

**Effective date of registration:**

December 5, 2007

## Title

**Title of Work:** Entrepreneur Magazine's Legal Guide: Incorporate Your Business - In Any State

## Completion / Publication

**Year of Completion:** 2007

**Date of 1st Publication:** October 1, 2007 **Nation of 1st Publication:** United States

## Author

- **Author:** Michael Spadaccini

**Author Created:** entire text

**Work made for hire:** No

**Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614

**Transfer Statement:** Author transferred copyright ownership of the Work to Claimant by written agreement

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Ronald L. Young

**Date:** November 27, 2007



EM15255036

Registration Number

**TX 9-298-916**

**Effective Date of Registration:**
June 07, 2023

**Registration Decision Date:**
August 14, 2023

## Title

**Title of Work:** Inner Switch: 7 Timeless Principles to Transform Modern Leadership

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** May 09, 2023
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781642011579

## Author

- **Author:** Susan S. Freeman
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Susan S. Freeman
14002 Shady Shores Drive, Tampa, FL, 33613, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 2 Executive Circle, #150
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** June 01, 2023

---

# Copyright

**Registration Number / Date:**
TX0006889091 / 2007-10-31

**Type of Work:**
Text

**Title:**
Entrepreneur Magazine's Legal Guide: Intellectual Property.

**Application Title:**
Entrepreneur Magazine's Legal Guide: Intellectual Property.

**Date of Creation:**
2007

**Date of Publication:**
2007-10-01

**Copyright Claimant:**
Entrepreneur Media, Inc., Transfer: Authors transferred copyright ownership of the Work to Claimant by written agreement. Address: 2445 McCabe Way, Suite 400, Irvine, CA 92614.

**Authorship on Application:**
Catherine J. Holland; Domicile: United States. Authorship: Entire text.
Vito A. Canuso III; Domicile: United States. Authorship: Entire text.
Diane M. Reed; Domicile: United States. Authorship: Entire text.
Sabing H. Lee; Domicile: United States. Authorship: Entire Text.
Andrew I. Kimmel; Domicile: United States. Authorship: Entire text.
Wendy K. Peterson; Domicile: United States. Authorship: Entire text.

**Description:**
Book, 402 p.

**Copyright Note:**
Regarding material excluded: statement on deposit indicates some text preexisting and/or previously published.

**Nation of First Publication:**
United States

**Names:**
Holland, Catherine J.
Canuso, Vito A., III

Reed, Diane M.
Lee, Sabing H.
Kimmel, Andrew I.
Peterson, Wendy K.
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_22613976

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**
TX 7-332-773

**Effective date of registration:**
February 18, 2011

## Title

**Title of Work:** IRS Tax Secrets

## Completion / Publication

**Year of Completion:** 2010

**Date of 1st Publication:** February 1, 2011 **Nation of 1st Publication:** United States

## Author

- **Author:** John K. Harris

**Author Created:** text

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** February 16, 2011



EM15252646

**Registration Number**
TX 7-007-104
**Effective date of registration:**
September 9, 2008

## Title

**Title of Work:** Kick-ass Copywriting in 10 Easy Steps -Build the Buzz and Sell the Sizzle

## Completion / Publication

**Year of Completion:** 2008

**Date of 1st Publication:** June 1, 2008

## Author

- **Author:** Susan Gunelius

**Author Created:** entire text

**Work made for hire:** No

**Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2455 McCabe Way, Suite 400, Irvine, CA, 92614

**Transfer Statement:** Author transferred copyright ownership of the work to claimant by written agreement.

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Ronald L. Young

**Date:** September 4, 2008



EM15255039

# Copyright

**Registration Number / Date:**
TX0005027404 / 1999-08-09

**Type of Work:**
Text

**Title:**
Knock-out marketing /by Jack Ferreri.

**Date of Creation:**
1999

**Date of Publication:**
1999-06-01

**Copyright Claimant:**
Entrepreneur Media, Inc. (employer for hire)

**Description:**
299 p.

**Imprint:**
Irvine, CA : Entrepreneur Media, c1999.

**Imprint:**
Irvine, CA : Entrepreneur Media, c1999.

**Names:**
Ferreri, Jack
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_15649547

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**
TX 7-257-664

**Effective date of registration:**
September 17, 2008

## Title

**Title of Work:** MAC Migration: The Small-Business Guide to Switching to the Mac

## Completion / Publication

**Year of Completion:** 2008

**Date of 1st Publication:** September 1, 2008

## Author

- **Author:** Jason R. Rich

**Author Created:** Entire text

**Work made for hire:** No

**Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc., dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614

**Transfer Statement:** Author transferred copyright ownership of the Work to Claimant by written agreement.

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Ronald L. Young

**Date:** September 3, 2008



EM15252649