# Copyright

**Registration Number / Date:**
TX0006482355 / 2006-12-06

**Type of Work:**
Text

**Title:**
MadScam-kick-ass advertising without the Madison Avenue price tag.

**Date of Creation:**
2006

**Date of Publication:**
2006-11-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
text: George Parker.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Parker, George
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16556016

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
TX0006415606 / 2006-07-20

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's Make big profits on eBay :start your own million $ business.

**Other Title:**
Make big profits on eBay : start your own million dollar business

**Date of Creation:**
2005

**Date of Publication:**
2005-05-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
text: Jacquelyn Lynn & Charlene Davis.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Lynn, Jacquelyn
Davis, Charlene
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16514010

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal

information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

**Registration Number / Date:**
TX0005546599 / 2002-06-04

**Type of Work:**
Text

**Title:**
Making horses drink :how to lead and succeed in business /Alex Hiam ; includes a note from Ken Blanchard.

**Date of Creation:**
2002

**Date of Publication:**
2002-06-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Description:**
244 p.

**Imprint:**
[Irvine, CA] : Entrepreneur Press, c2002.

**Names:**
Hiam, Alex
Blanchard, Ken
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_15973085

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
TX0005807579 / 2003-07-03

**Type of Work:**
Text

**Title:**
Many miles to go :a modern parable for business successs /Brian Tracy.

**Date of Creation:**
2003

**Date of Publication:**
2003-04-15

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Description:**
292 p.

**Imprint:**
[S.l.] : Entrepreneur Press, c2003.

**Names:**
Tracy, Brian
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16128385

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
TX0006421514 / 2006-08-02

**Type of Work:**
Text

**Title:**
Entrepreneur Magazine's marketing made easy.

**Date of Creation:**
2006

**Date of Publication:**
2006-07-01

**Copyright Claimant:**
Entrepreneur Media, Inc., d.b.a. Entrepreneur Press

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Entrepreneur Media, Inc.
Entrepreneur Press

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20911760

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

* *

**Registration Number:**

TXu 1-601-523

**Effective date of registration:**

February 8, 2008

## Title

**Title of Work:** Mastering Online Marketing

## Completion / Publication

**Year of Completion:** 2007

## Author

- **Author:** Mitch Meyerson

**Author Created:** Entire text

**Work made for hire:** No

**Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614

**Transfer Statement:** Author transferred copyright ownership of the Work to Claimant by written agreement.

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Ronald L. Young

**Date:** November 29, 2007



EM15252660

# Copyright

**Registration Number / Date:**
TX0006814714 / 2007-08-20

**Type of Work:**
Text

**Title:**
Masters of Sales - Secrets From Top Sales Professionals That Will Transform You Into A World Class Salesperson.

**Application Title:**
Entrepreneur Magazine's Masters of Sales - Secrets From Top Sales Professionals That Will Transform You Into A World Class Salesperson.

**Date of Creation:**
2007

**Date of Publication:**
August 01, 2007

**Copyright Claimant:**
Entrepreneur Media, Inc., Transfer: Authors and other contributors transferred copyright ownership by written agreement.. Address: 2445 McCabe Way, Suite 400, Irvine, CA, 92614

**Authorship on Application:**
Ivan R. Misner; Domicile: United States. Authorship: Text.
Don Morgan. Authorship: Text.
Brian Tracy. Authorship: Text.

**Description:**
Book, 301 p.

**Imprint:**
Entrepreneur Press

**Copyright Note:**
C.O. correspondence.
Regarding limitation of claim: Statements on copy indicate some text previously published.

**Nation of First Publication:**
United States

**Names:**

Misner, Ivan R.
Morgan, Don
Tracy, Brian
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_21890981

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
TX0006123241 / 2005-01-28

**Previous Registration:**
Text by others preexisting material.

**Type of Work:**
Text

**Title:**
Masters of success :proven techniques for achieving success in business and life.

**Variant Title:**
Masters of success : proven techniques for achieving success in business and life

**Date of Creation:**
2004

**Date of Publication:**
2004-04-15

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
Ivan R. Misner & Don Morgan.

**Notes:**
Cataloged from appl. only.

**Names:**
Misner, Ivan R.
Morgan, Don
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16328671

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact

the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Registration Number
TX 7-645-876

Effective date of registration:
March 2, 2012

## Title

**Title of Work:** Maverick Startup: 11 X-Factors to Bootstrap From Zero to Six Figures and Beyond

## Completion / Publication

**Year of Completion:** 2011

**Date of 1st Publication:** February 1, 2012 **Nation of 1st Publication:** United States

## Author

- **Author:** Yanik Silver

**Author Created:** text

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** February 29, 2012



EM15252665

# Copyright

**Registration Number / Date:**
TX0006415663 / 2006-07-20

**Type of Work:**
Text

**Title:**
Million dollar habits :proven power practices to double and triple your income.

**Date of Creation:**
2004

**Date of Publication:**
2004-03-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
text: Brian Tracy.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Tracy, Brian
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16514060

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Registration Number
TX 7-508-390

Effective date of registration:
March 2, 2012

## Title

**Title of Work:** Million Dollar Web Presence: Leverage the Web to Build Your Brand and Transform Your Business

## Completion / Publication

**Year of Completion:** 2011

**Date of 1st Publication:** February 1, 2012 **Nation of 1st Publication:** United States

## Author

- **Author:** Chad Barr

  **Author Created:** text

  **Citizen of:** United States **Domiciled in:** United States

- **Author:** Alan Weiss

  **Author Created:** text

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc., dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification



EM11475213

**Name:** Ronald L. Young

**Date:** February 29, 2012

---

* *

**Registration Number:**

TX 6-914-301

**Effective date of registration:**

December 7, 2007

## Title

**Title of Work:** Moonlighting on the Internet

## Completion / Publication

**Year of Completion:** 2007

**Date of 1st Publication:** January 1, 2008 **Nation of 1st Publication:** United States

## Author

- **Author:** Yanik Silver

**Author Created:** Entire text

**Work made for hire:** No

**Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

- **Author:** Robert Olic

**Author Created:** Entire text

**Work made for hire:** No

**Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614

**Transfer Statement:** Authors transferred copyright ownership of the Work to Claimant by written agreement.

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Ronald L. Young

**Date:** November 29, 2007

---

**Correspondence:** Yes

Registration Number
**TX 8-252-124**
**Effective Date of Registration:**
March 28, 2016

## Title

**Title of Work:** Moonlighting on the Internet: make an extra $1000 per month in just 5-10 hours per week - 2nd Edition

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** March 01, 2016
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781599185767

## Author

- **Author:** Shelby Larson
**Author Created:** text
**Work made for hire:** No
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Previous registration and year:** TX 6-914-301, 2007

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** March 23, 2016

# Copyright

---

**Registration Number / Date:**
TX0006483592 / 2006-12-05

**Previous Registration:**
Appl. states some text by others.

**Type of Work:**
Text

**Title:**
Mortgages and refinancing :get the best rates.

**Date of Creation:**
2006

**Date of Publication:**
2006-10-01

**Copyright Claimant:**
Entrepreneur Media, Inc. d.b.a. Entrepreneur Press

**Authorship on Application:**
text: Entrepreneur Press d.b.a. of Entrepreneur Media, Inc., employer for hire, Jason R. Rich & Mark Giordani.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Rich, Jason R.
Giordani, Mark
Entrepreneur Media, Inc.
Entrepreneur Press

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16556578

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal

information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

* *

**Registration Number:**

TX 6-927-391

**Effective date of registration:**

December 17, 2007

## Title

**Title of Work:** Motivation: Powerful Motivators That Will Turbo-charge Workforce

## Completion / Publication

**Year of Completion:** 2007

**Date of 1st Publication:** January 1, 2008 **Nation of 1st Publication:** United States

## Author

- **Author:** Paul Levesque

**Author Created:** Entire text

**Work made for hire:** No

**Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA 92614

**Transfer Statement:** Author transferred copyright ownership of the Work to Claimant by written agreement

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Ronald L. Young

**Date:** October 19, 2007

**Correspondence:** Yes



EM15252670

# Copyright

---

**Registration Number / Date:**
TX0006557595 / 2007-03-23

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's pocket guides :mutual funds : a quick-start guide.

**Other Title:**
Pocket guides : mutual funds

**Date of Creation:**
2007

**Date of Publication:**
2007-02-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
text: Entrepreneur Press (d.b.a. of Entrepreneur Media, Inc.), employer for hire & Jason R. Rich.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Rich, Jason R.
Entrepreneur Media, Inc.
Entrepreneur Press

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20726791

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal

information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Registration Number
TX 7-130-029

Effective date of registration:
October 13, 2009

## Title

**Title of Work:** Networking Like A Pro: Turning Contacts Into Connections

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** October 1, 2009 **Nation of 1st Publication:** United States

## Author

- **Author:** David Alexander

  **Author Created:** text

  **Citizen of:** United States **Domiciled in:** United States

- **Author:** Brian Hilliard

  **Author Created:** text

  **Citizen of:** United States **Domiciled in:** United States

- **Author:** Ivan Misner, Ph.D.

  **Author Created:** text

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Ivan Misner, Ph.D.

545 College Commerce Way, Upland, CA, 91786, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** October 2, 2009

# Copyright

**Registration Number / Date:**
TX0006406606 / 2006-06-05

**Type of Work:**
Text

**Title:**
Niche and grow rich :practical ways to turn your ideas into a business.

**Date of Creation:**
2003

**Date of Publication:**
2003-04-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
Jennifer Basye Sander & Peter Sander.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Sander, Jennifer Basye
Sander, Peter
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16508051

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

---

**Registration Number / Date:**
TX0006411843 / 2006-07-28

**Previous Registration:**
Prev. pub. versions.

**Type of Work:**
Text

**Title:**
No BS business success :the ultimate no holds barred, kick butt, take no prisoners, tough & spirited guide /Dan Kennedy.

**Date of Creation:**
2004

**Date of Publication:**
2004-07-01

**Copyright Claimant:**
on entire text; Dan Kennedy

**Description:**
284 p.

**Imprint:**
[Irvine, CA] : Entrepreneur Press, c2004.

**Imprint:**
[Irvine, CA] : Entrepreneur Press, c2004.

**Names:**
Kennedy, Dan

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16511915

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal

information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Registration Number
TX 7-504-297

Effective date of registration:
December 4, 2009

## Title

**Title of Work:** No B.S. Business Success in the New Economy

## Completion / Publication

**Year of Completion:** 2009

**Date of 1st Publication:** December 1, 2009 **Nation of 1st Publication:** United States

## Author

- **Author:** Dan S. Kennedy

**Author Created:** text

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** December 4, 2009

Registration Number
TX 7-729-465

Effective date of registration:
April 5, 2013

## Title

**Title of Work:** No B.S. Direct Marketing Second Edition The Ultimate No Holds Barred Kick Butt Take No Prisoners Direct Marketing For Non-Direct Marketing Businesses

## Completion / Publication

**Year of Completion:** 2013

**Date of 1st Publication:** April 1, 2013 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN 978-1-59918-501-9

## Author

- **Author:** Dan S. Kennedy

  **Author Created:** text

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** April 3, 2013



EM15252679

Registration Number

**TX 8-627-915**

**Effective Date of Registration:**
June 21, 2018

## Title

**Title of Work:** No B.S. Direct Marketing: The Ultimate No Holds Barred Kick Butt Take No Prisoners Direct Marketing for Non-Direct Marketing Businesses (Third Edition)

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** June 12, 2018
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-625-2

## Author

- **Author:** Dan Kennedy
  **Author Created:** compilation of contributions, text, artwork
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 FITCH, IRVINE, CA, 92614, United States
**Transfer statement:** By written agreement with editor and and all individual contributors.

## Limitation of copyright claim

**Material excluded from this claim:** text, artwork
**Previous registration and year:** TX 7-729-465, 2013
TX 6-416-294, 2006

**New material included in claim:** compilation of contributions, text, artwork

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Address:** 18061 Fitch Avenue
IRVINE, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** June 14, 2018

**Correspondence:** Yes

Registration Number
**TX 9-448-611**
**Effective Date of Registration:**
June 13, 2024
**Registration Decision Date:**
December 02, 2024

## Title

**Title of Work:** No B.S. Direct Marketing for Non-Direct Marketing Businesses (4th edition)

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** April 21, 2024
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781642011685

## Author

- **Author:** Dan S. Kennedy
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

- **Author:** Darcy Juarez
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

- **Author:** Marty Fort
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Dan S. Kennedy
154 East Aurora Road, #353, Northfield, OH, 44067, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim



EM15255079

**Material excluded from this claim:** text, photograph(s), artwork
**Previous registration and year:** TX0008627915, 2018
TX0007729465, 2013

**New material included in claim:** text, photograph(s), artwork

## Rights and Permissions

**Organization Name:** Entrepreneur Media, LLC
**Address:** 1651 East 4th Street, #125
Santa Ana, CA 92701 United States

## Certification

**Name:** Ronald L. Young
**Date:** June 11, 2024

Copyright

**Registration Number / Date:**
TX0006416294 / 2006-08-22

**Type of Work:**
Text

**Title:**
No BS direct mearketing :the ultimate no holds barred kick butt take no prisoners direct marketing for non-direct marketing businesses.

**Date of Creation:**
2006

**Date of Publication:**
2006-01-01

**Copyright Claimant:**
Entrepreneur Media, Inc. d.b.a. Entrepreneur Press

**Authorship on Application:**
entire text: Dan Kennedy.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Kennedy, Dan
Entrepreneur Media, Inc.
Entrepreneur Press

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16514576

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Registration Number
**TX 8-196-283**
Effective Date of Registration:
November 23, 2015

## Title

**Title of Work:** No B.S. Guide to Direct Response Social Media Marketing: The Ultimate No Holds Barred Guide to Producing Measurable, Monetizable Results With Social Media Marketing

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** November 01, 2015
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-577-4

## Author

- **Author:** Dan S. Kennedy
  **Author Created:** text
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** Kim Walsh-Phillips
  **Author Created:** text
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** November 19, 2015

Registration Number
**TX 9-575-309**
**Effective Date of Registration:**
November 05, 2025
**Registration Decision Date:**
March 18, 2026

## Title

**Title of Work:** No B.S. Guide to Direct Response Social Media Marketing (2nd edition)

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** May 19, 2020
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781599186627

## Author

- **Author:** Dan S. Kennedy
  **Author Created:** new and revised text
  **Work made for hire:** No
  **Citizen of:** United States

- **Author:** Kim Walsh-Phillips
  **Author Created:** new and revised text
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
1651 East 4th Street, #125, Santa Ana, CA, 92701, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** previous version, text, artwork
**Previous registration and year:** TX0008196283, 2015

**New material included in claim:** new and revised text



EM15179708

## Rights and Permissions

**Organization Name:** Entrepreneuir Media, LLC
**Address:** 1651 East 4th Street, #125
Santa Ana, CA 92701 United States

## Certification

**Name:** Ronald L.. Young
**Date:** October 27, 2025

**Correspondence:** Yes

**Registration Number**
**TX 8-252-170**
**Effective Date of Registration:**
March 28, 2016

## Title

**Title of Work:** No B.S. Guide to Maximum Referrals and Customer Retention: the ultimate no holds barred plan to securing new customers and maximum profits

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** March 01, 2016
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781599185842

## Author

- **Author:** Dan S. Kennedy
  **Author Created:** text
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** Shaun Buck
  **Author Created:** text
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 18061 Fitch

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** March 23, 2016

Registration Number
**TX 8-526-223**
**Effective Date of Registration:**
October 05, 2017

## Title

**Title of Work:** No B.S. Guide to Powerful Presentations--The Ultimate No Holds Barred Plan to Selling Anything with Webinars, Online Media, Speeches, and Seminars

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** June 13, 2017
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-607-8

## Author

- **Author:** Dan S. Kennedy
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

- **Author:** Dustin Mathews
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** June 13, 2017

**Correspondence:** Yes

Registration Number
**TX 9-418-770**
**Effective Date of Registration:**
April 01, 2024
**Registration Decision Date:**
August 19, 2024

## Title

**Title of Work:** NO B.S. GUIDE TO SUCCEEDING IN BUSINESS BY BREAKING ALL THE RULES

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** March 05, 2024
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781642011647

## Author

- **Author:** Dan S. Kennedy
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, LLC
1651 East 4th Street, #125, Santa Ana, California, 92701, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, LLC
**Address:** 1651 East th Street, #125
Santa Ana, CA 92701 United States

## Certification

**Name:** Ronald L. Young
**Date:** March 27, 2024

Registration Number
TX 7-692-351

Effective date of registration:
March 7, 2013

## Title

**Title of Work:** No B.S. GUIDE TO MARKETING TO LEADING-EDGE BOOMERS & SENIORS THE ULTIMATE NO HOLDS BARRED TAKE NO PRISONERS ROADMAP TO THE MONEY

## Completion / Publication

**Year of Completion:** 2012

**Date of 1st Publication:** November 1, 2012 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN ISBN-13: 978-1-59918-450-0

## Author

- **Author:** Chip Kessler
  **Author Created:** text
  **Citizen of:** United States
- **Author:** Dan S. Kennedy
  **Author Created:** text
  **Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400
Irvine, CA 92614 United States

## Certification



EM15179906

**Name:** Ronald L. Young

**Date:** February 28, 2013

---

Registration Number
TX 7-005-980

**Effective date of registration:**
June 6, 2008

## Title

**Title of Work:** No. B.S. Marketing to the Affluent: No Holds Barred Kick Butt Take No Prisoners Guide to Getting Really Rich

## Completion / Publication

**Year of Completion:** 2008

**Date of 1st Publication:** June 1, 2008

## Author

- **Author:** Dan Kennedy

**Author Created:** Entire text

**Work made for hire:** No

**Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614

**Transfer Statement:** Author transferred copyright ownership of the Work to Claimant by written agreement.

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Ronald L. Young

**Date:** June 2, 2008



EM15252686

# Copyright

**Registration Number / Date:**
TX0009575311 / 2025-11-05

**Previous Registration:**
2019, TX0008798343.
2015, TX0008042110.

**Type of Work:**
Text

**Title:**
No B.S. Marketing to the Affluent: No Holds Barred,Take No Prisoners, Guide to Getting Really Rich (4th edition)

**Application Title:**
No B.S. Marketing to the Affluent: No Holds Barred,Take No Prisoners, Guide to Getting Really Rich (4th edition)

**Date of Creation:**
2025

**Date of Publication:**
2025-09-02

**Copyright Claimant:**
Dan S. Kennedy. Address: 154 East Aurora Road, #353, Northfield, CA, 44067, United States.
Martin J. Fischer. Address: 9 Oro Valley Drive, Henderson, Nevada 89052.

**Authorship on Application:**
Dan S. Kennedy; Citizenship: United States. Authorship: new and revised text.
Martin J. Fischer. Authorship: new and revised text.

**Basis of Claim:**
new and revised text.

**Rights and Permissions:**
Entrepreneur Media, LLC, 1651 East 4th Street, #125, Santa Ana, CA, 92701, United States

**Material Excluded:**
previous version, text, artwork.

**ISBN:**

9781642011838

**Description:**
Book, 234 p.

**Copyright Note:**
C.O. correspondence.

**Nation of First Publication:**
United States

**Names:**
Kennedy, Dan S.
Fischer, Martin J.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/siebel_TX009575311

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Registration Number
**TX 8-042-110**
**Effective Date of Registration:**
March 06, 2015

## Title

**Title of Work:** No B.S. Marketing to the Affluent: Second Edition - The No Holds Barred Take no Prisoners Guide to Getting Really Rich

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** March 01, 2015
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-536-1

## Author

- **Author:** Dan S. Kennedy
  **Author Created:** text
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Previous registration and year:** TX-7-005-980

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** March 02, 2015

---

Registration Number
**TX 8-798-343**
**Effective Date of Registration:**
July 03, 2019
**Registration Decision Date:**
November 08, 2019

## Title

**Title of Work:** No B.S. Marketing to the Affluent:: No Holds Barred Take No Prisoners Guide to Getting Really Rich (Third Edition)

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** June 18, 2019
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-641-2

## Author

- **Author:** Dan S. Kennedy
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** text
**Previous registration and year:** TX-8-042-110, 2015
TX 7-005-980, 2008

**New material included in claim:** text

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** June 18, 2019

**Correspondence:** Yes

Registration Number
TX 7-365-320

Effective date of registration:
April 19, 2011

## Title

**Title of Work:** No B.S. Price Strategy: The Ultimate No Holds Barred Kick Butt Take No Prisoners Guide to Profits, Power, and Prosperity

## Completion / Publication

**Year of Completion:** 2011

**Date of 1st Publication:** April 1, 2011 **Nation of 1st Publication:** United States

## Author

- **Author:** Dan Kennedy

**Author Created:** text

**Work made for hire:** No

**Citizen of:** United States **Domiciled in:** United States

- **Author:** Jason Marrs

**Author Created:** text

**Work made for hire:** No

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States



EM15252687

## Certification

**Name:** Ronald L. Young

**Date:** April 15, 2011

**Registration Number**
TX 7-341-883

**Effective date of registration:**
March 26, 2008

## Title

**Title of Work:** No B.S. Ruthless Management of People & Profits - No Holds Barred Kick Butt Take No Prisoners Guide to Really Getting Rich

## Completion / Publication

**Year of Completion:** 2007

**Date of 1st Publication:** March 25, 2008 **Nation of 1st Publication:** United States

## Author

- **Author:** Dan Kennedy

**Author Created:** Entire Text

**Work made for hire:** No

**Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614

**Transfer Statement:** Author transferred copyright ownership of the Work to Claimant by written agreement.

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Ronald L. Young

**Date:** March 20, 2008

**Correspondence:** Yes

Registration Number
**TX 7-979-653**
**Effective Date of Registration:**
November 07, 2014

## Title

**Title of Work:** No B.S. Ruthless Management of People & Profits - No Holds Barred Kick Butt Take No Prisoners Guide to Really Getting Rich: Second Edition

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** November 01, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Dan S. Kennedy
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Previous registration and year:** TX 7-341-8836, 2008

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States



EM15252690

## Certification

**Name:** Ronald L. Young
**Date:** November 03, 2014

# Copyright

**Registration Number / Date:**
TX0006411842 / 2006-07-28

**Previous Registration:**
Prev. pub. versions.

**Type of Work:**
Text

**Title:**
No BS sales success :the ultimate no holds barred, kick butt, take no prisoners & make tons of money guide /Dan Kennedy.

**Date of Creation:**
2004

**Date of Publication:**
2004-07-01

**Copyright Claimant:**
on entire text; Dan Kennedy

**Description:**
259 p.

**Imprint:**
[Irvine, CA] : Entrepreneur Press, c2004.

**Imprint:**
[Irvine, CA] : Entrepreneur Press, c2004.

**Names:**
Kennedy, Dan

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16511914

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal

information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
TX0006417874 / 2006-07-28

**Previous Registration:**
Prev. pub. versions.

**Type of Work:**
Text

**Title:**
No. B. S. time management for entrepreneurs :the ultimate no holds barred kick butt take no prisoners guide to time productivity & sanity.

**Date of Creation:**
2004

**Date of Publication:**
2004-07-01

**Copyright Claimant:**
Dan Kennedy

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Kennedy, Dan

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16515247

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Registration Number
**TX 8-528-969**
**Effective Date of Registration:**
December 08, 2017

## Title

**Title of Work:** No B.S. Time Management for Entrepreneurs (Third Edition)

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** November 20, 2017
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-615-3

## Author

- **Author:** Dan S. Kennedy
**Author Created:** text, photograph(s), artwork
**Work made for hire:** No
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** text, photograph(s), artwork
**Previous registration and year:** TX 7-794-544, 2013
TX 6-417-874, 2004

**New material included in claim:** text, photograph(s), artwork

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** November 28, 2017

Registration Number
**TX 9-448-164**
**Effective Date of Registration:**
September 16, 2024
**Registration Decision Date:**
November 27, 2024

## Title

**Title of Work:** No B.S. Time Management for Entrepreneurs (4th edition)

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** August 13, 2024
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781642011692

## Author

- **Author:** Dan S. Kennedy
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

- **Author:** Ben Glass
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Dan S. Kennedy
154 East Aurora Road, #353, Northfield, OH, 44067, United States
**Transfer statement:** by written agreement

## Limitation of copyright claim

**Material excluded from this claim:** text
**Previous registration and year:** TX 0008528969, 2017
TX0007794544, 2013

**New material included in claim:** text



EM15179689

## Rights and Permissions

**Organization Name:** Entrepreneuir Media, LLC
**Name:** Ronald L.. Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 1651 East 4th Street, #125
Santa Ana, CA 92701 United States

## Certification

**Name:** Ronald L. Young
**Date:** September 11, 2024

**Correspondence:** Yes

**Registration Number**
TX 7-584-907

**Effective date of registration:**
August 23, 2012

## Title

**Title of Work:** No B.S. Trust-Based Marketing: The Ultimate Guide to Creating Trust in An Understandably Un-Trusting World

## Completion / Publication

**Year of Completion:** 2012

**Date of 1st Publication:** August 1, 2012 **Nation of 1st Publication:** United States

## Author

- **Author:** Dan S. Kennedy
  **Author Created:** text
  **Citizen of:** United States **Domiciled in:** United States
- **Author:** Matt Zagula
  **Author Created:** text
  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-261-2325

**Address:** 2445 McCabe Way, Suite 400
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** August 20, 2012

---

# Copyright

**Registration Number / Date:**
TX0006525590 / 2007-02-21

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's Nonprofits made easy.

**Other Title:**
Nonprofits made easy

**Date of Creation:**
2006

**Date of Publication:**
2006-11-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
text: Entrepreneur Press (d.b.a. of Entrepreneur Media, Inc.), employer for hire, and David H. Bangs, Jr.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Bangs, Jr, David H.
Entrepreneur Media, Inc.
Entrepreneur Press

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16566167

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal

information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

* *

**Registration Number:**

TX 6-926-772

**Effective date of registration:**

December 12, 2007

## Title

**Title of Work:** The Official Get Rich Guide to Information Marketing - Build a Million Dollar Business Within 12 Months

## Completion / Publication

**Year of Completion:** 2007

**Date of 1st Publication:** October 1, 2007 **Nation of 1st Publication:** United States

## Author

- **Author:** Dan Kennedy

**Author Created:** Entire text

**Work made for hire:** No

**Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

- **Author:** Bill Glazer

**Author Created:** Entire text

**Work made for hire:** No

**Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

- **Author:** Robert Skrob

**Author Created:** Entire text

**Work made for hire:** No

**Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant



EM15255062

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614

**Transfer Statement:** Authors transferred copyright ownership of the Work to Claimant by written agreement.

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Ronald L. Young

**Date:** November 14, 2007

**Registration Number**

TX 7-351-416

**Effective date of registration:**

March 31, 2011

## Title

**Title of Work:** The Official Get Rich Guide to Information Marketing, 2nd Edition

## Completion / Publication

**Year of Completion:** 2011

**Date of 1st Publication:** March 1, 2011 **Nation of 1st Publication:** United States

## Author

- **Author:** Robert Skrob

**Author Created:** text

**Work made for hire:** No

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Previous registration and year:** TX 6-911-623 2007

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification



EM15252643

**Name:** Ronald L. Young

**Date:** March 29, 2011

---

# Copyright

**Registration Number / Date:**
TX0006482152 / 2006-12-06

**Type of Work:**
Text

**Title:**
Order anything, anywhere, anytime online shopper's survival guide.

**Date of Creation:**
2006

**Date of Publication:**
2006-08-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
text: Jacquelyn Lynn.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Lynn, Jacquelyn
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16555816

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
TX0006553021 / 2007-03-22

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's open an online business in 10 days.

**Date of Creation:**
2007

**Date of Publication:**
2007-02-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
Melissa Campanelli.

**Copyright Note:**
Cataloged from appl.

**Names:**
Campanelli, Melissa
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20738830

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number:**
TXu 1-608-762

**Effective date of registration:**
December 5, 2007

## Title

**Title of Work:** Entrepreneur Magazine's Legal Guide: The Operations Manual for Corporations

## Completion / Publication

**Year of Completion:** 2007

## Author

- **Author:** Michael Spadaccini

**Author Created:** Entire text

**Work made for hire:** No

**Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA 92614

**Transfer Statement:** Author transferred copyright ownership of the Work to Claimant by written agreement.

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Ronald L. Young, authorized agent of Entrepreneur Media, Inc.

**Date:** October 19, 2007



EM15252631

**Registration Number**
TX 7-358-799

**Effective date of registration:**
April 19, 2011

## Title

**Title of Work:** Outcome-Based Marketing: new rules for marketing on the web

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** April 1, 2011 **Nation of 1st Publication:** United States

## Author

- **Author:** John D. Leavy

**Author Created:** text

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** April 14, 2011

# Copyright

**Registration Number / Date:**
TX0005454462 / 2001-10-03

**Type of Work:**
Text

**Title:**
PowerTools for women in business :10 ways to succeed in life and work / Aliza Sherman.

**Application Title:**
Power tools for women in business.

**Other Title:**
Power tools for women in business

**Date of Creation:**
2001

**Date of Publication:**
2001-10-01

**Copyright Claimant:**
Aliza Sherman (author of a work made for hire)

**Description:**
219 p.

**Imprint:**
[S.l.] : EP, c2001.

**Names:**
Sherman, Aliza

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_15913382

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal

information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

* *

**Registration Number:**

TX 6-924-525

**Effective date of registration:**

December 12, 2007

## Title

**Title of Work:** Entrepreneur Magazine's Legal Guide: Principles of Negotiation - Strategies - Tactics - Techniques to Reach Agreements

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** December 1, 2007

## Author

- **Author:** Matthew P. Guasco

**Author Created:** Entire text

**Work made for hire:** No

**Citizen of:** United States

**Anonymous:** No **Pseudonymous:** No

- **Author:** Peter R. Robinson

**Author Created:** Entire text

**Work made for hire:** No

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA 92614

**Transfer Statement:** Authors transferred copyright ownership of the Work to Claimant by written agreement.

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** RONALD L. YOUNG

**Date:** December 4, 2007

---

**Registration Number**

TXu 1-604-753

**Effective date of registration:**

December 4, 2007

## Title

**Title of Work:** The Procrastinator's Guide to Marketing (Or: How to Get Off Your Butt and Develop Your Marketing Plan!)

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** November 1, 2007 **Nation of 1st Publication:** United States

## Author

- **Author:** Mary Eule Scarborough

**Author Created:** Entire Text

**Work made for hire:** No

**Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

- **Author:** David A. Scarborough

**Author Created:** Entire Text

**Work made for hire:** No

**Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614

**Transfer Statement:** Authors transferred copyright ownership of the Work to Claimant by written agreement.

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Ronald L. Young

**Date:** November 29, 2007

---

**Correspondence:** Yes

Copyright

**Registration Number / Date:**
TX0006357711 / 2006-05-25

**Type of Work:**
Text

**Title:**
Entrepreneur Magazine's Project management made easy /Entrepreneur Press and Sid Kemp.

**Series:**
Entrepreneur's made easy series

**Other Title:**
Project management made easy

**Date of Creation:**
2006

**Date of Publication:**
2006-05-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Description:**
256 p.

**Imprint:**
Irvine, CA : Entrepreneur Press, c2006.

**Notes:**
Spine ti.: Project management made easy.

**Names:**
Kemp, Sid
Entrepreneur Press
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16477692

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**

TXu 1-618-937

**Effective date of registration:**

March 7, 2008

## Title

**Title of Work:** Retail in Detail (4th Edition)

**Previous or Alternative Title:** Retail in Detail (3rd Edition)

## Completion/Publication

**Year of Completion:** 2007

**Nation of 1st Publication:** United States

## Author

- **Author:** Ronald L. Bond

**Author Created:** Entire text

**Work made for hire:** No

**Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media Inc.

2445 McCabe Way/ Suite 400, Irvine, CA, 92614

**Transfer Statement:** Author transferred copyright ownership of the Work to Claimant by written agreement

## Limitation of copyright claim

**Material excluded from this claim:** Prior version in 2005 under title:" Retail in Detail, 2nd Edition"

**Previously registered:** Yes

**Previous registration and year:** TX 6-417-729 2006

**Basis of current registration:** This is a changed version of the work.

**New material included in claim:** New and revised text

## Certification



**EM15253333**

**Name:** Ronald L Young

**Date:** February 29, 2008

---

**Registration Number**

TX 7-754-872

**Effective date of registration:**

August 5, 2013

## Title

**Title of Work:** RETAIL IN DETAIL 5TH EDITION

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** August 1, 2013 **Nation of 1st Publication:** United States

## Author

- **Author:** Ronald L. Bond

  **Author Created:** text

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Previous registration and year:** TX 6-465-678 2006

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** August 1, 2013

**Copyright Office notes:** Regarding title information: 5th edition added by C.O. from deposit.

**Registration Number**

# TX 9-626-399

**Effective Date of Registration:**
March 26, 2026
**Registration Decision Date:**
August 17, 2026

## Title

**Title of Work:** Rich Habits (Expanded Second Edition)

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** January 14, 2025
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781642011746

## Author

- **Author:** Thomas C. Corley
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Thomas C. Corley
675 Line Road, Suite 1B, Aberdeen, NJ, 07747, United States

## Limitation of copyright claim

**Material excluded from this claim:** text, artwork
**Previous registration and year:** TXu001660764, 2009

**New material included in claim:** text

## Rights and Permissions

**Organization Name:** Entrepreneur Media, LLC
**Name:** Ronald Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (714)720-2253



**EM15253154**

**Address:** 1651 E. 4th Street, Suite 125
Santa Ana, CA 92701 United States

## Certification

**Name:** Ronald Young
**Date:** March 14, 2026

**Correspondence:** Yes

**Registration Number**

TX 7-267-433

**Effective date of registration:**

September 20, 2010

## Title

**Title of Work:** Sales Flashpoint: Fifteen Strategies for Rapid-Fire Sales Growth

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** September 1, 2010 **Nation of 1st Publication:** United States

## Author

- **Author:** JK Harris

  **Author Created:** text

  **Citizen of:** United States **Domiciled in:** United States

- **Author:** Richard D. Dickerson

  **Author Created:** text

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** September 15, 2010

# Copyright

**Registration Number / Date:**
TX0005658823 / 2002-12-26

**Type of Work:**
Text

**Title:**
Secrets of vito :think and sell like a CEO /Anthony Parinello.

**Variant Title:**
Secrets of vito : think and sell like a CEO

**Date of Creation:**
2002

**Date of Publication:**
2002-10-15

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Description:**
288 p.

**Imprint:**
Irvine, CA : Entrepreneur Media, c2002.

**Names:**
Parinello, Anthony
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16043170

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
TX0006415662 / 2006-07-20

**Type of Work:**
Text

**Title:**
Six-sigma for small business.

**Date of Creation:**
2005

**Date of Publication:**
2005-10-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
text: Greg Brue.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Brue, Greg
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16514059

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

* *

**Registration Number:**

TXu 1-601-527

**Effective date of registration:**

December 11, 2007

## Title

**Title of Work:** Entrepreneur Magazine's Legal Guide: Small Claims Court Guidebook

## Completion/Publication

**Year of Completion:** 2007

## Author

- **Author:** Michael Spadaccini

**Author Created:** Entire text

**Work made for hire:** No

**Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614

**Transfer Statement:** Author transferred copyright ownership of the Work to Claimant by written agreement.

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Ronald L. Young

**Date:** November 29, 2007

# Copyright

**Registration Number / Date:**
TX0006483940 / 2006-12-05

**Type of Work:**
Text

**Title:**
Smart debt :borrow wisely, live rich.

**Date of Creation:**
2006

**Date of Publication:**
2006-11-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
text: Jason R. Rich.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Rich, Jason R.
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16556885

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

**Registration Number / Date:**
TX0006357663 / 2006-05-25

**Type of Work:**
Text

**Title:**
Smart negotiating.

**Date of Creation:**
2006

**Date of Publication:**
2006-04-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
text: John Patrick Dolan.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Dolan, John Patrick
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16477644

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**

TX 7-021-775

**Effective date of registration:**

September 19, 2008

## Title

**Title of Work:** So You Want to Franchise Your Business

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** August 1, 2008 **Nation of 1st Publication:** United States

## Author

- **Author:** Harold Kestenbaum

  **Author Created:** Entire text

  **Work made for hire:** No

  **Domiciled in:** United States

  **Anonymous:** No **Pseudonymous:** No

- **Author:** Adina M. Genn

  **Author Created:** Entire text

  **Work made for hire:** No

  **Domiciled in:** United States

  **Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614

**Transfer Statement:** Authors transferred copyright ownership of the Work to Claimant by written agreement

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Ronald L. Young

**Date:** September 4, 2008

---

* *

**Registration Number:**

TX 6-906-960

**Effective date of registration:**

November 15, 2007

## Title

**Title of Work:** Entrepreneur Magazine's Pocket Guides - Start Your Health Care Career

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** October 1, 2007 **Nation of 1st Publication:** United States

## Author

- **Author:** Entrepreneur Media, Inc. (dba of Entrepreneur Press)

**Author Created:** Entire text

**Work made for hire:** Yes

**Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

- **Author:** Cheryl Kimball

**Author Created:** Entire text

**Work made for hire:** No

**Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA 92614

**Transfer Statement:** Author in Space 2b transferred copyright ownership of the Work to Claimant by written agreement.

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Ronald L. Young

**Date:** November 9, 2007

**Registration Number**
# TX 9-381-582
**Effective Date of Registration:**
January 11, 2024
**Registration Decision Date:**
April 18, 2024

## Title

**Title of Work:** Start Your Own Airbnb Business--How to Make Money with Short-Term Rentals

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** November 07, 2023
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781642011616

## Author

- **Author:** Entrepreneur Media, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States

- **Author:** Jason R. Rich
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, LLC
1651 E. 4th Street, #125, Santa Ana, California, 92701, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, LLC



**EM15253169**

**Address:** 1651 E. 4th Street, #125
Santa Ana, CA 92701 United States

## Certification

**Name:** Ronald L. Young
**Date:** January 08, 2024

* *

**Registration Number:**

TX 6-901-733

**Effective date of registration:**

November 13, 2007

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Arts and Crafts Business - Retail-Carts and Kiosks Craft Shows-Street Fairs (2nd Edition)

**Previous or Alternative Title:** Start Your Own Crafts Business

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** October 1, 2007 **Nation of 1st Publication:** United States

## Author

- **Author:** Entrepreneur Media, Inc. (dba of Entrepreneur Press)

  **Author Created:** Entire text

  **Work made for hire:** Yes

  **Domiciled in:** United States

  **Anonymous:** No **Pseudonymous:** No

- **Author:** J. S. McDougall

  **Author Created:** Entire text

  **Work made for hire:** No

  **Domiciled in:** United States

  **Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614

**Transfer Statement:** Author in Space 2b transferred copyright ownership of the Work to Claimant by written agreement.

## Limitation of copyright claim

**Material excluded from this claim:** Prior version in 2003 under title: " Start Your Own Crafts Business"

**Previously registered:** No

**New material included in claim:** New and revised text.

## Certification

**Name:** Ronald L. Young

**Date:** November 9, 2007

* *

**Registration Number:**

TX 6-933-349

**Effective date of registration:**

April 10, 2008

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Automobile Detailing Business (2nd Edition)

**Previous or Alternative Title:** Entrepreneur Magazine's Startup: Start Your Own Automobile Detailing Business

## Completion / Publication

**Year of Completion:** 2008

**Date of 1st Publication:** May 1, 2008 **Nation of 1st Publication:** United States

## Author

- **Author:** Entrepreneur Media, dba Entrepreneur Press

**Author Created:** Entire text

**Work made for hire:** Yes

**Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

- **Author:** Rich Mintzer

**Author Created:** Entire text

**Work made for hire:** No

**Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine,, CA, 92614

**Transfer Statement:** Author in space 2b transferred copyright ownership of the Work to Claimant by written agreement



EM15255147

## Limitation of copyright claim

**Material excluded from this claim:** Prior version in 2005 under title: "Entrepreneur Magazine's Start Your Own Automobile Detailing Business"

**Previously registered:** Yes

**Previous registration and year:** TX 6-499-295 2007

**Basis of current registration:** This is a changed version of the work.

**New material included in claim:** New and revised text.

## Certification

**Name:** Ronald Young

**Date:** April 3, 2008

---

**Correspondence:** Yes

# Copyright

**Registration Number / Date:**
TX0006465678 / 2006-12-08

**Previous Registration:**
Prior version in 2002 under ti: Entrepeneur Magazine's start sup star your own bar and tavern.

**Type of Work:**
Text

**Title:**
Start your own bar and club /2nd ed.

**Other Title:**
Entrepeneur Magazine's start sup star your own bar and tavern

**Date of Creation:**
2006

**Date of Publication:**
2006-11-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
Sonya Shelton, Entrepreneur Press d.b.a. Entrepreneur Media, Inc., employer for hire.

**Basis of Claim:**
New Matter: new & rev. text.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Shelton, Sonya
Entrepreneur Media, Inc.
Entrepreneur Press

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16544487

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

**Registration Number / Date:**
TX0005658820 / 2002-12-26

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's Start up :start your own bar and tavern /Sonya Shelton.

**Variant Title:**
Entrepreneur magazine's Start up : start your own bar and tavern

**Other Title:**
Start up : start your own bar and tavern

**Date of Creation:**
2002

**Date of Publication:**
2002-10-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Description:**
198 p.

**Imprint:**
Irvine, CA : Entrepreneur Media, c2002.

**Names:**
Shelton, Sonya
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16043167

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright

Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**

TX 7-269-898

**Effective date of registration:**

September 7, 2010

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Blogging Business, 2nd Edition

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** August 1, 2010 **Nation of 1st Publication:** United States

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press

  **Author Created:** text

  **Work made for hire:** Yes

  **Citizen of:** United States **Domiciled in:** United States

- **Author:** Jason R. Rich

  **Author Created:** text

  **Work made for hire:** No

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

**Previous registration and year:** TX 6-465-678 2006

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** September 3, 2010

**Registration Number**

TX 7-840-510

**Effective date of registration:**

February 18, 2014

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Blogging Business - 3rd Edition

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** February 1, 2014 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN 1-59918-521-0

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press

  **Author Created:** text

  **Work made for hire:** Yes

  **Citizen of:** United States **Domiciled in:** United States

- **Author:** Jason R. Rich

  **Author Created:** text

  **Work made for hire:** No

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Previous registration and year:** TX 6-538-222 2007

TX 7-269-898 2010

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** February 4, 2014

Copyright

**Registration Number / Date:**
TX0004852817 / 1999-01-11

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's Start your own business :the only start-up book you'll ever need /by Rieva Lesonsky and the staff of Entrepreneur magazine.

**Variant Title:**
Entrepreneur magazine's Start your own business : the only start-up book you'll ever need

**Other Title:**
Start your own business

**Date of Creation:**
1998

**Date of Publication:**
1998-09-01

**Copyright Claimant:**
Entrepreneur Media, Inc. (employer for hire)

**Description:**
675 p.

**Imprint:**
Irvine, CA : Entrepreneur Media, c1998.

**Notes:**
Add. ti.: Start your own business.

**Names:**
Lesonsky, Rieva
Entrepreneur magazine
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_15539313

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

**Registration Number / Date:**
TX0005375991 / 2001-04-09

**Previous Registration:**
Prev. reg. 1999, TX 4-852-817.

**Type of Work:**
Text

**Title:**
Entrepreneur Magazine's Start your own business :the only start-up book you'll ever need /Rieva Lesonsky, editorial director, and the staff of Entrepreneur magazine.

**Variant Title:**
Entrepreneur Magazine's Start your own business : the only start-up book you'll ever need

**Other Title:**
Entrepreneur magazine
Start your own business

**Date of Creation:**
2001

**Date of Publication:**
2001-04-01

**Copyright Claimant:**
Entrepreneur Media, Inc. (employer for hire)

**Basis of Claim:**
New Matter: additions & revisions.

**Description:**
771 p.

**Imprint:**
Irvine, CA : Entrepreneur Press, c2001.

**Edition:**
2nd ed.

**Names:**
Lesonsky, Rieva

Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_15863065

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
TX0006415210 / 2006-07-24

**Previous Registration:**
Prev. reg 2001, TX 5-375-991.

**Type of Work:**
Text

**Title:**
Entrepreneur Magazine's start your own business :the only start-up book you'll ever need.

**Date of Creation:**
2004

**Date of Publication:**
2004-03-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Basis of Claim:**
New Matter: revisions & additions.

**Copyright Note:**
Cataloged from appl.

**Names:**
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16513862

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters
Register of Copyrights, United States of America

**Registration Number:**

TX 6-813-892

**Effective date of registration:**

August 13, 2007

## Title

**Title of Work:** Entrepreneur Magazine's Start Your Own Business (4th Edition)

**Previous or Alternative Title:** Entrepreneur Magazine's Start Your Own Business (3rd Edition)

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** April 1, 2007 **Nation of 1st Publication:** United States

## Author

- **Author:** Rieva Lesonsky

**Author Created:** Entire text

**Work made for hire:** No

**Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

- **Author:** Entrepreneur Media, Inc. (dba of Entrepreneur Press)

**Author Created:** Entire text

**Work made for hire:** Yes

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614

**Transfer Statement:** Rieva Lesonsky transferred copyright ownership of the Work to Claimant by written agreement.

## Limitation of copyright claim

**Material excluded from this claim:** Prior version in 2004 under title: " Start Your Own Business"

**Previously registered:** No

**New material included in claim:** New and revised text.

## Certification

**Name:** Ronald L. Young

**Date:** August 16, 2007

**Registration Number**
TX 7-255-000
**Effective date of registration:**
September 8, 2010

## Title

**Title of Work:** Entrepreneur Magazine's Start Your Own Business, 5th Edition

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** September 1, 2010 **Nation of 1st Publication:** United States

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

**Previous registration and year:** TX 6-415-210 2006

TX 6-813-892 2007

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** September 3, 2010

---

**Registration Number**
# TX 8-647-736
**Effective Date of Registration:**
August 23, 2018

## Title

**Title of Work:** Start Your Own Business--7th Edition

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** August 14, 2018
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-629-0

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** text, artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 FITCH, IRVINE, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 FITCH
IRVINE, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** August 17, 2018



**EM15253102**

Copyright

**Registration Number / Date:**
TX0005817682 / 2003-09-02

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's How to start a business on eBAY :step-by-step guide to success.

**Application Title:**
Entrepreneur business guide: no. 1824.

**Variant Title:**
Entrepreneur magazine's How to start a business on eBAY : step-by-step guide to success.

**Other Title:**
Entrepreneur business guide: no. 1824.
How to start a business on eBAY : step-by-step guide to success

**Date of Creation:**
2003

**Date of Publication:**
2003-08-15

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Description:**
143 p.

**Notes:**
Guide no. 1824 from Entrepreneur magazine's Start-up series.

**Names:**
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16135362

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
TX0006572048 / 2007-05-04

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's Startup :Start your own business on eBay : your step-by-step guide to success.

**Other Title:**
Start your own business on eBay

**Date of Creation:**
2007

**Date of Publication:**
2007-04-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
entire work excluding clip art: Entrepreneur Press d.b.a. Entrepreneur Media, Inc., employer for hire, and Jacquelyn Lynn.

**Basis of Claim:**
New Matter: new & rev. text.

**Edition:**
2nd ed.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Lynn, Jacquelyn
Entrepreneur Media, Inc.
Entrepreneur Press

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20847283

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

**Registration Number / Date:**
TX0006500111 / 2007-01-08

**Type of Work:**
Text

**Title:**
Entrepreneur Magazine's startup :start your own business support service.

**Date of Creation:**
2003

**Date of Publication:**
2003-07-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
Jacquelyn Lynn.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Lynn, Jacquelyn
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20913101

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**

# TX 8-572-398

**Effective Date of Registration:**
April 24, 2018

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Cannabis Business--Your Step-by-Step Guide to the Marijuana Industry

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** April 17, 2018
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-632-0

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States

- **Author:** Javier Hasse
  **Author Created:** text
  **Work made for hire:** No
  **Domiciled in:** Argentina

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 FITCH, IRVINE, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 FITCH
IRVINE, CA 92614 United States



EM15253046

## Certification

**Name:** RONALD L YOUNG
**Date:** April 20, 2018

**Correspondence:** Yes



**EM15253047**

# Copyright

**Registration Number / Date:**
TX0006850934 / 2007-09-14

**Previous Registration:**
2007, TX 6-493-341.

**Type of Work:**
Text

**Title:**
Entrepreneur Magazine's Startup: Start Your Own Car Wash And More - Full-Service - In Bay Automatic Exterior Conveyor - Self-Service (2nd Edition)

**Application Title:**
Entrepreneur Magazine's Startup: Start Your Own Car Wash And More - Full-Service - In Bay Automatic Exterior Conveyor - Self-Service (2nd Edition)

**Alternative Title on Application:**
Entrepreneur Magazine's Startup: Start Your Own Car Wash

**Date of Creation:**
2007

**Date of Publication:**
2007-07-01

**Copyright Claimant:**
Entrepreneur Media, Inc., Transfer: Author in Space 2b transferred copyright ownership of the Work to Claimant by written agreement..
Address: 2445 McCabe Way, Suite 400, Irvine, CA 92614

**Authorship on Application:**
Entrepreneur Media, Inc. (dba of Entrepreneur Press), Domicile: United States. employer for hire; Authorship: Entire text.
Rich Mintzer; Domicile: United States. Authorship: Entire text.

**Basis of Claim:**
New and revised text.

**Material Excluded:**
Prior version in 2003 under title: " Entrepreneur Magazine's Startup: Start Your Own Car Wash".

**Description:**
Book, 184 p.

**Nation of First Publication:**
United States

**Names:**
Mintzer, Rich
Entrepreneur Press
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_22130636

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

**Registration Number / Date:**
TX0006493344 / 2007-01-08

**Type of Work:**
Text

**Title:**
Entrepreneur Magazine's start-ups :child-care service.

**Other Title:**
Child-care service

**Date of Creation:**
2000

**Date of Publication:**
2001-01-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
entire text: Jacquelyn Lynn.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Lynn, Jacquelyn
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16561685

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
TX0006498282 / 2007-01-16

**Type of Work:**
Text

**Title:**
Entrepeneur magazine's startup :start your own child-care service.

**Date of Creation:**
2006

**Date of Publication:**
2006-08-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
Entrepreneur Press d.b.a. Entrepreneur Media, Inc.

**Basis of Claim:**
New Matter: additions, revisions.

**Edition:**
2nd ed.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Entrepreneur Media, Inc.
Entrepreneur Press

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20657323

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal

information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**

TX 7-307-034

**Effective date of registration:**

December 15, 2010

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Child-Care Service - 3rd Edition

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** December 1, 2010 **Nation of 1st Publication:** United States

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press

  **Author Created:** text

  **Work made for hire:** Yes

  **Citizen of:** United States **Domiciled in:** United States

- **Author:** Jacquelyn Lynn

  **Author Created:** text

  **Work made for hire:** No

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Previously registered:** Yes

**Previous registration and year:** TX 6-493-344 2007

TX 6-498-282 2007

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** December 10, 2010

Copyright

**Registration Number / Date:**
TX0006498283 / 2007-01-16

**Type of Work:**
Text

**Title:**
Entrepeneur magazine's startup :start your own cleaning service.

**Date of Creation:**
2006

**Date of Publication:**
2006-08-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
Jacquelyn Lynn, Entrepreneur Press d.b.a. Entrepreneur Media, Inc.

**Basis of Claim:**
New Matter: additions, revisions.

**Edition:**
2nd ed.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Lynn, Jacquelyn
Entrepreneur Media, Inc.
Entrepreneur Press

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20657324

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright

Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**
TX 7-214-397

**Effective date of registration:**
June 11, 2010

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Cleaning Business - 3rd Edition

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** May 1, 2010 **Nation of 1st Publication:** United States

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press

  **Author Created:** text

  **Work made for hire:** Yes

  **Citizen of:** United States **Domiciled in:** United States

- **Author:** Jacquelyn Lynn

  **Author Created:** text

  **Work made for hire:** No

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

**Previous registration and year:** TX 6-493-339 2003
TX 6-498-283 2007

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** June 9, 2010

**Registration Number**

TX 7-214-397

**Effective date of registration:**

June 11, 2010

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Cleaning Business - 3rd Edition

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** May 1, 2010 **Nation of 1st Publication:** United States

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press

  **Author Created:** text

  **Work made for hire:** Yes

  **Citizen of:** United States **Domiciled in:** United States

- **Author:** Jacquelyn Lynn

  **Author Created:** text

  **Work made for hire:** No

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

**Previous registration and year:** TX 6-493-339 2003

TX 6-498-283 2007

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** June 9, 2010

**Registration Number**
TX 7-857-077

**Effective date of registration:**
April 4, 2014

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Cleaning Service - 4th Edition

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** April 1, 2014 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN 1-59918-528-8

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press

  **Author Created:** text

  **Work made for hire:** Yes

  **Citizen of:** United States **Domiciled in:** United States

- **Author:** Jacquelyn Lynn

  **Author Created:** text

  **Work made for hire:** No

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Previous registration and year:** TX 6-498-283 2007
TX 7-214-397 2010

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** April 1, 2014

Copyright

**Registration Number / Date:**
TX0006521506 / 2007-01-08

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's startup :start your own clothing store.

**Date of Creation:**
2003

**Date of Publication:**
2003-03-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
text: Julie Miller.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Miller, Julie
Entrepreneur Media, Inc.
Entrepreneur magazine

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20810840

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

**Registration Number / Date:**
TX0006593825 / 2007-06-22

**Previous Registration:**
Prev. reg. 2007, TX 6-521-506.

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's startup :start your own clothing store : childrens, bridal, vintage, consignment.

**Other Title:**
Startup : start your own clothing store

**Date of Creation:**
2007

**Date of Publication:**
2007-06-01

**Copyright Claimant:**
Entrepreneur Media, Inc. d.b.a. Entrepreneur Press

**Authorship on Application:**
text: Entrepreneur Media, Inc. (employer for hire) & Charlene Davis.

**Basis of Claim:**
New Matter: revisions & additions.

**Edition:**
2nd ed.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Davis, Charlene
Entrepreneur Media, Inc.
Entrepreneur Press

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_21038309

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**

TX 7-306-593

**Effective date of registration:**

December 14, 2010

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Clothing Store and More, 3rd Edition

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** December 1, 2010 **Nation of 1st Publication:** United States

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press

  **Author Created:** text

  **Work made for hire:** Yes

  **Citizen of:** United States **Domiciled in:** United States

- **Author:** Charlene Davis

  **Author Created:** text

  **Work made for hire:** No

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

**Previous registration and year:** TX 6-521-506 2007

TX 6-585-745 2007

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** December 9, 2010

Copyright

**Registration Number / Date:**
TX0006515356 / 2007-01-16

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's startup :start your own-coin-operated laundry.

**Date of Creation:**
2006

**Date of Publication:**
2006-08-01

**Copyright Claimant:**
Entrepreneur Media, Inc. d.b.a. Entrepreneur Press employer for hire

**Authorship on Application:**
Mandy Erickson.

**Basis of Claim:**
New Matter: additions, revisions.

**Edition:**
2nd ed.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Erickson, Mandy
Entrepreneur Media, Inc.
Entrepreneur Press

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20694968

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright

Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**

TX 7-766-581

**Effective date of registration:**

September 5, 2013

## Title

**Title of Work:** Startup Start Your Own College Planning Consultant Business

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** September 1, 2013 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 978-1-59918-506-4

## Author

- **Author:** Entrepreneur Press

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

- **Author:** Eileen Figure Sandlin

**Author Created:** text

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** September 3, 2013

**Registration Number**
# TX 8-329-120
**Effective Date of Registration:**
July 08, 2016

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Construction and Contracting Business - 3rd Edition

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** July 01, 2016
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781599185910

## Author

- **Author:** Entrepreneur Media, Inc., dba Entrepreneur Press
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** Rich Mintzer
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc., dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Previous registration and year:** TX6907624, 2007
TX8139812, 2013

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** July 05, 2016

Copyright

**Registration Number / Date:**
TX0006581783 / 2007-01-22

**Type of Work:**
Text

**Title:**
Entrepreneur Magazine's startup :start your own consulting business.

**Other Title:**
Startup : start your own consulting business

**Date of Creation:**
2006

**Date of Publication:**
2006-11-01

**Copyright Claimant:**
Entrepreneur Press, d.b.a. Entrepreneur Media, Inc.

**Authorship on Application:**
text: Eileen Figure Sandlin, Entrepreneur Media, Inc. (employer for hire)

**Basis of Claim:**
New Matter: additions & revisions.

**Edition:**
2nd ed.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Sandlin, Eileen Figure
Entrepreneur Press
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20825597

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact

the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**

TX 7-214-398

**Effective date of registration:**

June 11, 2010

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Consulting Business - 3rd Edition

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** June 1, 2010 **Nation of 1st Publication:** United States

## Author

- **Author:** Entrepreneur Press dba Entrepreneur Media, Inc.

  **Author Created:** text

  **Work made for hire:** Yes

  **Citizen of:** United States **Domiciled in:** United States

- **Author:** Eileen Figure Sandlin

  **Author Created:** text

  **Work made for hire:** No

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, #400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Certification

**Name:** Ronald L. Young

**Date:** June 9, 2010

**Registration Number**
TX 7-842-767

**Effective date of registration:**
May 12, 2014

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Consulting Business 4th Edition

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** May 1, 2014 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN 1-59918-529-6

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press

  **Author Created:** text

  **Work made for hire:** Yes

  **Citizen of:** United States **Domiciled in:** United States

- **Author:** Eileen Figure Sandlin

  **Author Created:** text

  **Work made for hire:** No

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Previous registration and year:** TX-6-581-783 2007
TX-7-214-398 2010

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** May 1, 2014

Copyright

**Registration Number / Date:**
TX0006493342 / 2007-01-08

**Type of Work:**
Text

**Title:**
Entrepreneur Magazine's startup :start your own crafts business.

**Other Title:**
Start your own crafts business

**Date of Creation:**
2003

**Date of Publication:**
2004-01-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
entire text: Jacquelyn Lynn.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Lynn, Jacquelyn
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16561683

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**

TX 7-083-351

**Effective date of registration:**

April 3, 2009

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own e-Business - Your Step-by-Step Guide to Success (2nd Edition)

**Previous or Alternative Title:** Entrepreneur Magazine's Startup: e-Business

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** March 1, 2009 **Nation of 1st Publication:** United States

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press

  **Author Created:** Entire text

  **Work made for hire:** Yes

  **Domiciled in:** United States

  **Anonymous:** No **Pseudonymous:** No

- **Author:** Lynie Arden

  **Author Created:** Entire text

  **Work made for hire:** No

  **Domiciled in:** United States

  **Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614

**Transfer Statement:** Author in Space 2b transferred copyright ownership of the Work to Claimant by written agreement

## Limitation of copyright claim

**Material excluded from this claim:** Prior version in 2005 under title: "Entrepreneur Magazine's Start Your Own e-Business"

**Previously registered:** Yes

**Previous registration and year:** TX 6-493-343 2007

**Basis of current registration:** This is a changed version of the work.

**New material included in claim:** New and revised text

## Certification

**Name:** Ronald L. Young

**Date:** March 23, 2009

Copyright

**Registration Number / Date:**
TX0005909091 / 2004-02-06

**Supplemented by Registration:**
TX0006567178 / 2006-05-17

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's How to start an e-learning business :a step-by-step guide to success.

**Application Title:**
Entrepreneur business guide no. 1822.

**Series:**
Business start-up series ; guide no. 1822

**Other Title:**
Business start-up series ; guide no. 1822
Entrepreneur business guide no. 1822
How to start an e-learning business

**Date of Creation:**
2003

**Date of Publication:**
2003-10-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Description:**
263 p.

**Imprint:**
Irvine, CA : Entrepreneur Media, c2003.

**Copyright Note:**
See also Entrepreneur magazine's How to start an e-learning business; Reg. 17May06; TX 6-567-178

**Names:**
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16193160

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
TX0006567178 / 2006-05-17

**Supplement to:**
TX0005909091 / 2004

**Supplement to Registration:**
TX 5-909-091, 2004

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's How to start an e-learning business /by Entrepreneur Media, Inc.

**Application Title:**
Entrepreneur magazine's Online learning business (on original appl.: Entrepreneur magazine's How to start an e-learning business) (changed title)

**Other Title:**
How to start an e-learning business
Online learning business

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Names:**
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20846991

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**
# TX 8-464-951
**Effective Date of Registration:**
September 08, 2017

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Etsy Business

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** September 01, 2017
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-609-2

## Author

- **Author:** Staff of Entrepreneur Media, Inc.
  **Author Created:** text, photograph(s), artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

- **Author:** Jason R. Rich
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 Fitch
Irvine, CA 92614 United States



**EM15253036**

## Certification

**Name:** Ronald L. Young
**Date:** September 05, 2017

# Copyright

**Registration Number / Date:**
TX0006845824 / 2007-10-29

**Previous Registration:**
2007, TX 6-556-594.

**Type of Work:**
Text

**Title:**
Entrepreneur Magazines Startup: Start Your Own Event Planning Business - Your Step-by-Step Guide to Success 2nd Edition.

**Application Title:**
Entrepreneur Magazines Startup: Start Your Own Event Planning Business - Your Step-by-Step Guide to Success 2nd Edition.

**Alternative Title on Application:**
Start Your Own Event Planning Business

**Date of Creation:**
2007

**Date of Publication:**
2007-10-01

**Copyright Claimant:**
Entrepreneur Media Inc., Transfer: Amy Jean Peters transferred copyright ownership of the Work to Claimant by written agreement.. Address: 2445 McCabe Way, Suite 400, Irvine, CA, 92614

**Authorship on Application:**
Entrepreneur Media Inc. dba of Entrepreneur Press, Domicile: United States. employer for hire; Authorship: Entire text.
Amy Jean Peters; Domicile: United States. Authorship: Entire text.

**Basis of Claim:**
New and revised text.

**Material Excluded:**
Prior version in 2004 under title: Start Your Own Event Planning Business.

**Description:**
Book, 137 p.

**Nation of First Publication:**
United States

**Names:**
Peters, Amy Jean
Entrepreneur Press

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_22034086

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**
TX 7-381-412

**Effective date of registration:**
June 15, 2011

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Event Planning Business - 3rd Edition

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** June 1, 2011 **Nation of 1st Publication:** United States

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States **Domiciled in:** United States
- **Author:** Cheryl Kimball
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Previous registration and year:** TX 6-556-594 2007
TX 6-845-824 2007

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** June 10, 2011

**Registration Number**
# TX 8-048-082
**Effective Date of Registration:**
April 03, 2015

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Event Planning Business - 4th Edition

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** February 01, 2015
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-562-0

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press
**Author Created:** text
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

- **Author:** Cheryl Kimball
**Author Created:** text
**Work made for hire:** No
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Previous registration and year:** TX 6-845-824, 2007
TX 7-381-412, 2011

## Rights and Permissions



EM15253369

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** April 01, 2015

Copyright

**Registration Number / Date:**
TX0006875620 / 2007-10-04

**Previous Registration:**
2007, TX 6-521-507.

**Type of Work:**
Text

**Title:**
Entrepreneur Magazine's Startup: Start Your Own Executive Recruiting Service, 2nd Edition : Your Step-by-Step Guide to Success.

**Application Title:**
Entrepreneur Magazine's Startup: Start Your Own Executive Recruiting Service - Your Step-by-Step Guide to Success (2nd Edition)

**Date of Creation:**
2007

**Date of Publication:**
2007-09-01

**Copyright Claimant:**
Entrepreneur Media, Inc., Transfer: Author transferred copyright ownership of the Work to Claimant by written agreement.. Address: 2445 McCabe Way, Suite 400, Irvine, CA 92614

**Authorship on Application:**
Entrepreneur Media, Inc. (dba of Entrepreneur Press), Domicile: United States. employer for hire; Authorship: Entire text.
Courtney Thurman; Domicile: United States. Authorship: Entire text.

**Basis of Claim:**
New and revised text.

**Material Excluded:**
Prior version in 2003 under title: " Start Your Own Executive Recruiting Service.

**Description:**
Book, 222 p.

**Nation of First Publication:**
United States

**Names:**
Thurman, Courtney
Entrepreneur Press
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_22490258

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**

TXu 1-642-461

**Effective date of registration:**

March 27, 2009

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Fashion Accessories Business - Your Step-by-Step Guide to Success

## Completion/Publication

**Year of Completion:** 2009

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press

  **Author Created:** Entire text

  **Work made for hire:** Yes

  **Domiciled in:** United States

  **Anonymous:** No **Pseudonymous:** No

- **Author:** Eileen Figure Sandlin

  **Author Created:** Entire text

  **Work made for hire:** No

  **Domiciled in:** United States

  **Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614

**Transfer Statement:** Author transferred copyright ownership of the Work to Claimant by written agreement.

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Ronald L. Young

**Date:** March 23, 2009

---

**Registration Number**
TX 7-766-590

**Effective date of registration:**
September 5, 2013

## Title

**Title of Work:** Startup Star Your Own Fashion Accessories Business

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** September 1, 2013 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 978-1-59918-504-0

## Author

- **Author:** Entrepreneur Press

  **Author Created:** text

  **Work made for hire:** Yes

  **Citizen of:** United States **Domiciled in:** United States

- **Author:** Eileen Figure Sandlin

  **Author Created:** text

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** September 3, 2013

---

# Copyright

**Registration Number / Date:**
TX0006493899 / 2006-12-29

**Type of Work:**
Text

**Title:**
Entrepreneur magazine startup :start your own florist shop and other floral businesses.

**Date of Creation:**
2006

**Date of Publication:**
2006-08-01

**Copyright Claimant:**
Entrepreneur Press d.b.a. Entrepreneur Meida, Inc. (employer for hire)

**Authorship on Application:**
entire text: Cheryl Kimball.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Kimball, Cheryl
Entrepreneur Press
Entrepreneur Meida, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16562104

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
TX0005860036 / 2003-03-31

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's How to start a freight brokerage business :a step-by-step guide to success.

**Application Title:**
Entrepreneur business guide: no. 1328.

**Series:**
Entrepreneur Magazine's Business start-up series ; guide no. 1328

**Other Title:**
Entrepreneur Magazine's Business start-up series ; guide no. 1328
Entrepreneur business guide: no. 1328
How to start a freight brokerage business

**Date of Creation:**
2000

**Date of Publication:**
2000-08-15

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Description:**
Sheets.

**Edition:**
3rd ed.

**Names:**
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16167568

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

**Registration Number / Date:**
TX0006538676 / 2007-01-22

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's startup :start your own freight brokerage business.

**Date of Creation:**
2006

**Date of Publication:**
2006-04-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
Jacquelyn Lynn.

**Basis of Claim:**
New Matter: revisions, additions.

**Edition:**
2nd ed.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Lynn, Jacquelyn
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20708162

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright

Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**

TX 7-214-394

**Effective date of registration:**

June 11, 2010

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Freight Brokerage Business - 3rd Edition

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** June 1, 2010 **Nation of 1st Publication:** United States

## Author

- **Author:** Entrepreneur Press dba Entrepreneur Media, Inc.

  **Author Created:** text

  **Work made for hire:** Yes

  **Citizen of:** United States **Domiciled in:** United States

- **Author:** Jacquelyn Lynn

  **Author Created:** text

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, #400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Certification

**Name:** Ronald L. Young

**Date:** June 9, 2010

**Registration Number**
# TX 7-965-925
**Effective Date of Registration:**
October 06, 2014

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Freight Brokerage Business - 4th Edition

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** October 01, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** Jacquelyn Lynn
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Previous registration and year:** TX 6-538-676, 2007
TX 7-214-394, 2010

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** October 01, 2014

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-496-473**

TX0006496473

EFFECTIVE DATE OF REGISTRATION

JANUARY 16, 2007
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

TITLE OF THIS WORK ▼
Entrepreneur Magazine's Startup: Start Your Own Gift Basket Service

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

## 2

**a** NAME OF AUTHOR ▼
Jacquelyn Lynn

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2003 ◀ Year
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ May Day ▶ 1 Year ▶ 2003
USA ◀ Nation

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Entrepreneur Media, Inc.
2445 McCabe Way, Suite 400
Irvine, CA 92614

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Author transferred copyright ownership of the Work to Claimant by written agreement.

DO NOT WRITE HERE — OFFICE USE ONLY
APPLICATION RECEIVED
JAN 16 2007
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
JAN 16 2007
FUNDS RECEIVED

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

EXAMINED BY JRP

CHECKED BY

☐ CORRESPONDENCE Yes

FORM TX

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶ Year of Registration ▶

**6**

**DERIVATIVE WORK OR COMPILATION**

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

**7**

a. **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ Entrepreneur Media, Inc.
Account Number ▼ DA 037184

b. **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Entrepreneur Media, Inc. - Attn: Legal Dept.
2445 McCabe Way, Suite 400
Irvine, CA 92614

Area code and daytime telephone number ▶ (949) 622-5279 Fax number ▶ (949) 261-7729

Email ▶ ryoung@entrepreneur.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Entrepreneur Media, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Ronald L. Young Date ▶ 1/8/07

Handwritten signature (X) ▼

X Ronald L. Young

**9**

| Certificate will be mailed in window envelope to this address: | |
|---|---|
| | Name ▼ Entrepreneur Media, Inc. - Attn: Legal Dept. |
| | Number/Street/Apt ▼ 2445 McCabe Way, Suite 400 |
| | City/State/ZIP ▼ Irvine, CA 92614 |

**YOU MUST:**
- Complete all necessary spaces
- Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Copyright

**Registration Number / Date:**
TXU001575581 / 2008-01-30

**Type of Work:**
Text

**Title:**
Entrepreneur Magazine's Start Your Own Grant-Writing Business: Your Step-by-Step Guide to Success.

**Application Title:**
Entrepreneur Magazine's Start Your Own Grant-Writing Business: Your Step-by-Step Guide to Success.

**Date of Creation:**
2007

**Copyright Claimant:**
Entrepreneur Media, Inc., Transfer: Author in Space 2b transferred copyright ownership of the Work to Claimant by written agreement.
Address: 2445 McCabe Way, Suite 400, Irvine, CA 92614

**Authorship on Application:**
Entrepreneur Media, Inc. (dba of Entrepreneur Press), Domicile: United States. employer for hire; Authorship: Entire text.
Preethi Burkholder; Domicile: United States. Authorship: Entire text.

**Description:**
Book, 200 p.

**Names:**
Entrepreneur Press
Entrepreneur Media, Inc.
Entrepreneur Media, Inc. (dba of Entrepreneur Press)
Burkholder, Preethi

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_22015550

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact

the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**
TXu 1-692-150

**Effective date of registration:**
January 29, 2009

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Green Business - Your Step-by-Step Guide to Success

## Completion/Publication

**Year of Completion:** 2008

## Author

- **Author:** Entrepreneur Press dba Entrepreneur Media, Inc.

  **Author Created:** Entire text

  **Work made for hire:** Yes

  **Domiciled in:** United States

  **Anonymous:** No **Pseudonymous:** No

- **Author:** Rich Mintzer

  **Author Created:** Entire text

  **Work made for hire:** No

  **Domiciled in:** United States

  **Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614

**Transfer Statement:** Author transferred copyright ownership of the Work to claimant by written agreement.

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Ronald L. Young

**Date:** January 28, 2009

---

**Correspondence:** Yes

Copyright

**Registration Number / Date:**
TX0006496471 / 2007-01-16

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's startup :start your own hair salon and day spa.

**Other Title:**
Start your own hair salon and day spa

**Date of Creation:**
2005

**Date of Publication:**
2005-05-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
Entrepreneur Press d.b.a. Entrepreneur Media, Inc., employer for hire.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Entrepreneur Media, Inc.
Entrepreneur Press

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20928075

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**
TX 7-222-774

**Effective date of registration:**
March 26, 2010

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Hair Salon and Day Spa, 2nd Edition

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** March 1, 2010 **Nation of 1st Publication:** United States

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press

  **Author Created:** text

  **Work made for hire:** Yes

  **Citizen of:** United States **Domiciled in:** United States

- **Author:** Eileen Figure Sandlin

  **Author Created:** text

  **Work made for hire:** No

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

**Previous registration and year:** TX 6-496-471 2005

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** March 26, 2010

**Registration Number**

TX 7-958-518

**Effective date of registration:**

September 3, 2014

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Hair Salon and Day Spa - 3rd Edition

## Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** September 1, 2014 **Nation of 1st Publication:** United States

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press

  **Author Created:** text

  **Work made for hire:** Yes

  **Citizen of:** United States **Domiciled in:** United States

- **Author:** Eileen Figure Sandlin

  **Author Created:** text

  **Work made for hire:** No

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Previous registration and year:** TX 7-222-774 2010

TX 6-496-471 2005

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** September 2, 2014

Copyright

**Registration Number / Date:**
TX0006885400 / 2007-10-22

**Type of Work:**
Text

**Title:**
Entrepreneur Magazine's Startup: Start Your Own Home Inspection Service (2nd Edition)

**Application Title:**
Entrepreneur Magazine's Startup: Start Your Own Home Inspection Service (2nd Edition)

**Alternative Title on Application:**
Start Your Own Home Inspection Service

**Date of Creation:**
2007

**Date of Publication:**
2007-10-01

**Copyright Claimant:**
Entrepreneur Media, Inc., Transfer: Author in Space 2b transferred copyright ownership of the Work to Claimant by written agreement. Address: 2445 McCabe Way, Suite 400, Irvine, CA, 92614.

**Authorship on Application:**
Entrepreneur Media,Inc.(dba of EntrepreneurPress), Domicile: United States. employer for hire; Authorship: Entire text.
Cheryl Kimball; Domicile: United States. Authorship: Entire text.

**Basis of Claim:**
New and revised text.

**Material Excluded:**
Prior version in 2003 under title: " Start Your Own Home Inspection Service".

**Description:**
Book, 118 p.

**Nation of First Publication:**
United States

**Names:**
Kimball, Cheryl
Entrepreneur Media, Inc.
EntrepreneurPress

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_22595608

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
TX0005812566 / 2003-05-09

**Supplemented by Registration:**
TX0006567173 / 2006-05-17

**Previous Registration:**
Prev. reg. 1999, TX 5-074-125.

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's How to start an import/export business :a step-by-step guide to success : guide no. 1092.

**Series:**
Business start-up series

**Other Title:**
Business start-up series
Start-up basics
How to start an import/export business

**Date of Creation:**
2003

**Date of Publication:**
2003-02-15

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Basis of Claim:**
New Matter: new & rev. text.

**Description:**
2 v. in 1.

**Copyright Note:**
See also Entrepreneur magazine's How to start an import/export business; Reg. 17May06; TX 6-567-173

**Notes:**
Includes Entrepreneur magazine's Start-up basics.

**Names:**
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16131273

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
TX0006567173 / 2006-05-17

**Supplement to:**
TX0005812566 / 2003

**Supplement to Registration:**
TX 5-812-566, 2003

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's How to start an import/export business /by Entrepreneur Media, Inc.

**Application Title:**
Entrepreneur magazine's Import/export business (on original appl.: Entrepreneur magazine's How to start an import/export business) (changed title)

**Other Title:**
How to start an import/export business
Import/export business

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Names:**
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20817417

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

**Registration Number / Date:**
TX0006593685 / 2007-06-22

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's startup :start your own import/export business : your step-by-step guide to success.

**Date of Creation:**
2007

**Date of Publication:**
2007-06-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
entire text: Entrepreneur Media, Inc., d.b.a. Entrepreneur Press, employer for hire, & Jennifer Dorsey.

**Basis of Claim:**
New Matter: new & rev. text.

**Edition:**
2nd ed.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Dorsey, Jennifer
Entrepreneur Media, Inc.
Entrepreneur Press

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_21057667

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact

the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**

TX 7-954-395

**Effective date of registration:**

July 30, 2014

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Import/Export Business: 4th Edition

## Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** July 1, 2014 **Nation of 1st Publication:** United States

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press

  **Author Created:** text

  **Work made for hire:** Yes

  **Citizen of:** United States **Domiciled in:** United States

- **Author:** Krista Turner

  **Author Created:** text

  **Work made for hire:** No

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Previous registration and year:** TX 6-593-685 2007

TX 7-227-661 2010

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** July 24, 2014

**Registration Number**
# TX 8-398-675
**Effective Date of Registration:**
February 23, 2017

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Import/Export Business - Fifth Edition

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** February 14, 2017
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-606-1

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States

- **Author:** Rich Mintzer
  **Author Created:** text
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc
18061 Fitch Avenue, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc
**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 18061 Fitch Avenue
Irvine, CA 92614 United States



**EM15253028**

## Certification

**Name:** Ronald L. Young
**Date:** February 14, 2017

# Copyright

**Registration Number / Date:**
TX0006521509 / 2007-01-22

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's startup :start your own information consultant business.

**Date of Creation:**
2004

**Date of Publication:**
2004-06-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
text: Entrepreneur Press, d.b.a. Entrepreneur Media, Inc., George Walsh, Alan Breznick, Rachel Adelson.

**Basis of Claim:**
New Matter: additions & revisions.

**Edition:**
2nd ed.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Walsh, George
Breznick, Alan
Adelson, Rachel
Entrepreneur Media, Inc.
Entrepreneur Press
Entrepreneur magazine

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20810843

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**
TX 7-041-698

**Effective date of registration:**
September 19, 2008

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Kid-Focused Business and More

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** September 1, 2008 **Nation of 1st Publication:** United States

## Author

- **Author:** Krista Thoren Turner

  **Author Created:** Entire text

  **Work made for hire:** No

  **Domiciled in:** United States

  **Anonymous:** No **Pseudonymous:** No

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press

  **Author Created:** Entire text

  **Work made for hire:** Yes

  **Domiciled in:** United States

  **Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614

**Transfer Statement:** by written agreement

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Ronald. L. Young

**Date:** September 3, 2008

---

**Registration Number**

TX 7-340-499

**Effective date of registration:**

March 3, 2011

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Lawn Care or Landscaping Business - 3rd Edition

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** March 1, 2011 **Nation of 1st Publication:** United States

## Author

- **Author:** Entrepreneur Press dba. Entrepreneur Media, Inc.

  **Author Created:** text

  **Work made for hire:** Yes

  **Citizen of:** United States **Domiciled in:** United States

- **Author:** Ciree Linsenman

  **Author Created:** text

  **Work made for hire:** No

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Press dba Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Previous registration and year:** TX 6-580-552 2007

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** March 1, 2011

# Copyright

**Registration Number / Date:**
TX0005718901 / 2003-03-19

**Supplemented by Registration:**
TX0006567175 / 2006-05-17

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's How to start a lawn care service :a step-by-step guide to success : guide no. 1198.

**Other Title:**
Start up basics
How to start a lawn care business

**Date of Creation:**
2003

**Date of Publication:**
2003-01-15

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Description:**
2 v.

**Copyright Note:**
See also Entrepreneur magazine's How to start a lawn care business; Reg. 17May06; TX 6-567-175

**Notes:**
Includes Entrepreneur magazine's Start up basics.

**Names:**
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16076171

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
TX0006567175 / 2006-05-17

**Supplement to:**
TX0005718901 / 2003

**Supplement to Registration:**
TX 5-718-901, 2003

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's How to start a lawn care business /by Entrepreneur Media, Inc.

**Application Title:**
Entrepreneur magazine's Lawn care service (on original appl.: Entrepreneur magazine's How to start a lawn care business) (changed title)

**Other Title:**
How to start a lawn care business
Lawn care service

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Names:**
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20846988

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

**Registration Number / Date:**
TX0006580552 / 2007-06-04

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's Startup :start your own lawn care or landscaping business : your step-by-step guide to success.

**Other Title:**
Startup : start your own lawn care or landscaping business : your step-by-step guide to success

**Date of Creation:**
2007

**Date of Publication:**
2007-05-01

**Copyright Claimant:**
Entrepreneur Media, Inc. d.b.a. Entrepreneur Press

**Authorship on Application:**
text: Entrepreneur Media, Inc. (employer for hire) & Eileen Figure Sandlin.

**Basis of Claim:**
New Matter: new & rev. text.

**Edition:**
2nd ed.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Sandlin, Eileen Figure
Entrepreneur Media, Inc.
Entrepreneur Press

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20794453

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**
# TX 8-312-488
**Effective Date of Registration:**
August 03, 2016

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Lawn Care or Landscaping Business - 4th Edition

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** July 01, 2016
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781599185927

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press
  **Author Created:** new and revised text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** Cheryl Kimball
  **Author Created:** new and revised text
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** previously published edition
**Previous registration and year:** TX 6580552, 2007
TX 7340499, 2011

**New material included in claim:** new and revised text



**EM15253020**

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** July 26, 2016

**Correspondence:** Yes

# Copyright

**Registration Number / Date:**
TX0006515047 / 2007-01-11

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's startup :start your own mail order business.

**Date of Creation:**
2003

**Date of Publication:**
2003-10-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
Terry Adams, Rob Adams.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Adams, Terry
Adams, Rob
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20694823

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

**Registration Number / Date:**
TX0007264601 / 2008-04-25

**Previous Registration:**
2007, TX 6-5 15-047.

**Type of Work:**
Text

**Title:**
Entrepreneur Magazine's Startup: Start Your Own Mail Order Business (2nd Edition)

**Application Title:**
Entrepreneur Magazine's Startup: Start Your Own Mail Order Business (2nd Edition)

**Alternative Title on Application:**
Entrepreneur Magazine's Startup: Start Your Own Mail Order Business

**Date of Creation:**
2008

**Date of Publication:**
2008-05-01

**Copyright Claimant:**
Entrepreneur Media, Inc. dba Entrepreneur Press, Transfer: Author b transferred copyright ownership of the Work to Claimant by written agreement. Address: 2445 McCabe Way, Suite 400, Irvine,, CA, 92614.

**Authorship on Application:**
Entrepreneur Media, Inc. dba Entrepreneur Press, Domicile: United States. employer for hire; Authorship: new and revised text.
Rich Mintzer; Domicile: United States. Authorship: new and revised text.

**Basis of Claim:**
New and revised text.

**Material Excluded:**
Prior version in 2003 under title: "Entrepreneur Magazine's Start Your Own Mail Order Business".

**Description:**
Book, 265 p.

**Copyright Note:**
C.O. correspondence.

**Nation of First Publication:**
United States

**Names:**
Mintzer, Rich
Entrepreneur Press
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_24290836

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

**Registration Number / Date:**
TX0006497919 / 2007-01-08

**Type of Work:**
Text

**Title:**
Start your own medical claims billing service.

**Series:**
Entrepreneur magazine's Startup

**Other Title:**
Startup

**Date of Creation:**
2003

**Date of Publication:**
2003-12-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
text: Rob Adams & Terry Adams.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Adams, Rob
Adams, Terry
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20657218

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright

Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**

**TX 7-459-085**

**Effective date of registration:**

December 7, 2011

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Medical Calims Billing Service, 2nd Edition

## Completion / Publication

**Year of Completion:** 2008

**Date of 1st Publication:** January 1, 2008 **Nation of 1st Publication:** United States

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press

  **Author Created:** text

  **Work made for hire:** Yes

  **Citizen of:** United States **Domiciled in:** United States

- **Author:** Jennifer Dorsey

  **Author Created:** text

  **Work made for hire:** No

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Previous registration and year:** TX 6-503-688 2007

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** December 5, 2011

**Registration Number**

TX 7-562-186

**Effective date of registration:**

July 6, 2012

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Medical Claims Billing Service - 3rd Edition

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** July 1, 2012 **Nation of 1st Publication:** United States

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

- **Author:** Charlene Davis

**Author Created:** text

**Work made for hire:** No

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** text

**Previous registration and year:** TX 6-503-688 2007

TX 7-459-085 2011

**New material included in claim:** text

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** July 2, 2012

**Registration Number**

# TX 8-323-171

**Effective Date of Registration:**
September 08, 2016

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Medical Claims Billing Service - your step by step guide to success - 4th Edition

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** September 01, 2016
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781599185934

## Author

- **Author:** Entrepreneur Media, Inc., dba Entrepreneur Press
**Author Created:** text
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

- **Author:** Charlene Davis
**Author Created:** text
**Work made for hire:** No
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc., dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Previous registration and year:** TX0006503688, 2003
TX0007562186, 2012

## Rights and Permissions



EM15253022

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** August 31, 2016

**Correspondence:** Yes

**Registration Number**
# TX 8-116-974
**Effective Date of Registration:**
June 10, 2015

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Microbrewery, Distillery, or Cidery

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** June 01, 2015
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-565-1

## Author

- **Author:** The Staff of Entrepreneur Media, Inc.
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States

- **Author:** Corie Brown
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 18061 Fitch



**EM15253008**

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** June 08, 2015



**EM15253009**

**Registration Number**

TX 7-106-364

**Effective date of registration:**

March 27, 2009

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Net Service Business - Web Design-Search Engine Marketing-New Media-Blogging

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** March 1, 2009

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press

  **Author Created:** Entire text

  **Work made for hire:** Yes

  **Citizen of:** United States

  **Anonymous:** No **Pseudonymous:** No

- **Author:** Liane Cassavoy

  **Author Created:** Entire text

  **Work made for hire:** No

  **Citizen of:** United States

  **Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA 92614

**Transfer Statement:** Author Liane Cassavoy transferred copyright ownership of the Work to Claimant by written agreement.

## Certification

**Name:** Ronald L. Young

**Date:** March 23, 2009

**Registration Number**

# TX 8-523-910

**Effective Date of Registration:**
August 31, 2017

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Nonprofit Organization (2nd Edition)

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** August 08, 2017
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-613-9

## Author

- **Author:** The Staff of Entrepreneur Media, Inc.
**Author Created:** text
**Work made for hire:** Yes
**Citizen of:** United States

- **Author:** Corbin Collins
**Author Created:** text
**Work made for hire:** No
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** text
**Previous registration and year:** TX7-857-065, 2014

**New material included in claim:** text



**EM15252808**

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** August 28, 2017

**Correspondence:** Yes



**EM15252809**

* *

**Registration Number:**

TX 6-901-712

**Effective date of registration:**

November 13, 2007

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Office and Administrative Support Service - Your Step-by-Step Guide to Success

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** October 1, 2007 **Nation of 1st Publication:** United States

## Author

- **Author:** Entrepreneur Media, lnc. (dba of Entrepreneur Press)

  **Author Created:** Entire text

  **Work made for hire:** Yes

  **Domiciled in:** United States

  **Anonymous:** No **Pseudonymous:** No

- **Author:** Courtney Thurman

  **Author Created:** Entire text

  **Work made for hire:** No

  **Domiciled in:** United States

  **Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614

**Transfer Statement:** Author in Space 2b transferred copyright ownership of the Work to Claimant by written agreement.

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Ronald L. Young

**Date:** November 9, 2007

**Registration Number**
TX 7-769-612

**Effective date of registration:**
September 9, 2013

## Title

**Title of Work:** Startup Start Your Own Online Coupon or Daily Deal Business

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** September 1, 2013 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 978-1-59918-512-5

## Author

- **Author:** Entrepreneur Press

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

- **Author:** Rich Mintzer

**Author Created:** text

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** September 3, 2013

Copyright

**Registration Number / Date:**
TX0006895378 / 2007-11-09

**Type of Work:**
Text

**Title:**
Entrepreneur Magazine's Startup: Start Your Own Online Education Business - Your Step-by-Step Guide to Success.

**Application Title:**
Entrepreneur Magazine's Startup: Start Your Own Online Education Business - Your Step-by-Step Guide to Success.

**Date of Creation:**
2007

**Date of Publication:**
2007-09-01

**Copyright Claimant:**
Entrepreneur Media, Inc., Transfer: Author in Space 2b transferred copyright ownership of the Work to Claimant by written agreement. Address: 2445 McCabe Way Suite 400, Irvine, CA, 92614.

**Authorship on Application:**
Entrepreneur Media, Inc. (dba of Entrepreneur Press), Domicile: United States. employer for hire; Authorship: Entire text.
Rich Mintzer; Domicile: United States. Authorship: Entire text.

**Description:**
Book, 178 p.

**Nation of First Publication:**
United States

**Names:**
Mintzer, Rich
Entrepreneur Media, Inc. (dba of Entrepreneur Press)
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_22661953

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

**Registration Number / Date:**
TX0006500947 / 2007-01-08

**Type of Work:**
Text

**Title:**
Entrepreneur Magazine's startup :start your own personal concierge service.

**Date of Creation:**
2002

**Date of Publication:**
2002-12-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
text: Lisa Addison.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Addison, Lisa
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16563413

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

**Registration Number / Date:**
TX0006826893 / 2007-09-17

**Previous Registration:**
2007, TX 6-500-947.

**Type of Work:**
Text

**Title:**
Entrepreneur Magazine's Startup: Start Your Own Personal Concierge Service - Your Step-by-Step Guide to Success Edition)

**Application Title:**
Entrepreneur Magazine's Startup: Start Your Own Personal Concierge Service - Your Step-by-Step Guide to Success Edition)

**Alternative Title on Application:**
Entrepreneur Magazine's Startup: Start Your Own Personal Concierge Service

**Date of Creation:**
2007

**Date of Publication:**
August 01, 2007

**Copyright Claimant:**
Entrepreneur Media, Inc., Transfer: Author in Space 2b transferred copyright ownership of the Work to Claimant by written agreement..
Address: 2445 McCabe Way, Suite 400, Irvine, CA, 92614

**Authorship on Application:**
Entrepreneur Media, Inc. (dba of Entrepreneur Press), Domicile: United States. employer for hire; Authorship: Entire text.
Heather Heath Dismore; Domicile: United States. Authorship: Entire text.

**Basis of Claim:**
New and revised text.

**Material Excluded:**
Prior version in 2002 under title: " Entrepreneur Magazine's Startup: Start Your Own Personal Concierge Service".

**Description:**

Book, 348 p.

**Nation of First Publication:**
United States

**Names:**
Dismore, Heather Heath
Entrepreneur Press
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_21954589

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).