# Copyright

**Registration Number / Date:**
TX0007418424 / 2011-09-06

**Previous Registration:**
2007, TX 6-500-947.
2007, TX 6-812-893.

**Type of Work:**
Text

**Title:**
Entrepreneur Magazine's Startup: Start Your Own Personal Concierge Service, 3rd Edition.

**Application Title:**
Entrepreneur Magazine's Startup: Start Your Own Personal Concierge Service, 3rd Edition.

**Date of Creation:**
2011

**Date of Publication:**
2011-08-01

**Copyright Claimant:**
Entrepreneur Media, Inc. dba Entrepreneur Press, Transfer: By written agreement. Address: 2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States.

**Authorship on Application:**
Entrepreneur Media, Inc. dba Entrepreneur Press, Domicile: United States; employer for hire; Citizenship: United States. Authorship: text. Ciree Linsenman; Domicile: United States; Citizenship: United States. Authorship: text.

**Rights and Permissions:**
Ronald L. Young, Entrepreneur Media, Inc., 2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States, (949) 622-5279, ryoung@entrepreneur.com

**Description:**
Book, 138 p.

**Nation of First Publication:**

United States

**Names:**
Linsenman, Ciree
Entrepreneur Media, Inc. dba Entrepreneur Press

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_24991648

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

**Registration Number / Date:**
TX0006518621 / 2007-01-11

**Type of Work:**
Text

**Title:**
Start your own personal training business.

**Series:**
Entrepreneur magazine's Startup

**Other Title:**
Startup

**Date of Creation:**
2003

**Date of Publication:**
2003-05-01

**Copyright Claimant:**
Entrepreneur Press d.b.a. Entrepreneur Media, Inc.

**Authorship on Application:**
text: Entrepreneur Press, employer for hire, & Jacquelyn Lynn.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Lynn, Jacquelyn
Entrepreneur Press
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20706975

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright

Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

* *

**Registration Number:**

TXu 1-602-540

**Effective date of registration:**

December 3, 2007

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Personal Training Business - Your Step-by-Step Guide to Success (2nd Edition)

**Previous or Alternative Title:** Entrepreneur Magazine's Startup: Start Your Own Personal Training Business

## Completion/Publication

**Year of Completion:** 2007

## Author

- **Author:** Entrepreneur Media, lnc.(dba of Entrepreneur Press)

**Author Created:** Entire text

**Work made for hire:** Yes

**Anonymous:** No **Pseudonymous:** No

- **Author:** Tom Weede

**Author Created:** Entire text

**Work made for hire:** No

**Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA 92614

**Transfer Statement:** Author in Space 2b transferred copyright ownership of the Work to Claimant by written agreement.

## Limitation of copyright claim

**Material excluded from this claim:** Prior version in 2003 under title: "Entrepreneur Magazine's Startup: Start Your Own Personal Training Business"

**Previously registered:** Yes

**Previous registration and year:** TX 6-518-621 2007

**Basis of current registration:** This is a changed version of the work.

**New material included in claim:** New and Revised text.

## Certification

**Name:** Ronald L. Young

**Date:** November 27, 2007

**Registration Number**

TX 7-547-675

**Effective date of registration:**

April 27, 2012

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Personal Training Business - 3rd Edition

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 1, 2012 **Nation of 1st Publication:** United States

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press

  **Author Created:** text

  **Work made for hire:** Yes

  **Citizen of:** United States **Domiciled in:** United States

- **Author:** Ciree Linsenman

  **Author Created:** text

  **Work made for hire:** No

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Previous registration and year:** TX 6-518-621 2007

TXu 1-602-540 2007

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** April 25, 2012

**Registration Number**

# TX 8-341-794

**Effective Date of Registration:**
November 09, 2016

## Title

**Title of Work:** Start Your Own Personal Training Business: Your Step-by-Step Guide to Success

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** November 01, 2016
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-595-8

## Author

- **Author:** The Staff of Entrepreneur Media, Inc.
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** Cheryl Kimball
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch Avenue, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** text
**Previous registration and year:** TX7-547-675, 2012
TX-6-539-619, 2007

**New material included in claim:** text



**EM15253026**

## Rights and Permissions

**Organization Name:** Enterepreneur Media, Inc.
**Address:** 18061 Fitch Avenue
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** November 04, 2016



**EM15253027**

**Registration Number**
TX 7-108-299

**Effective date of registration:**
March 27, 2009

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your own Pet Business and More - Pet Sitting-Dog Walking-Training-Grooming-Food/Treats-Upscale Pet Products

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** March 1, 2009

## Author

- **Author:** Entrepreneur Press dba Entrepreneur Media, Inc.

  **Author Created:** Entire text

  **Work made for hire:** Yes

  **Citizen of:** United States

  **Anonymous:** No **Pseudonymous:** No

- **Author:** Eileen Figure Sandlin

  **Author Created:** Entire text

  **Work made for hire:** No

  **Citizen of:** United States

  **Anonymous:** No **Pseudonymous:** No

- **Author:** Cheryl Kimball

  **Author Created:** Entire text

  **Work made for hire:** No

  **Citizen of:** United States

  **Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA 92614

**Transfer Statement:** Authors transferred copyright ownership of the Work to Claimant by written agreement.

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Ronald L. Young

**Date:** March 23, 2009

# Copyright

**Registration Number / Date:**
TX0006819912 / 2007-08-16

**Type of Work:**
Text

**Title:**
Entrepreneur Magazine's Startup - Start Your Own Pet-Sitting Business and More, 2nd Edition.

**Application Title:**
Entrepreneur Magazine's Startup - Start Your Own Pet-Sitting Business and More.

**Alternative Title on Application:**
Start Your Own Pet-Sitting Business

**Date of Creation:**
2007

**Date of Publication:**
August 01, 2007

**Copyright Claimant:**
Entrepreneur Media, Inc, Transfer: Author in Space 2b transferred copyright ownership of the Work to Claimant by written agreement..
Address: 2445 McCabe Way, Suite 400, Irvine, CA, 92614

**Authorship on Application:**
Entrepreneur Media ,Inc. (dba of Entrepreneur Press), Domicile: United States. employer for hire; Authorship: Entire Text.
Cheryl Kimball. Authorship: Entire text.

**Basis of Claim:**
New and revised text.

**Material Excluded:**
Prior version in 2004 under title: " Start Your Own Pet-Sitting Business".

**Description:**
Book, 149 p.

**Names:**
Kimball, Cheryl
Entrepreneur Press

Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_21919551

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

**Registration Number / Date:**
TX0006895385 / 2007-11-09

**Type of Work:**
Text

**Title:**
Entrepreneur Magazine's Startup: Start Your Own Photography Business - Studio-Freelance-Gallery-Events.

**Application Title:**
Entrepreneur Magazine's Startup: Start Your Own Photography Business - Studio-Freelance-Gallery-Events.

**Date of Creation:**
2007

**Date of Publication:**
2007-10-01

**Copyright Claimant:**
Entrepreneur Media, Inc., Transfer: Author in Space 2b transferred copyright ownership of the Work to Claimant by written agreement. Address: 2445 McCabe Way, Suite 400, Irvine, CA, 92614.

**Authorship on Application:**
Entrepreneur Media, Inc. (dba of Entrepreneur Press), Domicile: United States. employer for hire; Authorship: Entire text.
Charlene Davis; Domicile: United States. Authorship: Entire text.

**Description:**
Book, 131 p.

**Nation of First Publication:**
United States

**Names:**
Davis, Charlene
Entrepreneur Media, Inc. (dba of Entrepreneur Press)
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_22657203

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**
TX 7-690-745

**Effective date of registration:**
March 7, 2013

## Title

**Title of Work:** Startup 2nd Edition
Start Your Own
PHOTOGRAPHY BUSINESS

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** November 1, 2012 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN ISBN-13:978-1-59918-447-0

## Author

- **Author:** Charlene Davis

**Author Created:** text

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** February 28, 2013

**Registration Number**

# TX 8-824-720

**Effective Date of Registration:**
October 25, 2019
**Registration Decision Date:**
January 16, 2020

## Title

**Title of Work:** Entrepreneur Startup: Start Your Own Photography Business (3rd edition)

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** October 22, 2019
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-657-3

## Author

- **Author:** Jason R. Rich
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** text
**Previous registration and year:** TX-7-690-745, 2013
TX-6-895-385, 2007

**New material included in claim:** text

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** October 23, 2019



**EM15253064**

**Registration Number**
TX 7-264-613

**Effective date of registration:**
April 3, 2009

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Public Relations Business - Your Step-by-Step Guide to Success

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** April 1, 2009 **Nation of 1st Publication:** United States

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press

  **Author Created:** some text

  **Work made for hire:** Yes

  **Domiciled in:** United States

  **Anonymous:** No **Pseudonymous:** No

- **Author:** Jacquelyn Lynn

  **Author Created:** some text

  **Work made for hire:** No

  **Domiciled in:** United States

  **Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614

**Transfer Statement:** Author b transferred by written agreement

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Ronald L. Young

**Date:** March 23, 2009

---

**Correspondence:** Yes

# Copyright

**Registration Number / Date:**
TX0005817783 / 2003-05-08

**Previous Registration:**
Prev. reg. 2000, TX 5-225-396.

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's How to start a restaurant and five other food businesses.

**Series:**
Entrepreneur business guide ; no. 1400

**Other Title:**
Entrepreneur business guide ; no. 1400
How to start a restaurant and five other food businesses

**Date of Creation:**
2001

**Date of Publication:**
2001-05-15

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Basis of Claim:**
New Matter: new & rev. text.

**Description:**
1 v.

**Names:**
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16135455

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact

the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
TX0006522974 / 2007-02-02

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's Startup :start your own restaurant and five other businesses.

**Other Title:**
Startup : start your own restaurant and five other businesses

**Date of Creation:**
2006

**Date of Publication:**
2006-07-01

**Copyright Claimant:**
Entrepreneur Press d.b.a. Entrepreneur Media, Inc.

**Authorship on Application:**
text: Jacquelyn Lynn & Entrepreneur Press, employer for hire.

**Basis of Claim:**
New Matter: additions & revisions to prev. version.

**Edition:**
2nd ed.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Lynn, Jacquelyn
Entrepreneur Press
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20737727

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**

TX 7-001-531

**Effective date of registration:**

August 25, 2009

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Restaurant and More: Pizzeria-Coffeehouse-Deli-Bakery-Catering Business - 3rd Edition

**Previous or Alternative Title:** Start Your Restaurant Career

Entrepreneur Magazine's Startup: Start Your Own Restaurant and Five Other Businesses (2nd Edition)

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** August 1, 2009 **Nation of 1st Publication:** United States

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

- **Author:** Jacquelyn Lynn

**Author Created:** text

**Work made for hire:** No

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** text

**Previous registration and year:** TX 6-648-418 2006

TX 6-522-974 2007

**New material included in claim:** text

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** August 20, 2009

**Registration Number**
TX 7-554-197

**Effective date of registration:**
June 7, 2012

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Restaurant and More: Pizzeria - Coffeehouse - Deli - Bakery - Catering Business, 4th Edition

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** June 1, 2012 **Nation of 1st Publication:** United States

## Author

- **Author:** Entrepreneur Press dba Entrepreneur Media, Inc.

  **Author Created:** text

  **Work made for hire:** Yes

  **Citizen of:** United States **Domiciled in:** United States

- **Author:** Jacquelyn Lynn

  **Author Created:** text

  **Work made for hire:** No

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Previous registration and year:** TX 6-522-974 2007

TX 7-001-531 2009

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** June 5, 2012

**Registration Number**
# TX 8-336-626
**Effective Date of Registration:**
October 05, 2016

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Restaurant and More: Pizzeria-Coffeehouse-Deli-Bakery-Catering Business, 4th Edition

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** October 01, 2016
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-594-1

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** text
  **Work made for hire:** Yes
  **Domiciled in:** United States

- **Author:** Rich Mintzer
  **Author Created:** text
  **Work made for hire:** No
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch Ave, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 Fitch Ave
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date**: October 03, 2016

Copyright

**Registration Number / Date:**
TX0006585745 / 2007-05-31

**Previous Registration:**
Prev. reg. 2007, TX 6-500-700.

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's startup :start your own retail business and more.

**Date of Creation:**
2007

**Date of Publication:**
2007-05-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
entire text: Entrepreneur Media, Inc., d.b.a. of Entrepreneur Press, employer for hire, & Gwen Moran.

**Basis of Claim:**
New Matter: new & rev. text.

**Edition:**
2nd ed.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Moran, Gwen
Entrepreneur Media, Inc.
Entrepreneur Press

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_21037852

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**

TX 7-306-596

**Effective date of registration:**

December 14, 2010

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Retail Business and More - 3rd Edition

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** December 1, 2010 **Nation of 1st Publication:** United States

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press

  **Author Created:** text

  **Work made for hire:** Yes

  **Citizen of:** United States **Domiciled in:** United States

- **Author:** Ciree Linsenman

  **Author Created:** text

  **Work made for hire:** No

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

**Previous registration and year:** TX 6-500-700 2007

TX 6-585-745 2007

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** December 9, 2010

**Registration Number**

# TX 8-117-067

**Effective Date of Registration:**
June 10, 2015

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Retail Business and More, 4th Edition

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** June 01, 2015
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781599185668

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** Ciree Linsenman
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** preexisting text
**Previous registration and year:** TX 6585745, 2007
TX 7306596, 2010

**New material included in claim:** text



EM15253010

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** June 08, 2015

# Copyright

**Registration Number / Date:**
TX0006828503 / 2007-09-17

**Previous Registration:**
2007, TX 6-493-340.

**Type of Work:**
Text

**Title:**
Entrepreneur Magazine's Startup: Start Your Own Self-Publishing Business - Your Step-by-Step Guide to Success (2nd Edition)

**Application Title:**
Entrepreneur Magazine's Startup: Start Your Own Self-Publishing Business - Your Step-by-Step Guide to Success (2nd Edition)

**Alternative Title on Application:**
Entrepreneur Magazine's Startup: Start Your Own Self-Publishing Business

**Date of Creation:**
2007

**Date of Publication:**
September 01, 2007

**Copyright Claimant:**
Entrepreneur Media, Inc., Transfer: Author in Space 2b transferred copyright ownership of the Work to Claimant by written agreement..
Address: 2445 McCabe Way, Suite 400, Irvine, CA, 92614

**Authorship on Application:**
Entrepreneur Media, Inc. (dba of Entrepreneur Press), Domicile: United States. employer for hire; Authorship: Entire text.
Jennifer Dorsey. Authorship: Entire text.

**Basis of Claim:**
New and revised text.

**Material Excluded:**
Prior version in 2003 under title: " Entrepreneur Magazine's Startup: Start Your Own Self-Publishing Business".

**Description:**

Book, 219 p.

**Nation of First Publication:**
United States

**Names:**
Dorsey, Jennifer
Entrepreneur Media, Inc.
Entrepreneur Press

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_21954587

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**
TX 7-551-263

**Effective date of registration:**
June 8, 2012

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Self-Publishing Business - 3rd Edition

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** June 1, 2012 **Nation of 1st Publication:** United States

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

- **Author:** Cheryl Kimball

**Author Created:** text

**Work made for hire:** No

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Previous registration and year:** TX 6-493-340 2007

TX 6-828-503 2007

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** June 4, 2012

# Copyright

**Registration Number / Date:**
TX0006581784 / 2007-01-22

**Type of Work:**
Text

**Title:**
Entrepreneur Magazine's startup :start your own seminar production business.

**Other Title:**
Startup : start your own seminar production business

**Date of Creation:**
2006

**Date of Publication:**
2006-10-01

**Copyright Claimant:**
Entrepreneur Press, d.b.a. Entrepreneur Media, Inc.

**Authorship on Application:**
text: Terry Adams, Rob Adams, Entepreneur Media, Inc. (employer for hire)

**Basis of Claim:**
New Matter: additions & revisions.

**Edition:**
2nd ed.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Adams, Terry
Adams, Rob
Entrepreneur Press
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20825598

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

**Registration Number / Date:**
TX0006493900 / 2006-12-29

**Type of Work:**
Text

**Title:**
Entrepreneur magazine startup :start your own senior services business.

**Date of Creation:**
2006

**Date of Publication:**
2006-10-01

**Copyright Claimant:**
Entrepreneur Press d.b.a. Entrepreneur Meida, Inc. (employer for hire)

**Authorship on Application:**
entire text: Jacquelyn Lynn & Charlene Davis.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Lynn, Jacquelyn
Davis, Charlene
Entrepreneur Press
Entrepreneur Meida, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16562105

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**
TX 7-512-061

**Effective date of registration:**
February 8, 2010

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Senior Services Business - 2nd Edition

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** January 1, 2010 **Nation of 1st Publication:** United States

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press

  **Author Created:** text

  **Work made for hire:** Yes

  **Citizen of:** United States **Domiciled in:** United States

- **Author:** Charlene Davis

  **Author Created:** text

  **Work made for hire:** No

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Previous registration and year:** TX 6-493-900 2006

**New material included in claim:** revised text

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** February 8, 2010

---

**Correspondence:** Yes

**Registration Number**
# TX 7-967-728
**Effective Date of Registration:**
August 04, 2014

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Senior Services Business, 3rd Edition

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** July 01, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** Charlene Davis
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Previous registration and year:** TX 6-493-900, 2006
TX 7-512-061, 2010

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.



**EM15252993**

**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** August 01, 2014

**Correspondence:** Yes

**Registration Number**
# TX 8-237-667
**Effective Date of Registration:**
February 12, 2016

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Specialty Food Business

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** February 01, 2016
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781599185835

## Author

- **Author:** Entrepreneur Media, Inc.
**Author Created:** text
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

- **Author:** Cheryl Kimball
**Author Created:** text
**Work made for hire:** No
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279



**EM15253012**

**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** February 09, 2016

**Correspondence:** Yes



**EM15253013**

Copyright

**Registration Number / Date:**
TX0006496472 / 2007-01-16

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's startup :start your own specialty travel & tour business.

**Other Title:**
Start your own specialty travel & tour business

**Date of Creation:**
2003

**Date of Publication:**
2003-05-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
Entrepreneur Press d.b.a. Entrepreneur Media, Inc., employer for hire.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Entrepreneur Media, Inc.
Entrepreneur Press

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20928076

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

---

**Registration Number / Date:**
TX0006503882 / 2007-01-22

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's startup :start your own staffing service.

**Other Title:**
Entrepreneur magazine

**Date of Creation:**
2004

**Date of Publication:**
2004-05-01

**Copyright Claimant:**
Entrepreneur Press (d.b.a. Entrepreneur Media, Inc.)

**Authorship on Application:**
text: Krista Thoren Turner, Alan Breznick, Rachel Adelson, & Entrepreneur Media, Inc., employer for hire.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Turner, Krista Thoren
Breznick, Alan
Adelson, Rachel
Entrepreneur Press
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20929372

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright

Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**
# TX 8-281-718
**Effective Date of Registration:**
May 20, 2016

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Transportation Service

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** April 01, 2016
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 1-59918-558-X

## Author

- **Author:** The Staff of Entrepreneur Media
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** Cheryl Kimball
  **Author Created:** text
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 18061 Fitch



**EM15253016**

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** May 18, 2016



**EM15253017**

Copyright

**Registration Number / Date:**
TX0006840955 / 2007-09-21

**Type of Work:**
Text

**Title:**
Entrepreneur Magazine's Startup: Start Your Own Travel Business and More - Cruises-Adventure Travel Tours-Senior Travel.

**Application Title:**
Entrepreneur Magazine's Startup: Start Your Own Travel Business and More - Cruises-Adventure Travel Tours-Senior Travel.

**Date of Creation:**
2007

**Date of Publication:**
2007-09-01

**Copyright Claimant:**
Entrepreneur Media, Inc., Transfer: Author transferred copyright ownership of the Work to Claimant by written agreement.. Address: 2445 McCabe Way, Suite 400, Irvine, CA 92614

**Authorship on Application:**
Entrepreneur Media, Inc. (dba of Entrepreneur Press), Domicile: United States. employer for hire; Authorship: Entire text.
Rich Mintzer; Domicile: United States. Authorship: Entire text.

**Description:**
Book, 242 p.

**Nation of First Publication:**
United States

**Names:**
Mintzer, Rich
Entrepreneur Press
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_22237056

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**
TX 7-464-903
**Effective date of registration:**
December 21, 2011

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Travel Business and More, 2nd Edition

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** December 1, 2011 **Nation of 1st Publication:** United States

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press

**Author Created:** New and revised text

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

- **Author:** Rich Mintzer

**Author Created:** New and revised text

**Work made for hire:** No

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** Previous edition

**Previous registration and year:** TX 6-840-955 2007

**New material included in claim:** New and revised text

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** December 19, 2011

---

**Correspondence:** Yes

**Registration Number**
# TX 8-469-511
**Effective Date of Registration:**
May 04, 2017

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Travel Hosting Business

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** April 11, 2017
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-610-8

## Author

- **Author:** The Staff of Entrepreneur Media, Inc.
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States

- **Author:** Jason R. Rich
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch Avenue, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 Fitch Avenue
Irvine, CA 92614 United States



**EM15253030**

## Certification

**Name:** Ronald L. Young
**Date:** April 27, 2017

**Correspondence:** Yes

**Registration Number**

TX 7-148-978

**Effective date of registration:**

September 8, 2009

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Tutoring & Test Prep Business

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** September 1, 2009 **Nation of 1st Publication:** United States

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press

  **Author Created:** text

  **Work made for hire:** Yes

  **Citizen of:** United States **Domiciled in:** United States

- **Author:** Rich Mintzer

  **Author Created:** text

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** September 8, 2009

---

**Correspondence:** Yes

# Copyright

**Registration Number / Date:**
TX0006856430 / 2007-09-28

**Type of Work:**
Text

**Title:**
Entrepreneur Magazine's Startup: Start Your Own Vending Business - Your Step-by-Step Guide to Success (2nd Edition)

**Application Title:**
Entrepreneur Magazine's Startup: Start Your Own Vending Business - Your Step-by-Step Guide to Success (2nd Edition)

**Alternative Title on Application:**
Start Your Own Vending Business

**Date of Creation:**
2007

**Date of Publication:**
2007-08-01

**Copyright Claimant:**
Entrepreneur Media, Inc., Transfer: Author in Space 2b transferred copyright ownership ofthe Work to Claimant by written agreement..
Address: 2445 McCabe Way, Suite 400, Irvine, CA, 92614

**Authorship on Application:**
Entrepreneur Media, Inc. (dba of Entrepreneur Press), Domicile: United States. employer for hire; Authorship: Entire text.
Rich Mintzer; Domicile: United States. Authorship: Entire text.

**Basis of Claim:**
New and revised text.

**Material Excluded:**
Prior version in 2003 under title: "Start Your Own Vending Business".

**Description:**
Book, 226 p.

**Nation of First Publication:**
United States

**Names:**
Mintzer, Rich
Entrepreneur Media, Inc. (dba of Entrepreneur Press)

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_22249494

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Registration Number
TX 7-550-393

Effective date of registration:
April 27, 2012

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your OwnVending Business - 3rd Edition

## Completion / Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 1, 2012 **Nation of 1st Publication:** United States

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press

  **Author Created:** text

  **Work made for hire:** Yes

  **Citizen of:** United States **Domiciled in:** United States

- **Author:** Ciree Linsenman

  **Author Created:** text

  **Work made for hire:** No

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Previous registration and year:** TX 6-856-430 2007

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** April 25, 2012

**Registration Number**

TX 7-543-327

**Effective date of registration:**

April 23, 2012

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Wedding Consultant Business, 3rd Edition

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** November 1, 2011 **Nation of 1st Publication:** United States

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press

  **Author Created:** new/revised text

  **Work made for hire:** Yes

  **Citizen of:** United States **Domiciled in:** United States

- **Author:** Eileen Figure Sandlin

  **Author Created:** new/revised text

  **Work made for hire:** No

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** prior versions

**Previous registration and year:** TX 6-593-686 2007

**New material included in claim:** new/revised text

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** April 20, 2012

---

**Correspondence:** Yes

# Copyright

**Registration Number / Date:**
TX0006521508 / 2007-01-22

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's startup :start your own wholesale distribution business.

**Date of Creation:**
2006

**Date of Publication:**
2006-11-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
text: Entrepreneur Press, d.b.a. Entrepreneur Media, Inc., Bridget McCrea.

**Basis of Claim:**
New Matter: additions & revisions.

**Edition:**
2nd ed.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
McCrea, Bridget
Entrepreneur Media, Inc.
Entrepreneur Press
Entrepreneur magazine

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20810842

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**
# TX 7-979-658
**Effective Date of Registration:**
November 07, 2014

## Title

**Title of Work:** Entrepreneur Magazine's Startup: Start Your Own Wholesale Distribution Business - 3rd Edition

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** October 01, 2014
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 1-59918-545-8

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** Bridget McCrea
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Previous registration and year:** TX 6-521-508, 2006

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.



EM15253002

**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** November 03, 2014

Copyright

**Registration Number / Date:**
TX0006648418 / 2006-08-21

**Type of Work:**
Text

**Title:**
Start your restaurant career.

**Date of Creation:**
2006

**Date of Publication:**
2006-05-01

**Copyright Claimant:**
Entrepreneur Media, Inc. d.b.a. Entrepreneur Press

**Authorship on Application:**
Heather Heath Dismore;entire text: Entrepreneur Press, d.b.a. Entrepreneur Media, Inc., employer for hire.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Dismore, Heather Heath
Entrepreneur Media, Inc.
Entrepreneur Press

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_22880655

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
TX0007148975 / 2009-09-08

**Type of Work:**
Text

**Title:**
Starting Green: From Business Plan to Profits.

**Application Title:**
Starting Green: From Business Plan to Profits.

**Date of Creation:**
2009

**Date of Publication:**
2009-09-01

**Copyright Claimant:**
Entrepreneur Media, Inc. dba Entrepreneur Press, Transfer: By written agreement. Address: 2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States.

**Authorship on Application:**
Glenn Croston, Ph.D.; Domicile: United States; Citizenship: United States. Authorship: text.

**Rights and Permissions:**
Ronald L. Young, Entrepreneur Media, Inc., 2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States, (949) 622-5279, ryoung@entrepreneur.com

**Description:**
Book, 324.

**Copyright Note:**
C.O. correspondence.

**Nation of First Publication:**
United States

**Names:**
Croston, Ph.D., Glenn
Entrepreneur Media, Inc. dba Entrepreneur Press
Entrepreneur Press

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_23574440

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number:**

TXu 1-606-982

**Effective date of registration:**

December 18, 2007

## Title

**Title of Work:** Startup Guide to Guerilla Marketing - A Simple Battle Plan for First-Time Marketers

## Completion/Publication

**Year of Completion:** 2007

## Author

- **Author:** Jay Levinson

**Author Created:** Entire text

**Work made for hire:** No

**Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

- **Author:** Jeannie Levinson

**Author Created:** Entire text

**Work made for hire:** No

**Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA 92614

**Transfer Statement:** Authors transferred copyright ownership of the Work to Claimant by written agreement.

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Ronald L. Young, authorized agent of Entrepreneur Media, Inc,

**Date:** December 17, 2007

# Copyright

**Registration Number / Date:**
TX0005719041 / 2003-03-24

**Supplemented by Registration:**
TX0006567172 / 2006-05-17

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's How to start a home inspection service :a step-by-step guide to success ; Entrepreneur magazine's Start-up basics.

**Application Title:**
Entrepreneur business guide : no. 1334.

**Series:**
Business start-up series ; guide no. 1334

**Other Title:**
Entrepreneur magazine's Start-up basics
Business start-up series ; guide no. 1334
Entrepreneur business guide : no. 1334.
How to start a home inspection service
Start-up basics

**Date of Creation:**
2002

**Date of Publication:**
2002-06-15

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Description:**
2 v.

**Copyright Note:**
See also Entrepreneur magazine's How to start a home inspection service; Reg. 17May06; TX 6-567-172

**Names:**
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16076295

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
TX0006538222 / 2007-02-23

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's Start your own blogging business :generate income from advertisers, subscribers merchandising and more.

**Other Title:**
Start your own blogging business

**Date of Creation:**
2007

**Date of Publication:**
2007-01-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
text except ill. from other sources: Entrepreneur Press (d.b.a. of Entrepreneur Media, Inc.), employer for hire;text except ill. from other sources: J. S. McDougall.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
McDougall, J. S.
Entrepreneur Media, Inc.
Entrepreneur Press

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20750001

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright

Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
TX0006406623 / 2006-07-05

**Type of Work:**
Text

**Title:**
Stop cold calling forever! :true confessions of a reformed serial cold-caller /Anthony Parinello.

**Date of Creation:**
2004

**Date of Publication:**
2004-10-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Description:**
214 p.

**Imprint:**
[S.l.] : Entrepreneur Press, c2004.

**Names:**
Parinello, Anthony
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16508068

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**
TX 7-360-114

**Effective date of registration:**
April 15, 2011

## Title

**Title of Work:** Street Smart Franchising, 2nd Edition

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** April 1, 2011 **Nation of 1st Publication:** United States

## Author

- **Author:** Joe Mathews

  **Author Created:** text

  **Work made for hire:** No

  **Citizen of:** United States **Domiciled in:** United States

- **Author:** Don DeBolt

  **Author Created:** text

  **Work made for hire:** No

  **Citizen of:** United States **Domiciled in:** United States

- **Author:** Deb Percival

  **Author Created:** text

  **Work made for hire:** No

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Previous registration and year:** TX 6-465-670 2006

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** April 12, 2011

Copyright

**Registration Number / Date:**
TX0005080523 / 1999-09-27

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's Success for less :100 low-cost businesses you can start today /by Rob & Terry Adams.

**Variant Title:**
Entrepreneur magazine's Success for less : 100 low-cost businesses you can start today

**Other Title:**
Success for less : 100 low-cost businesses you can start today

**Date of Creation:**
1999

**Date of Publication:**
1999-09-01

**Copyright Claimant:**
Entrepreneur Media, Inc. (employer for hire)

**Description:**
426 p.

**Imprint:**
Irvine, CA : Entrepreneur Media, c1999.

**Names:**
Adams, Terry
Adams, Rob
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_15675619

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact

the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**

**TX 8-833-454**

**Effective Date of Registration:**
November 21, 2019

**Registration Decision Date:**
February 06, 2020

## Title

**Title of Work:** Success Is Easy--Shameless No-Nonsense Strategies to Win in Business

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** November 12, 2019
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-647-4

## Author

- **Author:** Debbie Allen
  **Author Created:** text
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L Young
**Date:** November 19, 2019

**Registration Number**

TX 7-202-170

**Effective date of registration:**

June 29, 2010

## Title

**Title of Work:** Success Secrets of the Social Media Marketing Superstars

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** June 1, 2010 **Nation of 1st Publication:** United States

## Author

- **Author:** Mitch Meyerson

**Author Created:** text

**Work made for hire:** No

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** June 22, 2010

**Registration Number**

TX 7-370-016

**Effective date of registration:**

April 12, 2011

## Title

**Title of Work:** Successfully Navigating the Downturn: Economic and Competitive Survival Strategies

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** April 1, 2011 **Nation of 1st Publication:** United States

## Author

- **Author:** Donald Todrin

**Author Created:** text

**Work made for hire:** No

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** April 7, 2011

**Registration Number**
TX 7-272-355

**Effective date of registration:**
July 21, 2009

## Title

**Title of Work:** Entrepreneur Magazine's Taxpertise - The Complete Book of Dirty Little Secrets and Tax Deductions for Small Business the IRS Doesn't Want You to Know

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** July 1, 2009

## Author

- **Author:** Bonnie Lee, E.A.

**Author Created:** Entire Text

**Work made for hire:** No

**Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc., dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614

**Transfer Statement:** Author transferred copyright ownership of the Work to Claimant by written agreement.

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Ronald L. Young

**Date:** July 1, 2009


**EM15253083**

**Registration Number**

TX 7-276-030

**Effective date of registration:**

October 8, 2010

## Title

**Title of Work:** The Accidental Sales Manager

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** October 1, 2010 **Nation of 1st Publication:** United States

## Author

- **Author:** Suzanne M. Paling

**Author Created:** text

**Work made for hire:** No

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** October 6, 2010

**Registration Number**
# TX 9-219-800
**Effective Date of Registration:**
September 02, 2022
**Registration Decision Date:**
February 02, 2023

## Title

**Title of Work:** The Best of No B.S.--The Ultimate No Holds Barred Anthology

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** October 08, 2021
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781642011456

## Author

- **Author:** Dan S Kennedy
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** text, photograph(s), artwork
**Previous registration and year:** 8-627-915, 2018
8-528-969, 2017

**New material included in claim:** text, photograph(s)

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 Fitch



**EM15253077**

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** August 29, 2022

**Correspondence:** Yes



**EM15253078**

**Registration Number**
# TX 8-294-056
**Effective Date of Registration:**
May 20, 2016

## Title

**Title of Work:** The Business of Good: Social Entrepreneurship and the New Bottom Line

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** May 01, 2016
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781599185866

## Author

- **Author:** Jason Haber
  **Author Created:** text
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** May 18, 2016



**EM15253014**

**Registration Number**
# TX 8-539-818
**Effective Date of Registration:**
November 28, 2017

## Title

**Title of Work:** The Business Owner's Guide to Financial Freedom: What Wall Street Isn't Telling You

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** November 14, 2017
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-616-0

## Author

- **Author:** Randall A. Luebke
  **Author Created:** text, artwork

- **Author:** Mark J. Kohler
  **Author Created:** text, artwork
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 Fitch
Irvine, CA 92614 United States



**EM15253042**

## Certification

**Name:** Ronald L. Young
**Date:** November 14, 2017

**Correspondence:** Yes

# Copyright

**Registration Number / Date:**
TX0006548823 / 2007-02-20

**Type of Work:**
Text

**Title:**
The busienss rules :the seven irrefutable laws that determine all business success.

**Date of Creation:**
2007

**Date of Publication:**
2007-02-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
entire text: David Eichenbaum.

**Notes:**
Catalgoed from appl. only.

**Names:**
Eichenbaum, David
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20792449

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**

# TX 8-890-817

**Effective Date of Registration:**
February 27, 2020
**Registration Decision Date:**
August 26, 2020

## Title

**Title of Work:** The Content Marketing Handbook--How to Double the Results of Your Marketing Campaigns

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** February 18, 2020
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-660-3

## Author

- **Author:** Robert W. Bly
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification



**EM15253065**

**Name:** Ronald L. Young
**Date:** February 24, 2020

---

**Correspondence:** Yes

**Registration Number**
# TX 8-572-017
**Effective Date of Registration:**
April 24, 2018

## Title

**Title of Work:** The Digital Marketing Handbook: A Step-by-Step Guide to Creating Websites that Sell

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** April 17, 2018
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-621-4

## Author

- **Author:** Robert W. Bly
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 FITCH, IRVINE, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 FITCH
IRVINE, CA 92614 United States

## Certification

**Name:** Ronald L. Young



**EM15253044**

**Date:** April 18, 2018

**Correspondence:** Yes

**Registration Number**
# TX 8-739-272
**Effective Date of Registration:**
March 27, 2019

## Title

**Title of Work:** The Direct Mail Revolution--How to Create Profitable Direct-Mail Campaigns in a Digital World

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** March 19, 2019
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-630-6

## Author

- **Author:** Robert W. Bly
  **Author Created:** text
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, IRVINE, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 Fitch
IRVINE, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** March 19, 2019



**EM15253053**

**Copyright Office notes:** Regarding limitation of claim: statement on deposit indicates some text previously published.

**Registration Number**
TX 7-846-664
**Effective date of registration:**
February 18, 2014

## Title

**Title of Work:** The Direct Mail Solution: A Business Owner's Guide to Building a Lead-Generating Sales-Driving Money -Making Direct-Mail Campaign

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** February 1, 2014 **Nation of 1st Publication:** United States
**International Standard Number:** ISBN 1-59918-518-0

## Author

- **Author:** Craig Simpson
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States **Domiciled in:** United States
- **Author:** Dan S. Kennedy
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States
**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** February 4, 2014

Copyright

**Registration Number / Date:**
TX0006539619 / 2007-02-20

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's the entrepreneur diet :the on-the-go plan for fitness, weight loss and healthy living.

**Other Title:**
The entrepreneur diet : the on-the-go plan for fitness, weight loss and healthy living.

**Date of Creation:**
2007

**Date of Publication:**
2007-01-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
text: Tom Weede.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Weede, Tom
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20792138

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal

information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

**Registration Number / Date:**
TX0006415149 / 2006-07-07

**Type of Work:**
Text

**Title:**
The entrepreneur next door :discover the secrets to financial independence.

**Date of Creation:**
2006

**Date of Publication:**
2006-05-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
text: Bill Wagner.

**Copyright Note:**
Cataloged from appl.

**Names:**
Wagner, Bill
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16513806

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

**Registration Number / Date:**
TX0005276051 / 2000-07-24

**Type of Work:**
Text

**Title:**
Radicals & visionaries :entrepreneurs who revolutionized the 20th century /Thaddeus Wawro.

**Variant Title:**
Radicals & visionaries : entrepreneurs who revolutionized the 20th century

**Date of Creation:**
2000

**Date of Publication:**
2000-03-24

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Description:**
444 p.

**Imprint:**
Irvine, CA : Entrepreneur Press, c2000.

**Names:**
Wawro, Thaddeus
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_15796506

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal

information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

**Registration Number / Date:**
TX0006396602 / 2006-07-28

**Type of Work:**
Text

**Title:**
Entrepreneur's The essential corporation handbook.

**Date of Creation:**
2005

**Date of Publication:**
2005-03-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Edition:**
4th ed.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16502287

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**
TX 7-142-896

**Effective date of registration:**
March 3, 2008

## Title

**Title of Work:** The Home Office From Hell Cure: Transform Your Underperforming, Time-Sucking Homebased Business into a Runaway Success

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** April 1, 2008 **Nation of 1st Publication:** United States

## Author

- **Author:** Jeffrey A. Landers

**Author Created:** text

**Work made for hire:** No

**Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614

**Transfer Statement:** by written agreement

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Ronald L. Young

**Date:** February 25, 2008

---

**Correspondence:** Yes

**Registration Number**
TX 7-179-722

**Effective date of registration:**
January 29, 2010

## Title

**Title of Work:** The Marketing Plan Handbook

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** January 15, 2010 **Nation of 1st Publication:** United States

## Author

- **Author:** Robert W. Bly

**Author Created:** text

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** January 29, 2010

**Registration Number**

# TX 8-209-778

**Effective Date of Registration:**
December 07, 2015

## Title

**Title of Work:** The Marketing Plan Handbook: Develope Big-Picture Marketing Plans for Pennies on the Dollar - 2nd Edition

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** October 01, 2015
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781599185590

## Author

- **Author:** Robert Bly
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Previous registration and year:** TX 7-179-722, 2010

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 18061 Fitch
Irvine, CA 92614 United States



**EM15253254**

## Certification

**Name:** Ronald L. Young
**Date:** December 02, 2015

**Registration Number**

# TX 9-572-665

**Effective Date of Registration:**
November 05, 2025
**Registration Decision Date:**
March 09, 2026

## Title

**Title of Work:** Money-Smart Solopreneur: A Personal Finance System for Freelancers, Entrepreneurs, and Side Hustlers

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** September 22, 2020
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781642011104

## Author

- **Author:** Laura D. Adams
**Author Created:** text
**Work made for hire:** No
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
1651 East 4th Street, #125, Santa Ana, CA, 92701, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, LLC
**Address:** 1651 East 4th Street, #125
Santa Ana, CA 92701 United States

## Certification

**Name:** Ronald L.. Young
**Date**: October 27, 2025

---

**Registration Number**
# TX 8-936-231
**Effective Date of Registration:**
May 25, 2020
**Registration Decision Date:**
February 20, 2021

## Title

**Title of Work:** The Naming Book--5 Steps to Creating Brand and Product Names that Sell

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** March 17, 2020
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-666-5

## Author

- **Author:** Brad Flowers
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young



**EM15253067**

**Date**: March 30, 2020

---

**Registration Number**
# TX 8-754-426
**Effective Date of Registration:**
March 27, 2019

## Title

**Title of Work:** The New Employee Manual--a No-Holds-Barred Look at Corporate Life

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** March 19, 2019
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-642-9

## Author

- **Author:** Benjamin Gilad
**Author Created:** text
**Work made for hire:** No
**Citizen of:** United States

- **Author:** Mark Chussil
**Author Created:** text
**Work made for hire:** No
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 Fitch
IRVINE, CA 92614 United States



**EM15253400**

## Certification

**Name:** Ronald L. Young
**Date:** March 19, 2019

Copyright

**Registration Number / Date:**
TX0006869247 / 2008-03-06

**Type of Work:**
Text

**Title:**
Entrepreneur Magazine's Legal Guide: The Operations Manual for LLCs.

**Application Title:**
Entrepreneur Magazine's Legal Guide: The Operations Manual for LLCs.

**Date of Creation:**
2007

**Date of Publication:**
2008-02-01

**Copyright Claimant:**
Entrepreneur Media, Inc., Transfer: Author transferred copyright ownership of the Work to Claimant by written agreement.. Address: 2445 McCabe Way, Suite 400, Irvine, CA, 92614

**Authorship on Application:**
Michael Spadaccini; Domicile: United States. Authorship: Entire text.

**Description:**
Book, 340 p. +

**Names:**
Spadaccini, Michael
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_22392713

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal

information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number:**
TX 6-958-219

**Effective date of registration:**
July 15, 2008

## Title

**Title of Work:** The Plan-As-You-Go Business Plan

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** July 1, 2008

## Author

- **Author:** Tim Berry

**Author Created:** Entire text

**Work made for hire:** No

**Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614

**Transfer Statement:** Author transferred copyright ownership of the Work to Claimant by written agreement

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Ronald L. Young

**Date:** July 10, 2008

**Registration Number**
# TX 8-739-179
**Effective Date of Registration:**
March 04, 2019

## Title

**Title of Work:** The Power of Passive Income--Make Your Money Work for You

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** February 19, 2019
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-637-5

## Author

- **Author:** Nightingale-Conant
  **Author Created:** text
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 Fitch
IRVINE, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** February 20, 2019



**EM15253055**

Copyright

**Registration Number / Date:**
TX0006413585 / 2006-07-19

**Type of Work:**
Text

**Title:**
Real guide to making millions through real estate :start your own portfolio with as little as $3000.

**Date of Creation:**
2005

**Date of Publication:**
2006-01-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
text: Lisa A. Vander.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Vander, Lisa A.
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16513119

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

**Registration Number / Date:**
TX0006601930 / 2007-05-31

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's legal guide :the small business legal tool kit.

**Date of Creation:**
2007

**Date of Publication:**
2007-05-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
Theresa A. Pickner, Ira Nottonson.

**Copyright Note:**
Cataloged from appl.

**Names:**
Pickner, Theresa A.
Nottonson, Ira
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_21803060

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**
TX 7-418-415
**Effective date of registration:**
September 6, 2011

## Title

**Title of Work:** The Social Wave: Why Your Business Is Wiping Out with Social Media and How to Fix It

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** August 30, 2011 **Nation of 1st Publication:** United States

## Author

- **Author:** Starr Hall

**Author Created:** text

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** August 30, 2011

**Registration Number**
# TX 8-046-546
**Effective Date of Registration:**
April 03, 2015

## Title

**Title of Work:** The Tax & Legal Playbook

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** January 01, 2015
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 1-59918-561-3

## Author

- **Author:** Mark J Kohler
  **Author Created:** text
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** April 01, 2015

**Registration Number**
# TX 8-775-857
**Effective Date of Registration:**
August 05, 2019
**Registration Decision Date:**
September 17, 2019

## Title

**Title of Work:** The Tax & Legal Playbook--Game-Changing Solutions for Your Small-Business Questions (Second Edition)

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** July 23, 2019
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-643-6

## Author

- **Author:** Mark J. Kohler
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** text, artwork
**Previous registration and year:** TX-8-046-546, 2015

**New material included in claim:** text

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
Ronald



**EM15253059**

**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** July 23, 2019

**Correspondence:** Yes



**EM15253060**

**Registration Number**
# TX 9-580-768
**Effective Date of Registration:**
November 24, 2025
**Registration Decision Date:**
April 06, 2026

## Title

**Title of Work:** The Wealthy Franchisee: Game-changing steps to becoming a thriving franchise superstar

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** November 17, 2020
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781642011241

## Author

- **Author:** Scott Greenberg
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
1651 East 4th Street, #125, Santa Ana, CA, 92701, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, LLC
**Address:** 1651 East 4th Street, #125
Santa Ana, CA 92701 United States

## Certification

**Name:** Ronald L.. Young
**Date:** October 27, 2025

# Copyright

**Registration Number / Date:**
TX0006547694 / 2006-07-19

**Type of Work:**
Text

**Title:**
This is not your parents' retirement.

**Date of Creation:**
2005

**Date of Publication:**
2005-08-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
text: Patrick P. Astre.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Astre, Patrick P.
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20681406

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**

TX 7-816-918

**Effective date of registration:**

January 2, 2014

## Title

**Title of Work:** Tweet Naked: a bare-all social media strategy for boosting your brand and your business

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** January 2, 2014 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN 1-59918-515-6

## Author

- **Author:** Levy Scott

**Author Created:** text

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way

Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** January 2, 2014



**EM15252972**

**Registration Number**
TX 7-268-749

**Effective date of registration:**
September 20, 2010

## Title

**Title of Work:** Entrepreneur Magazine's Ultimate Book of Business and Legal Forms for Startups

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** September 1, 2010 **Nation of 1st Publication:** United States

## Author

- **Author:** Entrepreneur Press

  **Author Created:** text

  **Work made for hire:** Yes

  **Citizen of:** United States **Domiciled in:** United States

- **Author:** Karen Thomas

  **Author Created:** text

  **Work made for hire:** No

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** September 16, 2010

**Registration Number**
TX 7-229-404

**Effective date of registration:**
July 26, 2010

## Title

**Title of Work:** Entrepreneur Magazine's Ultimate Book of Business Forms: 250+ Forms You Can Customize!

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** July 1, 2010 **Nation of 1st Publication:** United States

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press

  **Author Created:** text

  **Work made for hire:** Yes

  **Citizen of:** United States **Domiciled in:** United States

- **Author:** Karen Thomas

  **Author Created:** text

  **Work made for hire:** No

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** July 22, 2010

Copyright

**Registration Number / Date:**
TX0006546622 / 2007-02-16

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's ultimate book of business letters :customize your letters, memos, e-mails and presentations with the enclosed CD-ROM.

**Date of Creation:**
2007

**Date of Publication:**
2007-02-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
entire text: Cheryl Kimball, Joni VanGelder.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Kimball, Cheryl
VanGelder, Joni
Gelder, Joni Van
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20717478

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal

information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

**Registration Number / Date:**
TX0006598135 / 2007-06-21

**Previous Registration:**
Prior version.

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's ultimate book of franchises :from the franchise experts at Entrepreneur Magazine.

**Date of Creation:**
2007

**Date of Publication:**
2007-06-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
Rieva Lesonsky, Maria Anton-Conley.

**Basis of Claim:**
New Matter: additions, revisions.

**Edition:**
2nd ed.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Lesonsky, Rieva
Anton-Conley, Maria
Conley, Maria Anton-
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_21059006

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
TX0006426969 / 2006-08-16

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's Ultimate book of homebased franchises 2005/2006.

**Other Title:**
Ultimate book of homebased franchises 2005/2006

**Date of Creation:**
2005

**Date of Publication:**
2005-05-01

**Copyright Claimant:**
Entrepreneur Media, Inc. d.b.a. Entrepreneur Press

**Authorship on Application:**
Maria Anton-Conley;entire text: Rieva Le[s]onsky.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Anton-Conley, Maria
Conley, Maria Anton-
Lesonsky, Rieva
Entrepreneur Media, Inc.
Entrepreneur Press

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16519604

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright

Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

**Registration Number / Date:**
TX0006417941 / 2006-08-18

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's ultimate book of low-cost franchises 2005/2006.

**Other Title:**
Ultimate book of low-cost franchises 2005/2006

**Date of Creation:**
2005

**Date of Publication:**
2005-05-01

**Copyright Claimant:**
Entrepreneur, Media, Inc. d.b.a. Entrepreneur Press

**Authorship on Application:**
Rieva Leonsky & Maria Anton-Conley.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Leonsky, Rieva
Anton-Conley, Maria
Conley, Maria Anton-
Entrepreneur, Media, Inc.
Entrepreneur Press

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16515312

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal

information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
TX0006521074 / 2006-08-18

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's Ultimate book of restaurant and food-service franchises 2005/2006.

**Other Title:**
Ultimate book of restaurant and food-service franchises 2005/2006

**Date of Creation:**
2005

**Date of Publication:**
2005-05-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
editing & compilation: Entrepreneur Media, Inc., employer for hire;some text: Andrew A. Caffey.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Caffey, Andrew A.
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20716765

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal

information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
TX0006419975 / 2006-08-18

**Type of Work:**
Text

**Title:**
Entrepreneur Magazine's Ultimate guide to direct marketing :how to deliver the right message to the right target for the best results.

**Other Title:**
Ultimate guide to direct marketing : how to deliver the right message to the right target

**Date of Creation:**
2005

**Date of Publication:**
2005-10-01

**Copyright Claimant:**
Entrepreneur Media, Inc., d.b.a. Entrepreneur Press

**Authorship on Application:**
entire text: Al Lautenslager.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Lautenslager, Al
Entrepreneur Media, Inc.
Entrepreneur Press

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16516516

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal

information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**

TX 7-450-588

**Effective date of registration:**

September 9, 2011

## Title

**Title of Work:** Entrepreneur Magazine's Ultimate Guide to Facebook Advertising: How to Access 600 Million Customers in 10 Minutes

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** September 1, 2011 **Nation of 1st Publication:** United States

## Author

- **Author:** Perry Marshall

**Author Created:** text

**Work made for hire:** No

**Citizen of:** United States **Domiciled in:** United States

- **Author:** Thomas Meloche

**Author Created:** text

**Work made for hire:** No

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** September 1, 2011

**Registration Number**

# TX 8-055-052

**Effective Date of Registration:**
October 20, 2014

## Title

**Title of Work:** Entrepreneur Magazine's Ultimate Guide to Facebook Advertising - 2nd Edition

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** October 01, 2014
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 1-59918-546-6

## Author

- **Author:** Perry Marshall
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** Keith Krance
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** Thomas Meloche
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Previous registration and year:** TX 7-450-588, 2011



**EM15253296**

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** October 15, 2014



**EM15253297**

**Registration Number**
# TX 8-584-032
**Effective Date of Registration:**
November 28, 2017

## Title

**Title of Work:** Entrepreneur Magazine's Ultimate Guide to Facebook Advertising (Third Edition)

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** November 20, 2017
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-59918-611-5

## Author

- **Author:** Perry Marshall
  **Author Created:** text, photograph(s), artwork
  **Work made for hire:** No
  **Citizen of:** United States

- **Author:** Keith Krance
  **Author Created:** text, photograph(s), artwork
  **Work made for hire:** No
  **Citizen of:** United States

- **Author:** Thomas Meloche
  **Author Created:** text, photograph(s), artwork
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim



**EM15253040**

**Material excluded from this claim:** text, photograph(s), artwork
**Previous registration and year:** TX 8-055-052, 2014
TX 7-450-588, 2011

**New material included in claim:** text, photograph(s), artwork

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** November 28, 2017

---

**Correspondence:** Yes

**Registration Number**

# TX 9-580-772

**Effective Date of Registration:**
November 24, 2025
**Registration Decision Date:**
April 06, 2026

## Title

**Title of Work:** Entrepreneur Magazine's Ultimate Guide to Facebook Advertising (4th edition)

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** October 27, 2020
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781599186757

## Author

- **Author:** Perry Marshall
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

- **Author:** Thomas Meloche
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

- **Author:** Bob Regnerus
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
1651 East 4th Street, #125, Santa Ana, CA, 92701, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** text, artwork
**Previous registration and year:** TX0008584032, 2017
TX0008055052, 2014

**New material included in claim:** text, artwork

## Rights and Permissions

**Organization Name:** Entrepreneur Media, LLC
**Address:** 1651 East 4th Street, #125
Santa Ana, CA 92701 United States

## Certification

**Name:** Ronald L.. Young
**Date:** October 27, 2025



**EM15253299**

# Copyright

**Registration Number / Date:**
TX0006380836 / 2006-07-28

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's ultimate guide to forming an LLC in any state :everything you need to know.

**Date of Creation:**
2004

**Date of Publication:**
2004-09-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
text: Michael Spadaccini.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Spadaccini, Michael
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16490479

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**
# TX 9-582-395
**Effective Date of Registration:**
November 05, 2025
**Registration Decision Date:**
April 10, 2026

## Title

**Title of Work:** Entrepreneur Magazine's Ultimate Guide to Google Ads (6th edition)

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** November 24, 2020
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781599186733

## Author

- **Author:** Perry Marshall
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

- **Author:** Mike Rhodes
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

- **Author:** Bryan Todd
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
1651 East 4th Street, #125, Santa Ana, CA, 92701, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** text, artwork
**Previous registration and year:** TX0008602600, 2017
TX0007975417, 2014

**New material included in claim:** text

## Rights and Permissions

**Organization Name:** Entrepreneur Media, LLC
**Address:** 1651 East 4th Street, #125
Santa Ana, CA 92701 United States

## Certification

**Name:** Ronald L.. Young
**Date:** October 27, 2025

---

**Correspondence:** Yes

**Registration Number**

TX 7-573-549

**Effective date of registration:**

July 6, 2012

## Title

**Title of Work:** Entrepreneur Magazine's Ultimate Guide to Google AdWords: How to Access 100 Million People in 10 Minutes, 3rd Edition

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** July 1, 2012 **Nation of 1st Publication:** United States

## Author

- **Author:** Perry Marshall

**Author Created:** text

**Work made for hire:** No

**Citizen of:** United States **Domiciled in:** United States

- **Author:** Bryan Todd

**Author Created:** text

**Work made for hire:** No

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** text

**Previous registration and year:** TX 6-518-002 2007

TX 7-130-693 2010

**New material included in claim:** text

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** July 3, 2012

**Registration Number**
# TX 7-975-417
**Effective Date of Registration:**
October 20, 2014

## Title

**Title of Work:** Entrepreneur Magazine's Ultimate Guide to Google AdWords - 4th Edition

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** September 01, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Perry Marshall
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** Mike Rhodes
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** Bryan Todd
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Previous registration and year:** TX 7-130-693, 2010
TX 7-573-549, 2012

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** October 15, 2014



**EM15253001**

**Registration Number**

# TX 8-602-600

**Effective Date of Registration:**
October 24, 2017

## Title

**Title of Work:** Entrepreneur Magazine's Ultimate Guide to Google AdWords (5th Edition)

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** October 17, 2017
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-612-2

## Author

- **Author:** Perry Marshall
  **Author Created:** text, photograph(s) and artwork
  **Work made for hire:** No
  **Citizen of:** United States

- **Author:** Mike Rhodes
  **Author Created:** text, photograph(s) and artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** Bryan Todd
  **Author Created:** text, photograph(s) and artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim



**EM15253038**

**Material excluded from this claim:** text, photograph(s), artwork
**Previous registration and year:** TX 7-975-417, 2014
TX 7-573-549, 2012

**New material included in claim:** text, photograph(s), artwork

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 128061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** October 17, 2017

---

**Correspondence:** Yes



**EM15253039**

**Registration Number**
TX 7-255-001

**Effective date of registration:**
September 10, 2010

## Title

**Title of Work:** Entrepreneur Magazine's Ultimate Guide to Incorporating In Any State, 2nd Edition

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** September 1, 2010 **Nation of 1st Publication:** United States

## Author

- **Author:** Entrepreneur Media, Inc. dba Entrepreneur Press

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

- **Author:** Michael Spadaccini

**Author Created:** text

**Work made for hire:** No

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

**Previous registration and year:** TX 6-419-014 2006

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** September 3, 2010

**Registration Number**

# TX 9-582-396

**Effective Date of Registration:**
November 05, 2025
**Registration Decision Date:**
April 10, 2026

## Title

**Title of Work:** Entrepreneur Ultimate Guide to Instagram for Business (2nd edition)

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** June 23, 2023
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781642011517

## Author

- **Author:** Kim Walsh-Phillips
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
1651 East 4th Street, #125, Santa Ana, CA, 92701, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** text, artwork
**Previous registration and year:** TX 00084223886, 2017

**New material included in claim:** text

## Rights and Permissions

**Organization Name:** Entrepreneur Media, LLC
**Alt. Telephone:** (949)622-5279
**Address:** 1651 East 4th Street, #125



**EM15253084**

Santa Ana, CA 92701 United States

## Certification

**Name:** Ronald L.. Young
**Date:** October 27, 2025

**Correspondence:** Yes



**EM15253085**

**Registration Number**
# TX 9-582-396
**Effective Date of Registration:**
November 05, 2025
**Registration Decision Date:**
April 10, 2026

## Title

**Title of Work:** Entrepreneur Ultimate Guide to Instagram for Business (2nd edition)

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** June 23, 2023
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781642011517

## Author

- **Author:** Kim Walsh-Phillips
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
1651 East 4th Street, #125, Santa Ana, CA, 92701, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** text, artwork
**Previous registration and year:** TX 00084223886, 2017

**New material included in claim:** text

## Rights and Permissions

**Organization Name:** Entrepreneur Media, LLC
**Alt. Telephone:** (949)622-5279
**Address:** 1651 East 4th Street, #125



**EM15253086**

Santa Ana, CA 92701 United States

## Certification

**Name:** Ronald L.. Young
**Date**: October 27, 2025

**Correspondence:** Yes



**EM15253087**

**Registration Number**

TX 7-692-423

**Effective date of registration:**

March 7, 2013

## Title

**Title of Work:** LINK BUILDING

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** March 1, 2013 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN ISBN-13: 978-1-59918-442-5

## Author

- **Author:** Eric Ward

  **Author Created:** text

  **Citizen of:** United States

- **Author:** Garrett French

  **Author Created:** text

  **Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** March 1, 2013

---

**Registration Number**

TX 7-589-054

**Effective date of registration:**

September 7, 2012

## Title

**Title of Work:** Entrepreneur Magazine's Ultimate Guide to Linked in for Business - How to Get Connected with 150 Million + Customers in 10 Minutes

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** September 1, 2012 **Nation of 1st Publication:** United States

## Author

- **Author:** Ted Prodromou

**Author Created:** text

**Work made for hire:** No

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-261-2325

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** September 4, 2012

**Registration Number**
# TX 8-042-114
**Effective Date of Registration:**
March 06, 2015

## Title

**Title of Work:** Entrepreneur Magazine's Ultimate Guide to LinkedIn for Business: 2nd Edition

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** March 01, 2015
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-560-6

## Author

- **Author:** Ted Prodromou
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Previous registration and year:** TX 67-589-054, 2012

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date**: March 02, 2015

---

**Registration Number**
# TX 8-778-747
**Effective Date of Registration:**
April 29, 2019
**Registration Decision Date:**
September 23, 2019

## Title

**Title of Work:** Entrepreneur Magazine's Ultimate Guide to Linked In For Business--3rd Edition

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** April 16, 2019
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-640-5

## Author

- **Author:** Ted Prodromou
  **Author Created:** new text
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 FITCH, IRVINE, CA, 92614, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** prior versions

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 FITCH
IRVINE, CA 92614 United States

## Certification

**Name:** RONALD L. Young
**Date:** April 22, 2019

**Correspondence:** Yes

**Registration Number**

# TX 8-237-220

**Effective Date of Registration:**
February 12, 2016

## Title

**Title of Work:** Entrepreneur Magazine's Ultimate Guide to Local Business Marketing

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** February 01, 2016
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781599185781

## Author

- **Author:** Perry Marshall
  **Author Created:** text
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** Talor Zamir
  **Author Created:** text
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 18061 Fitch
Irvine, CA 92614 United States



**EM15253313**

## Certification

**Name:** Ronald L. Young
**Date:** February 09, 2016

**Registration Number**

TX 7-237-256

**Effective date of registration:**

April 7, 2010

## Title

**Title of Work:** Entrepreneur Magazine's Ultimate Guide to Pay-Per-Click Advertising

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** April 1, 2010 **Nation of 1st Publication:** United States

## Author

- **Author:** Richard Stokes

**Author Created:** text

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** April 7, 2010

# Copyright

**Registration Number / Date:**
TX0006419015 / 2006-08-18

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's ultimate guide to project management for small business :get it done right!

**Date of Creation:**
2005

**Date of Publication:**
2005-10-01

**Copyright Claimant:**
Entrepreneur Media, Inc. d.b.a. Entrepreneur Press

**Authorship on Application:**
entire text: Sid Kemp.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Kemp, Sid
Entrepreneur Media, Inc.
Entrepreneur Press

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16515972

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number**
TX 7-002-765

**Effective date of registration:**
March 24, 2008

## Title

**Title of Work:** Entrepreneur Magazine's Ultimate Guide to Search Engine Optimization: Drive Traffic, Boost Conversion Rates and Make Lots of Money

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** April 1, 2008

## Author

- **Author:** Jon Rognerud

**Author Created:** Text

**Work made for hire:** No

**Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA 92614

**Transfer Statement:** by written agreement.

## Limitation of copyright claim

**Material excluded from this claim:** Previously published, Preexisting material

**Previously registered:** No

**New material included in claim:** Text

## Certification

**Name:** Ronald L. Young

**Date:** March 12, 2008

Correspondence: Yes

**Registration Number**

# TX 9-250-235

**Effective Date of Registration:**
December 27, 2022
**Registration Decision Date:**
April 24, 2023

## Title

**Title of Work:** Entrepreneur Ultimate Guide to Shopify

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** October 25, 2022
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781642011494

## Author

- **Author:** Jason R. Rich
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
2 Executive Circle, #150, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 2 Executive Circle, #150
18061 Fitch
Irvine, CA 92614 United States

## Certification



**EM15253090**

**Name:** Ronald L. Young
**Date:** December 22, 2022

---

# Copyright

**Registration Number / Date:**
TX0006421715 / 2006-08-18

**Type of Work:**
Text

**Title:**
Entrepreneur Magazine's Ultimate homebased business handbook :how to start, run and grow your own profitable business.

**Other Title:**
Ultimate homebased business handbook : how to start, run and grow your own profitable business

**Date of Creation:**
2004

**Date of Publication:**
2004-07-01

**Copyright Claimant:**
James Stephenson

**Authorship on Application:**
entire text: James Stephenson.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Stephenson, James

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16517591

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

**Registration Number / Date:**
TX0007264675 / 2008-06-05

**Previous Registration:**
2006, 6-421-715.

**Type of Work:**
Text

**Title:**
Entrepreneur Magazine's Ultimate Homebased Business Handbook: How to Start, Run and Grow Your Own Profitable Business (2nd Edition)

**Application Title:**
Entrepreneur Magazine's Ultimate Homebased Business Handbook: How to Start, Run and Grow Your Own Profitable Business (2nd Edition)

**Alternative Title on Application:**
Entrepreneur Magazine's Ultimate Homebased Business Handbook: How to Start, Run and Grow Your Own Profitable Business

**Date of Creation:**
2008

**Date of Publication:**
2008-07-01

**Copyright Claimant:**
Entrepreneur Media, Inc., Transfer: Authors transferred copyright ownership of the Work to Claimant by written agreement. Address: 2445 McCabe Way, Suite 400, Irvine, CA, 92614.

**Authorship on Application:**
James Stephenson; Domicile: United States. Authorship: new and revised text.
Rich Mintzer; Domicile: United States. Authorship: new and revised text.

**Basis of Claim:**
New and revised text.

**Material Excluded:**
Prior version in 2004 under title "Entrepreneur Magazine's Ultimate Homebased Business Handbook: How to Start, Run and Grow Your Own Profitable Business.".

**Description:**
Book, 516 p. +

**Copyright Note:**
C.O. correspondence.

**Nation of First Publication:**
United States

**Names:**
Stephenson, James
Mintzer, Rich
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_24290879

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**

TX 7-588-846

**Effective date of registration:**

September 12, 2012

## Title

**Title of Work:** Entrepreneur Magazine's Ultimate LLC Compliance Guide - Covers All 50 States

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** January 1, 2011 **Nation of 1st Publication:** United States

## Author

- **Author:** Michael Spadaccini

**Author Created:** text

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** January 24, 2011

# Copyright

**Registration Number / Date:**
TX0006560369 / 2007-05-10

**Previous Registration:**
Prev. reg. 2003, TX 6-441-210.

**Type of Work:**
Text

**Title:**
Entrepreneur Magazine's Ultimate small business advisor :all you need to know.

**Application Title:**
Ultimate small business advisor : all you need to know.

**Date of Creation:**
2007

**Date of Publication:**
2007-05-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
text: Andi Axman.

**Basis of Claim:**
New Matter: new & rev. text.

**Edition:**
4th ed.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Axman, Andi
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20751128

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
TX0006522198 / 2007-02-21

**Previous Registration:**
Prev. reg. 2006, TX 6-425-960.

**Type of Work:**
Text

**Title:**
Entrepreneur magazine's ultimate small business marketing guide :1500 great marketing tricks that will drive your business through the roof.

**Other Title:**
Ultimate small business marketing guide : 1500 great marketing tricks

**Date of Creation:**
2006

**Date of Publication:**
2006-10-01

**Copyright Claimant:**
James Stephenson & Courtney Thurman

**Basis of Claim:**
New Matter: additions & revisions.

**Edition:**
2nd ed.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Stephenson, James
Thurman, Courtney

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20749750

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact

the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

---

**Registration Number / Date:**
TX0006536584 / 2007-02-21

**Previous Registration:**
Prev. reg. 2001, TX 5-457-186.

**Type of Work:**
Text

**Title:**
Entrepreneury magazine's ultimate start-up directory.

**Date of Creation:**
2007

**Date of Publication:**
2007-02-01

**Copyright Claimant:**
James Stephenson, Rich Mintzer

**Basis of Claim:**
New Matter: additions, revisions.

**Edition:**
2nd ed.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Stephenson, James
Mintzer, Rich

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20716962

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal

information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**
# TX 8-643-596
**Effective Date of Registration:**
August 30, 2018

## Title

**Title of Work:** Unfiltered--How to Be as Happy as You Look on Social Media

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** August 14, 2018
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59918-633-7

## Author

- **Author:** Jessica Abo
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 FITCH, IRVINE, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 FITCH
IRVINE, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** August 27, 2018



**EM15253048**

**Registration Number**
# TX 9-575-310
**Effective Date of Registration:**
November 05, 2025
**Registration Decision Date:**
March 18, 2026

## Title

**Title of Work:** Unstoppable: A 90-Day Plan to Biohack Your Mind and Body for Success (2nd Edition)

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** January 26, 2021
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781642011371

## Author

- **Author:** Ben Angel
**Author Created:** new and revised text
**Work made for hire:** No
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
1651 East 4th Street, #125, Santa Ana, CA, 92701, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** previous version, text, artwork
**Previous registration and year:** TX0008683257, 2018

**New material included in claim:** new and revised text

## Rights and Permissions

**Organization Name:** Entrepreneur Media, LLC
**Address:** 1651 East 4th Street, #125



**EM15253075**

Santa Ana, CA 92701 United States

## Certification

**Name:** Ronald L.. Young
**Date:** October 27, 2025

**Correspondence:** Yes

# Copyright

**Registration Number / Date:**
TX0006407114 / 2006-06-30

**Type of Work:**
Text

**Title:**
Weekend entrepreneur :101 great ways to earn extra cash.

**Date of Creation:**
2006

**Date of Publication:**
2006-03-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
Michelle Anton and Jennifer Basye Sander.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Anton, Michelle
Sander, Jennifer Basye
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16508547

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**

TX 7-334-482

**Effective date of registration:**

March 2, 2011

## Title

**Title of Work:** What Your CPA Isn't Telling You: Life-Changing Tax Strategies

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** February 1, 2011 **Nation of 1st Publication:** United States

## Author

- **Author:** Mark J. Kohler

**Author Created:** text

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young

**Date:** February 28, 2011



**EM15252929**

Copyright

**Registration Number / Date:**
TX0005010855 / 1999-08-09

**Type of Work:**
Text

**Title:**
Where's the money :sure-fire financing solutions for your small business /by Art Beroff and Dwayne Moyers.

**Date of Creation:**
1999

**Date of Publication:**
1999-05-01

**Copyright Claimant:**
Entrepreneur Media, Inc. (employer for hire)

**Description:**
358 p.

**Imprint:**
Irvine, CA : Entrepreneur Media, c1999.

**Names:**
Beroff, Art
Moyers, Dwayne
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_15638975

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
TX0006542712 / 2006-12-11

**Type of Work:**
Text

**Title:**
Why rent? Own your dream home!

**Date of Creation:**
2006

**Date of Publication:**
2006-11-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Authorship on Application:**
entire text: Jason R. Rich & Entrepreneur Press d.b.a. Entrepreneur Media, Inc., employer for hire.

**Copyright Note:**
C.O. correspondence.
Cataloged from appl. only.

**Names:**
Rich, Jason R.
Entrepreneur Press
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20732930

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**
# TX 8-006-106
**Effective Date of Registration:**
January 12, 2015

## Title

**Title of Work:** Write Your Business Plan: Get Your Plan in Place and Your Business off the Ground

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** January 01, 2015
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN -159918-557-6

## Author

- **Author:** The Staff of Entrepreneur Media, Inc.
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc. dba Entrepreneur Press
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Alt. Telephone:** (949)261-2325
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification



**EM15253081**

**Name:** Ronald L. Young
**Date**: January 05, 2015

---

**Registration Number**

# TX 9-370-496

**Effective Date of Registration:**
October 06, 2023
**Registration Decision Date:**
March 18, 2024

## Title

**Title of Work:** Entrepreneur Write Your Business Plan--Your Strategic Roadmap to Business Success (Second Edition)

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** September 19, 2023
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781642011586

## Author

- **Author:** Eric Butow
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

- **Author:** Entrepreneur Media
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, LLC
2 Executive Circle, Suite 150, Irvine, California, 92614, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Entrepreneur Media, LLC



**EM15253088**

**Address:** 2 Executive Circle, #150
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** October 04, 2023



**EM15253089**

Copyright

**Registration Number / Date:**
TX0005457186 / 2001-11-05

**Type of Work:**
Text

**Title:**
Entrepreneur's ultimate start-up directory /James Stephenson.

**Other Title:**
Ultimate start-up directory

**Date of Creation:**
2001

**Date of Publication:**
2001-10-01

**Copyright Claimant:**
Entrepreneur Media, Inc.

**Description:**
448 p.

**Imprint:**
Irvine, CA : Entrepreneur Press, c2001.

**Names:**
Stephenson, James
Entrepreneur Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_15915062

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number**
TX 7-044-874

**Effective date of registration:**
December 30, 2008

## Title

**Title of Work:** ENTREPRENEUR

**Volume** 37 **Number** 1 **Date on Copies** January 2009

## Completion/ Publication

**Year of Completion:** Not given

**Date of 1st Publication:** December 23, 2008

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.

**Author Created:** collective work

**Work made for hire:** Yes

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ronald L. Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-261-2325

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614

## Certification



EM15241942

**Name:** Ronald L. Young

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number**
TX 7-067-693

**Effective date of registration:**
January 30, 2009

## Title

**Title of Work:** ENTREPRENEUR

**Volume** 37 **Number** 2 **Date on Copies** February 2009

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** January 20, 2009 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.

**Author Created:** Collective Work

**Work made for hire:** Yes

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
2445 McCabe Way, Suite 400, Irvine, CA, 92614

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Ronald L. Young, Corporate Counsel



EM15241944

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number**
TX 7-096-870

**Effective date of registration:**
March 16, 2009

## Title

**Title of Work:** ENTREPRENEUR

**Volume** 37 **Number** 3 **Date on Copies** March 2009

## Completion/ Publication

**Year of Completion:** Not given

**Date of 1st Publication:** February 24, 2009 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.

**Author Created:** Collective Work

**Work made for hire:** Yes

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA 92614

## Certification

**Name:** Ronald L. Young



EM15241945

# Certificate of Registration

SEAL · OF · THE · UNITED · STATES · COPYRIGHT · OFFICE · 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number**
TX 7-083-376

**Effective date of registration:**
April 24, 2009

## Title

**Title of Work:** ENTREPRENEUR

**Volume** 37 **Number** 4 **Date on Copies** April 2009

## Completion/ Publication

**Year of Completion:** Not given

**Date of 1st Publication:** March 24, 2009 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN - 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.

  **Author Created:** collective work

  **Work made for hire:** Yes

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
2445 McCabe Way, Suite 400, Irvine, CA, 92614

## Certification

**Name:** Ronald L. Young, Corporate Counsel



EM15241946

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number**

TX 7-079-177

**Effective date of registration:**

June 3, 2009

## Title

**Title of Work:** Entrepreneur

**Volume** 37 **Number** 5 **Date on Copies** May 2009

## Completion/ Publication

**Year of Completion:** Not given

**Date of 1st Publication:** April 28, 2009 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.

  **Author Created:** collective work

  **Work made for hire:** Yes

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614

## Certification

**Name:** Ronald L. Young



EM15241947

**Registration Number**

# TX 7-096-510

**Effective date of registration:**

June 12, 2009

## Title

**Title of Work:** Entrepreneur Startups

**Volume** 24 **Number** 2 **Date on Copies** Summer 2009

## Completion / Publication

**Year of Completion:** Not given

**Date of 1st Publication:** June 9, 2009 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 1533-743X

## Author

- **Author:** Entrepreneur Media, Inc

**Author Created:** Collective work

**Work made for hire:** Yes

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc

2445 McCabe Way, Suite 400, Irvine, CA 92614

## Certification

**Name:** Ronald L. Young

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number**
TX 7-079-621

**Effective date of registration:**
June 3, 2009

## Title

**Title of Work:** Entrepreneur

**Volume** 37 **Number** 6 **Date on Copies** June 2009

## Completion/ Publication

**Year of Completion:** Not given

**Date of 1st Publication:** May 26, 2009 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.

  **Author Created:** Collective Work

  **Work made for hire:** Yes

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA 92614

## Certification

**Name:** Ronald L. Young, Corporate Counsel



EM15241948

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number**
TX 7-086-971

**Effective date of registration:**
August 26, 2009

## Title

**Title of Work:** ENTREPRENEUR

**Volume** 37 **Number** 7 **Date on Copies** July 2009

## Completion/ Publication

**Year of Completion:** Not given

**Date of 1st Publication:** June 23, 2009 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.

**Author Created:** Collective Work

**Work made for hire:** Yes

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
2445 McCabe Way, Suite 400, Irvine, CA, 92614

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Ronald L. Young, Corporate Counsel



EM15241949

Registration Number
TX 7-072-524

Effective date of registration:
July 27, 2009

## Title

**Title of Work:** Entrepreneur

**Volume** 37 **Number** 8 **Date on Copies** August 2009

## Completion / Publication

**Year of Completion:** Not given

**Date of 1st Publication:** July 21, 2009 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.

**Author Created:** Collective Work

**Work made for hire:** Yes

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA 92614

## Certification

**Name:** Ronald L. Young

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number**
TX 7-011-954

**Effective date of registration:**
September 8, 2009

## Title

**Title of Work:** Entrepreneur

**Volume** 37 **Number** 9 **Date on Copies** September 2009

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** August 25, 2009 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

▪ **Author:** Entrepreneur Media, Inc.

**Author Created:** collective work which may include text, editing, compilation, and contribution(s) in which copyright has been transferred to the claimant

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc., dba Entrepreneur Media, Inc.
2445 McCabe Way, Suite 400, Irvine, CA 92614, United States

**Transfer Statement:** By written agreement

## Certification

**Name:** Ronald L. Young

**Date:** September 4, 2009



EM15241950

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number**
TX 6-993-216

**Effective date of registration:**
October 5, 2009

## Title

**Title of Work:** Entrepreneur

**Volume** 37 **Number** 10 **Date on Copies** October 2009

**Frequency of publication** Monthly

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** September 22, 2009 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc,

**Author Created:** collective work which may include text, editing, compilation, and contribution(s) in which copyright has been transferred to the claimant

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ymadrid@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number**
TX 7-071-763

**Effective date of registration:**
December 9, 2009

## Title

**Title of Work:** Entrepreneur

**Volume** 37 **Number** 12 **Date on Copies** December 2009

**Frequency of publication** Monthly

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** November 22, 2009 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc,

**Author Created:** collective work which may include text, editing, compilation, and contribution(s) in which copyright has been transferred to the claimant

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ymadrid@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way

Suite 400

Irvine, CA 92614 United States

## Certification



EM15241954

**Name:** Yvette Madrid

**Date:** December 3, 2009

---

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number**
TX 7-137-854

**Effective date of registration:**
January 21, 2010

## Title

**Title of Work:** Entrepreneur

**Volume** 38 **Number** 1 **Date on Copies** January 2010

**Frequency of publication** Monthly

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** December 22, 2009 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.

**Author Created:** collective work which may include text, editing, compilation, and contribution(s) in which copyright has been transferred to the claimant

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ymadrid@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification

**Name:** Yvette Madrid

**Date:** January 18, 2010

---

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number**
TX 7-119-087

**Effective date of registration:**
February 16, 2010

## Title

**Title of Work:** Entrepreneur

**Volume** 38 **Number** 2 **Date on Copies** February 2010

**Frequency of publication** Monthly

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** January 26, 2010 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc,

**Author Created:** collective work which may include text, editing, compilation, and contribution(s) in which copyright has been transferred to the claimant

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ymadrid@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way

Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Yvette Madrid

**Date:** February 3, 2010

---

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number**
TX 7-154-558

**Effective date of registration:**
March 18, 2010

## Title

**Title of Work:** Entrepreneur

**Volume** 38 **Number** 3 **Date on Copies** March 2010

**Frequency of publication** Monthly

## Completion/ Publication

**Year of Completion:** 2010

**Date of 1st Publication:** February 23, 2010 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc,

**Author Created:** collective work which may include text, editing, compilation, and contribution(s) in which copyright has been transferred to the claimant

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ymadrid@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification

**Name:** Yvette Madrid

**Date:** March 16, 2010

---

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number**

TX 7-192-406

**Effective date of registration:**

April 23, 2010

## Title

**Title of Work:** Entrepreneur

**Volume** 38 **Number** 4 **Date on Copies** April 2010

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** March 23, 2010 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc,

**Author Created:** collective work which may include text, editing, compilation, and contribution(s) in which copyright has been transferred to the claimant

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ymadrid@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way

Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Yvette Madrid

**Date:** April 20, 2010

---

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number**
TX 7-192-947

**Effective date of registration:**
April 23, 2010

## Title

**Title of Work:** Entrepreneur

**Volume** 38 **Number** 5 **Date on Copies** May 2010

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** April 20, 2010 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc,

**Author Created:** collective work which may include text, editing, compilation, and contribution(s) in which copyright has been transferred to the claimant

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ymadrid@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification

**Name:** Yvette Madrid

**Date:** April 20, 2010

---

*00001X00071004702011*

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number**

TX 7-193-807

**Effective date of registration:**

June 7, 2010

## Title

**Title of Work:** Entrepreneur

**Volume** 38 **Number** 6 **Date on Copies** June 2010

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** May 25, 2010 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc,

**Author Created:** collective work which may include text, editing, compilation, and contribution(s) in which copyright has been transferred to the claimant

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ymadrid@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way

Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Yvette Madrid

**Date:** June 3, 2010

---

*0000YX0007103807001*

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number**

**TX 7-196-886**

**Effective date of registration:**

July 6, 2010

## Title

**Title of Work:** Entrepreneur

**Volume** 38 **Number** 7 **Date on Copies** July 2010

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** June 22, 2010 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc,

**Author Created:** collective work which may include text, editing, compilation, and contribution(s) in which copyright has been transferred to the claimant

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ymadrid@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way

Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Yvette Madrid

**Date:** July 1, 2010

---

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number**

TX 7-200-280

**Effective date of registration:**

August 2, 2010

## Title

**Title of Work:** Entrepreneur

**Volume** 38 **Number** 8 **Date on Copies** August 2010

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** July 20, 2010 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc,

**Author Created:** collective work which may include text, editing, compilation, and contribution(s) in which copyright has been transferred to the claimant

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ymadrid@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way

Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Yvette Madrid

**Date:** July 29, 2010

---

Registration Number
TX 7-300-799

Effective date of registration:
October 20, 2010

## Title

**Title of Work:** Entrepreneur Startups

**Volume** 25 **Number** 3 **Date on Copies** Fall 2010

**Frequency of publication** 3 times per year

## Completion / Publication

**Year of Completion:** 2010

**Date of 1st Publication:** October 5, 2010 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 1533-743x

## Author

- **Author:** Entrepreneur Media, Inc.

**Author Created:** collective work which may include text, editing, compilation, and contribution(s) in which copyright has been transferred to the claimant

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ymadrid@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way

Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Yvette Madrid

**Date:** October 14, 2010

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Register of Copyrights, United States of America

**Registration Number**
TX 7-219-729

**Effective date of registration:**
September 13, 2010

## Title

**Title of Work:** Entrepreneur

**Volume** 38 **Number** 9 **Date on Copies** September 2010

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** August 24, 2010 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc,

**Author Created:** collective work which may include text, editing, compilation, and contribution(s) in which copyright has been transferred to the claimant

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ymadrid@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification

**Name:** Yvette Madrid

**Date:** September 10, 2010

---

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number**
TX 7-237-537

**Effective date of registration:**
October 8, 2010

## Title

**Title of Work:** Entrepreneur

**Volume** 38 **Number** 10 **Date on Copies** October 2010

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** September 21, 2010 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc,

**Author Created:** collective work which may include text, editing, compilation, and contribution(s) in which copyright has been transferred to the claimant

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ymadrid@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification

**Name:** Yvette Madrid

**Date:** September 29, 2010

---

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number**
TX 7-238-951

**Effective date of registration:**
October 22, 2010

## Title

**Title of Work:** Entrepreneur

**Volume** 38 **Number** 11 **Date on Copies** November 2010

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** October 19, 2010 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

▪ **Author:** Entrepreneur Media, Inc,

**Author Created:** collective work which may include text, editing, compilation, and contribution(s) in which copyright has been transferred to the claimant

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ymadrid@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way

Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Yvette Madrid

**Date:** October 20, 2010

---

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Acting Register of Copyrights, United States of America

**Registration Number**

TX 7-327-267

**Effective date of registration:**

March 11, 2011

## Title

**Title of Work:** Entrepreneur

**Volume** 38 **Number** 12 **Date on Copies** December 2010

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** November 23, 2010 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.

**Author Created:** collective work which may include text, editing, compilation, and contribution(s) in which copyright has been transferred to the claimant

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ymadrid@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way

Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Yvette Madrid

**Date:** January 5, 2011

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Acting Register of Copyrights, United States of America

**Registration Number**
TX 7-285-533

**Effective date of registration:**
January 7, 2011

## Title

**Title of Work:** Entrepreneur

**Volume** 39 **Number** 1 **Date on Copies** January 2011

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** December 21, 2010 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc,

**Author Created:** collective work which may include text, editing, compilation, and contribution(s) in which copyright has been transferred to the claimant

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ymadrid@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification

**Name:** Yvette Madrid

**Date:** January 5, 2011

*0000TX00072855330201*

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Acting Register of Copyrights, United States of America

**Registration Number**
TX 7-302-908

**Effective date of registration:**
February 4, 2011

## Title

**Title of Work:** Entrepreneur

**Volume** 39 **Number** 2 **Date on Copies** February 2011

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** January 25, 2011 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc,

**Author Created:** collective work which may include text, editing, compilation, and contribution(s) in which copyright has been transferred to the claimant

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ymadrid@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way

Suite 400

Irvine, CA 92614 United States

## Certification



EM15241920

**Name:** Yvette Madrid

**Date:** January 28, 2011

---

**Correspondence:** Yes

0000TX0007302908020 1

Registration Number
TX 7-327-414

**Effective date of registration:**
March 11, 2011

## Title

**Title of Work:** Entrepreneur's Startups

**Volume** 26 **Number** 1 **Date on Copies** Spring 2011

**Frequency of publication** 3 times per year

## Completion / Publication

**Year of Completion:** 2011

**Date of 1st Publication:** March 8, 2011 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 1533-743x

## Author

- **Author:** Entrepreneur Media, Inc.

**Author Created:** collective work which may include text, editing, compilation, and contribution(s) in which copyright has been transferred to the claimant

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ymadrid@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way

Suite 400

Irvine, CA 92614 United States

## Certification



EM15254891

**Name:** Yvette Madrid

**Date:** March 9, 2011

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Acting Register of Copyrights, United States of America

**Registration Number**
TX 7-327-272

**Effective date of registration:**
March 15, 2011

## Title

**Title of Work:** Entrepreneur

**Volume** 39 **Number** 3 **Date on Copies** March 2011

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** February 22, 2011 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

▪ **Author:** Entrepreneur Media, Inc.

**Author Created:** collective work which may include text, editing, compilation, and contribution(s) in which copyright has been transferred to the claimant

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ymadrid@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification

**Name:** Yvette Madrid

**Date:** March 9, 2011

0000TX0007327272020 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

Maria A. Pallante

Acting Register of Copyrights, United States of America

**Registration Number**
TX 7-350-540

**Effective date of registration:**
April 13, 2011

## Title

**Title of Work:** Entrepreneur

**Volume** 39 **Number** 4 **Date on Copies** April 2011

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** March 22, 2011 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.

**Author Created:** collective work which may include text, editing, compilation, and contribution(s) in which copyright has been transferred to the claimant

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ymadrid@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification



EM15241924

**Name:** Yvette Madrid

**Date:** April 11, 2011

0000TX00073505400201

# Certificate of Registratio...

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Acting Register of Copyrights, United States of America

**Registration Number**
TX 7-356-106

**Effective date of registration:**
May 4, 2011

## Title

**Title of Work:** Entrepreneur

**Volume** 39 **Number** 5 **Date on Copies** May 2011

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** April 26, 2011 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc,

**Author Created:** collective work which may include text, editing, compilation, and contribution(s) in which copyright has been transferred to the claimant

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ymadrid@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification



EM15241926

**Name:** Yvette Madrid

**Date:** May 2, 2011

0000TX00073561060201