Registration Number
TX 7-383-678

Effective date of registration:
June 21, 2011

## Title

**Title of Work:** Entrepreneur Startups

**Volume** 26 **Number** 2 **Date on Copies** Summer 2011

**Frequency of publication** 3 times per year

## Completion / Publication

**Year of Completion:** 2011

**Date of 1st Publication:** June 7, 2011 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 1533-743x

## Author

- **Author:** Entrepreneur Media, Inc,

**Author Created:** collective work which may include text, editing, compilation, and contribution(s) in which copyright has been transferred to the claimant

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ymadrid@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way

Suite 400

Irvine, CA 92614 United States

## Certification



EM15254898

**Name:** Yvette Madrid

**Date:** June 16, 2011

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Register of Copyrights, United States of America

**Registration Number**
TX 7-372-277

**Effective date of registration:**
June 10, 2011

## Title

**Title of Work:** Entrepreneur

**Volume** 39 **Number** 6 **Date on Copies** June 2011

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** May 24, 2011 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc,

**Author Created:** collective work which may include text, editing, compilation, and contribution(s) in which copyright has been transferred to the claimant

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ymadrid@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way

Suite 400

Irvine, CA 92614 United States

## Certification



EM15241928

**Name:** Yvette Madrid

**Date:** June 8, 2011

0000TX0007372270201

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
TX 7-386-095

**Effective date of registration:**
July 1, 2011

## Title

**Title of Work:** Entrepreneur

**Volume** 39 **Number** 7 **Date on Copies** July 2011

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** June 21, 2011 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.

**Author Created:** collective work which may include text, editing, compilation, and contribution(s) in which copyright has been transferred to the claimant

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ymadrid@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way

Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Yvette Madrid

**Date:** June 30, 2011

0000TX00073860950201

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
TX 7-423-807

**Effective date of registration:**
September 9, 2011

## Title

**Title of Work:** Entrepreneur

**Volume** 39 **Number** 8 **Date on Copies** August 2011

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** July 26, 2011 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc,

  **Author Created:** contribution(s) to a collective work

  **Work made for hire:** Yes

  **Citizen of:** United States **Domiciled in:** United States

  **Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc,
2445 McCabe Way, Suite 400, Irvine, CA 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ymadrid@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way, Suite 400
Irvine, CA 92614 United States

## Certification

**Name:** Yvette Madrid

**Date:** August 8, 2011

0000TX000074238070201

Registration Number
TX 7-440-888

Effective date of registration:
October 6, 2011

## Title

**Title of Work:** Entrepreneur Startups

**Volume** 26 **Number** 3 **Date on Copies** Fall 2011

**Frequency of publication** 3 times per year

## Completion / Publication

**Year of Completion:** 2011

**Date of 1st Publication:** October 4, 2011 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 1533-743x

## Author

- **Author:** Entrepreneur Media, Inc,

**Author Created:** contribution(s) to a collective work

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way

Suite 400

Irvine, CA 92614 United States

## Certification



EM15254856

**Name:** Yvette Madrid

**Date:** October 4, 2011

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
TX 7-417-999

**Effective date of registration:**
August 29, 2011

## Title

**Title of Work:** Entrepreneur

**Volume** 39 **Number** 9 **Date on Copies** September 2011

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** August 23, 2011 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

▪ **Author:** Entrepreneur Media, Inc,

**Author Created:** contribution(s) to a collective work

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5279

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification



EM15241934

**Name:** Yvette Madrid

**Date:** August 29, 2011

0000TX0007417990201

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Register of Copyrights, United States of America

**Registration Number**
TX 7-463-769

**Effective date of registration:**
October 14, 2011

## Title

**Title of Work:** Entrepreneur

**Volume** 39 **Number** 10 **Date on Copies** October 2011

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** September 20, 2011 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc,

**Author Created:** contribution(s) to a collective work

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification



EM15241936

**Name:** Yvette Madrid

**Date:** September 30, 2011

0000TX0007463769020

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
TX 7-452-130

**Effective date of registration:**
October 31, 2011

## Title

**Title of Work:** Entrepreneur

**Volume** 39 **Number** 11 **Date on Copies** November 2011

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** October 25, 2011 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc,

**Author Created:** contribution(s) to a collective work

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification



EM15241938

**Name:** Yvette Madrid

**Date:** October 31, 2011

0000TX00074521300201

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Register of Copyrights, United States of America

**Registration Number**
TX 7-460-946

**Effective date of registration:**
November 25, 2011

## Title

**Title of Work:** Entrepreneur

**Volume** 39 **Number** 12 **Date on Copies** December 2011

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** November 22, 2011 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

■ **Author:** Entrepreneur Media, Inc.

**Author Created:** contribution(s) to a collective work

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification

**Name:** Yvette Madrid

**Date:** November 22, 2011

0000TX0007460946020I

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
TX 7-489-531

**Effective date of registration:**
December 27, 2011

## Title

**Title of Work:** Entrepreneur

**Volume** 40 **Number** 1 **Date on Copies** January 2012

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** December 20, 2011 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc,

**Author Created:** contribution(s) to a collective work

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way

Suite 400

Irvine, CA 92614 United States

## Certification



EM15241956

**Name:** Yvette Madrid

**Date:** December 22, 2011

0000TX00074895310201

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
TX 7-504-122

**Effective date of registration:**
February 3, 2012

## Title

**Title of Work:** Entrepreneur

**Volume** 40 **Number** 2 **Date on Copies** February 2012

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** January 24, 2012 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.

**Author Created:** contribution(s) to a collective work

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification



EM15241958

**Name:** Yvette Madrid

**Date:** February 1, 2012

---

0000TX000750041220201

Registration Number
**TX 7-522-815**

**Effective date of registration:**
April 10, 2012

## Title

**Title of Work:** Entrepreneur Startups

**Volume** 27 **Number** 1 **Date on Copies** Spring 2012

**Frequency of publication** 3x per year

## Completion / Publication

**Year of Completion:** 2012

**Date of 1st Publication:** February 7, 2012 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 1533-743x

## Author

- **Author:** Entrepreneur Media, Inc,

**Author Created:** contribution(s) to a collective work

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way

Suite 400

Irvine, CA 92614 United States

## Certification



EM15254894

**Name:** Yvette Madrid

**Date:** March 29, 2012

---

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
TX 7-513-427

**Effective date of registration:**
March 2, 2012

## Title

**Title of Work:** Entrepreneur

**Volume** 40 **Number** 3 **Date on Copies** March 2012

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** February 21, 2012 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc,

**Author Created:** contribution(s) to a collective work

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification

**Name:** Yvette Medrid

**Date:** February 28, 2012

*0000TX00075134270201*

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
TX 7-522-820

**Effective date of registration:**
April 10, 2012

## Title

**Title of Work:** Entrepreneur

**Volume** 40 **Number** 4 **Date on Copies** April 2012

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** March 20, 2012 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc,

**Author Created:** contribution(s) to a collective work

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification

**Name:** Yvette Madrid

**Date:** March 29, 2012

---

0000TX00075228200201

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
TX 7-523-105

**Effective date of registration:**
May 4, 2012

## Title

**Title of Work:** Entrepreneur

**Volume** 40 **Number** 5 **Date on Copies** May 2012

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 24, 2012 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc,

**Author Created:** contribution(s) to a collective work

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification



EM15241964

**Name:** Yvette Madrid

**Date:** April 27, 2012

0000TX0007523105020I

Registration Number
TX 7-545-098

Effective date of registration:
June 14, 2012

## Title

**Title of Work:** Entrepreneur Startups

**Volume** 27 **Number** 2 **Date on Copies** Summer 2012

**Frequency of publication** 3x per year

## Completion / Publication

**Year of Completion:** 2012

**Date of 1st Publication:** June 5, 2012 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 1533-743x

## Author

- **Author:** Entrepreneur Media, Inc.

**Author Created:** contribution(s) to a collective work

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification

**Name:** Yvette Madrid

**Date:** June 8, 2012

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

Registration Number
TX 7-545-152

Effective date of registration:
June 15, 2012

## Title

**Title of Work:** Entrepreneur

**Volume** 40 **Number** 6 **Date on Copies** June 2012

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** May 22, 2012 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.

**Author Created:** contribution(s) to a collective work

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification



EM15241966

**Name:** Yvette Madrid

**Date:** June 8, 2012

---

0000TX000754515202

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
TX 7-549-192

**Effective date of registration:**
July 6, 2012

## Title

**Title of Work:** Entrepreneur

**Volume** 40 **Number** 7 **Date on Copies** July 2012

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** June 26, 2012 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc,

**Author Created:** contribution(s) to a collective work

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification



EM15241968

**Name:** Yvette Madrid

**Date:** July 3, 2012

0000TX0007549192020 1

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
TX 7-581-473

**Effective date of registration:**
August 20, 2012

## Title

**Title of Work:** Entrepreneur

**Volume** 40 **Number** 8 **Date on Copies** August 2012

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** July 24, 2012 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.

**Author Created:** contribution(s) to a collective work

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way

Suite 400

Irvine, CA 92614 United States

## Certification



EM15241970

**Name:** Yvette Madrid

**Date:** August 7, 2012

0000TX0007581473020

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
TX 7-593-160

**Effective date of registration:**
September 7, 2012

## Title

**Title of Work:** Entrepreneur

**Volume** 40 **Number** 9 **Date on Copies** September 2012

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** August 21, 2012 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.

**Author Created:** contribution(s) to a collective work

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification



EM15241972

**Name:** Yvette Madrid

**Date:** September 5, 2012

---

0000TX00075931600201

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Register of Copyrights, United States of America

**Registration Number**
TX 7-603-184

**Effective date of registration:**
October 5, 2012

## Title

**Title of Work:** Entrepreneur

**Volume** 40 **Number** 10 **Date on Copies** October 2012

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** September 25, 2012 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc,

**Author Created:** contribution(s) to a collective work

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification



EM15241974

**Name:** Yvette Madrid

**Date:** October 3, 2012

0000TX0007603184020

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
TX 7-614-722

**Effective date of registration:**
November 5, 2012

## Title

**Title of Work:** Entrepreneur

**Volume** 40 **Number** 11 **Date on Copies** November 2012

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** October 23, 2012 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc,

**Author Created:** contribution(s) to a collective work

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification

**Name:** Yvette Madrid

**Date:** November 5, 2012

---

0000TX0007614722020I

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
TX 7-622-950

**Effective date of registration:**
November 27, 2012

## Title

**Title of Work:** Entrepreneur

**Volume** 40 **Number** 12 **Date on Copies** December 2012

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** November 20, 2012 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.

**Author Created:** contribution(s) to a collective work

**Work made for hire:** Yes

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification



EM15241978

**Name:** Yvette Madrid

**Date:** November 21, 2012

---

*0000TX0000762295000201*

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
TX 7-635-950

**Effective date of registration:**
January 4, 2013

## Title

**Title of Work:** Entrepreneur

**Volume** 41 **Number** 1 **Date on Copies** January 2013

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** December 18, 2012 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc,

**Author Created:** contribution(s) to a collective work

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Yvette Madrid

**Date:** January 4, 2013

0000TX0007635950201

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
TX 7-648-187

**Effective date of registration:**
February 5, 2013

## Title

**Title of Work:** Entrepreneur

**Volume** 41 **Number** 2 **Date on Copies** February 2013

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** January 22, 2013 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc,

**Author Created:** contribution(s) to a collective work

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way

Suite 400

Irvine, CA 92614 United States

## Certification



EM15241982

**Name:** Yvette Madrid

**Date:** January 31, 2013

0000TX00076481870201

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
TX 7-675-404

**Effective date of registration:**
March 15, 2013

## Title

**Title of Work:** Entrepreneur

**Volume** 41 **Number** 3 **Date on Copies** March 2013

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** February 19, 2013 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc,

**Author Created:** contribution(s) to a collective work

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

**Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-524

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification



EM15241984

**Name:** Yvette Madrid

**Date:** February 27, 2013

---

*0000TX00076754040201*

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
TX 7-676-827

**Effective date of registration:**
April 4, 2013

## Title

**Title of Work:** Entrepreneur

**Volume** 41 **Number** 4 **Date on Copies** April 2013

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** March 19, 2013 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc,

**Author Created:** contribution(s) to a collective work

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification



EM15241986

**Name:** Yvette Madrid

**Date:** April 3, 2013

*0000TX0007676827020 1*

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Register of Copyrights, United States of America

**Registration Number**
TX 7-685-647

**Effective date of registration:**
May 2, 2013

## Title

**Title of Work:** Entrepreneur

**Volume** 41 **Number** 5 **Date on Copies** May 2013

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** April 23, 2013 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc,

**Author Created:** contribution(s) to a collective work

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-524

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification



EM15241988

**Name:** Yvette Madrid

**Date:** April 30, 2013

---

*0000TX00076856470201*

Registration Number
TX 7-726-906

Effective date of registration:
June 14, 2013

## Title

**Title of Work:** Entrepreneur Startups

**Volume** 28 **Number** 2 **Date on Copies** Summer 2013

**Frequency of publication** Monthly

## Completion / Publication

**Year of Completion:** 2013

**Date of 1st Publication:** June 4, 2013 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 1533-743x

## Author

- **Author:** Entrepreneur Media, Inc.

**Author Created:** contribution(s) to a collective work

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Yvette Madrid

**Date:** June 7, 2013

---

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
TX 7-726-955

**Effective date of registration:**
June 14, 2013

## Title

**Title of Work:** Entrepreneur

**Volume** 41 **Number** 6 **Date on Copies** June 2013

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** May 21, 2013 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc,

**Author Created:** contribution(s) to a collective work

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way, Suite 400

Irvine, CA 92614 United States

## Certification



EM15241990

**Name:** Yvette Madrid

**Date:** June 7, 2013

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
TX 7-722-534

**Effective date of registration:**
July 22, 2013

## Title

**Title of Work:** Entrepreneur

**Volume** 41 **Number** 7 **Date on Copies** July 2013

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** June 25, 2013 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.

**Author Created:** contribution(s) to a collective work

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification



EM15241992

**Name:** Yvette Madrid

**Date:** July 18, 2013

*0000TX0007722534020 1*

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Register of Copyrights, United States of America

**Registration Number**
TX 7-730-866

**Effective date of registration:**
August 5, 2013

## Title

**Title of Work:** Entrepreneur

**Volume** 41 **Number** 8 **Date on Copies** August 2013

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** July 23, 2013 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.

**Author Created:** contribution(s) to a collective work

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification

**Name:** Yvette Madrid

**Date:** August 2, 2013

*0000TX00077308660201*

Registration Number
TX 7-750-695
Effective date of registration:
October 16, 2013

## Title

**Title of Work:** Entrepreneur's Startups

**Volume** 28 **Number** 3 **Date on Copies** Fall 2013

**Frequency of publication** 3x per year

## Completion / Publication

**Year of Completion:** 2013

**Date of 1st Publication:** October 7, 2013 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 1533-743x

## Author

- **Author:** Entrepreneur Media, Inc,

**Author Created:** contribution(s) to a collective work

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way

Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Yvette Madrid

**Date:** October 14, 2013

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Register of Copyrights, United States of America

**Registration Number**
TX 7-749-221

**Effective date of registration:**
September 18, 2013

## Title

**Title of Work:** Entrepreneur

**Volume** 41 **Number** 9 **Date on Copies** September 2013

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** August 20, 2013 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

▪ **Author:** Entrepreneur Media, Inc,

**Author Created:** contribution(s) to a collective work

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification

**Name:** Yvette Madrid

**Date:** September 16, 2013

*0000TX0007749221020I*

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
TX 7-750-697

**Effective date of registration:**
October 16, 2013

## Title

**Title of Work:** Entrepreneur

**Volume** 41 **Number** 10 **Date on Copies** October 2013

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** September 23, 2013 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc,

**Author Created:** contribution(s) to a collective work

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way

Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Yvette Madrid

**Date:** October 14, 2013

*0000TX0007750600201*

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
TX 7-770-249

**Effective date of registration:**
November 4, 2013

## Title

**Title of Work:** Entrepreneur

**Volume** 41 **Number** 11 **Date on Copies** November 2013

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** October 22, 2013 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.

**Author Created:** contribution(s) to a collective work

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification

**Name:** Yveta Madrid

**Date:** November 1, 2013

*0000TX000770249020l*

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
TX 7-796-435

**Effective date of registration:**
December 16, 2013

## Title

**Title of Work:** Entrepreneur

**Volume** 41 **Number** 12 **Date on Copies** December 2013

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** November 19, 2013 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.

  **Author Created:** contribution(s) to a collective work

  **Work made for hire:** Yes

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification

**Name:** Yvette Madrid

**Date:** December 13, 2013

---

*0000TX0007796435020 1*

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
TX 7-797-240

**Effective date of registration:**
January 20, 2014

## Title

**Title of Work:** Entrepreneur

**Volume** 42 **Number** 1 **Date on Copies** January 2014

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** December 24, 2013 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.

**Author Created:** contribution(s) to a collective work

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification

**Name:** Yvette Madrid

**Date:** January 17, 2014

*0000TX0007797240201*

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
TX 7-822-129

**Effective date of registration:**
April 2, 2014

## Title

**Title of Work:** Entrepreneur

**Volume** 42 **Number** 2 **Date on Copies** February 2014

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** January 21, 2014 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc,

**Author Created:** contribution(s) to a collective work

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification



EM15242006

**Name:** Yvette Madrid

**Date:** February 13, 2014

---

*0000TX0007822129201*

Registration Number
TX 7-816-355
Effective date of registration:
March 6, 2014

## Title

**Title of Work:** Entrepreneur's Startups

**Volume** 29 **Number** 1 **Date on Copies** Spring 2014

**Frequency of publication** 3x per year

## Completion / Publication

**Year of Completion:** 2014

**Date of 1st Publication:** March 4, 2014 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 1533-743x

## Author

- **Author:** Entrepreneur Media, Inc,

**Author Created:** contribution(s) to a collective work

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification



EM15254964

**Name:** Yvette Madrid

**Date:** March 5, 2014

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
TX 7-816-357

**Effective date of registration:**
March 6, 2014

## Title

**Title of Work:** Entrepreneur

**Volume** 42 **Number** 3 **Date on Copies** March 2014

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** February 25, 2014 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc,

**Author Created:** contribution(s) to a collective work

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification



EM15242008

**Name:** Yvette Madrid

**Date:** March 5, 2014

---

*0000TX0007816357020I*

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Register of Copyrights, United States of America

**Registration Number**
TX 7-838-024

**Effective date of registration:**
April 7, 2014

## Title

**Title of Work:** Entrepreneur

**Volume** 42 **Number** 4 **Date on Copies** April 2014

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** March 25, 2014 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc,

**Author Created:** contribution(s) to a collective work

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification



EM15242010

**Name:** Yvette Madrid

**Date:** April 7, 2014

*0000TX00078380240201*

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
TX 7-841-155

**Effective date of registration:**
April 25, 2014

## Title

**Title of Work:** Entrepreneur

**Volume** 42 **Number** 5 **Date on Copies** May 2014

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** April 22, 2014 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc,

**Author Created:** contribution(s) to a collective work

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification



EM15242012

**Name:** Yvette Madrid

**Date:** April 23, 2014

*0000TX00078411550201*

Registration Number
TX 7-889-509

Effective date of registration:
June 11, 2014

## Title

**Title of Work:** Entrepreneur's Startups

**Volume** 29 **Number** 2 **Date on Copies** Summer 2014

**Frequency of publication** 3 times per year

## Completion / Publication

**Year of Completion:** 2014

**Date of 1st Publication:** June 3, 2014 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 1533-743x

## Author

- **Author:** Entrepreneur Media, Inc,

**Author Created:** contribution(s) to a collective work

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification

**Name:** Yvette Madrid

**Date:** June 6, 2014

---

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Register of Copyrights, United States of America

**Registration Number**
TX 7-889-510

**Effective date of registration:**
June 11, 2014

## Title

**Title of Work:** Entrepreneur

**Volume** 42 **Number** 6 **Date on Copies** June 2014

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** May 20, 2014 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.

**Author Created:** contribution(s) to a collective work

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification



EM15242014

**Na...:** Yvette Macha

**Date:** June 6, 2014

*0000TX0007889510020 1*

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
TX 7-884-374

**Effective date of registration:**
July 7, 2014

## Title

**Title of Work:** Entrepreneur

**Volume** 42 **Number** 7 **Date on Copies** July 2014

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** June 24, 2014 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc,

**Author Created:** contribution(s) to a collective work

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification



EM15242016

**Name:** Yvette Madrid

**Date:** July 3, 2014

*0000TX00078843740201*

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

Registration Number
TX 7-904-214

Effective date of registration:
July 31, 2014

## Title

**Title of Work:** Entrepreneur

**Volume** 42 **Number** 8 **Date on Copies** August 2014

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** July 22, 2014 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.

  **Author Created:** contribution(s) to a collective work

  **Work made for hire:** Yes

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way

Suite 400

Irvine, CA 92614 United States

## Certification



EM15242018

**Na...:** Yvette Agello

**Date:** July 29, 2014

---

*0000TX000790421140201*

**Registration Number**

TX 7-938-897

**Effective date of registration:**

October 27, 2014

## Title

**Title of Work:** Entrepreneur's Startups

**Volume** 29 **Number** 3 **Date on Copies** Fall 2014

**Frequency of publication** 3x per year

## Completion / Publication

**Year of Completion:** 2014

**Date of 1st Publication:** October 7, 2014 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 1533-743x

## Author

- **Author:** Entrepreneur Media, Inc,

**Author Created:** contribution(s) to a collective work

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way

Suite 400

Irvine, CA 92614 United States

## Certification

**Name:** Yvette Madrid

**Date:** October 21, 2014

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
TX 7-910-348

**Effective date of registration:**
September 15, 2014

## Title

**Title of Work:** Entrepreneur

**Volume** 42 **Number** 9 **Date on Copies** September 2014

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** August 19, 2014 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc,

**Author Created:** contribution(s) to a collective work

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification

**Name:** Yvette Madrid

**Date:** September 12, 2014

*0000TX00079103480201*

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
TX 7-938-808

**Effective date of registration:**
October 27, 2014

## Title

**Title of Work:** Entrepreneur

**Volume** 42 **Number** 10 **Date on Copies** October 2014

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** September 23, 2014 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

▪ **Author:** Entrepreneur Media, Inc,

**Author Created:** contribution(s) to a collective work

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification



EM15242022

**Name:** Yvette Madrid

**Date:** October 21, 2014

*0000TX00079388080201*

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Register of Copyrights, United States of America

**Registration Number**
TX 7-938-916

**Effective date of registration:**
October 27, 2014

## Title

**Title of Work:** Entrepreneur

**Volume** 42 **Number** 11 **Date on Copies** November 2014

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** October 21, 2014 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc,

**Author Created:** contribution(s) to a collective work

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ryoung@entrepreneur.com **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way
Suite 400
Irvine, CA 92614 United States

## Certification



EM15242024

**Name:** Yvette Madrid

**Date:** October 21, 2014

*0000TX00079389160201*

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
**TX 7-974-579**
**Effective Date of Registration:**
January 02, 2015

## Title

**Title of Work:** Entrepreneur
**Volume:** 42
**Number:** 12
**Date on Copies:** December 2014
**Frequency of Publication:** Monthly

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** November 18, 2014
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** contribution(s) to a collective work
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ron Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5244
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification



EM15242026

**Name:** Yvette Madrid
**Date:** December 29, 2014

---

*0000TX00079745790202*

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
**TX 7-974-584**
**Effective Date of Registration:**
January 02, 2015

## Title

**Title of Work:** Entrepreneur
**Volume:** 43
**Number:** 1
**Date on Copies:** January 2015
**Frequency of Publication:** Monthly

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** December 23, 2014
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc,
**Author Created:** contribution(s) to a collective work
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ron Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5244
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification



EM15242028

**Name:** Yvette Madrid
**Date:** December 29, 2014

*0000TX000797458402O2*

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Register of Copyrights, United States of America

**Registration Number**
**TX 8-010-624**
**Effective Date of Registration:**
March 23, 2015

## Title

**Title of Work:** Entrepreneur
**Volume:** 43
**Number:** 2
**Date on Copies:** February 2015
**Frequency of Publication:** Monthly

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** January 20, 2015
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** contribution(s) to a collective work
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ron Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5244
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Yvette Madrid
**Date:** March 19, 2015

---

*0000TX00080106240202*

Registration Number
**TX 8-010-621**
**Effective Date of Registration:**
March 23, 2015

## Title

**Title of Work:** Entrepreneur's Startups
**Volume**: 30
**Number**: 1
**Date on Copies**: Spring 2015
**Frequency of Publication:** 3 times per year

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** March 10, 2015
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 1533-743x

## Author

- **Author:** Entrepreneur Media, Inc,
**Author Created:** contribution(s) to a collective work
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ron Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5244
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification



EM15254930

**Name:** Yvette Madrid
**Date:** March 19, 2015

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
**TX 8-010-622**
**Effective Date of Registration:**
March 23, 2015

## Title

**Title of Work:** Entrepreneur
**Volume:** 43
**Number:** 3
**Date on Copies:** March 2015
**Frequency of Publication:** Monthly

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** February 24, 2015
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc,
  **Author Created:** contribution(s) to a collective work
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ron Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5244
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification



EM15242032

**Name:** Yvette Madrid
**Date:** March 19, 2015

---

*0000TX00080106220202*

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
**TX 8-023-250**
**Effective Date of Registration:**
March 27, 2015

## Title

**Title of Work:** Entrepreneur
**Volume:** 43
**Number:** 4
**Date on Copies:** April 2015
**Frequency of Publication:** Monthly

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** March 24, 2015
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc,
**Author Created:** contribution(s) to a collective work
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ron Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5244
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification



EM15242034

**Name:** Yvette Madrid
**Date:** March 24, 2015

*0000TX00080232500202*

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
**TX 8-040-834**
**Effective Date of Registration:**
June 01, 2015

## Title

**Title of Work:** Entrepreneur
**Volume:** 43
**Number:** 5
**Date on Copies:** May 2015
**Frequency of Publication:** Monthly

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** April 21, 2015
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc,
  **Author Created:** contribution(s) to a collective work
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ron Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5244
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Yvette Madrid
**Date:** May 29, 2015

*0000TX000804083402O2*

Registration Number
**TX 8-125-858**
**Effective Date of Registration:**
October 02, 2015

## Title

**Title of Work:** Entrepreneur's Startups
**Volume:** 30
**Number:** 2
**Date on Copies:** Summer 2015
**Frequency of Publication:** 3x per year

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** June 02, 2015
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 1533-743x

## Author

- **Author:** Entrepreneur Media, Inc,
  **Author Created:** contribution(s) to a collective work
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ron Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5244
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Yvette Madrid
**Date:** September 25, 2015

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
**TX 8-040-832**
**Effective Date of Registration:**
June 01, 2015

## Title

**Title of Work:** Entrepreneur
**Volume:** 43
**Number:** 6
**Date on Copies:** June 2015
**Frequency of Publication:** Monthly

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** May 19, 2015
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc,
  **Author Created:** contribution(s) to a collective work
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ron Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5244
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Yvette Madrid
**Date:** May 29, 2015

---

*0000TX0008040832020 2*

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
**TX 8-095-112**
**Effective Date of Registration:**
August 03, 2015

## Title

**Title of Work:** Entrepreneur
**Volume:** 43
**Number:** 7
**Date on Copies:** July 2015
**Frequency of Publication:** Monthly

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** June 23, 2015
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc,
  **Author Created:** contribution(s) to a collective work
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ron Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5244
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Yvette Madrid
**Date:** July 30, 2015

*0000TX0008095114020 2*

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
**TX 8-095-114**
**Effective Date of Registration:**
August 03, 2015

## Title

**Title of Work:** Entrepreneur
**Volume:** 43
**Number:** 8
**Date on Copies:** August 2015
**Frequency of Publication:** Monthly

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** July 21, 2015
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc,
  **Author Created:** contribution(s) to a collective work
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ron Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5244
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Yvette Madrid
**Date:** July 30, 2015

---

*0000TX00080951120202*

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

United States Register of Copyrights and Director

**Registration Number**
**TX 8-125-879**
**Effective Date of Registration:**
October 02, 2015

## Title

**Title of Work:** Entrepreneur
**Volume:** 43
**Number:** 9
**Date on Copies:** September 2015
**Frequency of Publication:** Monthly

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** August 18, 2015
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc,
**Author Created:** contribution(s) to a collective work
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ron Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5244
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Yvette Madrid
**Date:** September 25, 2015

---

*0000TX0008125879O202*

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

United States Register of Copyrights and Director

**Registration Number**

**TX 8-125-881**

**Effective Date of Registration:**
October 02, 2015

## Title

**Title of Work:** Entrepreneur
**Volume:** 43
**Number:** 10
**Date on Copies:** October 2015
**Frequency of Publication:** Monthly

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** September 22, 2015
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc,
  **Author Created:** contribution(s) to a collective work
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ron Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5244
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Yvette Madrid
**Date:** September 25, 2015

*0000TX00081258810202*

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-281-075**
**Effective Date of Registration:**
July 25, 2016

## Title

**Title of Work:** Entrepreneur
**Volume:** 43
**Number:** 11
**Date on Copies:** November 2015
**Frequency of Publication:** Monthly

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** October 20, 2015
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** contribution(s) to a collective work, compilation
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with individual contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Alt. Telephone:** (949)261-2325
**Address:** 18061 Fitch

Irvine, CA 92614 United States

## Certification

**Name:** Ronald Young
**Date:** July 20, 2016

**Correspondence:** Yes

*0000TX0008281075O2O2*

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-281-077**
**Effective Date of Registration:**
July 25, 2016

## Title

**Title of Work:** Entrepreneur
**Volume:** 43
**Number:** 12
**Date on Copies:** December 2015
**Frequency of Publication:** Monthly

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** November 17, 2015
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** contribution(s) to a collective work, compilation
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with individual contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Alt. Telephone:** (949)261-2325
**Address:** 18061 Fitch

Irvine, CA 92614 United States

## Certification

**Name:** Ronald Young
**Date:** July 20, 2016

**Correspondence:** Yes

*0000TX0008281077O202*



EM15242051

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-281-079**
**Effective Date of Registration:**
July 25, 2016

## Title

**Title of Work:** Entrepreneur
**Volume:** 44
**Number:** 1
**Date on Copies:** January 2016
**Frequency of Publication:** Monthly

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** December 22, 2015
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
**Author Created:** contribution(s) to a collective work, compilation
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with individual contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Alt. Telephone:** (949)261-2325
**Address:** 18061 Fitch

Irvine, CA 92614 United States

## Certification

**Name:** Ronald Young
**Date:** July 21, 2016

**Correspondence:** Yes

*0000TX00082810950202*



EM15242053

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-281-083**
**Effective Date of Registration:**
July 25, 2016

## Title

**Title of Work:** Entrepreneur
**Volume:** 44
**Number:** 2
**Date on Copies:** February 2016
**Frequency of Publication:** Monthly

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** January 19, 2016
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
**Author Created:** contribution(s) to a collective work, compilation
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with individual contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Alt. Telephone:** (949)261-2325
**Address:** 18061 Fitch



EM15242054

Irvine, CA 92614 United States

## Certification

**Name:** Ronald Young
**Date:** July 21, 2016

**Correspondence:** Yes

*0000TX00082810880202*



EM15242055

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-281-088**
**Effective Date of Registration:**
July 25, 2016

## Title

**Title of Work:** Entrepreneur
**Volume:** 44
**Number:** 3
**Date on Copies:** March 2016
**Frequency of Publication:** Monthly

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** February 16, 2016
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** contribution(s) to a collective work, compilation
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with individual contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Alt. Telephone:** (949)261-2325
**Address:** 18061 Fitch



EM15242056

Irvine, CA 92614 United States

## Certification

**Name:** Ronald Young
**Date:** July 21, 2016

**Correspondence:** Yes

*0000TX000828108302O2*

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-281-095**
**Effective Date of Registration:**
July 25, 2016

## Title

**Title of Work:** Entrepreneur
**Volume:** 44
**Number:** 4
**Date on Copies:** April 2016
**Frequency of Publication:** Monthly

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** March 21, 2016
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** contribution(s) to a collective work, compilation
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with individual contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Alt. Telephone:** (949)261-2325
**Address:** 18061 Fitch



EM15242058

Irvine, CA 92614 United States

## Certification

**Name:** Ronald Young
**Date:** July 21, 2016

**Correspondence:** Yes

*0000TX00082810790202*

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-281-096**
**Effective Date of Registration:**
July 25, 2016

## Title

**Title of Work:** Entrepreneur
**Volume:** 44
**Number:** 5
**Date on Copies:** May 2016
**Frequency of Publication:** Monthly

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** April 19, 2016
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
**Author Created:** contribution(s) to a collective work, compilation
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with individual contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Alt. Telephone:** (949)261-2325
**Address:** 18061 Fitch

Irvine, CA 92614 United States

## Certification

**Name:** Ronald Young
**Date:** July 21, 2016

**Correspondence:** Yes

*0000TX000828107902O2*

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-281-098**
**Effective Date of Registration:**
July 25, 2016

## Title

**Title of Work:** Entrepreneur
**Volume:** 44
**Number:** 6
**Date on Copies:** June 2016
**Frequency of Publication:** Monthly

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** May 24, 2016
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** contribution(s) to a collective work, compilation
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with individual contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Alt. Telephone:** (949)261-2325
**Address:** 18061 Fitch

Irvine, CA 92614 United States

## Certification

**Name:** Ronald Young
**Date:** July 21, 2016

**Correspondence:** Yes

*0000TX00082810830202*