# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

Registration Number
**TX 8-281-103**
**Effective Date of Registration:**
July 25, 2016

## Title

**Title of Work:** Entrepreneur
**Volume:** 44
**Number:** 7
**Date on Copies:** July 2016
**Frequency of Publication:** Monthly

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** June 21, 2016
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** contribution(s) to a collective work, compilation
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with individual contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Alt. Telephone:** (949)261-2325
**Address:** 18061 Fitch

Irvine, CA 92614 United States

## Certification

**Name:** Ronald Young
**Date:** July 21, 2016

**Correspondence:** Yes

*0000TX00082810950202*

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-281-106**
**Effective Date of Registration:**
July 25, 2016

## Title

**Title of Work:** Entrepreneur
**Volume:** 44
**Number:** 8
**Date on Copies:** August 2016
**Frequency of Publication:** Monthly

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** July 19, 2016
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** contribution(s) to a collective work, compilation
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with individual contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Alt. Telephone:** (949)261-2325
**Address:** 18061 Fitch

Irvine, CA 92614 United States

## Certification

**Name:** Ronald Young
**Date:** July 21, 2016

**Correspondence:** Yes

*0000TX00082810960202*

Registration Number
**TX 8-388-687**
**Effective Date of Registration:**
February 06, 2017

## Title

**Title of Work:** Entrepreneur's Startups
**Volume:** 31
**Number:** 3
**Date on Copies:** Fall 2016
**Frequency of Publication:** Three times per year

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** October 11, 2016
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
**Author Created:** compilation, contribution(s) to a collective work
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch Avenue, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with individual contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 18061 Fitch Avenue
Irvine, CA 92614



EM15254865

## Certification

**Name:** Ronald L. Young
**Date:** February 02, 2017

**Correspondence:** Yes

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-333-777**
**Effective Date of Registration:**
November 04, 2016

## Title

**Title of Work:** Entrepreneur
**Volume:** 44
**Number:** 10
**Date on Copies:** October 2016
**Frequency of Publication:** Monthly

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** October 11, 2016
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
**Author Created:** compilation, contribution(s) to a collective work
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch Avenue, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with individual contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 18061 Fitch Avenue
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** October 26, 2016

**Correspondence:** Yes

*0000TX0008333770202*

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-335-007**
**Effective Date of Registration:**
November 07, 2016

## Title

**Title of Work:** Entreprenur
**Volume:** 44
**Number:** 11
**Date on Copies:** November 2016
**Frequency of Publication:** Monthly

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** October 25, 2016
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 01633341

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** compilation, contribution(s) to a collective work
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media,Inc.
18061 Fitch Avenue, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with individual contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 18061 Fitch Avenue
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** October 26, 2016

**Correspondence:** Yes

*0000TX00083350070202*



EM15242073

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-388-679**
**Effective Date of Registration:**
February 06, 2017

## Title

**Title of Work:** Entrepreneur
**Volume:** 44
**Number:** 12
**Date on Copies:** December 2016
**Frequency of Publication:** Monthly

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** November 29, 2016
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

• **Author:** Entrepreneur Media, Inc.
**Author Created:** compilation, contribution(s) to a collective work
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch Avenue, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with individual contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 18061 Fitch Avenue
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** February 02, 2017

**Correspondence:** Yes

*0000TX00083886790202*

Registration Number
**TX 8-388-680**
**Effective Date of Registration:**
February 06, 2017

## Title

**Title of Work:** Entrepreneur
**Volume:** 45
**Number:** 1
**Date on Copies:** January-February 2017
**Frequency of Publication:** Ten issues per year

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** January 10, 2017
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** compilation, contribution(s) to a collective work
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch Avenue, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with individual contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279
**Address:** 18061 Fitch Avenue
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** February 02, 2017

**Correspondence:** Yes

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-450-430**
**Effective Date of Registration:**
May 04, 2017

## Title

**Title of Work:** Entrepreneur
**Volume:** 45
**Number:** 2
**Date on Copies:** March 2017
**Frequency of Publication:** 10 issues per year

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** February 21, 2017
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** compilation, contribution(s) to a collective work
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch Avenue, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with authors named and contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Name:** Ronald L. Young
**Email:** ryoung@entrepreneur.com
**Telephone:** (949)622-5279



EM15242078

## Certification

**Name:** Ronald L. Young
**Date:** April 26, 2017

**Correspondence:** Yes

*0000TX0008450427020 2*

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

Registration Number
**TX 8-450-429**
**Effective Date of Registration:**
May 04, 2017

## Title

**Title of Work:** Entrepreneur
**Volume:** 45
**Number:** 3
**Date on Copies:** April 2017
**Frequency of Publication:** 10 issues per year

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** March 28, 2017
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** compilation, contribution(s) to a collective work
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch Avenue, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with individual contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 Fitch Avenue
Irvine, CA 92614 United States

**Address:** 18061 Fitch Avenue
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** April 26, 2017

**Correspondence:** Yes

*0000TX0008450430020 2*

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-450-427**
**Effective Date of Registration:**
May 04, 2017

## Title

**Title of Work:** Entrepreneur
**Volume:** 45
**Number:** 4
**Date on Copies:** May 2017
**Frequency of Publication:** 10 issues per year

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** April 25, 2017
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** compilation, contribution(s) to a collective work
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch Avenue, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with individual contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 Fitch Avenue
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** April 26, 2017

**Correspondence:** Yes

*0000TX000845042902O2*

# Certificate of Registration

SEAL · OF · THE · UNITED · STATES · COPYRIGHT · OFFICE · 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-440-420**

**Effective Date of Registration:**
June 06, 2017

## Title

**Title of Work:** Entrepreneur
**Volume:** 45
**Number:** 5
**Date on Copies:** June 2017
**Frequency of Publication:** 10 issues per year

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** May 30, 2017
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** compilation, contribution(s) to a collective work
  **Work made for hire:** Yes
  **Domiciled in:** United States
  **Anonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with individual contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** May 30, 2017

---

*0000TX00084404200202*

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-459-848**
**Effective Date of Registration:**
July 10, 2017

## Title

**Title of Work:** Entrepreneur
**Volume:** 45
**Number:** 6
**Date on Copies:** July/August 2017
**Frequency of Publication:** 10 issues per year

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** July 05, 2017
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
**Author Created:** compilation, contribution(s) to a collective work
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with individual contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** July 06, 2017

*0000TX00084598480202*

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-470-029**
**Effective Date of Registration:**
August 25, 2017

## Title

**Title of Work:** Entrepreneur
**Volume:** 45
**Number:** 7
**Date on Copies:** September 2017
**Frequency of Publication:** 10 issues per year

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** August 15, 2017
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** compilation, contribution(s) to a collective work
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with individual contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** August 15, 2017

*0000TX00084700290202*

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-509-067**
**Effective Date of Registration:**
September 28, 2017

## Title

**Title of Work:** Entrepreneur
**Volume:** 45
**Number:** 8
**Date on Copies:** October 2017
**Frequency of Publication:** 10 issues per year

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** September 19, 2017
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** compilation, contribution(s) to a collective work
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with individual contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** September 22, 2017

*0000TX000850906702O2*

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-514-370**

**Effective Date of Registration:**
November 08, 2017

## Title

**Title of Work:** Entrepreneur
**Volume:** 45
**Number:** 9
**Date on Copies:** November 2017
**Frequency of Publication:** 10 issues per year

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** October 24, 2017
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** compilation, contribution(s) to a collective work
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with individual contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media,Inc.
**Address:** 18061 Fitch
Irvine, CA 92614 United States



EM15242092

## Certification

**Name:** Ronald L. Young
**Date:** October 24, 2017

**Correspondence:** Yes

*0000TX00085143700202*



EM15242093

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-523-804**
**Effective Date of Registration:**
December 08, 2017

## Title

**Title of Work:** Entrepreneur
**Volume:** 45
**Number:** 10
**Date on Copies:** December 2017
**Frequency of Publication:** 10 issues per year

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** November 28, 2017
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

• **Author:** Entrepreneur Media, Inc.
**Author Created:** compilation, contribution(s) to a collective work
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with individual contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** December 01, 2017

*0000TX000852380402O2*

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-564-507**
**Effective Date of Registration:**
February 06, 2018

## Title

**Title of Work:** Entrepreneur
**Volume:** 46
**Number:** 1
**Date on Copies:** January-February 2018
**Frequency of Publication:** 10 issues per year

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** January 16, 2018
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 FITCH, IRVINE, CA, 92614, United States
**Transfer statement:** By written agreement(s) with individual contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Medial, Inc.
**Address:** 18061 FITCH
IRVINE, CA 92614 United States

## Certification

**Name:** RONALD L YOUNG
**Date:** January 25, 2018

*0000TX0008564507020 2*

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-573-750**
**Effective Date of Registration:**
February 23, 2018

## Title

**Title of Work:** Entrepreneur
**Volume:** 46
**Number:** 2
**Date on Copies:** March 2018
**Frequency of Publication:** 10 Issues

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** February 20, 2018
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 FITCH, IRVINE, CA, 92614, United States
**Transfer statement:** By written agreement(s) with individual contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 FITCH
IRVINE, CA 92614 United States



EM15242098

## Certification

**Name:** RONALD L YOUNG
**Date:** February 20, 2018

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-600-888**
**Effective Date of Registration:**
April 11, 2018

## Title

**Title of Work:** Entrepreneur
**Volume:** 46
**Number:** 3
**Date on Copies:** April 2018
**Frequency of Publication:** 10 issues per year

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** March 27, 2018
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 FITCH, IRVINE, CA, 92614, United States
**Transfer statement:** By written agreement(s) with individual contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 FITCH
IRVINE, CA 92614 United States

## Certification

**Name:** RONALD L YOUNG
**Date:** March 28, 2018

*0000TX000860088020202*

# Certificate of Registratio..

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-594-681**
**Effective Date of Registration:**
April 24, 2018

## Title

**Title of Work:** Entrepreneur
**Volume:** 46
**Number:** 4
**Date on Copies:** May 2018
**Frequency of Publication:** 10 issues per year

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** April 24, 2018
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 FITCH, IRVINE, CA, 92614, United States
**Transfer statement:** By written agreement(s) with individual contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18961 Fitch
Irvine, CA 92614 United States



EM15242102

## Certification

**Name:** Ronald L. Young
**Date:** April 24, 2018

*0000TX00085946810202*

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-640-226**
**Effective Date of Registration:**
June 21, 2018

## Title

**Title of Work:** Entrepreneur
**Volume:** 46
**Number:** 5
**Date on Copies:** June 2018
**Frequency of Publication:** 10 issues per year

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** May 29, 2018
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 FITCH, IRVINE, CA, 92614, United States
**Transfer statement:** By written agreement(s) with individual contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 FITCH
IRVINE, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** June 18, 2018

*0000TX00086402260202*

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

Registration Number
**TX 8-653-816**
**Effective Date of Registration:**
July 10, 2018

## Title

**Title of Work:** Entrepreneur
**Volume:** 46
**Number:** 6
**Date on Copies:** July-August 2018
**Frequency of Publication:** 10 issues per year

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** July 03, 2018
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 FITCH, IRVINE, CA, 92614, United States
**Transfer statement:** By written agreement(s) with individual contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 FITCH
IRVINE, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** July 03, 2018

*0000TX0008653816O2O2*

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

Registration Number
**TX 8-650-722**
**Effective Date of Registration:**
August 23, 2018

## Title

**Title of Work:** Entrepreneur
**Volume:** 46
**Number:** 7
**Date on Copies:** September 2018
**Frequency of Publication:** 10 issues per year

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** August 14, 2018
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 FITCH, IRVINE, CA, 92614, United States
**Transfer statement:** By written agreement(s) with individual contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 FITCH
IRVINE, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** August 17, 2018

*0000TX000865072202O2*

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-675-360**
**Effective Date of Registration:**
November 09, 2018

## Title

**Title of Work:** Entrepreneur
**Volume:** 46
**Number:** 8
**Date on Copies:** October 2018
**Frequency of Publication:** 10 issues per year

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** September 20, 2018
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, 18061 Fitch Avenue, IRVINE, CA, 92614, United States
**Transfer statement:** By written agreement(s) with individual contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 FITCH
IRVINE, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** November 05, 2018

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-675-355**

**Effective Date of Registration:**
November 09, 2018

## Title

**Title of Work:** Entrepreneur
**Volume:** 46
**Number:** 9
**Date on Copies:** November 2018
**Frequency of Publication:** 10 issues per year

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** October 23, 2018
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with individual contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 Fitch
IRVINE, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** November 05, 2018

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-698-290**
**Effective Date of Registration:**
December 12, 2018

## Title

**Title of Work:** Entrepreneur
**Volume:** 46
**Number:** 10
**Date on Copies:** December 2018
**Frequency of Publication:** 10 issues per year

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** November 27, 2018
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 FITCH, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with individual contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 Fitch
IRVINE, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** December 10, 2018

# Certificate of Registratic

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

Registration Number
**TX 8-725-281**
**Effective Date of Registration:**
January 24, 2019

## Title

**Title of Work:** Entrepreneur
**Volume:** 47
**Number:** 1
**Date on Copies:** January-February 2019
**Frequency of Publication:** 10 issues per year

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** January 15, 2019
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 FITCH, IRVINE, CA, 92614, United States
**Transfer statement:** By written agreement(s) with individual contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 FITCH
IRVINE, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** January 18, 2019

Registration Number
**TX 8-751-260**
**Effective Date of Registration:**
May 03, 2019

## Title

**Title of Work:** Entrepreneur's Startups
**Volume**: 34
**Number**: 1
**Date on Copies**: Spring 2019
**Frequency of Publication:** 3 times per year

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** March 12, 2019
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 1533-743x

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 FITCH, IRVINE, CA, 92614, United States
**Transfer statement:** By written agreement(s) with authors named and contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 FITCH
IRVINE, CA 92614 United States

## Certification

**Name:** RONALD L. Young
**Date:** April 30, 2019

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**TX 8-733-785**
**Effective Date of Registration:**
March 19, 2019

## Title

**Title of Work:** ENTREPRENEUR
**Volume:** 47
**Number:** 2
**Frequency of Publication:** 9 issues per year

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** February 28, 2019
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 FITCH, IRVINE, CA, 92614, United States
**Transfer statement:** By written agreement(s) with authors named and contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc
**Address:** 18061 FITCH
IRVINE, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** March 12, 2019

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

Registration Number
**TX 8-731-913**
**Effective Date of Registration:**
April 17, 2019

## Title

**Title of Work:** ENTREPRENEUR
**Volume:** 47
**Number:** 3
**Date on Copies:** April-May 2019
**Frequency of Publication:** 8 issues per year

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** April 09, 2019
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc
  **Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc
18961 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with authors named and contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc
**Address:** 18961 Fitch
Irvine, CA 92614 United States



EM15242120

## Certification

Name: RONALD L. Young
Date: April 10, 2019

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**TX 8-771-030**
**Effective Date of Registration:**
July 12, 2019
**Registration Decision Date:**
September 04, 2019

## Title

**Title of Work:** ENTREPRENEUR
**Volume:** 47
**Number:** 5
**Date on Copies:** July-August 2019
**Frequency of Publication:** 8 ISSUES PER YEAR

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** July 09, 2019
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc
  **Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with authors named and contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** July 10, 2019

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**TX 8-791-553**
**Effective Date of Registration:**
August 26, 2019
**Registration Decision Date:**
October 23, 2019

## Title

**Title of Work:** Entrepreneur
**Volume:** 47
**Number:** 6
**Date on Copies:** September 2019
**Frequency of Publication:** 8 issues per year

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** August 20, 2019
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614
**Transfer statement:** By written agreement(s) with authors named and contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

Address: 18061 Fitch
Irvine, CA 92614 United States

## Certification

Name: Ronald L Young
Date: August 22, 2019

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**TX 8-819-495**
**Effective Date of Registration:**
October 09, 2019
**Registration Decision Date:**
December 31, 2019

## Title

**Title of Work:** Entrepreneur
**Volume:** 47
**Number:** 7
**Date on Copies:** October-November
**Frequency of Publication:** 8 issues per year

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** October 01, 2019
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
**Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with individual contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.



EM15242128

Address: 18061 Fitch
Irvine, CA 92614 United States

## Certification

Name: Ronald L. Young
Date: October 06, 2019