# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marie Strong
Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-832-591**
**Effective Date of Registration:**
November 25, 2019
**Registration Decision Date:**
February 05, 2020

## Title

**Title of Work:** Entrepreneur
**Volume:** 47
**Number:** 8
**Date on Copies:** December 2019
**Frequency of Publication:** 8 issues per year

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** November 19, 2019
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614
**Transfer statement:** By written agreement(s) with individual contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** November 20, 2019

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-898-618**
**Effective Date of Registration:**
January 21, 2020
**Registration Decision Date:**
September 29, 2020

## Title

**Title of Work:** Entrepreneur
**Volume:** 48
**Number:** 1
**Date on Copies:** January-February 2020
**Frequency of Publication:** 8 issues per year

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** January 14, 2020
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
**Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with authors named and contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** January 15, 2020

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-900-316**

**Effective Date of Registration:**
March 02, 2020

**Registration Decision Date:**
October 05, 2020

## Title

**Title of Work:** Entrepreneur
**Volume:** 48
**Number:** 2
**Date on Copies:** March 2020
**Frequency of Publication:** 8 issues per year

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** February 25, 2020
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, 18061 Fitch, irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with authors named and contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** February 27, 2020

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**TX 8-916-225**

**Effective Date of Registration:**
April 20, 2020
**Registration Decision Date:**
December 07, 2020

## Title

**Title of Work:** Entrepreneur
**Volume:** 48
**Number:** 3
**Date on Copies:** April-May 2020
**Frequency of Publication:** 8 issues per year

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** April 07, 2020
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with authors named and contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** April 16, 2020

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

United States Register of Copyrights and Director

**Registration Number**
**TX 8-965-764**
**Effective Date of Registration:**
October 20, 2020
**Registration Decision Date:**
May 25, 2021

## Title

**Title of Work:** Entrepreneur
**Volume:** 48
**Number:** 4
**Date on Copies:** July-August 2020
**Frequency of Publication:** 7 issues per year

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** July 07, 2020
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
**Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with authors named and contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** October 15, 2020

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

Registration Number
**TX 8-965-765**
**Effective Date of Registration:**
October 20, 2020
**Registration Decision Date:**
May 25, 2021

## Title

**Title of Work:** Entrepreneur
**Volume:** 48
**Number:** 5
**Date on Copies:** September 2020
**Frequency of Publication:** 7 issues per year

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** September 01, 2020
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with authors named and contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** October 15, 2020

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

Registration Number
**TX 8-965-767**
**Effective Date of Registration:**
October 20, 2020
**Registration Decision Date:**
May 25, 2021

## Title

**Title of Work:** Entrepreneur
**Volume:** 48
**Number:** 6
**Date on Copies:** October-November 2020
**Frequency of Publication:** 7 issues per year

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** October 06, 2020
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
**Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with authors named and contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** October 15, 2020

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**TX 8-998-244**
**Effective Date of Registration:**
December 22, 2020
**Registration Decision Date:**
August 25, 2021

## Title

**Title of Work:** Entrepreneur
**Volume:** 48
**Number:** 7
**Date on Copies:** December 2020
**Frequency of Publication:** 7 issues per year

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** November 24, 2020
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
**Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with authors named and contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.



EM15242144

**Address:** 18061 Fitch
Irvine, CA 92614

## Certification

**Name:** Ronald L. Young
**Date:** December 15, 2020

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**TX 9-092-017**
**Effective Date of Registration:**
March 24, 2021
**Registration Decision Date:**
March 10, 2022

## Title

**Title of Work:** ENTREPRENEUR
**Volume**: 49
**Number**: 2
**Date on Copies**: March 2021
**Frequency of Publication:** 8 issues per year

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** March 09, 2021
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with authors named and contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.



EM15242148

**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** March 18, 2021

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**TX 9-092-218**
**Effective Date of Registration:**
April 20, 2021
**Registration Decision Date:**
March 10, 2022

## Title

**Title of Work:** ENTREPRENEUR
**Volume:** 49
**Number:** 3
**Date on Copies:** April-May 2021
**Frequency of Publication:** eight issues per year

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 13, 2021
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
**Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with authors named and contributors not named on the application/certificate

## Rights and Permissions



EM15242150

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** April 16, 2021

Registration Number
**TX 9-084-226**
**Effective Date of Registration:**
June 21, 2021
**Registration Decision Date:**
February 24, 2022

## Title

**Title of Work:** Entrepreneur's Startups
**Volume:** 36
**Number:** 2
**Date on Copies:** Summer 2021
**Frequency of Publication:** 3 times per year

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** June 15, 2021
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 1533-743x

## Author

- **Author:** Entrepreneur Media, Inc.
**Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with authors named and contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.



EM15254928

**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** June 16, 2021

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**TX 9-084-227**
**Effective Date of Registration:**
June 07, 2021
**Registration Decision Date:**
February 24, 2022

## Title

**Title of Work:** ENTREPRENEUR
**Volume:** 49
**Number:** 4
**Date on Copies:** June 2021
**Frequency of Publication:** eight issues per year

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** May 18, 2021
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with authors named and contributors not named on the application/certificate

## Rights and Permissions



EM15242152

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** June 02, 2021

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**TX 9-079-174**

**Effective Date of Registration:**
July 14, 2021
**Registration Decision Date:**
February 15, 2022

## Title

**Title of Work:** ENTREPRENEUR
**Volume:** 49
**Number:** 5
**Date on Copies:** July-August 2021
**Frequency of Publication:** eight Issues per year

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** July 06, 2021
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
**Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with authors named and contributors not named on the application/certificate

## Rights and Permissions



EM15242154

**Organization Name:** Entrepreneur Media, Inc.
**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** July 12, 2021

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**TX 9-097-507**
**Effective Date of Registration:** September 07, 2021
**Registration Decision Date:** March 21, 2022

## Title

**Title of Work:** ENTREPRENEUR
**Volume:** 49
**Number:** 6
**Date on Copies:** September 2021
**Frequency of Publication:** eight issues per year

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** August 24, 2021
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with authors named and contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.



EM15242156

**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** September 02, 2021

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**TX 9-114-252**
**Effective Date of Registration:**
November 04, 2021
**Registration Decision Date:**
April 29, 2022

## Title

**Title of Work:** ENTREPRENEUR
**Volume:** 49
**Number:** 7
**Date on Copies:** October-November 2021
**Frequency of Publication:** eight issues per year

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** October 05, 2021
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with authors named and contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.



EM15242158

**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** October 26, 2021

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**TX 9-131-886**
**Effective Date of Registration:**
December 20, 2021
**Registration Decision Date:**
June 16, 2022

## Title

**Title of Work:** Entrepreneur
**Volume:** 49
**Number:** 8
**Date on Copies:** December 2021
**Frequency of Publication:** eight issues per year

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** November 23, 2021
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with authors named and contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.



EM15242160

**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** December 17, 2021

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**TX 9-127-243**
**Effective Date of Registration:**
January 18, 2022
**Registration Decision Date:**
June 06, 2022

## Title

**Title of Work:** ENTREPRENEUR
**Volume:** 50
**Number:** 1
**Date on Copies:** January-February 2022
**Frequency of Publication:** eight issues per year

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** January 11, 2022
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with authors named and contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Address:** 18061 Fitch
Irvine, California 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** January 17, 2022

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**TX 9-136-716**
**Effective Date of Registration:**
March 04, 2022
**Registration Decision Date:**
June 29, 2022

## Title

**Title of Work:** ENTREPRENEUR
**Volume:** 50
**Number:** 2
**Date on Copies:** March 2022
**Frequency of Publication:** eight issues per year

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** March 01, 2022
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with authors named and contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.



EM15242164

**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** March 02, 2022

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**TX 9-138-795**
**Effective Date of Registration:**
April 20, 2022
**Registration Decision Date:**
July 05, 2022

## Title

**Title of Work:** ENTREPRENEUR
**Volume**: 50
**Number**: 3
**Date on Copies**: April-May 2022
**Frequency of Publication:** eight issues per year

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** April 04, 2022
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with authors named and contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.



EM15242166

**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** April 18, 2022

Registration Number
**TX 9-163-260**
**Effective Date of Registration:**
June 24, 2022
**Registration Decision Date:**
August 30, 2022

## Title

**Title of Work:** Entrepreneur's Startups
**Volume:** 37
**Number:** 2
**Date on Copies:** Summer 2022
**Frequency of Publication:** 3 times per year

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** June 14, 2022
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 1533-743x

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with authors named and contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** June 22, 2022

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**TX 9-150-562**
**Effective Date of Registration:**
June 17, 2022
**Registration Decision Date:**
August 02, 2022

## Title

**Title of Work:** ENTREPRENEUR
**Volume:** 50
**Number:** 4
**Date on Copies:** June 2022
**Frequency of Publication:** eight issues per year

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** May 10, 2022
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with authors named and contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.



EM15242168

**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** June 14, 2022

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**TX 9-190-273**

**Effective Date of Registration:**
August 24, 2022
**Registration Decision Date:**
November 03, 2022

## Title

**Title of Work:** ENTREPRENEUR
**Volume:** 50
**Number:** 6
**Date on Copies:** September 2022
**Frequency of Publication:** eight issues per year

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** August 16, 2022
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with authors named and contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** August 22, 2022

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**TX 9-187-552**
**Effective Date of Registration:**
October 06, 2022
**Registration Decision Date:**
October 28, 2022

## Title

**Title of Work:** Entrepreneur
**Volume:** 50
**Number:** 7
**Date on Copies:** October-November 2022
**Frequency of Publication:** Eight issues per year

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** October 04, 2022
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 01633341

## Author

- **Author:** Entrepreneur Media, Inc.
**Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
18061 Fitch, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with authors named and contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.



EM15242174

**Address:** 18061 Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** October 04, 2022

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**TX 9-210-925**

**Effective Date of Registration:**
December 21, 2022
**Registration Decision Date:**
January 10, 2023

## Title

**Title of Work:** ENTREPRENEUR
**Volume:** 50
**Number:** 8
**Date on Copies:** December 2022
**Frequency of Publication:** eight issues per year

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** November 22, 2022
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
2 Executive Circle, #150, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with authors named and contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Address:** 2 Executive Circle, #150
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** December 16, 2022

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**TX 9-226-778**
**Effective Date of Registration:**
February 02, 2023
**Registration Decision Date:**
February 22, 2023

## Title

**Title of Work:** ENTREPRENEUR
**Volume:** 51
**Number:** 1
**Date on Copies:** January-February2023
**Frequency of Publication:** six issues per year

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** January 17, 2023
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
2 Executive Circle, #150, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with authors named and contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Address:** 2 Executive Circle, #150
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** January 30, 2023

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

Registration Number
**TX 9-289-848**
**Effective Date of Registration:**
May 26, 2023
**Registration Decision Date:**
July 24, 2023

## Title

**Title of Work:** ENTREPRENEUR
**Volume:** 51
**Number:** 2
**Date on Copies:** March-April 2023
**Frequency of Publication:** Bimonthly

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** March 07, 2023
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
2 Executive Circle, #150, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with authors named and contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Address:** 2 Executive Circle, #150
18061-Fitch
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** May 24, 2023

**Correspondence:** Yes



EM15242181

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**TX 9-289-849**
**Effective Date of Registration:**
May 26, 2023
**Registration Decision Date:**
July 24, 2023

## Title

**Title of Work:** ENTREPRENEUR
**Volume:** 51
**Number:** 3
**Date on Copies:** May-June 2023
**Frequency of Publication:** Bimonthly

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** May 02, 2023
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 1163-3341

## Author

- **Author:** Entrepreneur Media, Inc
  **Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc
2 Executive Circle, #150, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with authors named and contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc

**Address:** 2 Executive Circle, #150
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** May 16, 2023

**Correspondence:** Yes

Registration Number
# TX 9-289-056
**Effective Date of Registration:**
June 16, 2023
**Registration Decision Date:**
July 21, 2023

## Title

**Title of Work:** Entrepreneur's Startups
**Volume:** 38
**Number:** 2
**Date on Copies:** Summer 2023
**Frequency of Publication:** 3 times per year

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** June 13, 2023
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 1533-743x

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media Inc
2 Executive Circle, Suite 150, Irvine, California, 92614, United States
**Transfer statement:** By written agreement(s) with authors named and contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.



EM15254934

**Address:** 2 Executive Circle, Suite 150
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** June 14, 2023

**Correspondence:** Yes

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**TX 9-300-112**
**Effective Date of Registration:**
August 02, 2023
**Registration Decision Date:**
August 16, 2023

## Title

**Title of Work:** ENTREPRENEUR
**Volume:** 51
**Number:** 4
**Date on Copies:** July-August 2023
**Frequency of Publication:** Bimonthly

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** July 18, 2023
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media Inc
2 Executive Circle, Suite 150, Irvine, California, 92614, United States
**Transfer statement:** By written agreement(s) with authors named and contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Address:** 2 Executive Circle, Suite 150
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** July 31, 2023

**Correspondence:** Yes

Registration Number
**TX 9-315-393**
**Effective Date of Registration:**
September 14, 2023
**Registration Decision Date:**
September 28, 2023

## Title

**Title of Work:** Entrepreneur's Startups
**Volume:** 38
**Number:** 3
**Date on Copies:** Fall/Winter 2023
**Frequency of Publication:** 3 times per year

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** August 22, 2023
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 1533-743x

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
2 Executive Circle, #150, Irvine, CA, 92514, United States
**Transfer statement:** By written agreement(s) with authors named and contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Address:** 2 Executive Circle, #150
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** September 08, 2023

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**TX 9-318-806**
**Effective Date of Registration:**
September 29, 2023
**Registration Decision Date:**
October 11, 2023

## Title

**Title of Work:** ENTREPRENEUR
**Volume:** 51
**Number:** 5
**Date on Copies:** September-October 2023
**Frequency of Publication:** 6 times per year

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** September 19, 2023
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
2 Executive Circle, Suite 150, Irvine, CA, 92614, United States
**Transfer statement:** By written agreement(s) with authors named and contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Address:** 2 Executive Circle, Suite 150
Irvine, CA 92614 United States

## Certification

**Name:** Ronald L. Young
**Date:** September 28, 2023

# Certificate of Registrat..n

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**

**TX 9-416-042**

**Effective Date of Registration:**
January 11, 2024
**Registration Decision Date:**
August 06, 2024

## Title

**Title of Work:** ENTREPRENEUR
**Volume:** 51
**Number:** 6
**Date on Copies:** November-December 2023
**Frequency of Publication:** six issues per year

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** November 14, 2023
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
**Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
1651 E. 4th Street, #125, Santa Ana, CA, 92701, United States
**Transfer statement:** By written agreement(s) with authors named and contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, LLC.

**Address:** 1651 E. 4th Street, #125
Santa Ana, CA 92701 United States

## Certification

**Name:** Ronald L. Young
**Date:** January 08, 2024

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**TX 9-360-689**
**Effective Date of Registration:**
January 24, 2024
**Registration Decision Date:**
February 14, 2024

## Title

**Title of Work:** ENTREPRENEUR
**Volume:** 52
**Number:** 1
**Date on Copies:** January-February 2024
**Frequency of Publication:** Bimonthly

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** January 16, 2024
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
1651 E. 4th Street, #125, Santa Ana, CA, 92701, United States
**Transfer statement:** By written agreement(s) with authors named and contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, LLC

**Address:** 1651 East 4th Street, #125
Santa Ana, CA 92701 United States

## Certification

**Name:** Ronald L. Young
**Date:** January 19, 2024

Registration Number
**TX 9-409-458**
**Effective Date of Registration:**
July 05, 2024
**Registration Decision Date:**
July 17, 2024

## Title

**Title of Work:** ENTREPRENEUR'S STARTUPS
**Volume:** 30
**Number:** 1
**Date on Copies:** Spring 2024
**Frequency of Publication:** 3 times per year

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** March 26, 2024
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 1533-743x

## Author

- **Author:** Entrepreneur Media Inc.
  **Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
1651 East 4th Street, #125, Santa Ana, California, 92701, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, LLC
**Address:** 1651 East 4th Street, #125
Santa Ana, California 92701 United States

## Certification

**Name:** Ronald L. Young
**Date:** March 27, 2024

**Correspondence:** Yes

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**TX 9-378-543**
**Effective Date of Registration:**
March 05, 2024
**Registration Decision Date:**
April 10, 2024

## Title

**Title of Work:** ENTREPRENEUR
**Volume:** 52
**Number:** 2
**Date on Copies:** March-April 2024
**Frequency of Publication:** six issues per year

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** March 05, 2024
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
**Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
1651 East 4th Street, #125, Santa Ana, CA, 92701, United States
**Transfer statement:** By written agreement(s) with authors named and contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, LLC

**Address:** 1651 East 4th Street, #125
Santa Ana, CA 92701 United States

## Certification

**Name:** Ronald L. Young
**Date:** March 05, 2024

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**TX 9-406-291**
**Effective Date of Registration:**
May 28, 2024
**Registration Decision Date:**
July 03, 2024

## Title

**Title of Work:** Entrepreneur
**Volume:** 52
**Number:** 3
**Date on Copies:** May-June 2024
**Frequency of Publication:** six issues per year

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** April 30, 2024
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, Inc.
  **Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, Inc.
1651 East 4th Street, #125, Santa Ana, CA, 92701, United States
**Transfer statement:** By written agreement(s) with individual contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, LLC

**Address:** 1651 East 4th Street, #125
Santa Ana, CA 92701 United States

## Certification

**Name:** Ronald L. Young
**Date:** May 22, 2024

Registration Number

**TX 9-422-182**

**Effective Date of Registration:**
July 22, 2024

**Registration Decision Date:**
August 28, 2024

## Title

**Title of Work:** Entrepreneur
**Volume:** 52
**Number:** 4
**Date on Copies:** July-August 2024
**Frequency of Publication:** six issues per year

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** July 16, 2024
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0163-3341

## Author

- **Author:** Entrepreneur Media, LLC
  **Author Created:** Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Entrepreneur Media, LLC
1651 East 4th Street, #125, Santa Ana, CA, 92701, United States
**Transfer statement:** By written agreement(s) with authors named and contributors not named on the application/certificate

## Rights and Permissions

**Organization Name:** Entrepreneur Media, LLC



EM15254886

**Address:** 1651 East 4th Street, #125
Santa Ana, CA 92701 United States

## Certification

**Name:** Ronald L. Young
**Date:** July 18, 2024