[*counsel on signature page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

ENTREPRENEUR MEDIA, LLC,

Plaintiff,

v.

META PLATFORMS, INC.,

Defendant.

Case No. 3:25-cv-09579-VC

**STIPULATION AND PROPOSED [ORDER] EXTENDING TIME TO PRESENT PRIVILEGE LOG DISPUTES**

Judge: Hon. Vince Chhabria

COGNELLA, INC.,

Plaintiff,

v.

META PLATFORMS, INC.,

Defendant.

Case No. 3:26-cv-04053-VC

**STIPULATION AND PROPOSED [ORDER] EXTENDING TIME TO PRESENT PRIVILEGE LOG DISPUTES**

Judge: Hon. Vince Chhabria

CAMBRONNE, INC. et al.,

Plaintiff,

v.

META PLATFORMS, INC.,

Defendant.

Case No. 3:26-cv-03725-VC

**STIPULATION AND PROPOSED [ORDER] EXTENDING TIME TO PRESENT PRIVILEGE LOG DISPUTES**

Judge: Hon. Vince Chhabria

CHICKEN SOUP FOR THE SOUL, LLC,

Plaintiff,

v.

META PLATFORMS, INC.,

Defendant.

Case No. 3:26-cv-02333-VC

**STIPULATION AND PROPOSED [ORDER] EXTENDING TIME TO PRESENT PRIVILEGE LOG DISPUTES**

Judge: Hon. Vince Chhabria

Plaintiffs Entrepreneur Media, LLC ("EM"), Chicken Soup for the Soul, LLC, Cognella, Inc., and Carreyrou et al. (collectively, "Plaintiffs") and Defendant Meta Platforms, Inc. ("Meta"), by and through their respective counsel of record, hereby stipulate as follows:

**RECITALS**

**WHEREAS**, the parties entered into a stipulation extending the deadline under Civil Local Rule 37-3 to present a privilege log dispute (for privilege logs served on or after September 4, 2026) to the Court from September 11, 2026 to November 13, 2026, which was entered by the Court at ECF Nos. 159 (Case No. 3:25-cv-09579-VC); 267 (Case No. 3:26-cv-03725-VC); 143 (Case No. 3:26-cv-02333-VC); 122 (Case No. 3:26-cv-04053-VC) (collectively "Original Stipulation");

**WHEREAS,** the parties are continuing to engage in meaningful meet and confers regarding the remaining disputes regarding the privilege logs at issue;

**WHEREAS**, the parties believe a further short extension of time to present a privilege log dispute (for privilege logs served on or after September 4, 2026) may assist in narrowing the issues, if any, to be presented to the Court;

**NOW, THEREFORE**, subject to the approval of the Court, the parties stipulate and agree as follows:

**STIPULATION**

1. **Extension of Civil Local Rule 37-3 Deadline.** The previously modified deadline under Civil Local Rule 37-3 to present a privilege log dispute to the Court—whether by motion to compel, joint discovery letter, or any other procedure prescribed by the standing order of Magistrate Judge Hixson—is further extended from November 13, 2026 to November 25, 2026.

2. **Scope.** The extension set forth in Paragraph 1 applies solely to disputes covered by the Original Stipulation.

3. **No Other Deadlines Affected.** No other date in the Court's scheduling order is modified by this Stipulation.

4. **No Waiver.** Nothing in this Stipulation constitutes a waiver of, or an admission concerning, any privilege claim, any objection to any privilege claim, the sufficiency of any privilege log, the timeliness of service of any privilege log, any challenge to any privilege log, or

any party's rights or positions under the ESI Order, the Federal Rules of Civil Procedure, or the Local Rules. All such rights, objections, and positions are expressly reserved.

**IT IS SO STIPULATED.**

*[Signatures on Following Page]*

Dated: November 10, 2026

By: */s/ Kyle Roche*

**STRIS & MAHER LLP**
Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
John Stokes (SBN 310847)
jstokes@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703

Christopher M. Rigali (pro hac vice)
crigali@stris.com
Jacqueline Sahlberg (pro hac vice)
jsahlberg@stris.com
1717 K St NW Ste 900
Washington, DC 20006

**FREEDMAN NORMAND FRIEDLAND LLP**
Devin (Velvel) Freedman (pro hac vice)
vel@fnf.law
Kyle Roche (pro hac vice)
kroche@fnf.law
155 E. 44th Street, Ste 915
New York, NY 10017

*Counsel for Plaintiffs Chicken Soup for the Soul, LLC, and Cognella, Inc., and the Cambronne Plaintiffs*

By: */s/ Lee Linderman*

**HUESTON HENNINGAN LLP**
Moez M. Kaba
Michael M. Purpura
Lee Linderman
Stephanie Xiao
Tai Chien

**NEWMEYER & DILLION LLP**
Michael B. McClellan
Benjamin P. Pugh
Jason L. Morris
Harlye S. Carlton

*Counsel for Plaintiff Entrepreneur Media, LLC*

By: */s/ Elizabeth L. Stameshkin*

**DUNN ISAACSON RHEE LLP**
Karen L. Dunn (pro hac vice)
Jessica E. Phillips (pro hac vice)
Kyle N. Smith (pro hac vice)
401 9th Street NW
Washington, DC 20004
Telephone: (202) 240-2900
Email: kdunn@dirllp.com
jphillips@dirllp.com
ksmith@dirllp.com

**COOLEY LLP**
Bobby A. Ghajar (SBN 198719)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Email: bghajar@cooley.com

Mark R. Weinstein (SBN 193043)
Elizabeth Lee Stameshkin (SBN 260865)
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Email: mweinstein@cooley.com
Email: lstameshkin@cooley.com

*Counsel for Defendant Meta Platforms, Inc*

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

By: /s/ *Elizabeth L. Stameshkin*

# [PROPOSED] ORDER

Having considered the parties' Stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

1. The deadline under Civil Local Rule 37-3 to present a privilege log dispute to the Court, whether by motion to compel, joint discovery letter, or any other procedure prescribed by this Court's standing order, is extended from November 13, 2026 to November 25, 2026. This extension applies solely to disputes concerning privilege logs and documents withheld or redacted on the basis of privilege or protection, and applies reciprocally to all parties.

2. No other deadline in this action is modified by this Order.

**IT IS SO ORDERED.**

DATED: ______________________

______________________________________
HON. VINCE CHHABRIA
United States District Judge